# EXHIBIT B

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# WILLIAM PRESCOTT
# ELEMENTARY SCHOOL
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
## 425 North Washington Avenue
## Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

July 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**        EXECUTIVE SUMMARY

**SECTION 2**        INTRODUCTION

**SECTION 3**        BUILDING DISCRIPTION

**SECTION 4**        METHODS

**SECTION 5**        RE-INSPECTION FINDINGS

**SECTION 6**        RE-INSPECTION RESULTS

**SECTION 7**        RECOMMENDATIONS

**SECTION 8**        ASBESTOS INPECTOR ACCREDIDATION


**APPENDIX A**        HOMOGENEOUS SAMPLING CHART,
RESPONSE ACTION BASED ON HAZARD RANK,
& ASBESTOS CONTAINING BUILDING MATERIAL
(ACBM) LOCATION DRAWINGS

**APPENDIX B**        PLM SAMPLE ANALYSIS RESULTS
& CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## WILLIAM PRESCOTT ELEMENTARY SCHOOL

### SECTION 1    EXECUTIVE SUMMARY

An Asbestos Materials Re-inspection Survey was conducted on July 12, 2019 at the above-listed location. The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials. Suspected asbestos materials not previously sampled were sampled (if applicable) and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.    Asbestos-containing Materials

1.    All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

2.    Recommendations

Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

### SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the William Prescott Elementary School was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and the William Prescott Administration Office.

## SECTION 3  BUILDING DISCRIPTION

William Prescott Elementary School, located at Prescott Avenue & Myrtle Street, Scranton, PA is a structural steel and masonry building constructed in 1966. The building consists of a basement and two (2) floors, and contains approximately 28,056 square feet of floor area.

## SECTION 4  METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.    Original inspection report
2.    2016 3-Year Re-inspection Report
3.    AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5  REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6  INSPECTION RESULTS

A.    Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for William Prescott Elementary School conducted by Guzek Associates, Inc. This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 and 2019 3-Year Re-inspection Reports are included in Appendix B.

Note: In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1. Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, and drinking water fountains -- no access at time of inspection.

2. Glue pucks behind chalkboards (Category 1 non-friable material) -- no access at time of inspection.

3. Fire Doors

4. Roofing Materials (including Flashing and Tar)

5. Electrical wiring insulation maybe present

Materials That Were Tested and Found Not to Contain Asbestos

- All layers of hard wall and ceiling plasters
- All sheetrock and joint compound
- All ceiling tile (Previously tested by others)
- Fiberboard behind bathroom walls
- Boiler Room Ceiling
- Boiler Breeching
- Boiler Room Mastic on Fiberglass ends
- Incinerator Lining
- Carpet Mastic

## **SECTION 7        RECOMMENDATIONS**

A. Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the William Prescott Elementary School.

C. All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

   1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

   2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

## **SECTION 8        ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

# Pennsylvania Asbestos
# Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

7/11/19
*Course Date*

N/A
*Exam Date*

7/11/20
*Expiration Date*

Not Provided
*Social Security Number*

ACC-0719-6-005
*Certificate Number*

*Mark K. Schlitger*
*Training Director*



# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| Course Date | Exam Date | Expiration Date |

| Not Provided | ACC-0719-6-006 | Mark K. Schlüiger |
|---|---|---|
| Social Security Number | Certificate Number | Training Director |

# APPENDIX A

## REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

| Scranton School District | Building: William Prescott Elementary School | | | | Dates of Original AHERA Inspection: July, 1988 | | Page 1 of 5 |

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Boiler Room | Fittings /Pipe ( Approx. 15 - 20 Fittings ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | Gaskets on Boilers | TSI / SURFACE / MISC. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Janitor's Office | Fittings /Pipe ( Approx. 2 - 3 Fittings ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Reading Room | 9"x9" Floor Tile & Mastic ( Approx. 160 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | Fittings /Pipe ( Approx. 1 - 2 Fittings ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Title 1 Reading Room | Fittings /Pipe ( Approx. 2 - 3 Fittings ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Medical Room | 9"x9" Floor Tile & Mastic ( Approx. 170 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Floor Tile under Carpter |
| Basement, Speech Therapy | 9"x9" Floor Tile & Mastic ( Approx. 125 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Floor Tile under Carpter |
| Basement, Library | Fittings /Pipe ( Approx. 5 - 6 Fittings ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Computer Hub Storage Room | Fittings /Pipe ( Approx. 5 Fittings ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | 1 Damaged Fitting |
| Basement, Main Corridor | 9"x9" Floor Tile & Mastic ( Approx. 1,700 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove 5-10 Broken Floor Tiles and Replace |

