# EXHIBIT C

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# McNICHOLS EDUCATIONAL PLAZA
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
425 North Washington Avenue
Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

September 2019

# <u>**TABLE OF CONTENTS**</u>

**SECTION 1**          EXECUTIVE SUMMARY

**SECTION 2**          INTRODUCTION

**SECTION 3**          BUILDING DISCRIPTION

**SECTION 4**          METHODS

**SECTION 5**          RE-INSPECTION FINDINGS

**SECTION 6**          RE-INSPECTION RESULTS

**SECTION 7**          RECOMMENDATIONS

**SECTION 8**          ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**         HOMOGENEOUS SAMPLING CHART,
                       RESPONSE ACTION BASED ON HAZARD RANK,
                       & ASBESTOS CONTAINING BUILDING MATERIAL
                       (ACBM) LOCATION DRAWINGS

**APPENDIX B**         PLM SAMPLE ANALYSIS RESULTS
                       & CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## McNICHOLS EDUCATIONAL PLAZA

## SECTION 1    EXECUTIVE SUMMARY

An Asbestos Materials Re-inspection Survey was conducted on September 18, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspector, Chris Notari (DLI Asbestos Inspector Certification #027028.

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.    Asbestos-containing Materials

    1.    All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

    2.    Recommendations

        Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

## SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the McNichols Educational Plaza was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and McNichols Educational Plaza Administration Office.

## SECTION 3   BUILDING DISCRIPTION

McNichols Educational Plaza, located at 1111 Irving Avenue, Scranton, PA is a concrete and masonry building constructed in 1980.  The building consists of a ground floor, and four (4) upper level mechanical rooms, and contains approximately 50,835 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.    Original inspection report
2.    2016 3-Year Re-inspection Report
3.    AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6   INSPECTION RESULTS

A.   <u>Asbestos-containing Materials</u>

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for McNichols Educational Plaza conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custodies and Analytical Laboratory Reports for the 2016 and 2019 3-Year Re-inspection Report is included in Appendix B.

<u>Note</u>:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials <u>may be present</u>:

1.  Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

2.  Fire Doors

3.  Roofing Materials (including Flashing and Tar)

4.  Electrical wiring insulation maybe present


<u>Materials That Were Tested and Found Not to Contain Asbestos</u>

- Fabric Between CMU (White & Tan)
- Mastic on Fiberglass Ends
- Plaster (Both Layers)
- Floor Leveler
- Expansion Joint Caulk
- Cementitious Layer on Expansion Tank (Cooling Tower)
- Fire Proofing
- Cementitious Pipe Insulation
- Ceiling Tile 2'x4' & 2'x2' (Previously Tested by Others)
- Door Frame Caulking
- Joint Compound
- Sheetrock
- Wall Divider (Foam Material between Layers)
- Base Cove Molding Mastic
- Interior Duct Lining and Coating over Lining (Black and Gray)

**SECTION 7**          **RECOMMENDATIONS**

A.  Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B.  All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the McNichols Educational Plaza.

C.  All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

   1.  Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

   Or

   2.  The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

**SECTION 8**          **ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028). A copy of his certificate is included in this report on the following page.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

**under TSCA Title II**

*presented by*

**ACCESS TRAINING SERVICES, INC.**

**7921 River Road, Pennsauken, NJ 08110**

**(856) 665-3449**

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| **Course Date** | **Exam Date** | **Expiration Date** |

| Not Provided | ACC-0719-6-005 | *Mark K. Schläger* |
|---|---|---|
| **Social Security Number** | **Certificate Number** | **Training Director** |

# <u>APPENDIX A</u>

## REINSPECTION FINDINGS:

### HOMOGENEOUS SAMPLING CHART

### RESPONSE ACTION BASED ON HAZARD RANK

### ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building:  McNichols Educationmal Plaza          Dates of Original AHERA Inspection: July, 1988          Page 1 of 3

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Main Entrance | Cementitious 2'x4' Ceiling Panels ( Transite ) ( Approx. 265 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 **NF-2** | **G** D SD | 2 | 6 | - Remove cracked panels |
| Main Office ( Machine Room ) | 12"x12" Floor Tile & Mastic ( Approx. 216 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Medical Room | 12"x12" Floor Tile & Mastic ( Approx. 350 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Title 1 Reading and Restroom | 12"x12" Floor Tile & Mastic ( Approx. 400 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor Tile is Painted Gray - Mastic Assumed |
| Speech Therapy | 12"x12" Floor Tile & Mastic ( Approx. 200 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Vestibule No. 2 | Cementitious 2'x4' Ceiling Panels ( Transite ) ( Approx. 120 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 **NF-2** | **G** D SD | 2 | 6 | - Remove cracked panels |
| Kindegarten No.1 | 12"x12" Floor Tile & Mastic ( Approx. 150 SQ FT ) | TSI SURFACE **Misc.** | Assumed or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Vestibule No. 4 | Cementitious 2'x4' Ceiling Panels ( Transite ) ( Approx. 100 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 **NF-2** | **G** D SD | 2 | 6 | - Remove cracked panels |
| Vestibule No. 5 | Cementitious 2'x4' Ceiling Panels ( Transite ) ( Approx. 100 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 **NF-2** | G **D** SD | 2 | 6 | - Remove cracked panels - Approx. 2.5 Panels Missing |
| Faculty Lounge | 12"x12" Floor Tile & Mastic ( Approx. 180 SQ FT ) | TSI SURFACE **Misc.** | Assumed or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Women's Restroom | 12"x12" Floor Tile & Mastic ( Approx. 75 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - 5 tiles Cracked - Mastic Assumed |
| Library Office | 12"x12" Floor Tile & Mastic ( Approx. 150 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | 1 tile damaged (4") - Mastic Assumed |

