# EXHIBIT D

# 3-YEAR ASBESTOS RE-INSPECTION REPORT

·······································································
·······································································

# SOUTH SCRANTON INTERMEDIATE SCHOOL SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
425 North Washington Avenue
Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

November 2019

# TABLE OF CONTENTS

**SECTION 1**          EXECUTIVE SUMMARY

**SECTION 2**          INTRODUCTION

**SECTION 3**          BUILDING DISCRIPTION

**SECTION 4**          METHODS

**SECTION 5**          RE-INSPECTION FINDINGS

**SECTION 6**          RE-INSPECTION RESULTS

**SECTION 7**          RECOMMENDATIONS

**SECTION 8**          ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**        HOMOGENEOUS SAMPLING CHART,
RESPONSE ACTION BASED ON HAZARD RANK,
& ASBESTOS CONTAINING BUILDING MATERIAL
(ACBM) LOCATION DRAWINGS

**APPENDIX B**        PLM SAMPLE ANALYSIS RESULTS
& CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## SOUTH SCRANTON INTERMEDAITE SCHOOL

## SECTION 1     EXECUTIVE SUMMARY

An Asbestos Materials Inspection Survey was conducted on October 25 and November 14, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and quantify asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspectors, Brent Tripp (DLI Asbestos Inspector Certification #053975) Gary Marshall a former Asbestos Inspector.

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.     Asbestos-containing Materials

   1.     All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

   2.     Recommendations

   Recommendations are given in relation to renovation activities for the school building in Section 7.

## SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the South Scranton Intermediate School was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and the South Scranton Intermediate School Administration Office.

## SECTION 3   BUILDING DISCRIPTION

South Scranton Intermediate School, located at 355 Maple Street, Scranton, PA is a structural steel and masonry building constructed in 1933. The building consists of a ground floor, three (3) intermediate floors, and an attic, and contains approximately 182,734 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.      Original inspection report
2.      2016 3-Year Re-inspection Report
3.      AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6  INSPECTION RESULTS

A.    Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for South Scranton Intermediate School conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report are including in Appendix B.

Note:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1. Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

2. Fire Doors

3. Roofing Materials (including Flashing and Tar)

4. Electrical wiring insulation maybe present


Materials That Were Tested and Found Not to Contain Asbestos

- All layers of hard wall and ceiling plasters (Does not include Acoustical Plaster)
- All ceiling tile (Previously tested by others)
- Mastic on fiberglass ends
- Incinerator Ash
- Sheetrock
- Joint Compound
- Gypsteel
- Linoleum, Brown (Main Office & Library)
- Acoustical Wall Block and Mastic (Auditorium)
- Interior of wall partitions (Guidance Office)
- Flooring Material, Maroon (Weight Room)
- Door Frame Caulking

## SECTION 7          RECOMMENDATIONS

A. Any Materials listed as assumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the South Scranton Intermediate School.

C. All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.


## SECTION 8          ASBESTOS INPECTOR ACCREDIDATION

Certified PA Asbestos Inspectors, Brent Tripp (DLI Asbestos Inspector Certification #053975). A Copy of his certificate is included in this report on the following page.

# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| | |
|---|---|
| 7/11/19 | N/A |
| *Course Date* | *Exam Date* |
| Not Provided | ACC-0719-6-006 |
| *Social Security Number* | *Certificate Number* |

7/11/20
*Expiration Date*

Mark K. Schläger
*Training Director*

# APPENDIX A

# REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

# HOMOGENEOUS SAMPLING CHART

Scranton School District   Building: South Scranton Intermediate School   Dates of Original AHERA Inspection: July, 1988   Page 1 of 12

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Ground Floor, District Carpentry No. 1 | Duct Insulation ( Approx. 1,000 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | |
| Ground Floor, District Carpentry No. 2 | Fittings/Pipe Insulation ( Approx. 500 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Ground Floor, Fan Room | Duct Insulation ( Approx. 450 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | |
| | Fittings/Pipe Insulation ( Approx. 250 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Damage on ends of insulation on left wall |
| Ground Floor, Electrical Room | Fittings/Pipe Insulation ( Approx. 30 - 40 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - Some fittings are opened up at the ends |
| Ground Floor, PPL Room | NOT ACCESSIBLE | N/A | N/A | N/A | N/A | N/A | N/A | Electrical Hazard Exists |
| | Fittings/Pipe Insulation ( Approx. 1,500 - 1,600 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - Damaged insulation in pump pit area |
| Ground Floor, Boiler Room | Duct Insulation ( Approx. 600 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | Approx. 800 SQ FT of Insulation was removed in October of 2017 |
| | Boiler Insulation ( Approx. 1,600 - 1,700 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | N/A | N/A | N/A | N/A | Boilers removed in 2018 |
| | Storage Tank Insulation ( Approx. 200 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | |
| Ground Floor, Coal Bin Storage | Fittings/Pipe Insulation ( Approx. 350 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - 5 water damaged fittings - Loose debris |
| Ground Floor, Ash Room | Fittings/Pipe Insulation ( Approx. 50 - 60 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019

Building Inspector's Certification No.: 053975-PA

Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## HOMOGENEOUS SAMPLING CHART

Scranton School District  Building: South Scranton Intermediate School  Dates of Original AHERA Inspection: July, 1988  Page 2 of 12

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Ground Floor, Stairwell Exit "D" | Fittings/Pipe Insulation (Approx. 30 - 35 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Ground Floor, IT Office | Fittings/Pipe Insulation (Approx. 210 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Ground Floor, Computer Storage | Fittings/Pipe Insulation (Approx. 16 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 5 | 2 | - Fittings at ceiling |
| Ground Floor, Computer Hub (Old Shower Room) | Fittings/Pipe Insulation (Approx. 120 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - 6 - 8 damaged fittings |
| Ground Floor, Boys' Restroom Room and Storage Room | Fittings/Pipe Insulation (Approx. 45 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Ground Floor, Loading Dock | Fittings/Pipe Insulation (Approx. 270 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Repair 1 ripped pipe jacket |
| Ground Floor, Supply Room | Fittings/Pipe Insulation (Approx. 55 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Ground Floor, Copy and Storage Room | Fittings/Pipe Insulation (Approx. 240 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Closet - Remove 8" dia. Pipe insulation |
| Ground Floor, Maintenance / Office Room | Fittings/Pipe Insulation (Approx. 70 - 80 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Repair 2 damaged fitting |
| Ground Floor, | Duct Insulation (Approx. 200 - 250 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G **D** SD | 4 | 4 | - 3-4 Fittings are opened up - Potential for vibration |
| Ground Floor, Mechanical / Fan Room | Corrugated Panels above sheet metal (Approx. 700 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 5 | 3 | - Insulation shows deterioration - More material may exist under sheetmetal |
| Ground Floor, Elevator | 12"x12" Floor Tile & Mastic (Approx. 60 SQ FT) | TSI SURFACE **Misc.** | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 6 | 2 | Mastic Assumed |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019

