# EXHIBIT E

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

# JOHN ADAMS
# ELEMENTARY SCHOOL
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
## 425 North Washington Avenue
## Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

July 2019

# TABLE OF CONTENTS

**SECTION 1**          EXECUTIVE SUMMARY

**SECTION 2**          INTRODUCTION

**SECTION 3**          BUILDING DISCRIPTION

**SECTION 4**          METHODS

**SECTION 5**          RE-INSPECTION FINDINGS

**SECTION 6**          RE-INSPECTION RESULTS

**SECTION 7**          RECOMMENDATIONS

**SECTION 8**          ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**        HOMOGENEOUS SAMPLING CHART,
                      RESPONSE ACTION BASED ON HAZARD RANK,
                      & ASBESTOS CONTAINING BUILDING MATERIAL
                      (ACBM) LOCATION DRAWINGS

**APPENDIX B**        PLM SAMPLE ANALYSIS RESULTS
                      & CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## JOHN ADAMS ELEMENTARY SCHOOL

### SECTION 1    EXECUTIVE SUMMARY

An Asbestos Materials Inspection Survey was conducted on July 24, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and quantify asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.    Asbestos-containing Materials

    1.    All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

    2.    Recommendations

      Recommendations are given in relation to renovation activities for the school building in Section 7.

### SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the John Adams Elementary School was performed at the request Scranton School District, Scranton, PA.   The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and the John Adams Elementary School Administration Office.

## SECTION 3  BUILDING DISCRIPTION

John Adams Elementary School, located at 927 Capouse Avenue, Scranton, PA is a steel fame and masonry building constructed in 1931. The building consists of a basement, two (2) floors, and an attic space, and contains approximately 37,615 square feet of floor area.

## SECTION 4  METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.     Original inspection report
2.     2016 3-Year Re-inspection Report
3.     AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5  REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6  INSPECTION RESULTS

A.    Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for John Adams Elementary School conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report are including in Appendix B.

Note:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1.  Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, and drinking water fountains – no access at time of inspection.

2.  Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

3.  Fire Doors

4.  Roofing Materials (including Flashing and Tar)

5.  Electrical wiring insulation may by present


Materials That Were Tested and Found Not to Contain Asbestos

- All layers of hard wall and ceiling plasters
     (This does NOT include acoustical plaster ceiling in Gym)
- All ceiling tile (Previously tested by others)
- Boiler Room Ceiling
- Wall Burlap (Previously tested by others)
- Mastic over fiberglass ends
- Fan Room (Black coating on fan box)
- Loose debris in Air Exchanger Box
- Gypsteel
- Linoleum in Room K-1 Kindergarten
- Popcorn Texture Paint (Pre-K Classroom)
- Window Frame Caulking
- Window Glazing
- Door Frame Caulk (White only – Tan Caulk is Confirmed Asbestos)

**SECTION 7          RECOMMENDATIONS**

A. Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the John Adams Elementary School.

C. All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

   1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

                                   Or

   2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.


**SECTION 8          ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| Course Date | Exam Date | Expiration Date |

| Not Provided | ACC-0719-6-005 | Mark K. Schläger |
|---|---|---|
| Social Security Number | Certificate Number | Training Director |

# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| *Course Date* | *Exam Date* | *Expiration Date* |

| Not Provided | ACC-0719-6-006 |  |
|---|---|---|
| *Social Security Number* | *Certificate Number* | Mark K. Schlager *Training Director* |

# APPENDIX A

## REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District   Building: John Adams Elementary School   Dates of Original AHERA Inspection: July, 1988   Page 1 of 3

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| **HOMOGENEOUS SAMPLING MATERIAL** | | | | | | | | |
| Basement, Storage Room "A" | Fittings and Pipe Insulation (Approx. 25 - 30 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Storage Room "B" | Fittings and Pipe Insulation (Approx. 60 - 80 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 5 | 3 | - Three (3) damaged fittings above fire cabinets at back wall |
| Basement, Custodian Area (Boiler Room) | Fittings and Pipe Insulation (Approx. 50 - 60 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 5 | 3 | - Remove Approx. 25 - 30 LF of damaged pipe insulation at and in pit area. |
| | Boiler Gaskets | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - 3 - 4 fitting are significantly damaged in pit area. Loose debris in pit area and in trench |
| | Storage Tank Insulation | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Storage Room "C" | Fittings and Pipe Insulation (Approx. 10 - 15 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Storage Room "D" | Fittings and Pipe Insulation (Approx. 10 - 15 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Cafeteria | 12"x12" Floor Tile & Mastic (Approx. 1,525 SQ FT) (Assumed) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Cafeteria and Office | Fittings and Pipe Insulation (Approx. 95 - 100 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove Approx. 4 LF of damaged pipe insulation at column in Cafeteria |
| Basement, Art/Music and Teachers Lounge | Fittings and Pipe Insulation (Approx. 10 - 15 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Stairwell #3 and Hallway | Fittings and Pipe Insulation (Approx. 20 - 30 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Computer and Storage Room | Fittings and Pipe Insulation (Approx. 50 - 60 LF) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |

