# EXHIBIT F

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

# CHARLES SUMNER
# ELEMENTARY SCHOOL
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
425 North Washington Avenue
Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

August 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**      EXECUTIVE SUMMARY

**SECTION 2**      INTRODUCTION

**SECTION 3**      BUILDING DISCRIPTION

**SECTION 4**      METHODS

**SECTION 5**      RE-INSPECTION FINDINGS

**SECTION 6**      RE-INSPECTION RESULTS

**SECTION 7**      RECOMMENDATIONS

**SECTION 8**      ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**      HOMOGENEOUS SAMPLING CHART,
RESPONSE ACTION BASED ON HAZARD RANK,
& ASBESTOS CONTAINING BUILDING MATERIAL
(ACBM) LOCATION DRAWINGS

**APPENDIX B**      PLM SAMPLE ANALYSIS RESULTS
& CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## CHARLES SUMNER ELEMENTARY SCHOOL

## SECTION 1    EXECUTIVE SUMMARY

An Asbestos Materials Re-inspection Survey was conducted on August 13, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials.  The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Gary Marshall (DLI Asbestos Inspector Certification #006907).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (If applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.      Asbestos-containing Materials

      1.      All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

      2.      Recommendations

      Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

## SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the Charles Sumner Elementary School was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos).  All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and Charles Sumner Elementary School Administration Office.

## SECTION 3   BUILDING DISCRIPTION

Charles Sumner Elementary School, located at North Sumner Avenue & Swetland Street, Scranton, PA is a steel and masonry building constructed in 1968.  The building is a split level design, consisting of two (2) sections. The first section consists of a basement and first floor. The second section consists of a partial first floor and second floor. The total Facility contains approximately 34,313 sq. ft. of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.   Original inspection report
2.   2016 3-Year Re-inspection Report
3.   AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6   INSPECTION RESULTS

A.      Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for Charles Sumner Elementary School conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report is included in Appendix B.

Note:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1.  Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, and drinking water fountains – no access at time of inspection.

2.  Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

3.  Fire Doors

4.  Roofing Materials (including Flashing and Tar)

5.  Electrical wiring insulation maybe present


Materials That Were Tested and Found Not to Contain Asbestos

- All layers of hard wall and ceiling plasters
- All sheetrock and joint compound
- All ceiling tile
- Mastic on Fiberglass Ends Piping (Boiler Room)
- Paper over Ductwork

## SECTION 7          RECOMMENDATIONS

A.  Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B.  All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the Charles Sumner Elementary School.

C.  All presumed or confirmed asbestos containing materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

   1.  Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

   2.  The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

## SECTION 8          ASBESTOS INPECTOR ACCREDIDATION

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| | | |
|---|---|---|
| 7/11/19 | N/A | 7/11/20 |
| Course Date | Exam Date | Expiration Date |

| | |
|---|---|
| Not Provided | ACC-0719-6-005 |
| Social Security Number | Certificate Number |

Mark K. Schläger
Training Director

# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

### Pennsylvania Asbestos
### Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| Course Date | Exam Date | Expiration Date |

| Not Provided | ACC-0719-6-006 | Mark K. Schläger |
|---|---|---|
| Social Security Number | Certificate Number | Training Director |

# <u>APPENDIX A</u>

## REINSPECTION FINDINGS:

**HOMOGENEOUS SAMPLING CHART**

**RESPONSE ACTION BASED ON HAZARD RANK**

**ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS**

## HOMOGENEOUS SAMPLING CHART

Scranton School District     Building: Charles Sumner Elementary School     Dates of Original AHERA Inspection: July, 1988     Page 1 of 2

| HOMOGENEOUS LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Basement, Boiler Room | Hot Water Storage Tank ( Approx. 100 SQ FT ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Remove fitting on top of water tank |
| | Flue Mud ( Hot Water Tank ) ( Approx. 10 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Material is becoming Loose, Remove |
| | Morter on Boiler ( Approx. 60 - 70 SQ FT ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | Fittings / Pipe Insulation ( Approx. 40 - 50 LF ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Boy's & Girl's Room Chases, and Storage Room 2 | Fittings / Pipe Insulation ( Approx. 30 - 40 Fittings ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Main floor, Maintenance Office | Fittings / Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | 9"x9" Floor Tile & Mastic ( Approx. 479 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| Main Floor, Room 02 | Fittings / Pipe insulation ( Approx. 4 - 8 Fittings ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Main Floor, Room 03 | Fittings / Pipe Insulation ( Approx. 4 - 8 Fittings ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Main Floor, Multipurpose Room | 9"x9" Floor Tile & Mastic ( Approx. 2,500 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 3 | 5 | - Tile are cracking in many areas - Mastic Assumed |
| 2nd Floor, Janitor's Closet | Fittings / Pipe Insulation ( Approx. 1 Fitting ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 3 | 5 | - Tile are cracking in many areas - Mastic Assumed |
| Stairwell No.1 | 9"x9" Floor Tile & Mastic ( Approx. 275 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 3 | 5 | - Tile are cracking in many areas - Mastic Assumed |

