# EXHIBIT G

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# GEORGE BANCROFT
# ELEMENTARY SCHOOL
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
## 425 North Washington Avenue
## Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

July 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**         EXECUTIVE SUMMARY

**SECTION 2**         INTRODUCTION

**SECTION 3**         BUILDING DISCRIPTION

**SECTION 4**         METHODS

**SECTION 5**         RE-INSPECTION FINDINGS

**SECTION 6**         RE-INSPECTION RESULTS

**SECTION 7**         RECOMMENDATIONS

**SECTION 8**         ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**        HOMOGENEOUS SAMPLING CHART,
                      RESPONSE ACTION BASED ON HAZARD RANK,
                      & ASBESTOS CONTAINING BUILDING MATERIAL
                      (ACBM) LOCATION DRAWINGS

**APPENDIX B**        PLM SAMPLE ANALYSIS RESULTS
                      & CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## GEORGE BANCROFT ELEMENTARY SCHOOL

## SECTION 1     EXECUTIVE SUMMARY

An Asbestos Materials Re-inspection Survey was conducted on July 12, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled were sampled (If applicable) and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.      Asbestos-containing Materials

    1.      All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

    2.      Recommendations

        Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

## SECTION 2   INTRODUCTION

An Asbestos Materials Inspection of the George Bancroft Elementary School was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

1

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's  (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and George Bancroft Elementary School Administration Office.

## SECTION 3   BUILDING DISCRIPTION

George Bancroft Elementary School, located at 1002 Albright Avenue, Scranton, PA is a steel and brick building constructed in 1929.  The building consists of an attic and three (3) floors, and contains approximately 33,680 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.     Original inspection report
2.     2016 3-Year Re-inspection Report
3.     AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6  INSPECTION RESULTS

A.    <u>Asbestos-containing Materials</u>

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for George Bancroft Elementary School conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report is included in Appendix B.

<u>Note</u>:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials <u>may be present</u>:

1.  Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, and drinking water fountains – no access at time of inspection.

2.  Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

3.  Fire Doors

4.  Roofing Materials (including Flashing and Tar)

5.  Electrical wiring insulation maybe present


<u>Materials That Were Tested and Found Not to Contain Asbestos</u>

- All layers of hard wall and ceiling plasters (Does not include Basement Lunch Room, The wall and ceiling plaster in this area were found to contain asbestos)
- All sheetrock and joint compound
- All ceiling tile (Previously tested by others)
- Boiler room tank insulation
- Boiler room ceiling
- Mastic on fiberglass ends piping (Boiler Room)
- Red foundation block
- Burlap wall paper
- Exterior window caulking
- Gypsteel
- 12X12 Floor Tile in Room 101 (Previously tested by others) (Mastic is assumed to contain asbestos)

**SECTION 7            RECOMMENDATIONS**

A. Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the George Bancroft Elementary School.

C. All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.


**SECTION 8            ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

### under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**

7921 River Road, Pennsauken, NJ 08110

(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---------|-----|---------|
| *Course Date* | *Exam Date* | *Expiration Date* |

| Not Provided | ACC-0719-6-005 | |
|--------------|----------------|---|
| *Social Security Number* | *Certificate Number* | Mark K. Schläger |
| | | *Training Director* |

# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**

7921 River Road, Pennsauken, NJ 08110

(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| *Course Date* | *Exam Date* | *Expiration Date* |

| Not Provided | ACC-0719-6-006 | |
|---|---|---|
| *Social Security Number* | *Certificate Number* | Mark K. Schläger |
| | | *Training Director* |

# <u>APPENDIX A</u>

# REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

*Guzek Associates, Inc.* **- HOMOGENEOUS SAMPLING CHART**

Scranton School District        Building: George Bancroft Elementary School        Dates of Original AHERA Inspection: July, 1988        Page 1 of 5