Information abstracted by: C. Notari & B. Tripp July, 2019

Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

*Guzek Associates, Inc.* - HOMOGENEOUS SAMPLING CHART

Scranton School District | Building: William Prescott Elementary School | Dates of Original AHERA Inspection: July, 1988 | Page 2 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Basement, Main Corridor | Fittings/Pipe (Approx. 20 - 25 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove 8 - 10 Broken Floor Tiles and Replace outside main office. |
| Basement, Mulit-Puropose Room and Storage Room | 12"x12" Floor Tile & Mastic (Approx. 1,900 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Girls Restroom | Fittings/Pipe (Approx. 4 - 5 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | |
| Basement, Restroom Chase | Fittings/Pipe (Approx. 15 - 20 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | Remove |
| Basement, Boys Restroom | Fittings/Pipe (Approx. 4 - 5 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | |
| 1st Floor, Front Starwell | 9"x9" Floor Tile & Mastic (Approx. 180 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove 5-10 cracked Floor Tiles and Replace |
| 1st Floor, Rear Starwell | 9"x9" Floor Tile & Mastic (Approx. 180 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove 15-20 cracked Floor Tiles and Replace |
| 1st Floor, Main Corridor | 9"x9" Floor Tile & Mastic (Approx. 1,700 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove 3 - 5 Broken Floor Tiles and Replace near front staircase. |
| | Fittings/Pipe (Approx. 4 - 6 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Secretary & Principles Office | 9"x9" Floor Tile & Mastic (Approx. 310 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Floor Tile under Carpter |
| | Fittings/Pipe (Approx. 9 - 12 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |

Information abstracted by: C. Notari & B. Tripp July, 2019

Friability:  F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document,   "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

*Guzek Associates, Inc.* - HOMOGENEOUS SAMPLING CHART                    Page 3 of 5

Scranton School District          Building: William Prescott Elementary School          Dates of Original AHERA Inspection: July, 1988

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 1st Floor, Room 100 | 12"x12" Floor Tile & Mastic (Approx. 950 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 101 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 102 | 12"x12" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 103 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 104 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 105 | 9"x9" Floor Tile & Mastic (Approx. 855 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 106 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Boys Restroom | Fittings /Pipe ( Approx. 3 - 4 Fittings ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 2nd Floor, Room 201 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 2nd Floor, Room 202 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 2nd Floor, Room 203 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 2nd Floor, Room 204 | 9"x9" Floor Tile & Mastic (Approx. 855 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |

Information abstracted by: C. Notari & B. Tripp July, 2019

Building Inspector's Certification No.: 027028-PA & 053975-PA

Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable,

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District | Building: William Prescott Elementary School | Dates of Original AHERA Inspection: July, 1988 | Page 4 of 5

| HOMOGENEOUS SAMPLING MATERIAL — MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 2nd Floor, Room 205 | 9"x9" Floor Tile & Mastic (Approx. 855 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Floor Tile under Carpter |
| 2nd Floor, Room 206 | 9"x9" Floor Tile & Mastic (Approx. 850 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | . |
| 2nd Floor, Room 208 | 9"x9" Floor Tile & Mastic (Approx. 950 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 2nd Floor, Main Corridor | 9"x9" Floor Tile & Mastic (Approx. 1,700 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove 3-5 Broken Floor Tiles and Replace outside room 202 |
|  | Fittings/Pipe (Approx. 5 - 8 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 7 | 1 | Remove |
| All Exterior Door Frames | Door Frame Caulking (All Areas) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | - Remove or Encapsulate |
| All Exterior Windows | Window Glazing (All Areas) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | - Remove or Encapsulate |
| Outside Of Building | Expansion Joint Caulk (All Areas) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
|  | Exterior Caulking Between Green Metal Panels (All Areas) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Throughout Building | Mastic Glue Mastic Behind Chalkboards, wallboards, etc. | TSI / SURFACE / MISC. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
|  | Black Sink Coating on Exterior Base of Sinks | TSI / SURFACE / MISC. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
|  | Ductwork Flex Connections | TSI / SURFACE / MISC. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |

Information abstracted by: C. Notari & B. Tripp  July, 2019

Building Inspector's Certification No.: 027028-PA & 053975-PA

Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Guzek Associates, Inc. - HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: William Prescott Elementary School    Dates of Original AHERA Inspection: July, 1988    Page 5 of 5

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT Assumed or Analyzed | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| | **HOMOGENEOUS SAMPLING MATERIAL** | | | | | | | |
| | All Window Units - Mastic Under Aluminum Window Frames | TSI SURFACE MISC. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Throughout Building | Roof Drian Fittings ( Approx. 10 - 12 Fittings ) | TSI SURFACE MISC. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | Vapor Barriers | TSI SURFACE MISC. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: C. Notari & B. Tripp  July, 2019

Building Inspector's Certification No.: 027028-PA & 053975-PA

Friability:    F = Friable,    NF-1 = Non-friable,    NF-2 = Non-Friable

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|:---:|:---:|:---:|:---:|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

## SURFACING ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE



| KEY — SURFACING ACM |
|---|
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS: |
| 1. EXTERIOR COATING OF EXISTING SINKS |



## 1ST FLOOR PLAN
NOT TO SCALE

| KEY — SURFACING ACM |
|---|
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS: |
| 1. EXTERIOR COATING OF EXISTING SINKS |



## 2ND FLOOR PLAN
NOT TO SCALE

| KEY — SURFACING ACM |
|---|
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS: |
| 1. EXTERIOR COATING OF EXISTING SINKS |

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates
Mechanical, Electrical, Structural, Environmental, and Architectural Engineering

DRAWING No.:
A
1

**ACM LOCATIONS: 07-12-19**

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS







## BASEMENT PLAN
NOT TO SCALE



KEY — MISCELLANEOUS ACM

- 9"x9" FLOOR TILE & MASTIC
- 12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:
1. ALL MASTIC UNDER ALUMINUM WINDOW FRAMES
2. CHALKING BETWEEN GREEN PANELS
3. DUCTWORK FLEX CONNECTIONS
4. EXTERIOR WINDOW GLAZING
5. DOOR FRAME CAULKING
6. EXPANSION JOINTS
7. CHALKBOARD MASTIC
8. VAPOR BARRIERS (MAY BE PRESENT)

## 1ST FLOOR PLAN
NOT TO SCALE



KEY — MISCELLANEOUS ACM

- 9"x9" FLOOR TILE & MASTIC
- 12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:
1. ALL MASTIC UNDER ALUMINUM WINDOW FRAMES
2. CHALKING BETWEEN GREEN PANELS
3. DUCTWORK FLEX CONNECTIONS
4. EXTERIOR WINDOW GLAZING
5. DOOR FRAME CAULKING
6. EXPANSION JOINTS
7. CHALKBOARD MASTIC
8. VAPOR BARRIERS (MAY BE PRESENT)

## 2ND FLOOR PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

- 9"x9" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:
1. ALL MASTIC UNDER ALUMINUM WINDOW FRAMES
2. CHALKING BETWEEN GREEN PANELS
3. DUCTWORK FLEX CONNECTIONS
4. EXTERIOR WINDOW GLAZING
5. DOOR FRAME CAULKING
6. EXPANSION JOINTS
7. CHALKBOARD MASTIC
8. VAPOR BARRIERS (MAY BE PRESENT)

Sheet Size: 36"x24"

ACM LOCATIONS: 07-12-19

Guzek Associates.
402 Grand Street
Clarks Summit, PA 18411
Phone: (570) 586-5700
FAX: (570) 586-6724
E-Mail: guzek@comed.com

Mechanical, Electrical, Structural,
Environmental, and Institutional
Engineering

DWG. TITLE: 2014 WILLIAM PRESCOTT ELEMENTARY SCHOOL   RE-INSPECTION FLOOR PLANS

SCALE: AS NOTED   DATE: 07/12/2019

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.