Information abstracted by: Christopher Notari in September 18, 2019          Building Inspector's Certification No.: 027028-PA
Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: McNichols Educationmal Plaza          Dates of Original AHERA Inspection: July, 1988          Page 2 of 3

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| **MATERIAL LOCATION** | **MATERIAL DESCRIPTION** | | | | | | | |
| IST - Instructional Support | 12"x12" Floor Tile & Mastic ( Approx. 460 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor Tile Under Carpet - Mastic Assumed |
| Book Return | 12"x12" Floor Tile & Mastic ( Approx. 408 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor Tile Under Carpet - Mastic Assumed |
| TV Studio | 12"x12" Floor Tile & Mastic ( Approx. 377 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Art Room (Special Needs) | 12"x12" Floor Tile & Mastic ( Approx. 1,220 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| | Lab Tables ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Kiln (Lining and gaskets) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 1 | 7 | - No Access to Room - Viewed From Overhead |
| Kindergarten No.2 | 12"x12" Floor Tile & Mastic ( Approx. 620 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| | Lab Tables ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| Gym Vestibule | Cementitious 2'x4' Ceiling Panels ( Transite ) ( Approx. 200 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 **NF-2** | **G** D SD | 2 | 6 | - Remove cracked panels |
| Girl's Locker Room Office | 12"x12" Floor Tile & Mastic ( Approx. 100 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Boy's Locker Room Office | 12"x12" Floor Tile & Mastic ( Approx. 100 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Table Storage Office Gym | 12"x12" Floor Tile & Mastic ( Approx. 370 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | G D **SD** | 6 | 2 | - Deep Gouges in Floor Tile, Floot Tile ile should be removed. - Mastic Assumed |

Information abstracted by: Christopher Notari in September 18, 2019          Building Inspector's Certification No.: 027028-PA

Friability:   F = Friable,        NF-1 = Non-Friable,        NF-2 = Non-Friable          Assessment:   G = Good,       D = Damaged,       SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: McNichols Educationmal Plaza          Dates of Original AHERA Inspection: July, 1988          Page 3 of 3

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Throughout Building | Ductwork Flex Connections | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Coating on Exterior Base of Sinks | TSI **SURFACE** Misc. | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 1 | 7 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: Christopher Notari in September 18, 2019          Building Inspector's Certification No.: 027028-PA
Friability:    F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM.  Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |



SURFACING ASBESTOS CONTAINING MATERIALS

MECHANICAL ROOM
ABOVE RESTROOMS
NOT TO SCALE

COOLING TOWER
NOT TO SCALE

MECHANICAL ROOM
ABOVE RESTROOMS
NOT TO SCALE

MECHANICAL EQUIPMENT
NOT TO SCALE

MAIN LEVEL PLAN
NOT TO SCALE

KEY — SURFACING ACM

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. EXTERIOR COATING ON SINKS

**ACM LOCATION PLAN: 2019**

Scranton School District
Scranton School District
428 North Washington Avenue
Scranton, PA 18805

Asbestos Management Plans

DRAWING NO.
A
1

Sheet Size 36"x24"



THERMAL ASBESTOS CONTAINING MATERIALS

**MECHANICAL ROOM ABOVE RESTROOMS**
NOT TO SCALE

**COOLING TOWER**
NOT TO SCALE

**MECHANICAL ROOM ABOVE RESTROOMS**
NOT TO SCALE

**MECHANICAL EQUIPMENT**
NOT TO SCALE

## MAIN LEVEL PLAN
NOT TO SCALE

KEY – THERMAL ACM

KILN – LINING ASSUMED

**ACM LOCATION PLAN: 2019**

Guzek Associates
401 Owens Street
Clarks Summit, PA 18411

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.

A 2



# MISCELLANEOUS ASBESTOS CONTAINING MATERIALS

KILN LOCATION

**COOLING TOWER**
NOT TO SCALE

**MECHANICAL ROOM ABOVE RESTROOMS**
NOT TO SCALE

VESTIBULE NO. 5

2nd GRADE 823 S.F.

2nd GRADE 823 S.F.

2nd GRADE 823 S.F.

1st GRADE 617 S.F.

1st GRADE 617 S.F.

E.S.L. 617 S.F.