Building Inspector's Certification No.: 053975-PA

Friability:  F = Friable,  NF-1 = Non-Friable,  NF-2 = Non-Friable

Assessment:  G = Good,  D = Damaged,  SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

# HOMOGENEOUS SAMPLING CHART

Scranton School District  Building: South Scranton Intermediate School  Dates of Original AHERA Inspection: July, 1988  Page 3 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ground Floor, Boys' Restroom | Fittings/Pipe Insulation (Approx. 80 - 90 LF) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Repair 3 - 4 cracked fittings |
| Ground Floor, Boys' Restroom Chase No. 2 | Fittings/Pipe Insulation (Approx. 70 - 75 LF) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| Ground Floor, | Acoustical Plaster (Approx. 2,470 SQ FT) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | Ceiling not to be disturbed |
| Wood Shop and Storage | Fittings/Pipe Insulation (Approx. 300 - 325 LF) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | - Remove 12' LF of damaged pipe insulation in rear room, also remove 3-4 damaged fittings |
| Ground Floor, Waste Collection | Fittings/Pipe Insulation (Approx. 150 - 160 LF) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / **NF-2** | G / D / **SD** | 6 | 2 | - Remove 15'-20' of damaged pipe insulation under windows and in pit<br>- Remove all stored items in pit |
| | Fittings/Pipe Insulation (Approx. 250 - 275 LF) (Cafeteria "A" & "B") | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 3 | 5 | - Fittings are also found in the trench area (No Access)<br>- Cafeteria "B"; 2 damaged fittings at floor |
| Ground Floor, Cafeteria "A" & "B" | Acoustical Plaster (Approx. 3,750 SQ FT) (Cafeteria "A" only) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| | 12"x12" Floor Tile & Mastic (Approx. 5,200 SQ FT) (Cafeteria "A" & "B") | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | G / D / **SD** | 6 | 2 | Mastic Assumed |
| Ground Floor, Staff Lunch (Airmark Office) | 12"x12" Floor Tile & Mastic (Approx. 316 SQ FT) | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | G / **D** / SD | 4 | 4 | Mastic Assumed |
| | Fittings/Pipe Insulation (Approx. 25 LF) May exist above ceiling | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | - Above plaster ceiling |
| | Acoustical 12"X12" Wall Panels & Mastic | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | G / **D** / SD | 5 | 3 | - Panels & Mastic assumed to contain asbestos and should be testing upon disturbance |
| Ground Floor, Wash Room | Fittings/Pipe Insulation (Approx. 50 - 55 LF) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | -1 Fitting is damaged at the elbow |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019
Friability:  F = Friable,  NF-1 = Non-Friable,  NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA
Assessment:  G = Good,  D = Damaged,  SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: South Scranton Intermediate School    Dates of Original AHERA Inspection: July, 1988    Page 4 of 12

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Ground Floor, Food Supply | Fittings/Pipe Insulation (Approx. 1,275 - 1,300 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | Remove 15 - 20 damaged fittings. See drawings for significantly damaged fittings to be removed |
| Ground Floor, Fan Room | Corrugated Insulation (Approx. 390 - 400 SQ FT) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | |
| | Fittings/Pipe Insulation (Approx. 190 - 210 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 6 | 2 | 3 - 4 damaged fittings |
| Ground Floor, Storage No.2 | Fittings/Pipe Insulation (Approx. 20 - 30 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, Hallway "A" | Fittings/Pipe Insulation (Approx. 75 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, District Storage "1" | Fittings/Pipe Insulation (Approx. 1,200 - 1,300 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | 5 - 8 damaged fittings |
| Ground Floor, District Storage "2" | Fittings/Pipe Insulation (Approx. 1,000 - 1,100 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | 1 - 2 damaged fittings, 10' - 20' damaged insulation |
| Ground Floor, District Storage "3", "4", and "5" | Fittings/Pipe Insulation (Approx. 1,200 - 1,300 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - 1 fitting damaged in Storage Rm 2 at column<br>- 2 fittings damaged above ductwork in Storage Rm 5<br>- 5 LF of damaged ductwork in Storage Rm 5<br>- 5 LF damaged near work bench in Storage Rm 5 |
| | Duct Insulation (Indeterminate) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | Approx. 2' of damaged insulation in Storage Room 5 (Duct insulation located only in District Storage 5) |
| Ground Floor, Hallway No. 1 | Fittings/Pipe Insulation (Approx. 1,300 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, Hallway No. 2 | Fittings/Pipe Insulation (Approx. 800 - 825 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | - 2 ft - 3 ft damaged insulation outside Boys' restroom<br>- 10'-15' damaged insulation outside Woodshop<br>- 5'-6' damaged insulation outside Cafeteria<br>- 4' damaged fittings and insulation outside Janitors closet area |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019

Building Inspector's Certification No.: 053975-PA

Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## HOMOGENEOUS SAMPLING CHART