Information abstracted by: C. Notari and B. Tripp on July 24, 2019
Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and 053975-PA
Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District  Building: John Adams Elementary School  Dates of Original AHERA Inspection: July, 1988  Page 2 of 3

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Library and Library Storage Room | Fittings and Pipe Insulation ( Approx. 130 - 140 LF ) | **TSI** SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D **SD** | 2 | 6 | - One (1) damaged fitting in Library - One (1) damaged fitting in Storage Room |
| 1st Floor, Room 108 | Linoleum Flooring & Mastic ( Approx. 60 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F NF-1 NF-2 | G D **SD** | 2 | 6 | - Minor craking around edge - Mastic assumed to be ACBM |
| 1st Floor, Girls Room | Fittings and Pipe Insulation ( Approx. 15 LF ) | **TSI** SURFACE Misc. | Assumed or Analyzed | **F** NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Girl's Room Chase | Fittings and Pipe Insulation ( Approx. 50 - 60 LF ) | **TSI** SURFACE Misc. | Assumed or Analyzed | **F** NF-1 NF-2 | G D **SD** | 6 | 2 | - Many fittings are distroyed and loose debris on floor |
| 1st Floor, Gymnasium | Acoustical Ceiling ( Approx. 2,000 SQ FT ) | TSI **SURFACE** Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 5 | 3 | - Dents in ceiling |
| 1st Floor, Boy's Room and Chase | Fittings and Pipe Insulation ( Approx. 10 - 15 LF ) | **TSI** SURFACE Misc. | Assumed or Analyzed | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Ripped jacket covers and some loose debris |
| 1st Floor, Pre-K Classroom | 12"x12" Floor Tile & Mastic ( Approx. 696 SQ FT ) (Assumed) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | G D **SD** | 2 | 6 | |
| 1st Floor, K-2 Classroom | 12"x12" Floor Tile & Mastic ( Approx. 697 SQ FT ) (Assumed) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | G D **SD** | 2 | 6 | |
| 1st Floor, Medical Room | 12"x12" Floor Tile & Mastic ( Approx. 240 SQ FT ) (Assumed) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | G D **SD** | 2 | 6 | |
| 1st Floor, | Fittings and Pipe Insulation ( Approx. 5 - 8 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, K-1 Classroom | 12"x12" Floor Tile & Mastic ( Approx. 800 SQ FT ) (Assumed) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Room 209 | Sink Coating on Exterior Base of Sink | TSI **SURFACE** Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G D SD | 1 | 7 | |

Information abstracted by: C. Notari and B. Tripp on July 24, 2019          Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable          Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

*Guzek, Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

| Scranton School District | Building: John Adams Elementary School | Dates of Original AHERA Inspection: July, 1988 | Page 3 of 3 |

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Exterior of Building | Door Frame Caulking (Tan Color Only) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| Attic | Fittings and Pipe Insulation (Approx. 150 - 200 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Blown in insulation was added in late 2017, unknown if any debris or damaged items exist under blown in insulation |
| Thoughtout Building | Vapor Barriers | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | Boiler Gaskets | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | Ductwork Flex Connections | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | Chalkboard Mastic | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |

Information abstracted by: C. Notari and B. Tripp on July 24, 2019

Friability:   F = Friable,       NF-1 = Non-Friable,       NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and O53975-PA

Assessment:   G = Good,       D = Damaged,       SD = Significantly Damaged

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

## SURFACING ASBESTOS CONTAINING MATERIALS




## BASEMENT PLAN
NOT TO SCALE

KEY – SURFACING ACM

CONFIRMED OR ASSUMED ASBESTOS
CONTAINING SURFACING MATERIAL WAS
NOT FOUND ON THIS LEVEL

## 1ST FLOOR PLAN
NOT TO SCALE

KEY – SURFACING ACM

ACOUSTICAL CEILING

## 2ND FLOOR PLAN
NOT TO SCALE

KEY – SURFACING ACM

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
– EXTERIOR OF EXISTING SINK
  IN ROOM 209