Information abstracted by: C. Notary and B. Tripp in August, 2019

Friability:   F = Friable,    NF-1 = Non-friable,    NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:   G = Good,    D = Damaged,    SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: Charles Sumner Elementary School    Dates of Original AHERA Inspection: July, 1988    Page 2 of 2

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Stairwell No.2 | 9"x9" & 12"x12" Floor Tile & Mastic (Approx. 275 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | - Tile are cracking in many areas - Mastic Assumed |
| Main Floor, Faculty Area | 12"x12" Floor Tile & Mastic (Approx. 25 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | - Mastic Assumed |
| | Vapor Barriers | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Lower area not accessible |
| | Mastic Behind Chalkboards, panels, and wallboards, etc. | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Not accessable during inspection |
| | Exterior Caulking Between Aluminum Panels & Brick (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | Exterior / Interior Cementitious Panels found above & below windows (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | - Some panels exhibit wear and are starting to deteriorate |
| | Sink Coating on Exterior Base of Sinks | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Thoughout Building | Exterior / Interior Red fibrous material (Found on interior of panel) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | - Associated with Cementitious Panels. This material is found inbetween layers of Cementitious Panels |
| | Ductwork Flex Connections | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | Exterior / Interior Door Caulk (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | Exterior Window Caulk (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - In some areas the glazing is becoming loose |
| | Exterior Window Glazing (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | |

Information abstracted by: C. Notary and B. Tripp in August, 2019
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|:---:|:---:|:---:|:---:|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

## SURFACING ASBESTOS CONTAINING MATERIALS



**BASEMENT PLAN**
NOT TO SCALE

| KEY — SURFACING ACM |
|---|
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS ON ALL FLOORS: 1. EXTERIOR COATING ON SINKS |

**MAIN & 1ST FLOOR PLAN**
NOT TO SCALE

| KEY — SURFACING ACM |
|---|
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS ON ALL FLOORS: 1. EXTERIOR COATING ON SINKS |

**2ND FLOOR PLAN**
NOT TO SCALE

| KEY — SURFACING ACM |
|---|
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS ON ALL FLOORS: 1. EXTERIOR COATING ON SINKS |

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:
**A 1**

ACM LOCATIONS: 07-30-19

# THERMAL ASBESTOS CONTAINING MATERIALS



**BASEMENT PLAN**
NOT TO SCALE

BOILER ROOM
843 S.F.

STORAGE NO.1
422 S.F.

STORAGE NO.3
148 S.F.

BOYS ROOM
57 S.F.

GIRLS
48 S.F.

KEY — THERMAL ACM
CEMENTITIOUS FITTINGS

**MAIN & 1ST FLOOR PLAN**
NOT TO SCALE

LIBRARY
850 S.F.

JANITORS OFFICE
479 S.F.

ROOM No.1
PRE-SCHOOL
(FULL TIME)
945 S.F.

TEACHERS' LOUNGE
252 S.F.

MEDICAL ROOM
305 S.F.

MULTI-PURPOSE ROOM
GYMNASIUM
CAFETERIA
(HOT AND COLD LUNCH)
2479 S.F.

ROOM No.2
KINDERGARTEN
(FULL TIME)
945 S.F.

SECRETARY
173 S.F.

PRINCIPAL'S
OFFICE
157 S.F.

ROOM No.3
SPECIAL EDUCATION
(LIFE SKILLS)
945 S.F.

MAIN
CORRIDOR

GIRL'S
RESTROOM

MAIN FLOOR
1st FLOOR

MAIN FLOOR
1st FLOOR

ROOM No. 101
1st GRADE
937 S.F.