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD RANK | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Basement, Crawl Space | Fittings ( Approx. 3 - 4 Fittings ) | **TSI** / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| Basement, Cafeteria | Fittings and Pipe Insulation ( Approx. 80 - 70 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| | Ceiling Plaster ( Approx. 2,200 SQ FT ) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Asbestos Containing Material (ACM) exists in ceiling plaster |
| Basement, Boiler Room | Breeching ( Indeterminate ) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| | Boiler Gaskets | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | F / **NF-1** / NF-2 | **G** / D / SD | 1 | 7 | |
| 1st Floor Room 101 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| | Linoleum over 12"x12" Floor Tile & Mastic ( Approx. 673 SQ FT ) | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | **G** / D / SD | 2 | 6 | - Mastic Assumed |
| 1st Floor Room 102 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| 1st Floor Room 104 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| | 12"x12" Floor Tile & Mastic ( Approx. 673 SQ FT ) | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | **G** / D / SD | 2 | 6 | - Mastic Assumed |
| 1st Floor Room 105 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| | 12"x12" Floor Tile & Mastic ( Approx. 673 SQ FT ) | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | G / D / **D** | 4 | 4 | - 25 to 30 Floor Tiles are cracked - Mastic Assumed |

Information abstracted by: C. Notari and B. Tripp on 07/12/2019
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable

Building Inspector's Certification No.: 027028-PA and 053975-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

*Guzek Associates, Inc.* **- HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: George Bancroft Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 2 of 5

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD RANK | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 1st Floor Room 106 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 2 | 6 | - Repair needed at bottom 1-foot section of insulation |
| 1st Floor, Janitor's Closet No. 1 (Next to Boy's Restroom) | Fittings and Pipe Insulation ( Approx. 8 - 10 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | Remove |
| 1st Floor, Boy's Restroom | Fittings and Pipe Insulation ( 1 Fitting found) ( Approx. 10 - 15 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Room 107 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Room 108 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Room 108 | 12"x12" Floor Tile & Mastic ( Approx. 675 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| 1st Floor, Room 109 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Room 110 | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Girl's Restroom | Fittings and Pipe Insulation ( Approx. 20 - 25 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Girl's Restroom Chase | Fittings and Pipe Insulation ( Approx. 15 - 20 Fittings) ( Approx. 35 - 40 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G D **SD** | 7 | 1 | Remove / Restrict Access - Door was sealed during last surveillance. Door is now open. |
| 1st Floor, Principle's Office, Room 111 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Secretary's Office, Room 112 | Fittings and Pipe Insulation ( Approx. 10 - 15 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: C. Notari and B. Tripp on 07/12/2019          Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:     F = Friable,     NF-1 = Non-friable,     NF-2 = Non-Friable          Assessment:     G = Good,     D = Damaged,     SD = Significantly Damaged

*Guzek Associates, Inc.* **- HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: George Bancroft Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 3 of 5

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD RANK | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 1st Floor, Secretary's Office, Room 112 | 12"x12" Floor Tile & Mastic ( Approx. 90 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | C **D** SD | 4 | 4 | - 10 to 12 Floor Tiles are cracked - Mastic Assumed |
| | Linoleum ( Approx. 128 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed - Linoleum under carpet |
| 1st Floor, Library and closet, Room 103 | Fittings and Pipe Insulation ( Approx. 20 - 25 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Main Hallway | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 201 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 202 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | 12"x12" Floor Tile & Mastic ( Approx. 673 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| 2nd Floor, Room 203 and closet | Fittings and Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Room 203 Closet has 1 damaged fitting |
| 2nd Floor, Room 204 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 205 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 206 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 207 & 208 ( Gym ) | Fittings and Pipe Insulation ( Approx. 20 - 25 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: C. Notari and B. Tripp on 07/12/2019          Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:     F = Friable,        NF-1 = Non-Friable,        NF-2 = Non-Friable          Assessment:     G = Good,     D = Damaged,     SD = Significantly Damaged

*Guzek Associates, Inc.* **- HOMOGENEOUS SAMPLING CHART**

Scranton School District        Building: George Bancroft Elementary School        Dates of Original AHERA Inspection: July, 1988        Page 4 of 5