A
3

## THERMAL ASBESTOS CONTAINING MATERIALS

NOTE: ASSUME FITTINGS ARE LOCATED IN WALLS BEHIND SINKS

NOTE: ASSUME FITTINGS ARE LOCATED IN WALLS BEHIND SINKS

NOTE: ASSUME FITTINGS ARE LOCATED IN WALLS BEHIND SINKS







## BASEMENT PLAN
NOT TO SCALE

## 1ST FLOOR PLAN
NOT TO SCALE

## 2ND FLOOR PLAN
NOT TO SCALE

KEY — THERMAL ACM

 CEMENTITIOUS FITTINGS

KEY — THERMAL ACM

CEMENTITIOUS FITTINGS

KEY — THERMAL ACM

CEMENTITIOUS FITTINGS

NOTE: ROOF DRAIN FITTINGS
RUN THROUGHOUT BUILDING
ABOVE 2ND FLOOR CEILING





Sheet Size: 36"x24"

Guzek Associates
Mechanical, Electrical, Structural, Environmental, and Architectural Engineering
493 Spruce Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-6724
E-Mail: guz@epmt.com
DRAWN BY:   BWF     DATE: 07/12/2019
CHECKED BY:          SCALE: AS NOTED
DWG. TITLE: 2019 WILLIAM PRESCOTT ELEMENTARY SCHOOL RE-INSPECTION FLOOR PLANS
CH   550_19_791

ISSUED or REVISED     DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18503

**Asbestos Management Plans**

DRAWING No.:

A 2

ACM LOCATIONS: 07-12-19

# APPENDIX B

# TEST RESULTS FOR SUSPECTED
# ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORT

## 2016 CHAIN OF CUSTODY

## 2019 LABORATORY REPORT

## 2019 CHAIN OF CUSTODY



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

**EMSL Order:** 041619229
**Customer ID:** CLAG50
**Customer PO:**
**Project ID:**

**Attention:** Chris Notari
Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

**Phone:** (570) 586-9700
**Fax:** (570) 586-6728
**Received Date:** 07/14/2016 9:20 AM
**Analysis Date:** 07/16/2016
**Collected Date:** 07/13/2016

**Project:** SSD 16_751 Prescott

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| | | | % Fibrous | % Non-Fibrous | % Type |
| 01W<br>041619229-0001 | 2nd Floor Room 205 - Plaster Surface Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02B<br>041619229-0002 | 2nd Floor Room 205 - Plaster Base Layer | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03<br>041619229-0003 | 2nd Floor Room 206 - Joint Compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04<br>041619229-0004 | 2nd Floor Room 206 - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 05<br>041619229-0005 | 2nd Floor Girls Room - Joint Compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06<br>041619229-0006 | 2nd Floor Girls Room - Sheetrock | Brown/White<br>Non-Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 07<br>041619229-0007 | 2nd Floor Boys Room - Fiberboard Behind Urinal Wall | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08<br>041619229-0008 | 2nd Floor Boys Room - Joint Compound at Roof Access | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09<br>041619229-0009 | 2nd Floor Teachers Lounge - Window Glazing | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 10W<br>041619229-0010 | 2nd Floor Room 218 - Plaster Surface Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 11B<br>041619229-0011 | 2nd Floor Room 218 - Plaster Base Layer | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12<br>041619229-0012 | 2nd Floor Room 201 - Window Glazing | Gray<br>Non-Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 13<br>041619229-0013 | 2nd Floor Room 201 - Mastic Under Aluminum Window Frames | Black<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 14W<br>041619229-0014 | 2nd Floor Room 203 - Plaster Surface Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 15B<br>041619229-0015 | 2nd Floor Room 203 - Plaster Base Layer | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 16<br>041619229-0016 | Rear Staircase - Railing/Stair Caulking | Green<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial Report From: 07/18/2016 06:31:56