E.S.L. 617 S.F.

VESTIBULE NO. 4

KINDERGARTEN No. 2 1240 S.F.

ART ROOM 1220 S.F.

LAB TABLES

LAB TABLES

FACULTY LOUNGE 870 S.F.

1st GRADE 617 S.F.

1st GRADE 617 S.F.

1st GRADE 617 S.F.

1st GRADE 617 S.F.

LEARNING SUPPORT 617 S.F.

LEARNING SUPPORT 617 S.F.

GIRLS' LOCKER ROOM 89 S.F.

GYM OFFICE 100 S.F.

TITLE-1 MATH 405 S.F.

Girl's Room 155 S.F.

Boy's Room 155 S.F.

KINDERGARTEN No. 1 941 S.F.

KINDERGARTEN No. 1 916 S.F.

EQUIP. STORAGE 182 S.F.

CAFETERIA TABLE STORAGE IN WALL (TYP)

MEN'S RESTROOM

WOMEN'S RESTROOM

TEACHERS' PLANNING AREA 1122 S.F.

LIBRARIAN'S OFFICE 150 S.F.

BOOK RETURN ROOM 408 S.F.

LIBRARY 2981 S.F.

CORRIDOR

TABLE STORAGE 187 S.F.

MAIN CORRIDOR

FAN ROOM

I.S.T. INSTRUCTIONAL SUPPORT 459 S.F.

T.V. STUDIO 377 S.F.

MULTI-PURPOSE ROOM GYMNASIUM CAFETERIA 4034 S.F.

COPY ROOM 150 S.F.

MAIN OFFICE 425 S.F.

MEDICAL ROOM 280 S.F.

Boy's Room 155 S.F.

Girl's Room 155 S.F.

5th GRADE 823 S.F.

3rd GRADE 823 S.F.

MUSIC EQUIPMENT ROOM 418 S.F.

KITCHEN 656 S.F.

BOYS' LOCKER ROOM 89 S.F.

GYM OFFICE 89 S.F.

CONFERENCE ROOM 220 S.F.

MACHINE ROOM 200 S.F.

TITLE-1 READING 350 S.F.

5th GRADE 823 S.F.

5th GRADE 823 S.F.

3rd GRADE 823 S.F.

3rd GRADE 823 S.F.

MUSIC ROOM 914 S.F.

JANITOR'S OFFICE 653 S.F.

VESTIBULE NO. 2

4th GRADE 823 S.F.

4th GRADE 823 S.F.

STORAGE 653 S.F.

ELECT. EQUIP./ COMPRESS. ROOM 259 S.F.

PASSAGEWAY

STORAGE

VESTIBULE NO. 3

4th GRADE 823 S.F.

**MECHANICAL ROOM ABOVE RESTROOMS**
NOT TO SCALE

**MECHANICAL EQUIPMENT**
NOT TO SCALE

## MAIN LEVEL PLAN
NOT TO SCALE

### KEY – MISCELLANEOUS ACM

CEMENTITIOUS 2'x4' CEILING PANELS (TRANSITE)

12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS

Sheet Size:36"x24"

*Guzek Associates*
Mechanical,Electrical, Structural, Environmental, and Architectural Engineering
401 Owos Street
Carly Summit, PA 18411   E-Mail: guzek@verizon.net
Phone: (570) 586-9700
Fax: (570) 586-6728

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWN BY: DMT   CHECKED BY: CN   JOB No: 7208   SCALE: AS NOTED   DATE: 09/2019
DWG. TITLE   2019 MONCHOUS EDUCATIONAL PLAZA FLOOR PLANS

ISSUED or REVISED   DATE

DRAWING No.