Scranton School District     Building: South Scranton Intermediate School     Dates of Original AHERA Inspection: July, 1988     Page 5 of 12

| HOMOGENEOUS SAMPLING MATERIAL MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Ground Floor, Hallway No. 2 | Acoustical Plaster ( Approx. 2,200 SQ FT ) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / **D** / SD | 3 | 5 | Ceiling not to be disturbed |
| 1st Floor, Boys' Locker Room | Fittings/Pipe Insulation ( Approx. 25 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | - Repair 1 fitting at wall outside shower |
| 1st Floor, Boy's Locker Room Storage | Fittings/Pipe Insulation ( Approx. 80 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | - Hole in wall to left, remove loose AMC pipe insulation in wall cavity |
| 1st Floor, Weight Room and adjacent Storage Room 1 & 2 | Fittings/Pipe Insulation ( Approx. 75 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | |
| 1st Floor, Girl's Locker Room, Shower Room, and Side Rooms | Fittings/Pipe Insulation ( Approx. 100 - 115 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | |
| 1st Floor, Stairwell Exit "C", "D", & "E" | Acoustical Plaster ( Approx. 2,350 SQ FT ) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / **D** / SD | 2 | 6 | Ceiling not to be disturbed |
| 1st Floor, Room 112 and 112A | Fittings/Pipe Insulation ( Approx. 25 - 30 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | |
| 1st Floor, Room 113 and 113A | Fittings/Pipe Insulation ( Approx. 25 - 30 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | - 113, puncture holes, Repair - 113A, 1 puncture hole, Repair |
| 1st Floor, Room 114 and 114A | Fittings/Pipe Insulation ( Approx. 20 - 25 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | |
| 1st Floor, Girl's Restroom | Fittings/Pipe Insulation ( Approx. 10 - 15 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 2 | 6 | |
| 1st Floor, Boy's Restroom | Fittings/Pipe Insulation ( Approx. 10 - 15 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / **D** / SD | 5 | 3 | |
| 1st Floor, Janitor's Closet & Chase No. 1 | Fittings/Pipe Insulation ( Approx. 40 - 50 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / **SD** | 6 | 2 | |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District     Building: South Scranton Intermediate School     Dates of Original AHERA Inspection: July, 1988     Page 6 of 12

| HOMOGENEOUS SAMPLING MATERIAL — MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 1st Floor, Room 115 and 115A | Fittings/Pipe Insulation (Approx. 20 - 25 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | Ceiling not to be disturbed |
| | Acoustical Plaster (Approx. 1,659 SQ FT) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | |
| 1st Floor, Room 116 (Music) | Fittings/Pipe Insulation (Approx. 12 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | Panel Mastic & Caulk (Indeterminate) | TSI / SURFACE / **Misc.** | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 117 and 117A | Fittings/Pipe Insulation (Approx. 20 - 25 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 118 | Fittings/Pipe Insulation (Approx. 12 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Stage Storage Area | Fittings/Pipe Insulation (Approx. 20 - 25 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Repair damaged at base of pipe |
| 1st Floor, Stage | Fittings/Pipe Insulation (Approx. 30 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Auditorium Area Including Balcony on 2nd Floor | Acoustical Plaster (Approx. 7,290 SQ FT) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | Ceiling not to be disturbed |
| | 9"x9" Floor Tile & Mastic (Approx. 1,000 SQ FT) | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 4 | 4 | - Floor Tile shows wear & drag marks - Mastic Assumed |
| 1st Floor, Room 101 Main Office | Fittings/Pipe Insulation (Approx. 50 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Main Office, Room 101 Principles Storage | Acoustical Plaster (Approx. 300 SQ FT) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | - Walls and ceiling are acoustical Plaster, Encapsulate Holes / Repair Cracks. Ceiling not to be disturbed |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019     Building Inspector's Certification No.: 053975-PA

Friability:   F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable     Assessment:   G = Good,    D = Damaged,    SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## HOMOGENEOUS SAMPLING CHART

Scranton School District       Building: South Scranton Intermediate School       Dates of Original AHERA Inspection: July, 1988       Page 7 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1st Floor, Room 102 Women's Lounge | Fittings/Pipe Insulation ( Approx. 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Room 103 Men's Lounge | Fittings/Pipe Insulation ( Approx. 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Guidance Room 104 | Fittings/Pipe Insulation (Approx. 12 LF in left office) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Rooms 105, 106, 107, and 108 | Fittings/Pipe Insulation (Approx. 12 LF per room) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Room 107 and 108, Repair (minor) punture hole |
| 1st Floor, Medical Room | 12"x12" Floor Tile & Mastic ( Approx. 375 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F NF-1 NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| 1st Floor, Main Corridor and Left Corridor | Acoustical Plaster ( Approx. 4,500 SQ FT ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | F NF-1 NF-2 | **G** D SD | 2 | 6 | - New damage [Electrical Conduit drilled into ceiling] broken and cracked outside Room 105. Ceiling not to be disturbed |
| 2nd Floor, Gym | Fittings/Pipe Insulation ( Approx. 175 - 200 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 3 | 5 | - Fittings behind water fountain are deteriorating |
| 2nd Floor, Stairwell "5" | Fittings/Pipe Insulation ( Approx. 4 - 5 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Stairwell "6" | Fittings/Pipe Insulation ( Approx. 4 - 5 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Stairwell "7" | Fittings/Pipe Insulation ( Approx. 4 - 5 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | F NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Stairwell "8" | Fittings/Pipe Insulation ( Approx. 4 - 5 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | F NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 210 | Fittings/Pipe Insulation ( Approx. 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | F NF-1 NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District        Building: South Scranton Intermediate School        Dates of Original AHERA Inspection: July, 1988        Page 8 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 2nd Floor, Room 211 and 211A | Fittings/Pipe Insulation (Approx. 24 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Room 211, Insulation damaged and exposed |
| 2nd Floor, Room 212 Library / Book Storage | Fittings/Pipe Insulation (Approx. 24 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Girl's Restroom | Fittings/Pipe Insulation (Approx. 12 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Janitor's Closet & Chase No. 1 | Fittings/Pipe Insulation (Approx. 14 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | 2 - 4 feet of insulation at ceiling, in wall opening, and approx. 10' in wall. |
| 2nd Floor, Room 213 | Fittings/Pipe Insulation (Approx. 12 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Jacket torn apart |
| 2nd Floor, Room 214 | Fittings/Pipe Insulation (Approx. 24 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 201 | Fittings/Pipe Insulation (Approx. 36 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 202, and 203 | Fittings/Pipe Insulation (Approx. 13 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 204 | Fittings/Pipe Insulation (Approx. 12 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 4 | 4 | - Damage to jacket |
| | Laboratory Tables (Indeterminate) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 205 | Fittings/Pipe Insulation (Approx. 12 LF) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - 2' of damage. Pipe is wrapped in duct tape |
| | Laboratory Tables (Indeterminate) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: B. Tripp Nortari in 10/24 & 11/14, 2019
Friability:    F = Friable,      NF-1 = Non-Friable,      NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority – See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA
Assessment:     G = Good,      D = Damaged,      SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District     Building: South Scranton Intermediate School     Dates of Original AHERA Inspection: July, 1988