Sheet Size: 36"x24"

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A
1

**ACM LOCATIONS: 07-24-2019**

THERMAL ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE

KEY — THERMAL ACM

CEMENTITIOUS FITTINGS
AND PIPE INSULATION



## 1ST FLOOR PLAN
NOT TO SCALE

KEY — THERMAL ACM

CEMENTITIOUS FITTINGS
AND PIPE INSULATION



## 2ND FLOOR PLAN
NOT TO SCALE

KEY — THERMAL ACM

CONFIRMED OR ASSUMED ASBESTOS
CONTAINING THERMAL MATERIAL WAS
NOT FOUND ON THIS LEVEL

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates
*Mechanical, Electrical, Structural, Environmental, and Architectural*

DRAWING No.

A
2

**ACM LOCATIONS: 07-24-2019**

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE

## 1ST FLOOR PLAN
NOT TO SCALE

## 2ND FLOOR PLAN
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**

12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
– CHALKBOARD MASTIC
– VAPOR BARRIERS (MAY BE PRESENT)

**KEY — MISCELLANEOUS ACM**

LINOLEUM FLOORING

12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
– CHALKBOARD MASTIC

**KEY — MISCELLANEOUS ACM**

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
– CHALKBOARD MASTIC

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A 3

ACM LOCATIONS: 07-24-2019

SURFACING ASBESTOS CONTAINING MATERIALS

THERMAL ASBESTOS CONTAINING MATERIALS

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS

ATTIC ENTRANCE THRU 2ND
FLOOR GIRLS ROOM

ATTIC

ATTIC ENTRANCE THRU 2ND
FLOOR GIRLS RESTROOM

ATTIC

ATTIC ENTRANCE THRU 2ND
FLOOR GIRLS ROOM

ATTIC

## ATTIC FLOOR PLAN
NOT TO SCALE

## ATTIC FLOOR PLAN
NOT TO SCALE

## ATTIC FLOOR PLAN
NOT TO SCALE

| KEY — SURFACING ACM |
| --- |
| CONFIRMED OR ASSUMED ASBESTOS CONTAINING SURFACING MATERIAL WAS NOT FOUND ON THIS LEVEL |

| KEY — THERMAL ACM |
| --- |
| CEMENTITIOUS FITTINGS AND PIPE INSULATION |

| KEY — MISCELLANEOUS ACM |
| --- |
| CONFIRMED OR ASSUMED ASBESTOS CONTAINING MISCELLANEOUS MATERIAL WAS NOT FOUND ON THIS LEVEL |

Sheet Size: 36"x24"

ACM LOCATIONS: 07-24-2019

Guzek Associates
461 Gales Street
O'Fallon, IL 62269
Phone: (570) 184-9709
FAX: (570) 184-4728   E-Mail: plan@guzek.com
Mechanical, Electrical, Structural,
Environmental and Architectural
Engineering
DRAWN BY:   BMT   CHECKED BY:   ON   SSD 18_251   SCALE:   AS NOTED   DATE:   07/24/2019
JOHN ADAMS ELEMENTARY SCHOOL, RE-INSPECTION — ATTIC FLOOR PLANS
DWG. TITLE:   JOB No.

ISSUED or REVISED   DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505
**Asbestos Management Plans**

DRAWING No.:

A
4

# APPENDIX B

# TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORT

## 2016 CHAIN OF CUSTODY



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnaslab@EMSL.com

| EMSL Order: | 041621913 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

| Attention: | Chris Notari | | |
|---|---|---|---|
| | Guzek Associates, Inc. | Phone: | (570) 586-9700 |
| | 401 Davis Street | Fax: | (570) 586-6728 |
| | Clarks Summit, PA 18411 | Received Date: | 08/08/2016 9:10 AM |
| | | Analysis Date: | 08/11/2016 |
| | | Collected Date: | 08/04/2016 |