ROOM No. 102
1st GRADE
937 S.F.

ROOM No. 103
2nd GRADE
937 S.F.

ROOM No. 104
2nd GRADE
937 S.F.

ROOM No. 105
3rd GRADE
937 S.F.

ROOM No. 106
3rd GRADE
937 S.F.

BOY'S
RESTROOM

KEY — THERMAL ACM
CEMENTITIOUS FITTINGS

**2ND FLOOR PLAN**
NOT TO SCALE

GIRL'S
RESTROOM

ROOM No. 201
SPECIAL EDUCATION
LEARNING SUPPORT
937 S.F.

ROOM No. 202
4th GRADE
937 S.F.

ROOM No. 203
READING / MUSIC
937 S.F.

ROOM No. 204
4th GRADE
937 S.F.

ROOM No. 205
5th GRADE
937 S.F.

ROOM No. 206
5th GRADE
937 S.F.

BOY'S
RESTROOM

KEY — THERMAL ACM
CEMENTITIOUS FITTINGS

Sheet Size: 36"x24"

ACM LOCATIONS: 07-30-19

Guzek Associates.
401 Davis Street
Clarks Summit, PA 18411
Phone: (570) 586-9789
FAX: (570) 586-6728
E-Mail: guzek@mac.com

Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering

DRAWN BY: DATE: 08/13/2019
CHECKED BY: BMT
SCALE: AS NOTED
JOB No: SSD 19_701
DWG. TITLE: 2016 CHARLES SUMNER ELEMENTARY SCHOOL FLOOR PLANS

## Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

## Asbestos Management Plans

DRAWING No.:

A
2

# MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



**BASEMENT PLAN**
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS

**MAIN & 1ST
FLOOR PLAN**
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**
▨ 9"x9" FLOOR    ▨ EXTERIOR ASBESTOS
   TILE & MASTIC      CEMENT BOARD
⌐ 12"x12" FLOOR
   TILE & MASTIC
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS

**2ND FLOOR PLAN**
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**
▨ 9"x9" FLOOR TILE & MASTIC
▨ EXTERIOR ASBESTOS
   CEMENT BOARD
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS

**ACM LOCATIONS: 07-30-19**

Sheet Size: 36"x24"

Guzek Associates.
*Mechanical, Electrical, Structural, Environmental, and Architectural Engineering*
451 Glenn Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-0725
E-Mail: guzek@comad.com

DRAWN BY:        DATE: 09/13/2019
CHECKED BY:      SCALE: AS NOTED
JOB No.
CN   500 10...751
DWG. TITLE: 2016 CHARLES SUMNER ELEMENTARY SCHOOL FLOOR PLANS

ISSUED or REVISED          DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

**A3**

# APPENDIX B

## TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

### 2016 LABORATORY REPORTS

### 2016 CHAIN OF CUSTODY



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041621869 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | 080216 |
| **Project ID:** | |

**Attention:** Joe Guzek
Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

| | |
|---|---|
| **Phone:** | (570) 586-9700 |
| **Fax:** | (570) 586-6728 |
| **Received Date:** | 08/08/2016 9:10 AM |
| **Analysis Date:** | 08/13/2016 - 08/14/2016 |
| **Collected Date:** | 08/02/2016 |

**Project:** SSD-Sunmer

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01 041621869-0001 | Boiler Room - Mastic on Fiberglass | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02 041621869-0002 | Boiler Room - Interior Boiler Brick | Tan/Pink Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03 041621869-0003 | Boiler Room - Mortar Interior of Boiler | Brown Non-Fibrous Homogeneous | 40% Glass | 57% Non-fibrous (Other) | 3% Chrysotile |
| 04 041621869-0004 | Boiler Room - Interior Boiler Brick | Pink Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 05 041621869-0005 | Boiler Room - Boiler Gasket | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06 041621869-0006 | Boiler Room - Exterior of Boiler Cementitious Insulation | Tan Fibrous Homogeneous | 40% Min. Wool | 35% Non-fibrous (Other) | 25% Chrysotile |
| 07 041621869-0007 | Boiler Room - Exterior of Boiler Cementitious Insulation | Tan Fibrous Homogeneous | 40% Min. Wool | 35% Non-fibrous (Other) | 25% Chrysotile |
| 08 041621869-0008 | 1st Floor - Room 001 - 2'x4' Ceiling Tile | White Fibrous Homogeneous | 50% Cellulose 30% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 09 041621869-0009 | 1st Floor - Storage Next to Room 003 - 2'x4' Ceiling Tile | White Fibrous Homogeneous | 60% Cellulose 30% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 10 041621869-0010 | 1st Floor - Hallway Speech Room - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 11 041621869-0011 | 1st Floor - Hallway Speech Room - Sheetrock | White Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 12A 041621869-0012 | 1st Floor - Mail Hallway - 2'x4' Ceiling Tile | White Fibrous Homogeneous | 50% Cellulose 30% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 12W 041621869-0013 | 1st Floor - Principal Office - Plaster - White | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13B 041621869-0014 | 1st Floor - Principal Office - Plaster - Base | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 14W 041621869-0015 | 1st Floor - Lav - Plaster - White | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 15B 041621869-0016 | 1st Floor - Lav - Plaster - Base | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/14/2016 12:33:43