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD RANK | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 2nd Floor, Room 209 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Girl's Room | Fittings and Pipe Insulationn ( Approx. 8 - 10 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Janitor's Closet No.1 (Next to Boy's Restroom) | Fittings and Pipe Insulation ( Approx. 8 - 10 LF of pipe insulation) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Insulation opened at top ( approx. 7" ) |
| | 12"x12" Floor Tile & Mastic ( Approx. 40 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | G D **SD** | 6 | 2 | - Tile under sink with heavy damage, others cracking and chipping, Remove - Mastic Assumed |
| 2nd Floor, Boy's Restroom Chase | Fittings and Pipe Insulation ( Approx. 60 - 70 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G D **SD** | 7 | 1 | Remove |
| 2nd Floor, Room 210 | Fittings and Pipe Insulation ( Approx. 10 - 12 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 211 ( Includes two (2) rooms ) | Fittings and Pipe Insulation ( Approx. 6 - 8 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Room 212 ( Medical Room ) | Fittings and Pipe Insulation ( Approx. 6 - 8 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | 12"x12" Floor Tile & Mastic ( Approx. 260 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Mastic Assumed |
| 2nd Floor, Hallway | Fittings and Pipe Insulation ( Approx. 6 - 8 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Attic | Fittings and Pipe Insulation ( Approx. 20 - 30 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | Repair / Remove - *Debris from roof drain fittings on attic floor* - *Front corner above rooms 203 & 204 damaged insulation. (The above notes are from April 2017 6-month survalance)* - *Blown in insulation was added in October 2017, unknown if debris and damaged items were repaired or removed* |

Information abstracted by: C. Notari and B. Tripp on 07/12/2019                Building Inspector's Certification No.: 027028-PA and 053975-PA

Friability:     F = Friable,        NF-1 = Non-Friable,        NF-2 = Non-Friable                Assessment:     G = Good,        D = Damaged,        SD = Significantly Damaged

*Guzek Associates, Inc.* **- HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: George Bancroft Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 5 of 5

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD RANK | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Throughout Building | Ductwork Flex Connections ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Flex connections are damaged and ripped apart on 2nd floor in janitors closet next to Girl's Restroom |
| | Mastic Behind Chalkboards ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 1 | 7 | |
| | Vapor Barriers ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 1 | 7 | |
| | Door Frame Caulking ( Indeterminate ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: C. Notari and B. Tripp on 07/12/2019                    Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,     D = Damaged,     SD = Significantly Damaged

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM.  Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |



SURFACING ASBESTOS CONTAINING MATERIAL

**BASEMENT PLAN**
NOT TO SCALE

KEY – SURFACING ACM

PLASTER (BASEMENT CAFETERIA AREA ONLY)

ASSUMED ASBESTOS CONTAINING SURFACING MATERIAL:
– CHALKBOARD AND WALLBOARD MASTIC

**2ND FLOOR PLAN**
NOT TO SCALE

KEY – SURFACING ACM

ASSUMED ASBESTOS CONTAINING SURFACING MATERIAL:
– CHALKBOARD AND WALLBOARD MASTIC

**1ST FLOOR PLAN**
NOT TO SCALE

KEY – SURFACING ACM

ASSUMED ASBESTOS CONTAINING SURFACING MATERIAL:
– CHALKBOARD AND WALLBOARD MASTIC

**ATTIC PLAN**
NOT TO SCALE

KEY – SURFACING ACM

ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS WERE NOT FOUND ON THIS LEVEL

ACM LOCATIONS: 07-12-2019

Guzek Associates

461 Oaks Street
Clarks Summit, PA 18411
Phone: (570) 586-5700
FAX: (570) 586-6731
E-Mail: guzekam@aol.com

Mechanical, Electrical, Structural, Environmental and Architectural Engineering

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.
A1

Sheet Size 36"x24"



THERMAL ASBESTOS CONTAINING MATERIALS

**BASEMENT PLAN**
NOT TO SCALE

**2ND FLOOR PLAN**
NOT TO SCALE

**1ST FLOOR PLAN**
NOT TO SCALE

**ATTIC PLAN**
NOT TO SCALE

KEY — THERMAL ACM
- FITTINGS/PIPE INSULATION
- BOILER BREECHING

KEY — THERMAL ACM
- FITTINGS/PIPE INSULATION

NOTE: ON ALL FLOORS, ROOM VENTS FROM ATTIC TO ROOMS HAVE BLOW-IN INSULATION DEBRIS

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18503

Asbestos Management Plans

ACM LOCATIONS: 07-12-2019

A2

Sheet Size 36"x24"