# EMSL Analytical, Inc.
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

**EMSL Order:** 041619229
**Customer ID:** CLAG50
**Customer PO:**
**Project ID:**

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 17 041619229-0017 | 1st Floor Room 105 - Sheetrock | Brown/White Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 18W 041619229-0018 | 1st Floor Room 106 - Plaster Surface Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19B 041619229-0019 | 1st Floor Room 106 - Plaster Base Layer | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 20 041619229-0020 | 1st Floor Hallway Closet - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 21 041619229-0021 | 1st Floor Hallway - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22 041619229-0022 | 1st Floor Girls Room - Sheetrock | Brown/White Non-Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 23W 041619229-0023 | 1st Floor Room 100 - Plaster Surface Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24B 041619229-0024 | 1st Floor Room 100 - Plaster Base Layer | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 25 041619229-0025 | 1st Floor Rear Entrance Door - Door Frame Caulking | Gray Non-Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 26 041619229-0026 | Boiler Room - Ceiling | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 27 041619229-0027 | Boiler Room - Incinerator Lining | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 28 041619229-0028 | Gymnasium Exit Door - Exterior Door Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29 041619229-0029 | Gymnasium - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30 041619229-0030 | Gymnasium - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 31 041619229-0031 | Gymnasium - Sheetrock | Brown/White Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 32W 041619229-0032 | Basement Library, Music Storage Room - Plaster Surface Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33B 041619229-0033 | Basement Library, Music Storage Room - Plaster Base Layer | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 34 041619229-0034 | Basement Library - Carpet Mastic | Black/Yellow Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial Report From: 07/18/2016 06:31:56



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

**EMSL Order:** 041619229
**Customer ID:** CLAG50
**Customer PO:**
**Project ID:**

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 35 041619229-0035 | Basement Computer - Window Glazing | Gray Non-Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 36W 041619229-0036 | Basement Kindergarten Room - Plaster Surface Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 37B 041619229-0037 | Basement Kindergarten Room - Plaster Base Layer | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 38 041619229-0038 | Outside of Building - Expansion Joint | Gray Non-Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 39 041619229-0039 | Outside of Building - Caulking between Panels | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 40 041619229-0040 | Outside of Building - Exterior Window Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |

Analyst(s)

*William Bradford (40)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial Report From: 07/18/2016 06:31:56



# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number *(Lab Use Only)*

**EMSL ANALYTICAL, INC.**

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

EMSL Order Number (Lab Use Only): *OC11619229*

**Company :** Guzek Associates, Inc.

**EMSL-Bill to:** ☐ Same ☐ Different
*If Bill to is Different note instructions in Comments**

**Street:** 401 Davis Street

*Third party Billing requires written authorization from third party*

**City:** Clarks Summit | **State/Province:** PA | **Zip/Postal Code:** 18414 | **Country:** U.S.A.

**Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700

**Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728 | **Purchase Order:**

**Project Name/Number:** SSD 16_751 Prescott | **Please Provide Results:** ☐ Fax ☒ Email

**U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt

**Turnaround Time (TAT) Options\* – Please Check**

☐ 3 Hour ☐ 6 Hour ☐ 24 Hour ☐ 48 Hour ☐ 72 Hour ☒ 96 Hour ☐ 1 Week ☐ 2 Week

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.\*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide*

| PLM - Bulk (reporting limit) | TEM – Bulk |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2 5 5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0 25%) ☐ 1000 (<0 1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5 5 2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198 1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ Check For Positive Stop – Clearly Identify Homogenous Group

**Date Sampled:** 07-13-2016

**Samplers Name:** Brent Tripp

**Samplers Signature:** Brent G. Tripp

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 W | | 2nd Floor - Room 205 | Plaster Surface Layer |
| 02 B | | 2nd Floor - Room 205 | Plaster Base Layer |
| 03 | | 2nd Floor - Room 206 | Joint Compound |
| 04 | | 2nd Floor - Room 206 | Sheetrock |
| 05 | | 2nd Floor - Girls Room | Joint Compound |
| 06 | | 2nd Floor - Girls Room | Sheetrock |
| 07 | | 2nd Floor - Boys Room | Fiberboard Behind Urinal Wall |
| 08 | | 2nd Floor - Boys Room | Joint Compound at Roof Access |
| 09 | | 2nd Floor - Teachers Lounge | Window Glazing |
| 10 W | | 2nd Floor - Room 218 | Plaster Surface Layer |