A3

**ACM LOCATION PLAN: 2019**

# <u>APPENDIX B</u>

## TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

**2016 LABORATORY REPORT**

**2016 CHAIN OF CUSTODY**

**2019 LABORATORY REPORT**

**2019 CHAIN OF CUSTODY**



# EMSL Analytical, Inc.

**200 Route 130 North Cinnaminson, NJ 08077**
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041624872 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 09/06/2016 8:55 AM |
| | Clarks Summit, PA 18411 | **Analysis Date:** | 09/09/2016 - 09/10/2016 |
| | | **Collected Date:** | 08/30/2016 |
| **Project:** | SSD 16-751 McNichols Plaza | | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 01<br>041624872-0001 | Main vestibule, above ceiling tile - Fireproofing | Brown<br>Fibrous<br>Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 02<br>041624872-0002 | Main vestibule - Door frame caulking | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03<br>041624872-0003 | Main office (above ceiling tile around light fixtures) - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 15% Cellulose<br>3% Glass | 82% Non-fibrous (Other) | None Detected |
| 04<br>041624872-0004 | Main office - 2x2 ceiling tile | Gray/White<br>Non-Fibrous<br>Homogeneous | 40% Cellulose<br>40% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 05<br>041624872-0005 | Main office - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06<br>041624872-0006 | Main office - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 20% Cellulose<br>3% Glass | 77% Non-fibrous (Other) | None Detected |
| 07<br>041624872-0007 | Main office - Wallpaper | Tan<br>Fibrous<br>Homogeneous | 30% Cellulose | 70% Non-fibrous (Other) | None Detected |
| 08<br>041624872-0008 | Janitor's closet #1 - Sheetrock | Brown/Gray<br>Fibrous<br>Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 09<br>041624872-0009 | Janitor's closet #1 - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 10<br>041624872-0010 | Medical room - 2x2 ceiling tile | Gray/White<br>Fibrous<br>Homogeneous | 50% Cellulose<br>35% Min. Wool | 15% Non-fibrous (Other) | None Detected |
| 11<br>041624872-0011 | Medical room (above ceiling tile, around light fixtures) - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 20% Cellulose<br>5% Glass | 75% Non-fibrous (Other) | None Detected |
| 12<br>041624872-0012 | Title 1 reading room, above ceiling tile - Fireproofing | Brown<br>Fibrous<br>Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 13<br>041624872-0013 | 5th grade area - 2x4 ceiling tile | Gray/White<br>Fibrous<br>Homogeneous | 30% Cellulose<br>50% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 14<br>041624872-0014 | 4th grade area, outside janitor's closet - Sheetrock | White<br>Fibrous<br>Homogeneous | 5% Cellulose<br>5% Glass | 90% Non-fibrous (Other) | None Detected |
| 15<br>041624872-0015 | 4th grade area, outside janitor's closet - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 09/10/2016 08:16:12



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041624872 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 16<br>041624872-0016 | 3rd grade area, separations walls between 3rd & 4th grade - Foam material | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 17<br>041624872-0017 | Vestibule No. 3 (above ceiling tile) - Fireproofing | Brown<br>Fibrous<br>Homogeneous | 90% Cellulose | 10% Non-fibrous (Other) | None Detected |
| 18<br>041624872-0018 | Music room - CMU block acoustic fabric | Black<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 19<br>041624872-0019 | Music room - 2x2 ceiling tile | Gray/White<br>Fibrous<br>Homogeneous | 40% Cellulose<br>40% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 20<br>041624872-0020 | Music room (above ceiling tile, around light fixtures0 - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 20% Cellulose<br>8% Glass | 72% Non-fibrous (Other) | None Detected |
| 21<br>041624872-0021 | Music room (exterior of building at exit door) - Door frame caulking | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22<br>041624872-0022 | Kindergarten room No. 1 - 2x4 ceiling tile | Tan<br>Fibrous<br>Homogeneous | 30% Cellulose<br>50% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 23<br>041624872-0023 | Kindergarten room No. 1 - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24<br>041624872-0024 | Kindergarten room No. 1 - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 5% Cellulose<br>5% Glass | 90% Non-fibrous (Other) | None Detected |
| 25<br>041624872-0025 | Vestibule No. 4 (Exterior of building at exit door) - Door frame caulking | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26<br>041624872-0026 | ESL & Learning support - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 10% Cellulose<br>10% Glass | 80% Non-fibrous (Other) | None Detected |
| 27<br>041624872-0027 | 1st grade area - 2x4 ceiling tile | Gray/White<br>Fibrous<br>Homogeneous | 50% Cellulose<br>30% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 28<br>041624872-0028 | Title 1 math room - Sheetrock | Gray/White<br>Fibrous<br>Homogeneous | 15% Glass | 85% Non-fibrous (Other) | None Detected |
| 29<br>041624872-0029 | Title 1 math room - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30<br>041624872-0030 | 1st floor air handling room - Mastic on fiberglass ends | White/Yellow<br>Fibrous<br>Homogeneous | 20% Glass | 80% Non-fibrous (Other) | None Detected |
| 31<br>041624872-0031 | 1st floor air handling room - Mastic on fiberglass ends | Various<br>Fibrous<br>Homogeneous | 20% Glass | 80% Non-fibrous (Other) | None Detected |
| 32<br>041624872-0032 | 2nd floor HVAC room No. 1 - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33<br>041624872-0033 | 2nd floor HVAC room No. 1 - Sheetrock | White<br>Fibrous<br>Homogeneous | 10% Glass | 90% Non-fibrous (Other) | None Detected |