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 2nd Floor, Room 206 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 6 | 2 | - Insulation is exposed and deteriorating |
| 2nd Floor, Room 207 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 6 | 2 | - Insulation is exposed and deteriorating |
| 2nd Floor, Room 208 | Fittings/Pipe Insulation (Approx. 24 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | - 6" of damaged pipe insulation to be repaired |
| 2nd Floor, Room 217 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | 3" to 4" tear in jacket |
| 2nd Floor, Room 218 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | |
| 2nd Floor, Room 219 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | 4" tear in jacket at top |
| 2nd Floor, Room 220 | Laboratory Tables (Indeterminate) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | N/A | N/A | N/A | N/A | Tables Removed in 2017 |
| 2nd Floor, Main Corridor, Left Corridor and Stairwells | Acoustical Plaster (Approx. 4,500 SQ FT) | TSI<br>**SURFACE**<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 5 | 3 | - Puncher Holes in ceiling outside room 204, Ceiling not to be disturbed |
| 3rd Floor, Room 310 and 311 | Fittings/Pipe Insulation (Approx. 36 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | |
| 3rd Floor, Room 312 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 4 | 4 | - Jacket is punctured in many spots |
| 3rd Floor, Room 313, and 314 | Fittings/Pipe Insulation (Approx. 24 LF) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 4 | 4 | - 313 jacket has puncher holes |
| 3rd Floor, Janitors Closet | Fittings/Pipe Insulation (fitting remnants in floor) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 6 | 2 | Remove / Encapsulate fitting remnants in wall and floor |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019

Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

**HOMOGENEOUS SAMPLING CHART**

Scranton School District        Building: South Scranton Intermediate School        Dates of Original AHERA Inspection: July, 1988        Page 10 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 3rd Floor, Room 315 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G D SD | 2 | 6 | |
| 3rd Floor, Room 316 (Home Ec.) | 9"x9" Floor Tile & Mastic (Approx. 1,350 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 5 | 3 | - Floor Tile shows cracking - Mastic Assumed |
| 3rd Floor, Rm 316, Rm 316A, and Room 316 Storage Room | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 4 | 4 | - Room 316 insulation is okay - Room 316A Repair puncture holes |
| 3rd Floor, Room 316A Wash Room | 9"x9" Floor Tile & Mastic (Approx. 170 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G D **SD** | 5 | 3 | - Floor Tile shows cracking - Mastic Assumed |
| 3rd Floor, Room 317 and closet | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 3 | 5 | - Jacket is punctured in many spots |
| | 9"x9" Floor Tile & Mastic (Approx. 1,100 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G D **SD** | 5 | 3 | - Floor Tile shows cracking - Mastic Assumed |
| 3rd Floor, Room 301 | Fittings/Pipe Insulation (Approx. 24 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Potential for water damage |
| 3rd Floor, Room 302 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 4 | 4 | - Holes in jacket |
| 3rd Floor, Room 303 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 4 | 4 | - 5 LF of damage |
| 3rd Floor, Room 304 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 4 | 4 | |
| 3rd Floor, Room 305 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 3rd Floor, Room 306 | Fittings/Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019

Friability:   F = Friable,   NF-1 = Non-friable,   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: South Scranton Intermediate School    Dates of Original AHERA Inspection: July, 1988    Page 11 of 12

| HOMOGENEOUS SAMPLING MATERIAL — MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 3rd Floor, Room 307 | Fittings/Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Room 308 | Fittings/Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | - Minor puncture hole |
| 3rd Floor, Room 309 | Fittings/Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Room 318 and closet | Fittings/Pipe Insulation ( Approx. 24 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Room 319 | Fittings/Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Book Storage, Room 321 | Fittings/Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Main Corridor, Left Corridor, and Exit Stairwell "A" | Acoustical Plaster ( Approx. 4,500 SQ FT) | TSI / **SURFACE** / Misc. | or | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | - Electrical conduit attached to ceiling / - Holes drilled outside room 303 / - Minor water damage (2 SQ FT) outside Room 315 / - Minor water damage (2 SQ FT) outside Room 316. / Ceiling not to be disturbed |
| 3rd Floor, Attic space above stage | Fittings/Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Stairwell "3" & "4" | Acoustical Plaster ( Approx. 320 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Ceiling not to be disturbed |
| 3rd Floor, Attic | Fittings/Pipe Insulation ( Approx. 4,500 - 5,500 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Maintenance reported Blown in insulation was added since last 3 year inspection |
| Thought-out Building | Mastic Glue Mastic Behind Chalkboards, wallboards, etc. | TSI / SURFACE / MISC. | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 1 | 7 | |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019

Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: South Scranton Intermediate School    Dates of Original AHERA Inspection: July, 1988    Page 12 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| | Black Sink Coating on Exterior Base of Sinks | TSI **SURFACE** MISC. | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Ductwork Flex Connections | TSI SURFACE Misc. | **Assumed** or Analyzed | F NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | Vapor Barriers ( Above Stage ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 **NF-2** | **G** D SD | 2 | 6 | |
| | Marble Mastic | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 1 | 7 | |
| Thought-out Building | Exterior Window Caulking | TSI SURFACE **Misc.** | **Assumed** or **Analyzed** | F NF-1 **NF-2** | **G** D SD | 2 | 6 | |
| | Insulated Ductwork | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 3 | 5 | |
| | Exterior Caulking Around Grills | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 NF-2 | G **D** SD | 4 | 4 | |
| | Fire Doors | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Fittings /Pipe Insulation in chase, walls, etc... ( Indeterminate ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Remove if encountered during Repair |
| Basement under Cafeteria Area | Assume ACM exist in the area ( Area Sealed ) | TSI SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | N/A | N/A | N/A | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: B. Tripp Notari in 10/24 & 11/14, 2019
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 053975-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

# SURFACING ASBESTOS CONTAINING MATERIALS



## GROUND FLOOR PLAN
NOT TO SCALE

**KEY — SURFACING ACM**

▨ ACOUSTICAL
PLASTER CEILING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
— EXTERIOR COATING ON SINKS

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18509

**Asbestos Management Plans**

*Guzek Associates,*

DWG. TITLE: 2019 SOUTH SCRANTON INTERMEDIATE SCHOOL FLOOR PLANS

DRAWING No.