Project: SSD 16_751 John Adams Elementary

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 01<br>041621913-0001 | Basement - Boiler 1 - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | 5% Wollastonite | 95% Non-fibrous (Other) | None Detected |
| 02<br>041621913-0002 | Basement - Boiler 2 - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | 5% Wollastonite | 95% Non-fibrous (Other) | None Detected |
| 03<br>041621913-0003 | Basement Boiler Room - Fiberglass Ends - Boiler Piping | White<br>Non-Fibrous<br>Homogeneous | 5% Wollastonite | 95% Non-fibrous (Other) | None Detected |
| 04<br>041621913-0004 | Baement - Storage Room "B" - Cementitious Ceiling | Gray<br>Non-Fibrous<br>Homogeneous | 3% Cellulose | 97% Non-fibrous (Other) | None Detected |
| 05<br>041621913-0005 | Basement - Fan Room - Black Paper Cover on Fan | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06<br>041621913-0006<br>*Sample appears to be insulation.* | Basement - Fan Room - Debris on Floor of Fan Air Exchanger | Brown<br>Fibrous<br>Homogeneous | 90% Cellulose | 10% Non-fibrous (Other) | None Detected |
| 07W<br>041621913-0007 | 1st Floor - Room 106 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08B<br>041621913-0008 | 1st Floor - Room 106 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09<br>041621913-0009 | 1st Floor - Room 108 - Linoleum Flooring | Tan<br>Fibrous<br>Homogeneous | 10% Cellulose | 65% Non-fibrous (Other) | 25% Chrysotile |
| 10<br>041621913-0010 | 1st Floor - Girls Room - Gypsteel Block | Gray<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 11<br>041621913-0011 | 1st Floor - Room K-1 / Kindergarten - Brown Linoleum - under 12x12 Tile and Wood Subfloor | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12W<br>041621913-0012 | 1st Floor - Medical Room - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13B<br>041621913-0013 | 1st Floor - Medical Room - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 14<br>041621913-0014 | 1st Floor - Room K-2 / Kindergarten - Wall Paper | Brown<br>Fibrous<br>Homogeneous | 60% Cellulose | 40% Non-fibrous (Other) | None Detected |
| 15W<br>041621913-0015 | 1st Floor - Room K-2 / Kindergarten - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/11/2016 13:13:24

**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

EMSL Order:  041621913
Customer ID:  CLAG50
Customer PO:
Project ID:

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 16B<br>041621913-0016 | 1st Floor - Room K-2 / Kindergarten - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 17<br>041621913-0017 | 1st Floor - Room Pre-K / Pre-Kindergarten - Acoustical Ceiling - Popcorn | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18<br>041621913-0018 | 1st Floor - Room Pre-K / Pre-Kindergarten - Acoustical Ceiling - Popcorn | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19<br>041621913-0019 | 1st Floor - Room Pre-K / Pre-Kindergarten - Acoustical Ceiling - Popcorn | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 20W<br>041621913-0020 | 1st Floor Hallway - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 21B<br>041621913-0021 | 1st Floor Hallway - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22<br>041621913-0022 | Basement - Art / Music Room - Gypsteel Ceiling Block | Gray<br>Non-Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 23W<br>041621913-0023 | 2nd Floor - Room 201 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23B<br>041621913-0024 | 2nd Floor - Room 201 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 25W<br>041621913-0025 | 2nd Floor - Boys Room - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26B<br>041621913-0026 | 2nd Floor - Boys Room - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 27<br>041621913-0027 | 2nd Floor - Room 206 - Window Frame Caulking | Black<br>Non-Fibrous<br>Homogeneous | 5% Glass | 95% Non-fibrous (Other) | None Detected |
| 28W<br>041621913-0028 | 2nd Floor - Room 208 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29B<br>041621913-0029 | 2nd Floor - Room 208 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30<br>041621913-0030 | 2nd Floor - Room 209 - Window Frame Caulking | Brown<br>Non-Fibrous<br>Homogeneous | 5% Glass | 95% Non-fibrous (Other) | None Detected |
| 31<br>041621913-0031 | Exterior of Building - Front Door / Capouse Ave - Door Frame Caulking | Tan<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |

Initial report from: 08/11/2016 13:13:24



# EMSL Analytical, Inc.

**200 Route 130 North Cinnaminson, NJ  08077**
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

EMSL Order: 041621913
Customer ID:  CLAG50
Customer PO:
Project ID:

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos | | Asbestos |
| | | | % Fibrous | % Non-Fibrous | % Type |
|---|---|---|---|---|---|
| 32 | Exterior of Building - Mortar Between Concrete Blocks | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 041621913-0032 | | | | | |
| 33 | Exterior of Building - Spellman Court - Window Glazing | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 041621913-0033 | | | | | |
| 34 | Exterior of Building - Gym Door out to Parking Lot - Door Frame Caulking | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 041621913-0034 | | | | | |

Analyst(s)

*Keishla Vazquez Caraballo (32)*
*Seri Smith (2)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/11/2016 13:13:24