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

**EMSL Order:** 041621869
**Customer ID:** CLAG50
**Customer PO:** 080216
**Project ID:**

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 16 041621869-0017 | 1st Floor - Library Office - Sink Coating - Black Exterior | Black Non-Fibrous Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 17 041621869-0018 | 1st Floor - Maintenance Office - Paper Over Duct | Tan Fibrous Homogeneous | 85% Cellulose | 15% Non-fibrous (Other) | None Detected |
| 18 041621869-0019 | 1st Floor - Stairs to 2nd Floor - Linoleum on Steps | Brown Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19 041621869-0020 | 2nd Floor - Room 201 - Sink Coating - Black Exterior | Black Non-Fibrous Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 20 041621869-0021 | 2nd Floor - Hallway - Near Janitors Sink - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 21 041621869-0022 | 2nd Floor - Hallway - Near Janitors Sink - Sheetrock | White Fibrous Homogeneous | 15% Glass | 85% Non-fibrous (Other) | None Detected |
| 22-Transite 041621869-0023 | 2nd Floor - Hallway - Red Fibrous Behind Metal Panel | Gray Fibrous Homogeneous | | 55% Non-fibrous (Other) | 45% Chrysotile |
| 22-Foam 041621869-0023A | 2nd Floor - Hallway - Red Fibrous Behind Metal Panel | Red Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23 041621869-0024 | 1st Floor - Hallway - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24 041621869-0025 | 1st Floor - Hallway - Sheetrock | White Fibrous Homogeneous | 5% Cellulose 15% Glass | 80% Non-fibrous (Other) | None Detected |
| 25 041621869-0026 | 1st Floor - Hallway - To Exit - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26 041621869-0027 | 1st Floor - Hallway - To Exit - Sheetrock | White Fibrous Homogeneous | 15% Cellulose 5% Glass | 80% Non-fibrous (Other) | None Detected |
| 27 041621869-0028 | 1st Floor Hallway - Middle Steps - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 28 041621869-0029 | 1st Floor - Hallway - Sheetrock | Brown/White Fibrous Homogeneous | 15% Cellulose 3% Glass | 82% Non-fibrous (Other) | None Detected |
| 29 041621869-0030 | 1st Floor - Front Door - In Front of Steps - Caulk | Gray Non-Fibrous Homogeneous | | 94% Non-fibrous (Other) | 6% Chrysotile |
| 30 041621869-0031 | 1st Floor - Lav - Plaster - White | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 31 041621869-0032 | 1st Floor - Lav - Plaster - Base | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 32 041621869-0033 | Exterior - Window Glaze | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33 041621869-0034 | Exterior - Suspect Transite | Gray Fibrous Homogeneous | | 55% Non-fibrous (Other) | 45% Chrysotile |

Initial report from: 08/14/2016 12:33:43



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

EMSL Order: 041621869
Customer ID: CLAG50
Customer PO: 080216
Project ID:

## *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos | | Asbestos |
| | | | % Fibrous | % Non-Fibrous | % Type |
|---|---|---|---|---|---|
| 34 | Exterior - Window Glaze - Plexiglass | Gray Non-Fibrous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 041621869-0035 | Window | Homogeneous | | | |
| 35 | Exterior - Door Caulk | Gray Non-Fibrous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 041621869-0036 | | Homogeneous | | | |
| 36 | Exterior - Suspect Transite | Gray Fibrous | | 55% Non-fibrous (Other) | 45% Chrysotile |
| 041621869-0037 | | Homogeneous | | | |
| 37 | Exterior - Caulk Between Aluminum | Gray Non-Fibrous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 041621869-0038 | Panels and Brick | Homogeneous | | | |