MISCELLANEOUS ASBESTOS CONTAINING MATERIAL

## BASEMENT PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. VAPOR BARRIERS (MAYBE PRESENT)

## 2ND FLOOR PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM
⊠ 12"x12" FLOOR TILE & MASTIC

## 1ST FLOOR PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM
⊠ 12"x12" FLOOR TILE & MASTIC
▦ LINOLEUM FLOORING & MASTIC

## ATTIC PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS WERE
NOT FOUND ON THIS LEVEL

Guzek Associates.
Mechanical, Electrical, Structural,
Commercial, and Architectural
Engineering
461 Owco Street
Clarks Summit, PA 18411
Phone: (570) 586-5700
FAX: (570) 586-6723  E-Mail: guzek@aol.com

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DWG. TITLE  GEORGE BANCROFT ELEMENTARY SCHOOL FLOOR PLANS
JOB No.  SSD-19-731
DATE  07/12/2019
SCALE  AS NOTED
DRAWN BY: BMT   CHECKED BY:  ON

DRAWING No.:
A3

Sheet Size 36"x24"

ACM LOCATIONS: 07-12-2019

# <u>APPENDIX B</u>

# TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORT

## 2016 CHAIN OF CUSTODY



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041622537 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 08/12/2016  9:30 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 08/16/2016 |
| | | **Collected Date:** | 08/11/2016 |
| **Project:** | SSD 16_751 Bancroft Elementary | | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| **Sample** | **Description** | **Appearance** | **% Fibrous** | **% Non-Fibrous** | **% Type** |
| 01W<br>041622537-0001 | Basement-Lunch room - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02B<br>041622537-0002 | Basement-Lunch room - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 03<br>041622537-0003 | Basement-Crawlspace in lunchroom - Red foundation block | Red<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04<br>041622537-0004 | Basement-Boiler room - Sheetrock | Gray<br>Fibrous<br>Homogeneous | 15% Cellulose<br>5% Glass | 80% Non-fibrous (Other) | None Detected |
| 05<br>041622537-0005 | Basement-Boiler room - Mastic on 10" boiler piping | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06<br>041622537-0006 | Basement-Boiler room - Ceiling plaster (single layer) | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 07<br>041622537-0007 | Basement-Boiler room - Ceiling plaster (single layer) | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08<br>041622537-0008 | Basement-Boiler room - Ceiling plaster (single layer) | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09<br>041622537-0009 | Basement-Boiler room - Tank inner layer | White/Yellow<br>Fibrous<br>Homogeneous | 40% Cellulose<br>10% Glass | 50% Non-fibrous (Other) | None Detected |
| 10<br>041622537-0010 | Basement-Boiler room - Tank outer layer | Tan/White<br>Fibrous<br>Homogeneous | 40% Cellulose | 60% Non-fibrous (Other) | None Detected |
| 11<br>041622537-0011 | Basement-Boiler room - Mastic on 10" boiler piping | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12<br>041622537-0012 | 1st floor-Room 104 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13<br>041622537-0013 | 1st floor-Room 104 - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 14<br>041622537-0014 | 1st floor-Room 104 - Exterior window caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 15<br>041622537-0015 | 1st floor-Room 104 - Burlap wallpaper | Brown<br>Fibrous<br>Homogeneous | 85% Cellulose | 15% Non-fibrous (Other) | None Detected |
| 16W<br>041622537-0016 | 1st floor-Janitor's closet - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/16/2016 15:50:11