**Client Sample # (s):** THRU 40 - | **Total # of Samples:** Forty (40)

**Relinquished (Client):** Brent Tripp | **Date:** 07-13-2016 | **Time:** 3:00 PM

**Received (Lab):** [signature] | **Date:** 7 14 16 | **Time:** 920

**Comments/Special Instructions:**

Controlled Document – Asbestos COC – R6 – 11/29/2012



**Asbestos Bulk Building Material**
**Chain of Custody**

EMSL Order Number *(Lab Use Only).*

OC11019229

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

EMSL ANALYTICAL, INC.
LABORATORY-PRODUCTS-TRAINING

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | | Material Description |
|---|---|---|---|---|
| 11 B | | 2nd Floor - Room 218 | | Plaster Base Layer |
| 12 | | 2nd Floor - Room 201 | | Window Glazing |
| 13 | | 2nd Floor - Room 201 | | Mastic Under Aluminum Window Frames |
| 14 W | | 2nd Floor - Room 203 | | Plaster Surface Layer |
| 15 B | | 2nd Floor - Room 203 | | Plaster Base Layer |
| 16 | | Rear Staircase | | Railing / Stair Caulking |
| 17 | | 1st Floor - Room 105 | | Sheetrock |
| 18 W | | 1st Floor - Room 106 | | Plaster Surface Layer |
| 19 B | | 1st Floor - Room 106 | | Plaster Base Layer |
| 20 | | 1st Floor - Hallway Closet | | Joint Compound |
| 21 | | 1st Floor - Hallway | | Joint Compound |
| 22 | | 1st Floor - Girls Room | | Sheetrock |
| 23 W | | 1st Floor - Room 100 | | Plaster Surface Layer |
| 24 B | | 1st Floor - Room 100 | | Plaster Base Layer |
| 25 | | 1st Floor - Rear Entrance Door | | Door Frame Caulking |
| 26 | | Boiler Room | | Ceiling |
| 27 | | Boiler Room | | Incinerator Lining |
| 28 | | Gymnasium - Exit Door | | Exterior Door Caulking |
| 29 | | Gymnasium | | Joint Compound |
| 30 | | Gymnasium | | Joint Compound |
| 31 | | Gymnasium | | Sheetrock |
| 32 W | | Basement - Library, Music Storage Room | | Plaster Surface Layer |
| 33 B | | Basement - Library, Music Storage Room | | Plaster Base Layer |
| 34 | | Basement - Library | | Carpet Masitc |
| *Comments/Special Instructions:* | | | | |

Page _2_ of _3_ pages



## Asbestos Bulk Building Material
## Chain of Custody

**EMSL Order Number** (Lab Use Only):

OC1161922⁹

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | | Material Description |
|---|---|---|---|---|
| 35 | | Basement - Computer Lab | | Window Glazing |
| 36 W | | Basement - Kindergarten Room | | Plaster Surface Layer |
| 37 B | | Basement - Kindergarten Room | | Plaster Base Layer |
| 38 | | Outside of Building | | Expansion Joint |
| 39 | | Outside of Building | | Caulking Between Panels |
| 40 | | Outside of Building | | Exterior Window Caulking |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Comments/Special Instructions:** | | | | |

Page __3__ of __3__ pages

OrderID: 041921465



**Asbestos Bulk Building Material**
**Chain of Custody**
EMSL Order Number (Lab Use Only):

EMSL ANALYTICAL, INC.