Initial report from: 09/10/2016 08:16:12



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041624872 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 34 041624872-0034 | 2nd floor HVAC room No. 1 - Mastic on fiberglass ends | White/Yellow Fibrous Homogeneous | 10% Glass | 90% Non-fibrous (Other) | None Detected |
| 35 041624872-0035 | 2nd floor HVAC room No. 1 - Mastic on fiberglass ends | White/Yellow Fibrous Homogeneous | 10% Glass | 90% Non-fibrous (Other) | None Detected |
| 36 041624872-0036 | Instructional support (At doorway) - Floor leveler | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 37 041624872-0037 | Book return room - Floor leveler | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 38 041624872-0038 | Hallway next to book return room (above ceiling tile) - Mastic (tan) on fiberglass ends | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 39 041624872-0039 | Hallway next to book return room - Joint compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 40 041624872-0040 | Hallway next to book return room - Sheetrock | Tan Fibrous Homogeneous | 15% Cellulose 10% Glass | 75% Non-fibrous (Other) | None Detected |
| 41 041624872-0041 | Janitor's office - Column plaster | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 42 041624872-0042 | Storage garage - Fireproofing | Brown/White Fibrous Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 43 041624872-0043 | Electrical room - Cementitious fittings | White Fibrous Homogeneous | 20% Glass | 80% Non-fibrous (Other) | None Detected |
| 44 041624872-0044 | Electrical room - Mastic on fiberglass ends | Yellow Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 45 041624872-0045 | Electrical room - Cementitious fittings | White Fibrous Homogeneous | 10% Synthetic 10% Glass | 80% Non-fibrous (Other) | None Detected |
| 46 041624872-0046 | Kindergarten No. 2 - Floor leveler | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 47W 041624872-0047 | Boys' restroom in gym - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 48B 041624872-0048 | Boys' restroom in gym - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 49W 041624872-0049 | Boys' restroom in gym - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 50B 041624872-0050 | Boys' restroom in gym - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 51 041624872-0051 | 2nd floor, gym mechanical room - Mastic on fiberglass ends | White Fibrous Homogeneous | 20% Glass | 80% Non-fibrous (Other) | None Detected |

Initial report from: 09/10/2016 08:16:12

# EMSL Analytical, Inc.

**200 Route 130 North Cinnaminson, NJ 08077**

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041624872 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 52<br>041624872-0052 | 2nd floor, gym mechanical room - Mastic on fiberglass ends | White<br>Fibrous<br>Homogeneous | 20% Glass | 80% Non-fibrous (Other) | None Detected |
| 53W<br>041624872-0053 | Girls' locker room - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 54B<br>041624872-0054 | Girls' locker room - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 55W<br>041624872-0055 | Girls' locker room - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 56B<br>041624872-0056 | Girls' locker room - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 57W<br>041624872-0057 | Girls' locker room - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 58B<br>041624872-0058 | Girls' locker room - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 59<br>041624872-0059 | Cooling tower - Expansion tank outer layer | White<br>Fibrous<br>Homogeneous | 40% Cellulose | 60% Non-fibrous (Other) | None Detected |
| 60<br>041624872-0060 | Gymnasium - CMU block acoustic fabric | Gray/Black<br>Fibrous<br>Homogeneous | 95% Min. Wool | 5% Non-fibrous (Other) | None Detected |
| 61<br>041624872-0061 | Exterior of building - Expansion joint | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 62<br>041624872-0062 | Exterior of building - Exterior window caulking | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 63<br>041624872-0063 | Exterior of building - Exterior window caulking | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

Andrew Coward (17)
Alexis Kum (11)
Juli Patel (20)
Nancy Stalter (15)

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 09/10/2016 08:16:12



# Asbestos Bulk Building Material
## Chain of Custody RECEIVED
### EMSL Order Number *(Lab Use Only)*

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077

PHONE: (800) 220-3675
FAX: (856) 786-5974

EMSL ANALYTICAL, INC.
LABORATORY · PRODUCTS · TRAINING

041624572

**Company :** Guzek Associates, Inc.

**Street:** 401 Davis Street

**City:** Clarks Summit  **State/Province:** PA  **Zip/Postal Code:** 18414  **Country:** U.S.A.

**Report To (Name):** Chris Notari  **Telephone #:** 570-586-9700

**Email Address:** guzekassoc@aol.com  **Fax #:** 570-586-6728  **Purchase Order:**

**Project Name/Number:** SSD 16_751 McNichols Plaza

**U.S. State Samples Taken:** Pennsylvania

Bill to is: ☐ Same ☐ Different
*If Bill to is Different note instructions in Comments***
*Third Party Billing requires written authorization from third party*

**Please Provide Results:** ☐ Fax  ☒ Email

**CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt

| Turnaround Time (TAT) Options* -- Please Check | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☒ 1 Week | ☐ 2 Week |

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT.  You will be asked to sign
an authorization form for this service.  Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| PLM - Bulk (reporting limit) | TEM -- Bulk |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB -- EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass -- EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ **Check For Positive Stop -- Clearly Identify Homogenous Group**  **Date Sampled:** 08-30-2016

**Samplers Name:** Chris Notari / Brent Tripp  **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Main Vestibule, Above Ceiling Tile | Fireproofing |
| 02 | | Main Vestibule | Door Frame Caulking |
| 03 | | Main Office (Above Ceiling Tile Around Light Fixtures) | Sheetrock |
| 04 | | Main Office | 2'x2' Ceiling Tile |
| 05 | | Main Office | Joint Compound |
| 06 | | Main Office | Sheetrock |
| 07 | | Main Office | Wall Paper |
| 08 | | Janitors Closet #1 | Sheetrock |
| 09 | | Janitors Closet #1 | Joint Compound |
| 10 | | Medical Room | 2'x2' Ceiling Tile |