**A
1**

**ACM LOCATIONS: 2019**

SURFACING ASBESTOS CONTAINING MATERIALS



# FIRST FLOOR PLAN
NOT TO SCALE

**KEY — SURFACING ACM**

▨ ACOUSTICAL
▧ PLASTER CEILING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
− EXTERIOR COATING ON SINKS

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A2

ACM LOCATIONS: 2019

SURFACING ASBESTOS CONTAINING MATERIALS



SECOND FLOOR PLAN
NOT TO SCALE

KEY — SURFACING ACM

ACOUSTICAL PLASTER CEILING

ASSUMED ASBESTOS CONTAINING SURFACING MATERIAL:
- EXTERIOR COATING ON SINKS

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:
A
3

ACM LOCATIONS: 2019

## SURFACING ASBESTOS CONTAINING MATERIALS



THIRD FLOOR PLAN
NOT TO SCALE

KEY — SURFACING ACM

ACOUSTICAL

PLASTER CEILING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
- EXTERIOR COATING ON SINKS

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:
A
4

**ACM LOCATIONS: 2019**

Sheet Size: 36"x24"

## SURFACING ASBESTOS CONTAINING MATERIALS



ATTIC AREA

FAN ROOM

ATTIC AREA ABOVE AUDITORIUM

ELEV. ROOM

ST-1

ATTIC AREA

KEY — SURFACING ACM

ASBESTOS CONTAINING
SURFACING MATERIALS WERE
NOT FOUND ON THIS LEVEL

## ATTIC PLAN
NOT TO SCALE

Sheet Size: 36"x24"

Guzek Associates
401 Davis Street
Clarks Summit, PA 18411
Phone (570) 586-0708
FAX (570) 586-6724
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering
E-Mail: guzek@comcast.com

DRAWN BY: BMT   CHECKED BY: CH   JOB No: SSD 19_751   SCALE: AS NOTED   DATE: 11/2019

DWG. TITLE: 2019 SOUTH SCRANTON INTERMEDIATE SCHOOL FLOOR PLANS

ISSUED or REVISED   DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A
5

**ACM LOCATIONS: 2019**

# THERMAL ASBESTOS CONTAINING MATERIALS



## GROUND FLOOR PLAN
NOT TO SCALE

**KEY — THERMAL ACM**

⊠ FITTINGS AND PIPE INSULATION

▦ DUCT INSULATION, FITTINGS, AND PIPE INSULATION

ASSUMED ASBESTOS CONTAINING MISCELLANEOUS MATERIALS:
1. GASKETS ON BOILERS

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.: A6

**ACM LOCATIONS: 2019**



THERMAL ASBESTOS CONTAINING MATERIALS

## FIRST FLOOR PLAN
NOT TO SCALE

KEY — THERMAL ACM

FITTINGS AND PIPE INSULATION

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18509

Asbestos Management Plans

DRAWING No.:

A7

ACM LOCATIONS: 2019

THERMAL ASBESTOS CONTAINING MATERIALS



SECOND FLOOR PLAN
NOT TO SCALE

KEY — THERMAL ACM

FITTINGS AND PIPE INSULATION

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.

A8

ACM LOCATIONS: 2019

## THERMAL ASBESTOS CONTAINING MATERIALS



THIRD FLOOR PLAN
NOT TO SCALE

KEY — THERMAL ACM

FITTINGS AND PIPE INSULATION

ACM LOCATIONS: 2019

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:
A
9

THERMAL ASBESTOS CONTAINING MATERIALS



ATTIC PLAN
NOT TO SCALE

KEY — THERMAL ACM
DUCT INSULATION, FITTINGS, AND PIPE INSULATION

ATTIC AREA

FAN ROOM

ATTIC AREA ABOVE AUDITORIUM

ELEV. ROOM

AREAS MINOR DAMAGED FITTINGS

ACM LOCATIONS: 2019

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

A 10

## MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



### GROUND FLOOR PLAN
NOT TO SCALE

KEY – MISCELLANEOUS ACM

12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS
3. VAPOR BARRIERS
4. WINDOW CAULKING
5. CAULKING AROUND GRILLS

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

**ACM LOCATIONS: 2019**

DRAWING No.:
A
11

Sheet Size: 36"x24"

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



KEY — MISCELLANEOUS ACM

12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS
3. VAPOR BARRIERS
4. WINDOW CAULKING
5. CAULKING AROUND GRILLS

FIRST FLOOR PLAN
NOT TO SCALE

ACM LOCATIONS: 2019

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.
A
12

## MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



KEY — MISCELLANEOUS ACM

12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS
3. VAPOR BARRIERS
4. WINDOW CAULKING
5. CAULKING AROUND GRILLS

## SECOND FLOOR PLAN
NOT TO SCALE

**ACM LOCATIONS: 2019**

Sheet Size: 36"x24"

Guzek Associates.
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering
401 Greenwood Drive
Clarks Summit, PA 18411
Phone (570) 585-3798
FAX: (570) 586-4724  E-Mail: guz@juno.com

DRAWN BY: RMT   CHECKED BY: CN   JOB No.: 2019-18-291   SCALE: AS NOTED   DATE: 11/2019
DWG. TITLE: 2019 SOUTH SCRANTON INTERMEDIATE SCHOOL FLOOR PLANS

ISSUED or REVISED     DATE

## Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

# Asbestos Management Plans

DRAWING No.:
A
13

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



STAIRWELL "E"

ROOM 318
1350 S.F.

ST-2

ROOM 317B
1100 S.F.

ROOM 319
640 S.F.

STORAGE
ROOM
RM 320
360 S.F.

BOOK
STORAGE
RM 321
350 S.F.

WASH ROOM
170 S.F.