# Asbestos Bulk Building Material
# Chain of Custody
### EMSL Order Number *(Lab Use Only)*:

041621913

**EMSL ANALYTICAL, INC.**
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

| | |
|---|---|
| **Company :** Guzek Associates, Inc. | **EMSL-Bill to:** ☐ Same ☐ Different *If Bill to is Different note instructions in Comments** |
| **Street:** 401 Davis Street | *Third Party Billing requires written authorization from third party* |
| **City:** Clarks Summit   **State/Province:** PA | **Zip/Postal Code:** 18414   **Country:** U.S.A. |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728   **Purchase Order:** |
| **Project Name/Number:** SSD 16_751 John Adams Elementary | **Please Provide Results:** ☐ Fax  ☒ Email |
| **U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* – Please Check**

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☒ 96 Hour | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT.  You will be asked to sign an authorization form for this service.  Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| ☐ Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| ☐ Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

| ☐ Check For Positive Stop – Clearly Identify Homogenous Group | **Date Sampled:** 08-04-2016 |
|---|---|
| **Samplers Name:** Chris Notari / Brent Tripp | **Samplers Signature:** |

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Basement - Boiler 1 | Mastic on Fiberglass Ends |
| 02 | | Basement - Boiler 2 | Mastic on Fiberglass Ends |
| 03 | | Basement Boiler Room | Fiberglass Ends (Boiler Piping) |
| 04 | | Basement - Storage Room "B" | Cementitious Ceiling |
| 05 | | Basement - Fan Room | Black Paper Cover on Fan |
| 06 | | Basement - Fan Room | Debirs on Floor of Fan Air Exchanger |
| 07 W | | 1st Floor - Room 106 | Plaster White Layer |
| 08 B | | 1st Floor - Room 106 | Plaster Base Layer |
| 09 | | 1st Floor - Room 108 | Linoleum Flooring |
| 10 | | 1st Floor - Girls Room | Gypsteel Block |

| Client Sample # (s): | - | | Total # of Samples: Thirty-Four (34) |
|---|---|---|---|
| **Relinquished (Client):** | **Date:** 08-04-2016 | | **Time:** 3:00 PM |
| **Received (Lab):** EMSL FL | **Date:** 8-8-2016 | | **Time:** 9:10 AM |

**Comments/Special Instructions:**

Controlled Document – Asbestos COC – R6 – 11/29/2012



## Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):

041621913

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 | | 1st Floor - Room K-1 (Kindergarten) | Brown Linoleum, under 12x12 tile and wood subfloor |
| 12 W | | 1st Floor - Medical Room | Plaster White Layer |
| 13 B | | 1st Floor - Medical Room | Plaster Base Layer |
| 14 | | 1st Floor - Room K-2 (Kindergarten) | Wall Paper |
| 15 W | | 1st Floor - Room K-2 (Kindergarten) | Plaster White Layer |
| 16 B | | 1st Floor - Room K-2 (Kindergarten) | Plaster Base Layer |
| 17 | | 1st Floor - Room Pre-K (Pre – Kindergarten) | Acoustical Ceiling (Popcorn) |
| 18 | | 1st Floor - Room Pre-K (Pre – Kindergarten) | Acoustical Ceiling (Popcorn) |
| 19 | | 1st Floor - Room Pre-K (Pre – Kindergarten) | Acoustical Ceiling (Popcorn) |
| 20 W | | 1st Floor Hallway | Plaster White Layer |
| 21 B | | 1st Floor Hallway | Plaster Base Layer |
| 22 | | Basement - Art/Music Room | Gypsteel Ceiling Block |
| 23 W | | 2nd Floor - Room 201 | Plaster White Layer |
| 24 B | | 2nd Floor - Room 201 | Plaster Base Layer |
| 25 W | | 2nd Floor - Boys Room | Plaster White Layer |
| 26 B | | 2nd Floor - Boys Room | Plaster Base Layer |
| 27 | | 2nd Floor - Room 206 | Window Frame Caulking |
| 28 W | | 2nd Floor - Room 208 | Plaster White Layer |
| 29 B | | 2nd Floor - Room 208 | Plaster Base Layer |
| 30 | | 2nd Floor - Room 209 | Window Frame Caulking |
| 31 | | Exterior of Building - Front Door (Capouse Ave) | Door Frame Caulking |
| 32 | | Exterior of Building | Mortar Between Concrete Blocks |
| 33 | | Exterior of Building - (Spellman Court) | Window Glazing |
| 34 | | Exterior of Building - Gym Door out to Parking Lot | Door Frame Caulking |

**Comments/Special Instructions:**

RECEIVED EMSL CINNAMINSON, N.J.
16 AUG – 8 AH 9: 55

Page __2__ of __2__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012