Analyst(s)

*Keishla Vazquez Caraballo (33)*
*Seri Smith (6)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/14/2016 12:33:43

EMSL Analytical, Inc.
200 Route 130 North

## Asbestos Chain of Custody

**EMSL Order Number** (Lab Use Only):

041621869

**EMSL ANALYTICAL, INC.**
LABORATORY / PROFESSIONAL

Cinnaminson, NJ 08077
PHONE: 1-800-220-3675
FAX: (856) 786-5974

| | |
|---|---|
| **Company Name :** Guzek Associates, Inc. | **EMSL Customer ID:** |
| **Street:** 401 Davis Street | **City:** Clarks Summit — **State/Province:** PA |
| **Zip/Postal Code:** 18411 — **Country:** US | **Telephone #:** 570-586-9700 — **Fax #:** 570-586-6728 |
| **Report To (Name):** Joseph Guzek | **Please Provide Results:** ☐ Fax ☑ Email |
| **Email Address:** guzekassoc@aol.com | **Purchase Order:** 080216 |
| **Project Name/Number:** SSD-Sunmer | **EMSL Project ID** (Internal Use Only): |
| **U.S. State Samples Taken:** PA | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**EMSL-Bill to:** ☐ Same ☑ Different – If Bill to Is Different note Instructions in Comments**
Third Party Billing requires written authorization from third party

**Turnaround Time (TAT) Options* – Please Check**

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☑ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

**PCM - Air** ☐ Check if samples are from NY
☐ NIOSH 7400
☐ w/ OSHA 8hr. TWA

**PLM - Bulk (reporting limit)**
☑ PLM EPA 600/R-93/116 (<1%)
☐ PLM EPA NOB (<1%)
Point Count
☐ 400 (<0.25%) ☐ 1000 (<0.1%)
Point Count w/Gravimetric
☐ 400 (<0.25%) ☐ 1000 (<0.1%)
☐ NYS 198.1 (friable in NY)
☐ NYS 198.6 NOB (non-friable-NY)
☐ NYS 198.8 SOF-V
☐ NIOSH 9002 (<1%)

**TEM – Air** ☐ 4-4.5hr TAT (AHERA only)
☐ AHERA 40 CFR, Part 763
☐ NIOSH 7402
☐ EPA Level II
☐ ISO 10312
**TEM - Bulk**
☐ TEM EPA NOB
☐ NYS NOB 198.4 (non-friable-NY)
☐ Chatfield SOP
☐ TEM Mass Analysis-EPA 600 sec. 2.5
**TEM – Water:** EPA 100.2
Fibers >10μm ☐ Waste ☐ Drinking
All Fiber Sizes ☐ Waste ☐ Drinking

**TEM- Dust**
☐ Microvac - ASTM D 5755
☐ Wipe - ASTM D6480
☐ Carpet Sonication (EPA 600/J-93/167)
☐ Soil/Rock/Vermiculite
☐ PLM EPA 600/R-93/116 with milling prep (<1%)
☐ PLM EPA 600/R-93/116 with milling prep (<0.25%)
☐ TEM EPA 600/R-93/116 with milling prep (<0.1%)
☐ TEM Qualitative via Filtration Prep
☐ TEM Qualitative via Drop Mount Prep
☐ Cincinnati Method EPA 600/R-04/004 – PLM/TEM (BC only)
☐ Other:

☐ Check For Positive Stop – Clearly Identify Homogenous Group   **Filter Pore Size (Air Samples):** ☐ 0.8μm ☐ 0.45μm

**Samplers Name:** Chris Notari — **Samplers Signature:**

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 01 | Boiler Rm - Mastic on Fiberglass | Bulk | 8/02/2016 |
| 02 | Boiler Rm - Interior Boiler Brick | Bulk | 8/02/2016 |
| 03 | Boiler Rm - Mortor interior of boiler | Bulk | 8/02/2016 |
| 04 | Boiler Rm - Interior Boiler Brick | Bulk | 8/02/2016 |
| 05 | Boiler Rm - Boiler Gasket | Bulk | 8/02/2016 |