**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ  08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041622537 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 17B<br>041622537-0017 | 1st floor-Janitor's closet - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18<br>041622537-0018 | 1st floor-Room 108, left room - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19<br>041622537-0019 | 1st floor-Room 108, left room - Sheetrock | Gray<br>Fibrous<br>Homogeneous | 15% Cellulose<br>5% Glass | 80% Non-fibrous (Other) | None Detected |
| 20W<br>041622537-0020 | 1st floor-Room 110 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 21<br>041622537-0021 | 1st floor-Room 110 - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22<br>041622537-0022 | 1st floor-Stairwell No. 2 - Exterior window caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23<br>041622537-0023 | 1st floor-Room 101 - Burlap wallpaper | Brown<br>Fibrous<br>Homogeneous | 95% Cellulose | 5% Non-fibrous (Other) | None Detected |
| 24W<br>041622537-0024 | 1st floor-Room 102 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 25B<br>041622537-0025 | 1st floor-Room 102 - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26<br>041622537-0026 | Attic - Gypsteel block | Gray<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 27W<br>041622537-0027 | Attic-Stairwell - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 28B<br>041622537-0028 | Attic-Stairwell - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29W<br>041622537-0029 | 2nd floor-Room 204, closet - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30B<br>041622537-0030 | 2nd floor-Room 204, closet - Plaster base layer | Brown<br>Fibrous<br>Homogeneous | 3% Hair | 97% Non-fibrous (Other) | None Detected |
| 31<br>041622537-0031 | 2nd floor-Room 206 - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 32<br>041622537-0032 | 2nd floor-Boys' room chase - Gypsteel block | Gray<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 33W<br>041622537-0033 | 2nd floor-Girls' room chase - Gypsteel block | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 34<br>041622537-0034 | 2nd floor-Girls' room chase - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 35B<br>041622537-0035 | 2nd floor-Girls' room chase - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/16/2016 15:50:11



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041622537 |
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 36W<br>041622537-0036 | 2nd floor-Room 202, right room - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 37B<br>041622537-0037 | 2nd floor-Room 202, right room - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 38<br>041622537-0038 | 2nd floor-Room 211 - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 39<br>041622537-0039 | 2nd floor-Room 211 - Sheetrock | Brown/Gray<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 40<br>041622537-0040 | 2nd floor-Room 213 - 2x2 ceiling tile | Tan/White<br>Fibrous<br>Homogeneous | 60% Cellulose<br>30% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 41<br>041622537-0041 | Exterior of building - Stairwell No 2, exterior door frame caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 42<br>041622537-0042 | Exterior of building - Basement window frame caulking | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 43<br>041622537-0043 | Exterior of building - Main entrance door frame caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 44<br>041622537-0044 | Exterior of building - Exterior coal shoot door frame caulking | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

*Daniel Fricker (7)*

*Seri Smith (37)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL.  EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government.  Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis.  Samples received in good condition unless otherwise noted.  Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/16/2016 15:50:11



# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

O4 L 22537

| Company: Guzek Associates, Inc. | EMSL-Bill to: ☐ Same ☐ Different |
|---|---|

**Street:** 401 Davis Street
**City:** Clarks Summit   **State/Province:** PA   **Zip/Postal Code:** 18414   **Country:** U.S.A.

If Bill to is Different note instructions in Comments**
*Third Party Billing requires written authorization from third party*

**Report To (Name):** Chris Notari   **Telephone #:** 570-586-9700
**Email Address:** guzekassoc@aol.com   **Fax #:** 570-586-6728   **Purchase Order:**
**Project Name/Number:** SSD 16_751 Bancroft Elementary   Please Provide Results: ☐ Fax ☒ Email
**U.S. State Samples Taken:** Pennsylvania   CT Samples: ☐ Commercial/Taxable ☐ Residential/Tax Exempt

### Turnaround Time (TAT) Options* – Please Check
☐ 3 Hour ☐ 6 Hour ☐ 24 Hour ☐ 48 Hour ☐ 72 Hour ☒ 96 Hour ☐ 1 Week ☐ 2 Week
*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| PLM - Bulk (reporting limit) | TEM – Bulk |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ Check For Positive Stop – Clearly Identify Homogenous Group   Date Sampled: 08-11-2016
**Samplers Name:** Chris Notari / Brent Tripp   **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 W | | Basement - Lunch Room | Plaster White Layer |
| 02 B | | Basement - Lunch Room | Plaster Base Layer |
| 03 | | Basement - Crawl Space in Lunch Room | Red Foundation Block |
| 04 | | Basement - Boiler Room | Sheetrock |
| 05 | | Basement - Boiler Room | Mastic on 10" Boiler Piping |
| 06 | | Basement - Boiler Room | Ceiling Plaster (Single Layer) |
| 07 | | Basement - Boiler Room | Ceiling Plaster (Single Layer) |
| 08 | | Basement - Boiler Room | Ceiling Plaster (Single Layer) |
| 09 | | Basement - Boiler Room | Tank Inner Layer |
| 10 | | Basement - Boiler Room | Tank Outer Layer |