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX (856) 786-5974

`04192465`

| | |
|---|---|
| **Company :** Guezk Associates, Inc. | **EMSL-Bill to:** ☐ Same ☐ Different<br>If Bill to is Different note Instructions in Comments** |
| **Street:** 401 Davis Street | Third Party Billing requires written authorization from third party |
| **City:** Clarks Summit   **State/Province:** PA | **Zip/Postal Code:** 18414   **Country:** U.S.A. |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728   **Purchase Order:** |
| **Project Name/Number:** SSD 19_751 Prescott | **Please Provide Results:** ☐ Fax ☒ Email |
| **U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* – Please Check**

☐ 3 Hour   ☐ 6 Hour   ☐ 24 Hour   ☐ 48 Hour   ☐ 72 Hour   ☐ 96 Hour   ☒ 1 Week   ☐ 2 Week

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign
an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB -- EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| ☐ Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| ☐ Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | Other |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ Check For Positive Stop – Clearly Identify Homogenous Group    **Date Sampled:** 07-12-2019

**Samplers Name:** Brent Tripp          **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Boiler # 62 | Boiler Breeching |
| 02 | | Boiler # 61 | Boiler Breeching |
| 03 | | Main Boiler Duct | Boiler Breeching |
| 04 | | Main Boiler Duct | Boiler Breeching |
| 05 | | Pipe above Boiler # 62 | Mastic over fiberglass ends |
| 06 | | Pipe in front of Boiler # 62 | Mastic over fiberglass ends |
| 07 | | Pipe above Boiler # 62 | Mastic over fiberglass ends |
| | | | |
| | | | |
| | | | |

**Client Sample # (s):** 01, thru 07          **Total # of Samples:** Seven (7)

**Relinquished (Client):**          Date: 07-12-2019 7-22-19          Time: 11:00 am

**Received (Lab):**          Date: 1-25-1          Time: 920

**Comments/Special Instructions:**

Controlled Document – Asbestos COC – R5 – 11/29/2012





**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041921465 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

**Attention:** Chris Notari
Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

| | |
|---|---|
| **Phone:** | (570) 586-9700 |
| **Fax:** | (570) 586-6728 |
| **Received Date:** | 07/25/2019  9:20 AM |
| **Analysis Date:** | 08/01/2019 |
| **Collected Date:** | |

**Project:** SSD 19_751 Prescott

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01-Insulation<br>041921465-0001 | Boiler #62 - Boiler Breeching | Gray<br>Non-Fibrous<br>Homogeneous | 20% Min. Wool | 80% Non-fibrous (Other) | None Detected |
| 01-Wrap<br>041921465-0001A | Boiler #62 - Boiler Breeching | White<br>Fibrous<br>Homogeneous | 90% Cellulose | 10% Non-fibrous (Other) | None Detected |
| 02-Insulation<br>041921465-0002 | Boiler #61 - Boiler Breeching | Gray<br>Fibrous<br>Homogeneous | 10% Cellulose<br>20% Min. Wool | 70% Non-fibrous (Other) | None Detected |
| 02-Wrap<br>041921465-0002A | Boiler #61 - Boiler Breeching | White<br>Fibrous<br>Homogeneous | 50% Cellulose | 50% Non-fibrous (Other) | None Detected |
| 03<br>041921465-0003 | Main Boiler Duct - Boiler Breeching | Gray<br>Fibrous<br>Homogeneous | 30% Min. Wool | 70% Non-fibrous (Other) | None Detected |
| 04<br>041921465-0004 | Main Boiler Duct - Boiler Breeching | Gray/Yellow<br>Fibrous<br>Homogeneous | 20% Cellulose<br>20% Min. Wool | 60% Non-fibrous (Other) | None Detected |
| 05<br>041921465-0005 | Pipe above Boiler #62 - Mastic over Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | 3% Glass | 97% Non-fibrous (Other) | None Detected |
| 06<br>041921465-0006 | Pipe in front of Boiler #62 - Mastic over Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | 3% Glass | 97% Non-fibrous (Other) | None Detected |
| 07<br>041921465-0007 | Pipe above Boiler #62 - Mastic over Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

*Daniel Fricker (4)*
*Laura Kantor (5)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. The above analyses were performed in general compliance with Appendix E to Subpart E of 40 CFR (previously EPA 600/M4-82-020 "Interim Method"), but augmented with procedures outlined in the 1993 ("final") version of the method. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. All samples received in acceptable condition unless otherwise noted. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. EMSL recommends gravimetric reduction for all non-friable organically bound materials prior to analysis. Estimation of uncertainty is available on request.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367, LA #04127

Initial report from: 08/01/2019 12:16:13