**Client Sample # (s):** 01 - 63 -  **Total # of Samples:** Sixty-Three (63)

**Relinquished (Client):**  **Date:** 09-01-2016  **Time:** 12:00 PM

**Received (Lab):** Chelsea EMSL Fx  **Date:** 9/6/16  **Time:** 8:55

**Comments/Special Instructions:**



EMSL ANALYTICAL, INC. LABORATORY•PRODUCTS•TRAINING

# Asbestos Bulk Building Material Chain of Custody

**EMSL Order Number** *(Lab Use Only)*: 041624872

RECEIVED EMSL CINNAMINSON, N.J. 2016 SEP -6 A 9:44

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 | | Medical Room (Above Ceiling Tile, Around Light Fixtures) | Sheetrock |
| 12 | | Title 1 Reading Room, Above Ceiling Tile | Fireproofing |
| 13 | | 5th Grade Area | 2'x4' Ceiling Tile |
| 14 | | 4th Grade Area, Outside Janitors Closet | Sheetrock |
| 15 | | 4th Grade Area, Outside Janitors Closet | Joint Compound |
| 16 | | 3rd Grade Area, Separations Walls Between 3rd & 4th Grade | Foam Material |
| 17 | | Vestibule No. 3 (Above Ceiling Tile) | Fireproofing |
| 18 | | Music Room | CMU Block Acoustic Fabric |
| 19 | | Music Room | 2'x2' Ceiling Tile |
| 20 | | Music Room (Above Ceiling Tile, Around Light Fixtures) | Sheetrock |
| 21 | | Music Room (Exterior of Building at Exit Door) | Door Frame Caulking |
| 22 | | Kindergarten Room No.1 | 2'x4' Ceiling Tile |
| 23 | | Kindergarten Room No.1 | Joint Compound |
| 24 | | Kindergarten Room No.1 | Sheetrock |
| 25 | | Vestibule No. 4 (Exterior of Building at Exit Door) | Door Frame Caulking |
| 26 | | ESL & Learning Support | Sheetrock |
| 27 | | 1st Grade Area | 2'x4' Ceiling Tile |
| 28 | | Title 1 Math Room | Sheetrock |
| 29 | | Title 1 Math Room | Joint Compound |
| 30 | | 1st Floor Air Handling Room | Mastic on Fiberglass Ends |
| 31 | | 1st Floor Air Handling Room | Mastic on Fiberglass Ends |
| 32 | | 2nd Floor HVAC Room No. 1 | Joint Compound |
| 33 | | 2nd Floor HVAC Room No. 1 | Sheetrock |
| 34 | | 2nd Floor HVAC Room No. 1 | Mastic on Fiberglass Ends |

***Comments/Special Instructions:**

Page 2 of 4 pages

**EMSL ANALYTICAL, INC.**
LABORATORY · PRODUCTS · TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
**EMSL Order Number** *(Lab Use Only)*

RECEIVED
EMSL
CINNAMINSON, N.J.

O 4 1 6 2   Y 8 7 2   2016 SEP -6  A  9:44

**EMSL ANALYTICAL, INC.**
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 35 | | 2nd Floor HVAC Room No. 1 | Mastic on Fiberglass Ends |
| 36 | | Instructional Support (At Doorway) | Floor Leveler |
| 37 | | Book Return Room | Floor Leveler |
| 38 | | Hallway Next To Book Return Room (Above Ceiling Tile) | Mastic (Tan) on Fiberglass Ends |
| 39 | | Hallway Next To Book Return Room | Joint Compound |
| 40 | | Hallway Next To Book Return Room | Sheetrock |
| 41 | | Janitors Office | Column Plaster |
| 42 | | Storage Garage | Fireproofing |
| 43 | | Electrical Room | Cementitious Fittings |
| 44 | | Electrical Room | Mastic on Fiberglass Ends |
| 45 | | Electrical Room | Cementitious Fittings |
| 46 | | Kindergarten No. 2 | Floor Leveler |
| 47 W | | Boy's Restroom in Gym | Plaster White Layer |
| 48 B | | Boy's Restroom in Gym | Plaster Base Layer |
| 49 W | | Boy's Restroom in Gym | Plaster White Layer |
| 50 B | | Boy's Restroom in Gym | Plaster Base Layer |
| 51 | | 2nd Floor, Gym Mechanical Room | Mastic on Fiberglass Ends |
| 52 | | 2nd Floor, Gym Mechanical Room | Mastic on Fiberglass Ends |
| 53 W | | Girl's Locker Room | Plaster White Layer |
| 54 B | | Girl's Locker Room | Plaster Base Layer |
| 55 W | | Girl's Locker Room | Plaster White Layer |
| 56 B | | Girl's Locker Room | Plaster Base Layer |
| 57 W | | Girl's Locker Room | Plaster White Layer |
| 58 B | | Girl's Locker Room | Plaster Base Layer |