STORAGE ROOM 31V

ROOM 316A
360 S.F.

ABOVE STAGE

ROOM 316B
1050 S.F.

STORAGE ROOM
220 S.F.

AUDITORIUM

LEFT CORRIDOR

STORAGE ROOMS
500 S.F.

ROOM 315
750 S.F.

JANITOR'S CLOSET
BOY'S ROOM CHASE No.1
GIRL'S ROOM CHASE No.2

BOY'S RESTROOM

PROJECTOR
130 S.F.

GIRL'S RESTROOM

ROOM 314
740 S.F.

ROOM 313
700 S.F.

ROOM 312
000 S.F.

ROOM 311
000 S.F.

ROOM 310
000 S.F.

ELEVATOR

MAIN CORRIDOR

ST-3

GYM

ROOM 301
000 S.F.

ROOM 302
000 S.F.

ROOM 303
000 S.F.

ROOM 304
000 S.F.

ROOM 305
000 S.F.

ROOM 306
000 S.F.

ROOM 307
000 S.F.

ROOM 308
000 S.F.

ROOM 309
000 S.F.

EXIT "C"

KEY — MISCELLANEOUS ACM

9"x9" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS
3. VAPOR BARRIERS
4. WINDOW CAULKING
5. CAULKING AROUND GRILLS

THIRD FLOOR PLAN
NOT TO SCALE

Sheet Size: 36"x24"

ACM LOCATIONS: 2019

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

Guzek Associates
421 Davis Street
Clarks Summit, PA 18411
Phone (570) 586-9789
FAX (570) 586-6728  E-Mail: gca@comcast.com

Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering

DATE: 11/2019
SCALE: AS NOTED
JOB No.: SSD 19_759

2019 SOUTH SCRANTON INTERMEDIATE SCHOOL FLOOR PLANS

ISSUED or REVISED        DATE

DRAWING No.:
A
14

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



ATTIC AREA

FAN ROOM

ATTIC AREA ABOVE AUDITORIUM

ELEV. ROOM

ST-1

ATTIC AREA

KEY — MISCELLANEOUS ACM

ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS WERE
NOT FOUND ON THIS LEVEL

ATTIC PLAN
NOT TO SCALE

Sheet Size: 36"x24"

Guzek Associates.
Mechanical, Electrical, Structural,
Environmental, and Professional
Engineering
467 Owens Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-4728   E-Mail: guz@ptd.net
DRAWN BY: BMT   CHECKED BY: CH   FOR No.: SSD 19_751   SCALE: AS NOTED   DATE: 11/2019
DWG. TITLE: 2019 SOUTH SCRANTON INTERMEDIATE SCHOOL FLOOR PLANS

ISSUED or REVISED   DATE:

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505
Asbestos Management Plans

DRAWING No.:
A
15

ACM LOCATIONS: 2019

# APPENDIX B

# TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORTS

## 2016 CHAIN OF CUSTODY



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041623562 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 08/23/2016 9:40 AM |
| | Clarks Summit, PA 18411 | **Analysis Date:** | 08/26/2016 |
| | | **Collected Date:** | 08/17/2016 |
| **Project:** | SSD 16_751 South Intermidiate | | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01<br>041623562-0001 | Ground Floor Boiler Room - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02<br>041623562-0002 | Ground Floor Boiler Room - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03<br>041623562-0003 | Ground Floor Boiler Room - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04<br>041623562-0004 | Ground Floor Boiler Room - Incinerator Ash | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 05<br>041623562-0005 | Ground Floor Ash Room - Pipe Insulation At Floor Left of Overhead Door | Tan<br>Fibrous<br>Homogeneous | | 40% Non-fibrous (Other) | 60% Chrysotile |
| 06-Skim Coat<br>041623562-0006 | Ground Floor Boiler Room Storage Room - Cement Wall 2 Layers | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06-Base Coat<br>041623562-0006A | Ground Floor Boiler Room Storage Room - Cement Wall 2 Layers | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 07<br>041623562-0007 | Ground Floor Shower Room / Computer Hub - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09W<br>041623562-0008 | Ground Floor Main Corridor - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 10T<br>041623562-0009 | Ground Floor Main Corridor - Plaster Tan Layer | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 11B<br>041623562-0010 | Ground Floor Main Corridor - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12<br>041623562-0011 | Ground Floor Supply Room - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 13<br>041623562-0012 | Ground Fan Room - Insulation Layer Above Metal Ceiling | Gray<br>Fibrous<br>Homogeneous | | 25% Non-fibrous (Other) | 75% Chrysotile |
| 14<br>041623562-0013 | Ground Fan Room - Insulation Layer Above Metal Ceiling | Gray<br>Fibrous<br>Homogeneous | | 40% Non-fibrous (Other) | 60% Chrysotile |
| 15W<br>041623562-0014 | Ground Floor Waste Collection Room - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/27/2016 01:10:34



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnaslab@EMSL.com

| | |
|---|---|
| EMSL Order: | 041623562 |
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

## *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| | | | % Fibrous | % Non-Fibrous | % Type |
| 16B<br><br>041623562-0015 | Ground Floor Waste Collection Room - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 17W<br><br>041623562-0016 | Ground Floor Kitchen - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18B<br><br>041623562-0017 | Ground Floor Kitchen - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19<br><br>041623562-0018 | Ground Floor Storage Room No. 2 District Storage - 2'x2' Ceiling Tile | Brown/White<br>Fibrous<br>Homogeneous | 60% Cellulose<br>30% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 20<br><br>041623562-0019 | 1st Floor Room no 1 - Joint Compound | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 21W<br><br>041623562-0020 | 1st Floor Room no 1 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22B<br><br>041623562-0021 | 1st Floor Room no 1 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23<br><br>041623562-0022 | 1st Floor Room no 1 - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 24<br><br>041623562-0023 | 1st Floor Girls Room Chase - Gypsteel | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 25W<br><br>041623562-0024 | 1st Floor Stage - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26B<br><br>041623562-0025 | 1st Floor Stage - Plaster Base Layer | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 27<br><br>041623562-0026 | 1st Floor Main Office Closet - Linoleum | Brown<br>Fibrous<br>Homogeneous | 25% Cellulose | 75% Non-fibrous (Other) | None Detected |
| 28W<br><br>041623562-0027 | 1st Floor Main Office Closet - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29B<br><br>041623562-0028 | 1st Floor Main Office Closet - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30<br><br>041623562-0029 | 1st Floor Main Office Principal Storage Room - Acoustical Wall | White<br>Fibrous<br>Homogeneous | | 90% Non-fibrous (Other) | 10% Chrysotile |
| 31<br><br>041623562-0030 | 1st Floor Auditorium - Acoustical Wall Block | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 32<br><br>041623562-0031 | 1st Floor Auditorium Acoustical Wall Block - Glue Pucks | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33<br><br>041623562-0032 | 1st Floor  Room 104 Guidance Room - Foam Material Between Partitions | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/27/2016 01:10:34