**Client Sample # (s):** 01 - 37 — **Total # of Samples:** 38

**Relinquished (Client):** _____ **Date:** 8/4/16 **Time:** _____

**Received (Lab):** GMSL FX **Date:** 8-8-2016 **Time:** 9:10 am

**Comments/Special Instructions:**
:

Page 1 of 3 pages



**Asbestos Chain of Custody**

EMSL Order Number (*Lab Use Only*):

O4162188

EMSL Analytical, Inc.
200 Route 130 North

Cinnaminson, NJ 08077
PHONE:  1-800-220-3675
FAX:  (856) 786-5974

EMSL ANALYTICAL, INC.
LABORATORY • PRODUCTS • TRAINING

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 06 | Boiler Rm - Exterior of Boiler Cemt. insulation | Bulk | 8/02/2016 |
| 07 | Boiler Rm - Exterior of Boiler Cemt. insulation | | 8/02/2016 |
| 08 | 1st Fl - Room 001 2'x4' Ceiling Tile | | 8/02/2016 |
| 09 | 1st Fl - Storage next to Room 003 - 2'x4' CT | | 8/02/2016 |
| 10 | 1st Fl - Hallway Speech Room - joint compound | | 8/02/2016 |
| 11 | 1st Fl - Hallway Speech Room - sheetrock | | 8/02/2016 |
| 12A | 1st Fl - Mail Hallway - 2'x4' Ceiling Tile | | 8/02/2016 |
| 12W | 1st Fl - Principal Office (Old Med) plaster - white | | 8/02/2016 |
| 13B | 1st Fl - Principal Office (Old Med) plaster - base | | 8/02/2016 |
| 14W | 1st Fl - Lav - Plaster - white | | 8/02/2016 |
| 15B | 1st Fl - Lav - Plaster - base | | 8/02/2016 |
| 16 | 1st Fl-Library Office - sink coating - black exterior | | 8/02/2016 |
| 17 | 1st Fl - Maintenance office paper over duct | | 8/02/2016 |
| 18 | 1st Fl - Stairs to 2nd Fl. - Linoleum on steps | | 8/02/2016 |
| 19 | 2nd Fl - Rm 201 - sink coating - black exterior | | 8/02/2016 |
| 20 | 2nd F-Hallway(near janitors sink)-joint compound | | 8/02/2016 |
| 21 | 2nd Fl - Hallway (near janitors sink) - sheetrock | | 8/02/2016 |
| 22 | 2nd F-Hallway-Red Fiberous, behind metal panel | | 8/02/2016 |
| 23 | 1st Fl - Hallway - joint compound | | 8/02/2016 |
| 24 | 1st Fl - Hallway- sheetrock | | 8/02/2016 |
| 25 | 1st Fl - Hallway(to exit) - joint compound | | 8/02/2016 |
| 26 | 1st Fl - Hallway(to exit) - sheetrock | | 8/02/2016 |
| 27 | 1st Fl Hallway (Middle Steps) joint compound | | 8/02/2016 |

**\*Comments/Special Instructions:**

Controlled Document – Asbestos COC – R10 – 05/09/2016

EN **EMSL ANALYTICAL, INC.**
LAB LABORATORY·PRODUCTS·TRAINING

## Asbestos Chain of Custody
**EMSL Order Number** *(Lab Use Only)*:

041021869

EMSL Analytical, Inc.
200 Route 130 North

Cinnaminson, NJ 08077
PHONE: 1-800-220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 28 | 1st Fl - Hallway sheetrock | Bulk | 8/02/2016 |
| 29 | 1st Fl - Front Door (in front of steps) caulk | | 8/02/2016 |
| 30 | 1st Fl - Lav - plaster - white | | 8/02/2016 |
| 31 | 1st Fl Lav - plaster - base | | 8/02/2016 |
| 32 | Exterior - window glaze | | 8/02/2016 |
| 33 | Exterior - Suspect transite | | 8/02/2016 |
| 34 | Exterior - window glaze (plexiglass window) | | 8/02/2016 |
| 35 | Exterior - Door caulk | | 8/02/2016 |
| 36 | Exterior - Suspect transite | | 8/02/2016 |
| 37 | Exterior - Caulk between alum. panels and brick | | 8/02/2016 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**16 AUG -8 AM 9:55 CINNAMINSON, NJ RECEIVED EMSL**

**\*Comments/Special Instructions:**

Page __3__ of __3__ pages