**Client Sample # (s):**   **Total # of Samples:** Forty-Four (44)
**Relinquished (Client):**   Date: 08-11-2016   Time: 3:00 PM
**Received (Lab):** EMSL   Date: 8-12-2016   Time: 9:30 am
**Comments/Special Instructions:**

44

Controlled Document – Asbestos COC – R6 – 11/29/2012



**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

# Asbestos Bulk Building Material
# Chain of Custody
## EMSL Order Number *(Lab Use Only)*:

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

0 7 1 6 2 2 5 3 7

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 | | Basement - Boiler Room | Mastic on 10" Boiler Piping |
| 12 W | | 1st Floor - Room 104 | Plaster White Layer |
| 13 B | | 1st Floor - Room 104 | Plaster Base Layer |
| 14 | | 1st Floor - Room 104 | Exterior Window Caulking |
| 15 | | 1st Floor - Room 104 | Burlap Wall Paper |
| 16 W | | 1st Floor - Janitors Closet | Plaster White Layer |
| 17 B | | 1st Floor - Janitors Closet | Plaster Base Layer |
| 18 | | 1st Floor - Room 108, Left Room | Joint Compound |
| 19 | | 1st Floor - Room 108, Left Room | Sheetrock |
| 20 W | | 1st Floor - Room 110 | Plaster White Layer |
| 21 B | | 1st Floor - Room 110 | Plaster Base Layer |
| 22 | | 1st Floor - Stairwell No. 2 | Exterior Window Caulking |
| 23 | | 1st Floor - Room 101 | Burlap Wall Paper |
| 24 W | | 1st Floor - Room 102 | Plaster White Layer |
| 25 B | | 1st Floor - Room 102 | Plaster Base Layer |
| 26 | | Attic | Gypsteel Block |
| 27 W | | Attic - Stairwell | Plaster White Layer |
| 28 B | | Attic - Stairwell | Plaster Base Layer |
| 29 W | | 2nd Floor - Room 204, Closet | Plaster White Layer |
| 30 B | | 2nd Floor - Room 204, Closet | Plaster Base Layer |
| 31 | | 2nd Floor - Room 206 | Joint Compound |
| 32 | | 2nd Floor - Boy's Room Chase | Gypsteel Block |
| 33 | | 2nd Floor - Girl's Room Chase | Gypsteel Block |
| 34 W | | 2nd Floor - Girl's Room Chase | Plaster White Layer |

**\*Comments/Special Instructions:**

Page __2__ of __3__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012



**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number *(Lab Use Only)*:

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

O 7 / 6 22537

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 35 B | | 2nd Floor - Girl's Room Chase | Plaster Base Layer |
| 36 W | | 2nd Floor - Room 202, Right Room | Plaster White Layer |
| 37 B | | 2nd Floor - Room 202, Right Room | Plaster Base Layer |
| 38 | | 2nd Floor - Room 211 | Joint Compound |
| 39 | | 2nd Floor - Room 211 | Sheetrock |
| 40 | | 2nd Floor - Room 213 | 2'x2' Ceiling Tile |
| 41 | | Exterior Of Building | Stairwell No. 2, Exterior Door Frame Caulking |
| 42 | | Exterior Of Building | Basement Window Frame Caulking |
| 43 | | Exterior Of Building | Main Entrance Door Frame Caulking |
| 44 | | Exterior Of Building | Exterior Coal Shoot Door Frame Caulking |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED EMSL CINNAMINSON, NJ 16 AUG 12 AM 10: 35

**\*Comments/Special Instructions:**

Page  3  of  3  pages

Controlled Document – Asbestos COC – R6 – 11/29/2012