**\*Comments/Special Instructions:**

Page __3__ of __4__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012



**EMSL ANALYTICAL, INC.**
LABORATORY·PRODUCTS·TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number *(Lab Use Only)*:

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

07162 4872

EMSL
CINNAMINSON, N.J.
2016 SEP -6 A 9:44

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 59 | | Cooling Tower | Expansion Tank Outer Layer |
| 60 | | Gymnasium | CMU Block Acoustic Fabric |
| 61 | | Exterior Of Building | Expansion Joint |
| 62 | | Exterior Of Building | Exterior Window Caulking |
| 63 | | Exterior Of Building | Exterior Window Caulking |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*Comments/Special Instructions:**

Page __4__ of __4__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012



# EMSL Analytical, Inc.

**200 Route 130 North Cinnaminson, NJ  08077**

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041927881 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | 091919 |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Joseph Guzek | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 09/20/2019  9:15 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 09/24/2019 - 09/25/2019 |
| | | **Collected Date:** | 09/18/2019 |
| **Project:** | SSD-McNichols | | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| **Sample** | **Description** | **Appearance** | **% Fibrous** | **% Non-Fibrous** | **% Type** |
| 01<br>041927881-0001 | Front Lobby - Base Cove Mastic | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02<br>041927881-0002 | Middle Hallway - Base Cove Mastic | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03<br>041927881-0003 | Attic Mech Rm - Interior Duct Lining | Black<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 04<br>041927881-0004 | Attic Mech Rm - Interior Duct Lining | Black<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 05-Duct Lining<br>041927881-0005 | Attic Mech Rm - Interior Duct Lining | Black<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 05-Mastic<br>041927881-0005A | Attic Mech Rm - Mastic / Coating (Gray) | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06-Duct Lining<br>041927881-0006 | Attic Mech Rm - Interior Duct Lining | Black<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 06-Mastic<br>041927881-0006A | Attic Mech Rm - Mastic / Coating (Gray) | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08-Duct Lining<br>041927881-0007 | Attic Mech Rm - Interior Duct Lining | Black<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 08-Mastic<br>041927881-0007A | Attic Mech Rm - Mastic / Coating (Gray) | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09<br>041927881-0008 | Generator (Electrical Rm) - Cementitious Fitting | White<br>Fibrous<br>Homogeneous | 8% Glass | 92% Non-fibrous (Other) | None Detected |
| 10<br>041927881-0009 | Generator (Electrical Rm) - Cementitious Fitting | White<br>Fibrous<br>Homogeneous | 8% Glass | 92% Non-fibrous (Other) | None Detected |
| 11<br>041927881-0010 | Generator (Electrical Rm) - Cementitious Fitting | White<br>Fibrous<br>Homogeneous | 30% Cellulose<br>10% Glass | 60% Non-fibrous (Other) | None Detected |
| 12-Duct Lining<br>041927881-0011 | Gym Attic Mech Rm - Interior Duct Lining | Yellow<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 12-Mastic<br>041927881-0011A | Gym Attic Mech Rm - Mastic / Coating (Black) | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13-Duct Lining<br>041927881-0012 | Gym Attic Mech Rm - Interior Duct Lining | Yellow<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |

Initial report from: 09/25/2019 09:51:41



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041927881 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | 091919 |
| **Project ID:** | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 13-Mastic<br>*041927881-0012A* | Gym Attic Mech Rm - Mastic / Coating (Black) | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 14-Duct Lining<br>*041927881-0013* | Gym Attic Mech Rm - Interior Duct Lining | Black<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 14-Mastic<br>*041927881-0013A* | Gym Attic Mech Rm - Mastic / Coating (Black) | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 15<br>*041927881-0014* | Rear Hallway - Base Cove Mastic | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

*Christopher Richardson (7)*

*Jacqueline Innella (13)*

Samantha Rundstrom, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. The above analyses were performed in general compliance with Appendix E to Subpart E of 40 CFR (previously EPA 600/M4-82-020 "Interim Method"), but augmented with procedures outlined in the 1993 ("final") version of the method. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. All samples received in acceptable condition unless otherwise noted. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. EMSL recommends gravimetric reduction for all non-friable organically bound materials prior to analysis. Estimation of uncertainty is available on request.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367, LA #04127

Initial report from: 09/25/2019 09:51:41

200 Route 130 North
Cinnaminson, NJ 08077
PHONE 1-800-220-3675
FAX: (670) 786-5974

RECEIVED

**Asbestos Chain of Custody**
**EMSL Order Number** (Lab Use Only):

0 4 1 9 2 7 8 8 1

EMSL ANALYTICAL, INC.
LABORATORY•PRODUCTS•TRAINING

| Company Name : Guzek Associates, Inc | EMSL Customer ID: | |
|---|---|---|
| Street: 401 Davis Street | City: Clarks Summit | State/Province: PA |
| Zip/Postal Code: 18411 | Country: US | Telephone #: 5705869700 | Fax #: 570-586-6728 |
| Report To (Name): Joseph Guzek | Please Provide Results: ☐ Fax ☑ Email |
| Email Address: guzekassoc@aol.com | Purchase Order: 091919 |
| Project Name/Number: SSD-McNichols | EMSL Project ID (Internal Use Only): |
| U.S. State Samples Taken: PA | CT Samples: ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**EMSL-Bill to:** ☑ Same ☐ Different - If Bill to is Different note instructions in Comments**
Third Party Billing requires written authorization from third party