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ  08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041623562 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

## *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 34W<br>041623562-0033 | 1st Floor 108 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 35B<br>041623562-0034 | 1st Floor 108 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 36<br>041623562-0035 | 1st Floor Medical Room - Joint Compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 37<br>041623562-0036 | 1st Floor Medical Room - Sheetrock | Brown/Gray<br>Fibrous<br>Homogeneous | 15% Cellulose<br>5% Glass | 80% Non-fibrous (Other) | None Detected |
| 38<br>041623562-0037 | 1st Floor Weight Room no. 2 - Maroon Flooring | Red<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 39<br>041623562-0038 | 2nd Floor Gymnasium - Caulking | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 40W<br>041623562-0039 | 2nd Floor Room 211 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 41B<br>041623562-0040 | 2nd Floor Room 211 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 42<br>041623562-0041 | 2nd Floor Library Catalog Room - Flooring Material Brown | Brown<br>Fibrous<br>Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 43<br>041623562-0042 | 2nd Floor 213 - Exterior Window Caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 44W<br>041623562-0043 | 2nd Floor 213 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 45B<br>041623562-0044 | 2nd Floor 213 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 46W<br>041623562-0045 | 2nd Floor Room 206 - Plaster  White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 47B<br>041623562-0046 | 2nd Floor Room 206 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 48<br>041623562-0047 | 3rd Floor 311 - Exterior Window Caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 49W<br>041623562-0048 | 3rd Floor 312 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 50B<br>041623562-0049 | 3rd Floor 312 - Plaster Base Layer | Brown/Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 51W<br>041623562-0050 | 3rd Floor 302 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/27/2016 01:10:34



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041623562 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| **Sample** | **Description** | **Appearance** | **% Fibrous** | **% Non-Fibrous** | **% Type** |
| 52B<br>041623562-0051 | 3rd Floor 302 -<br>Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 53W<br>041623562-0052 | 3rd Floor 308 -<br>Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 54B<br>041623562-0053 | 3rd Floor 308 -<br>Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 55<br>041623562-0054 | Attic - Gypsteel Block | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 56<br>041623562-0055 | Attic Fan Room -<br>Gypsteel Block | Brown/White<br>Fibrous<br>Homogeneous | 5% Cellulose | 95% Non-fibrous (Other) | None Detected |
| 57<br>041623562-0056 | Attic Fan Room - Duct<br>Lining Black | Brown<br>Fibrous<br>Homogeneous | 90% Hair | 10% Non-fibrous (Other) | None Detected |
| 58<br>041623562-0057 | Exterior of Building<br>Around Air Intake<br>Grills - Caulking | Gray/Tan<br>Non-Fibrous<br>Homogeneous | | 94% Non-fibrous (Other) | 6% Chrysotile |
| 59<br>041623562-0058<br>Recommend TEM | Exterior of Building<br>Door Near Car Ramp<br>to Back of School -<br>Door Frame Caulking | Gray/Tan<br>Non-Fibrous<br>Homogeneous | 5% Fibrous (Other) | 95% Non-fibrous (Other) | None Detected |
| 60<br>041623562-0059 | Exterior Building Side<br>Entrance to<br>Auditorium - Door<br>Frame Caulking | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 61<br>041623562-0060 | Exterior of Building<br>Outside Room 107<br>Door is Closed off<br>From Inside - Door<br>Frame Caulking | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 62<br>041623562-0061 | Exterior of Building<br>Outside Room 110<br>Door at Steps - Door<br>Frame Caulking | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 63<br>041623562-0062 | Exterior of Building -<br>Rood Concrete | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

Clarissa Turton (13)
Nancy Stalter (7)
Seri Smith (35)
William Bradford (8)

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL.  EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government .  Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis.  Samples received in good condition unless otherwise noted.  Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/27/2016 01:10:34



## Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):

**EMSL ANALYTICAL, INC.**
RECEIVED 200 ROUTE 130 NORTH
EMSL CINNAMINSON, NJ 08077
CINNAMINSON PHONE: (800) 220-3675
Fax: (856) 786-5974

041623562     2016 AUG 23  A 11:04

| | |
|---|---|
| **Company:** Guzek Associates, Inc. | **EMSL-Bill to:** ☐ Same ☐ Different — If Bill to Is Different note instructions in Comments** |
| **Street:** 401 Davis Street | *Third Party Billing requires written authorization from third party* |
| **City:** Clarks Summit  **State/Province:** PA | **Zip/Postal Code:** 18414  **Country:** U.S.A. |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728   **Purchase Order:** |
| **Project Name/Number:** SSD 16_751 South Intermidiate | **Please Provide Results:** ☐ Fax  ☒ Email |
| **U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* – Please Check**

☐ 3 Hour   ☐ 6 Hour   ☐ 24 Hour   ☐ 48 Hour   ☐ 72 Hour   ☒ 96 Hour   ☐ 1 Week   ☐ 2 Week

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| PLM - Bulk (reporting limit) | TEM – Bulk |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

| | |
|---|---|
| ☐ **Check For Positive Stop – Clearly Identify Homogenous Group** | **Date Sampled:** 08-17-2016 |
| **Samplers Name:** Chris Notari / Brent Tripp | **Samplers Signature:** Brnt w Tgn |