**Turnaround Time (TAT) Options* – Please Check**

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☑ 72 Hour | ☐ 96 Hour | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| PCM - Air ☐ Check if samples are from NY | TEM – Air ☐ 4-4.5hr TAT (AHERA only) | TEM- Dust |
|---|---|---|
| ☐ NIOSH 7400 | ☐ AHERA 40 CFR, Part | ☐ Microvac - ASTM D 5755 |
| ☐ w/ OSHA 8hr. TWA | ☐ 763 NIOSH 7402 | ☐ Wipe - ASTM D6480 |
| PLM - Bulk (reporting limit) | ☐ EPA Level II | ☐ Carpet Sonication (EPA 600/J-93/167) |
| ☑ PLM EPA 600/R-93/116 (<1%) | ☐ ISO 10312 | Soil/Rock/Vermiculite |
| ☐ PLM EPA NOB (<1%) | TEM - Bulk | ☐ PLM EPA 600/R-93/116 with milling prep (<1%) |
| Point Count | ☐ TEM EPA NOB | ☐ PLM EPA 600/R-93/116 with milling prep (<0.25%) |
| ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ NYS NOB 198.4 (non-friable-NY) | ☐ TEM EPA 600/R-93/116 with milling prep (<0.1%) |
| Point Count w/Gravimetric | ☐ Chatfield SOP | ☐ TEM Qualitative via Filtration Prep |
| ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM Mass Analysis-EPA 600 sec. 2.5 | ☐ TEM Qualitative via Drop Mount Prep |
| ☐ NYS 198.1 (friable in NY) | TEM – Water: EPA 100.2 | ☐ Cincinnati Method EPA 600/R-04/004 – PLM/TEM (BC only) |
| ☐ NYS 198.6 NOB (non-friable-NY) | Fibers >10µm ☐ Waste ☐ Drinking... | Other: |
| ☐ NYS 198.8 SOF-V ☐ NIOSH 9002 (<1%) | All Fiber Sizes ☐ Waste ☐ Drinking | |

☐ Check For Positive Stop – Clearly Identify Homogenous Group   Filter Pore Size (Air Samples): ☐ 0.8µm ☐ 0.45µm

Samplers Name: Chris Notari       Samplers Signature:

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 01 | Base Cove Mastic - Front Lobby | | 9/18/19 |
| 02 | Base Cove Mastic - Middle Hallway | | 9/18/19 |
| 03 | Interior Duct Lining - Attic Mech. Rm | | 9/18/19 |
| 04 | Interior Duct Lining - Attic Mech. Rm | | 9/18/19 |
| 05/06 | Interior Duct Lining and Mastic/Coating (Gray) - Attic Mech. Rm | | 9/18/19 |

| Client Sample # (s): 01 | - | 15 | Total # of Samples: 14 |
|---|---|---|---|
| Relinquished (Client): | Date: 9/19/19 | Time: |
| Received (Lab): Fx | Date: 9/20/19 | Time: 915A |

Comments/Special Instructions:
Sample 07 was purposely omitted.

④

Page 1 of 2 pages

Controlled Document – Asbestos COC – R10 – 05/09/2016



**EMSL ANALYTICAL, INC.**
LABORATORY · PRODUCTS · TRAINING

## Asbestos Chain of Custody
**EMSL Order Number** *(Lab Use Only):*

EMSL Analytical, Inc.
200 Route 130 North
Cinnaminson, NJ 08077
PHONE:   1-800-220-3675
FAX:   (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | Sample Description | | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|---|
| 08 | Interior Duct Lining  Mastic/Coating (Gray) - Attic Mech. Rm | | | 9/18/19 |
| 09 | Cementitious Fitting - Generator (Electrical Rm) | | | 9/18/19 |
| 10 | Cementitious Fitting - Generator (Electrical Rm) | | | 9/18/19 |
| 11 | Cementitious Fitting - Generator (Electrical Rm) | | | 9/18/19 |
| 12 | Interior Duct Lining  and Mastic/Coating (Black) - Gym Attic Mech. Rm | | | 9/18/19 |
| 13 | Interior Duct Lining  and Mastic/Coating (Black) - Gym Attic Mech. Rm | | | 9/18/19 |
| 14 | Interior Duct Lining  and Mastic/Coating (Gray) - Attic Mech. Rm | | | 9/18/19 |
| 15 | Base Cove Mastic - Rear Hallway | | | 9/18/19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*Comments/Special Instructions:**

Sample 07 was purposely omitted

Page 2 of 2 pages