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Ground Floor - Boiler Room | Mastic on Fiberglass Ends |
| 02 | | Ground Floor - Boiler Room | Mastic on Fiberglass Ends |
| 03 | | Ground Floor - Boiler Room | Mastic on Fiberglass Ends |
| 04 | | Ground Floor - Boiler Room | Incinerator Ash |
| 05 | | Ground Floor - Ash Room | Pipe Insulation at Floor Left of Overhead Door |
| 06 | | Ground Floor, Boiler Room - Storage Room | Cement Wall (2 Layers) |
| 07 | | Ground Floor - Shower Room / Computer Hub | Mastic on Fiberglass Ends |
| 08 | | ********** VOID SAMPLE ********** | SAMPLE NOT TAKEN |
| 09 W | | Ground Floor - Main Corridor | Plaster White Layer |
| 10 T | | Ground Floor - Main Corridor | Plaster Tan Layer |

| | |
|---|---|
| **Client Sample # (s):** | **Total # of Samples:** Seventy-Three (73) |
| **Relinquished (Client):** Brnt w Tgn  **Date:** 08-18-2016 | **Time:** 3:00 PM |
| **Received (Lab):** Michael Rang EFX  **Date:** 8/23/16 | **Time:** 9:46 |
| **Comments/Special Instructions:** | |

Controlled Document – Asbestos COC – R6 – 11/29/2012



**EMSL ANALYTICAL, INC.**
**LABORATORY·PRODUCTS·TRAINING**

## Asbestos Bulk Building Material
## Chain of Custody RECEIVED
### EMSL Order Number (Lab Use Only)

CINNAMINSON, NJ

O4I623562

2015 AUG 22

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 B | | Ground Floor – Main Corridor | Plaster Base Layer |
| 12 | | Ground Floor – Supply Room | Sheetrock |
| 13 | | Ground Floor – Fan Room | Insulation Layer Above Metal Ceiling |
| 14 | | Ground Floor – Fan Room | Insulation Layer Above Metal Ceiling |
| 15 W | | Ground Floor – Waste Collection Room | Plaster White Layer |
| 16 B | | Ground Floor – Waste Collection Room | Plaster Base Layer |
| 17 W | | Ground Floor – Kitchen | Plaster White Layer |
| 18 B | | Ground Floor – Kitchen | Plaster Base Layer |
| 19 | | Ground Floor – Storage Room No. 2 (District Storage) | 2'X2' Ceiling Tile |
| 20 | | 1st Floor – Room No. 1 | Joint Compound |
| 21 W | | 1st Floor – Room No. 1 | Plaster White Layer |
| 22 B | | 1st Floor – Room No. 1 | Plaster Base Layer |
| 23 | | 1st Floor – Room No. 1 | Sheetrock |
| 24 | | 1st Floor – Girls Room Chase | Gypsteel |
| 25 W | | 1st Floor – Stage | Plaster White Layer |
| 26 B | | 1st Floor – Stage | Plaster Base Layer |
| 27 | | 1st Floor – Main Office, Closet | Linoleum |
| 28 W | | 1st Floor – Main Office, Closet | Plaster White Layer |
| 29 B | | 1st Floor – Main Office, Closet | Plaster Base Layer |
| 30 | | 1st Floor – Main Office, Principal Storage Room | Acoustical Wall |
| 31 | | 1st Floor – Auditorium | Acoustical Wall Block |
| 32 | | 1st Floor – Auditorium, Acoustical Wall Block | Glue Pucks |
| 33 | | 1st Floor – Room 104, Guidance Room | Foam Material Between Partitions |
| 34 W | | 1st Floor – Room 108 | Plaster White Layer |

**\*Comments/Special Instructions:**

Page __2__ of __4__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012



**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only)

RECEIVED

0411623562

2010 AUG 23  A 11: 04

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 35 B | | 1st Floor - Room 108 | Plaster Base Layer |
| 36 | | 1st Floor - Medical Room | Joint Compound |
| 37 | | 1st Floor - Medical Room | Sheetrock |
| 38 | | 1st Floor - Weight Room No 2 | Maroon Flooring |
| 39 | | 2nd Floor - Gymnasium | Caulking |
| 40 W | | 2nd Floor - Room 211 | Plaster White Layer |
| 41 B | | 2nd Floor - Room 211 | Plaster Base Layer |
| 42 | | 2nd Floor - Library Catalog Room | Flooring Material (Brown) |
| 43 | | 2nd Floor - Room 213 | Exterior Window Caulking |
| 44 W | | 2nd Floor - Room 213 | Plaster White Layer |
| 45 B | | 2nd Floor - Room 213 | Plaster Base Layer |
| 46 W | | 2nd Floor - Room 206 | Plaster White Layer |
| 47 B | | 2nd Floor - Room 206 | Plaster Base Layer |
| 48 | | 3rd Floor - Room 311 | Exterior Window Caulking |
| 49 W | | 3rd Floor - Room 312 | Plaster White Layer |
| 50 B | | 3rd Floor - Room 312 | Plaster Base Layer |
| 51 W | | 3rd Floor - Room 302 | Plaster White Layer |
| 52 B | | 3rd Floor - Room 302 | Plaster Base Layer |
| 53 W | | 3rd Floor - Room 308 | Plaster White Layer |
| 54 B | | 3rd Floor - Room 308 | Plaster Base Layer |
| 55 | | Attic | Gypsteel Block |
| 56 | | Attic - Fan Room | Gypsteel Block |
| 57 | | Attic - Fan Room | Duct Lining (Black) |
| 58 | | Exterior of Building - Around Air Intake Grills | Caulking |

**\*Comments/Special Instructions:**

Page __3__ of __4__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012



RECEIVED
EMSL

**Asbestos Bulk Building Material**
**Chain of Custody**
EMSL Order Number (Lab Use Only) 5

EMSL ANALYTICAL, INC.
LABORATORY•PRODUCTS•TRAINING

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

O41623562

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 59 | | Exterior of Building - Door near car ramp to back of School | Door Frame Caulking |
| 60 | | Exterior of Building - Side Entrance to Auditorium | Door Frame Caulking |
| 61 | | Exterior of Building  - Outside Room 107 (Door is Closed Off from inside) | Door Frame Caulking |
| 62 | | Exterior of Building  - Outside Room 110 (Door at Steps) | Door Frame Caulking |
| 63 | | Exterior of Building | Rood Concrete |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Comments/Special Instructions:

Page __4__ of __4__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012