# EXHIBIT H

# 3-YEAR ASBESTOS RE-INSPECTION REPORT

# WEST SCRANTON HIGH SCHOOL SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
425 North Washington Avenue
Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

October 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**          EXECUTIVE SUMMARY

**SECTION 2**          INTRODUCTION

**SECTION 3**          BUILDING DISCRIPTION

**SECTION 4**          METHODS

**SECTION 5**          RE-INSPECTION FINDINGS

**SECTION 6**          RE-INSPECTION RESULTS

**SECTION 7**          RECOMMENDATIONS

**SECTION 8**          ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**        HOMOGENEOUS SAMPLING CHART,
RESPONSE ACTION BASED ON HAZARD RANK,
& ASBESTOS CONTAINING BUILDING MATERIAL
(ACBM) LOCATION DRAWINGS

**APPENDIX B**        PLM SAMPLE ANALYSIS RESULTS
& CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## WEST SCRANTON HIGH SCHOOL

## SECTION 1     EXECUTIVE SUMMARY

An Asbestos Materials Inspection Survey was conducted on October 2, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and quantify asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028), Brent Tripp (DLI Asbestos Inspector Certification #053975) and Gary Marshall.

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.     Asbestos-containing Materials

1.     All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

2.     Recommendations

Recommendations are given in relation to renovation activities for the school building in Section 7.

## SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the West Scranton High School was performed at the request Scranton School District, Scranton, PA. The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and the West Scranton High School Administration Office.

## SECTION 3  BUILDING DISCRIPTION

West Scranton High School, located at 1201 Luzerne Street, Scranton, PA is a steel and masonry building constructed in 1937. The building consists of a basement, three (3) floors, and an attic, and contains approximately 307,880 square feet of floor area.

## SECTION 4  METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.      Original inspection report
2.      Available 3-Year Re-inspection Report
3.      AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5  REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6   INSPECTION RESULTS

A.      Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for West Scranton High School conducted by Guzek Associates, Inc..  This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report are including in Appendix B.

Note:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1. Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

2. Fire Doors

3. Roofing Materials (including Flashing and Tar)

4. Electrical wiring insulation maybe present


Materials That Were Tested and Found Not to Contain Asbestos

    - All layers of hard wall and ceiling plasters
         (Does NOT include acoustical plaster found in the Band Room, Chorus Rooms, Rooms 100, 101, 103, and 105, and the Cafeteria)
    - All ceiling tile (Previously tested by others)
    - Ceiling Blocks in Basement
         (Does NOT include Basement Storage/Maintenance Shop, See Drawing)
    - Floor Leveler
    - Joint Compound
    - Sheetrock
    - Tar Floor (Wood Shop Area)
    - Mastic on Fiberglass Ends
    - Burlap Wallpaper
    - Textured Ceilings (1st Floor Hallway)
    - Linoleum in Library, Home Economics, and Room 206

## SECTION 7          RECOMMENDATIONS

A. Any Materials listed as assumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the West Scranton High School.

C. All presumed or confirmed asbestos containing materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

## SECTION 8          ASBESTOS INPECTOR ACCREDIDATION

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.



# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| Course Date | Exam Date | Expiration Date |

| Not Provided | ACC-0719-6-005 | Mark K. Schliger |
|---|---|---|
| Social Security Number | Certificate Number | Training Director |



# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| Course Date | Exam Date | Expiration Date |

| Not Provided | ACC-0719-6-006 | Mark K. Schläger |
|---|---|---|
| Social Security Number | Certificate Number | Training Director |

# APPENDIX A

# REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

# HOMOGENEOUS SAMPLING CHART

Scranton School District  Building: West Scranton High School  Dates of Original AHERA Inspection: July, 1988  Page 1 of 12

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Basement, Unfinished Area | Fittings / Pipe Insulation (Approx. 365 - 400 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Some water damaged areas 10-15 LF. District reported insulation on floor was removed 11/2019 |
| | Corrugated Panels (Approx. 300 - 400 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 3 | 5 | Found associated with metal panels on ceiling |
| Basement, Fan Room No. 1 | Fittings / Pipe Insulation (Approx. 260 - 295 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 3 | 5 | - If fan is in use, all asbestos insulation should be removed |
| | Transite Panels (Indeterminate) Believed to exist above ductwork | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / **NF-2** | G / D / SD | 2 | 6 | |
| Basement, Maintenance Shop | Ceiling Block (310 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | This is the only area were blocks tested positive |
| | Fittings / Pipe Insulation (Approx. 90 - 100 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Hallway Outside Maintenance Shop | Fittings / Pipe Insulation (Approx. 40 - 45 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Toilet Room | Fittings / Pipe Insulation (Approx. 35 - 40 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Hallway Corridor "A" & Janitors Room | Fittings / Pipe Insulation (Approx. 200 - 225 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | Duct Insulation (Approx. 525 - 550 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | 3 SQ FT Damaged, all insulation should be repaired |
| | Duct Insulation (Approx. 2,300 - 2,400 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | |
| Basement, Boiler Room | Breeching (Approx. 450 - 550 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | |
| | Fittings / Pipe Insulation (Approx. 825 - 875 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | 7 Large valves above boilers have damage - Approx. 10 fittings and 13 - 20 LF of damaged insulation |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:  F = Friable,  NF-1 = Non-Friable,  NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:  G = Good,  D = Damaged,  SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District        Building: West Scranton High School        Dates of Original AHERA Inspection: July, 1988        Page 2 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Boiler Room | Boiler Insulation ( 800 - 850 SQ.FT ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 5 | 3 | Two (2) Boilers are decommissioned |
| | Loose Bags of Asbestos ( 20 - 30 Bags ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G D **SD** | 6 | 2 | - Bags need to be removed immediately, District reported insulation Bags on floor were removed 11/2019 |
| | Boiler Gaskets ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 6 | 2 | Remove - Remove Gaskets on decommissioned boilers |
| Basement, Transformer Room | NOT ACCESSABLE | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | N/A | N/A | Locked & Not Accessible |
| Basement, Elevator Lobby | Fittings /Pipe Insulation ( Approx. 60 - 70 LF ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Main Corridor | Fittings /Pipe Insulation In Trench ( Approx. 40 - 80 LF ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | Area is inaccessible, amounts and conditions are assumed |
| | Fittings /Pipe Insulation ( Approx. 550 - 575 LF ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Corridor "B" | Fittings /Pipe Insulation ( Approx. 60 - 70 LF ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Wrestling Room | Fittings /Pipe Insulation ( Approx. 10 - 15 LF ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | Jackets are ripped in many locations |
| | Fittings /Pipe Insulation ( Approx. 275 - 300 LF ) | TSI SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - If fan is in use, all asbestos insulation should be removed |
| Basement, Fan Room No. 2 | Corrugated Panels ( Approx. 300 - 400 LF ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 3 | 5 | Found associated with metal panels on ceiling |
| | Transite Panels ( Indeterminate ) Believed to exist above ductwork | TSI SURFACE **Misc.** | Assumed or Analyzed | F NF-1 **NF-2** | **G** D SD | 2 | 6 | . |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:   F = Friable,        NF-1 = Non-Friable        NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document,  "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:   G = Good,        D = Damaged,        SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District | Building: West Scranton High School | Dates of Original AHERA Inspection: July, 1988 | Page 3 of 12

| HOMOGENEOUS SAMPLING MATERIAL — MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Basement, Storage Room "A" | Fittings / Pipe Insulation (Approx. 135 - 150 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Remove damaged fitting |
| Basement, Athletic Training Room | Fittings / Pipe Insulation (Approx. 10 - 15 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | N/A | N/A | N/A | - Removed in 2017 |
| Basement, Woodshop Finishing Room No. 1 | Fittings / Pipe Insulation (Approx. 1 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Woodshop Finishing Room No. 2 | Fittings / Pipe Insulation (Approx. 35 - 40 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Woodshop Storage Room "B" | Fittings / Pipe Insulation (Approx. 20 - 30 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Woodshop | Fittings / Pipe Insulation (Approx. 75 - 100 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Woodshop Storage Room No. 1 | Fittings / Pipe Insulation (Approx. 20 - 25 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Damaged fitting behind cabinet |
| Basement, | Fittings / Pipe Insulation (Approx. 150 - 180 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / **D** / SD | 5 | 3 | Approx. 13 LF of Damage |
| Basement, Electrical Power / Tech Shop | Fittings / Pipe Insulation In Trench (Approx. 30 - 35 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Area is inaccessible, amounts and conditions are assumed |
| Basement, | Fittings / Pipe Insulation (Approx. 190 - 230 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Storage Room "C" - Lag open ends of insulation |
| Basement, Electrical Power / Tech Shop Storage Room "C" | Fittings / Pipe Insulation In Trench (Approx. 40 - 50 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Area is inaccessible, amounts and conditions are assumed |
| Basement, Janitors Closets (Near Girls' Locker Room) | Fittings / Pipe Insulation (Approx. 8 - 10 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Locked & Not Accessible, amounts and conditions are assumed |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:    F = Friable,    NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: West Scranton High School          Dates of Original AHERA Inspection: July, 1988          Page 4 of 12

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Basement, Corridor "C" | Fittings /Pipe Insulation ( Approx. 190 - 200 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | 3 FT of heavy damage. - Fitting is significantly deteriorating. |
| Basement, Corridor "C" Trench | Fittings /Pipe Insulation ( Approx. 40 - 50 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Not Accessible, amounts and conditions are assumed |
| Basement, Fan Room No. 3 | Fittings /Pipe Insulation ( Approx. 80 - 90 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - If fan is in use, all asbestos insulation should be removed |
| Basement, Fan Room No. 3 | Duct Insulation ( Approx. 800 - 850 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Girls' Locker Room and Shower | Fittings /Pipe Insulation ( Approx. 320 - 340 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Girls' Weight Room and Shower | Fittings /Pipe Insulation ( Approx. 260 - 290 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Girls' Coach Office ( 2 Offices ) | Fittings /Pipe Insulation ( Approx. 20 - 30 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Stairwell "E" | Fittings /Pipe Insulation ( Approx. 70 - 75 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Stairwell "E" | Duct Insulation ( Approx. 200 - 250 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Stairwell "E" Trench | Fittings /Pipe Insulation ( Approx. 10 - 15 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Not Accessible, amounts and conditions are assumed |
| Basement, Women's Restroom | Fittings /Pipe Insulation ( Approx. 30 - 35 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Corridor "D" | Fittings /Pipe Insulation ( Approx. 80 - 95 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District         Building: West Scranton High School         Dates of Original AHERA Inspection: July, 1988         Page 5 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Stage Storage / Prop Storage #1 and #2 | Fittings /Pipe Insulation ( Approx. 235 - 260 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | |
| Basement, Stage Storage #1 | Duct Insulation ( Approx. 1,800 - 1,900 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G **D** SD | 6 | 2 | Significant damage to insulation, needs to be removed |
| Basement, Corridor "E" | Fittings /Pipe Insulation ( Approx. 160 - 170 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Basement, Coaches Offices (2) | Fittings /Pipe Insulation ( Approx. 30 - 40 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Locked & Not Accessible, amounts and conditions are assumed |
| Basement, Boys' Locker Room and Showers No.1 | Fittings /Pipe Insulation ( Approx. 225 - 250 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | 10 - 15 LF of damaged insulation in shower area |
| Basement, Physical Ed. Training Room & Storage | Fittings /Pipe Insulation ( Approx. 30 - 40 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Locked & Not Accessible, amounts and conditions are assumed |
| Basement, Boys' Locker Room No. 2 and Shower | Fittings /Pipe Insulation ( Approx. 195 - 215 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Basement, Stairwell "F" | Fittings /Pipe Insulation ( Approx. 140 - 150 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Basement, Boys' Weight Room / Side Rooms / Play Room | Fittings /Pipe Insulation ( Approx. 300 - 360 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Room 122 | Fittings /Pipe Insulation ( Approx. 12 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Guidance Room 121 | Fittings /Pipe Insulation ( Approx. 12 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Room 118 | Fittings /Pipe Insulation ( Approx. 12 LF ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:   F = Friable,      NF-1 = Non-friable,      NF-2 = Non-friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document,   "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:      G = Good,      D = Damaged,      SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: West Scranton High School    Dates of Original AHERA Inspection: July, 1988    Page 6 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 1st Floor, Room 119 Chemistry Lab | Fittings /Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | Lab Tables ( Approx. 135 - 145 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | One table has cracks throught middle of table |
| 1st Floor, Room 120 | Fittings /Pipe Insulation ( Approx. 12 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | 9 x 9 Floor Tile & Mastic ( Approx. 1,080 SQ FT ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | 4 SQ FT of missing floor tiles, Moderate cracking throughout, Mastic Assumed. |
| | Asbestos Fire Blanket in classroom ( Indeterminate ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | N/A | N/A | N/A | - Blanket in metal canister was not found. No documentation provided by district |
| 1st Floor, Room 123 | Acoustical Plaster Ceiling ( Approx. 1,400 - 1,800 SQ FT ) | TSI / **SURFACE** / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | - Damage from lights attached to ceiling. Ceiling not be disturbed. |
| 1st Floor, Band Storage Room | Fittings /Pipe Insulation ( Approx. 12 - 15 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Rooms 126, 127, 128, 129 | Fittings /Pipe Insulation ( Approx. 12 LF per room ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Rooms 130, Medical Room | Fittings /Pipe Insulation ( Approx. 15 LF ) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | Linoleum and Mastic ( Approx. 720 SQ FT ) | TSI / SURFACE / **Misc.** | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | Mastic Assumed |
| 1st Floor, Auditorium ( All Levels ) | Acoustical Plaster Ceiling ( Approx. 10,320 SQ FT ) | TSI / **SURFACE** / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Auditorium and Staircase "F" | Floor Tile (varies in size) & Mastic ( Approx. 1,650 SQ FT ) | TSI / SURFACE / **Misc.** | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 5 | 3 | |

Information abstracted by: C Notari & B. Tripp in October, 2019
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District   Building: West Scranton High School   Dates of Original AHERA Inspection: July, 1988   Page 7 of 12

| HOMOGENEOUS SAMPLING MATERIAL — MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 1st Floor, Outside Hallway Girls' Restrooms | Fittings / Pipe Insulation ( Approx. 60 LF ) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 5 | 3 | Approx. 6" of insulation has been crushed |
| 1st Floor, Girls' Restroom Chase in Room 130 A | Fittings / Pipe Insulation ( Approx. 50 - 60 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | 6 - 8 LF has been damaged |
| 1st Floor, Rooms 100, 101, and 105 | Fittings / Pipe Insulation ( Approx. 12 LF per room ) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Repair insulation in Room 105 at bottom |
| 1st Floor, Rooms 100, 101, and 103 | Acoustical Plaster Ceiling ( Approx. 690 SQ FT per room ) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | - Room 103, Minor cracking<br>- Damage from lights being attached to ceiling |
| 1st Floor, Rooms 102, 104, 106, and 107 | Fittings / Pipe Insulation ( Approx. 12 LF per room ) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 5 | 3 | - Repair insulation in Room 102, Minor puncture holes |
| 1st Floor, Boys' Restroom ( Next to Room 106 ) | Fittings / Pipe Insulation ( Approx. 50 - 60 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / D / **SD** | 6 | 2 | - 25 LF of water damaged insulation.<br>- Insulation should be removed |
| 1st Floor, Boys' Restroom ( Next to Room 106 ) | Corrugated Paper Panels ( Approx. 50 - 60 LF ) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / **D** / SD | 6 | 2 | - Panels appear to be layered between floor chases and have heavy damage |
| 1st Floor, English Department Office | Fittings / Pipe Insulation ( Approx. 12 LF ) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| 1st Floor, Rooms 108, 109, and 112 | Fittings / Pipe Insulation ( Approx. 12 LF per room ) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Room 108, 112, Repair minor damage |
| 1st Floor, Women's Teachers' Lounge | 12" X 12" Floor Tile & Mastic ( Approx. 380 SQ FT ) | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | **G** / D / SD | 2 | 6 | Mastic Assumed |
| 1st Floor, Room 114 | Fittings / Pipe Insulation ( Approx. 12 LF ) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| 1st Floor, Room 114 | 9" X 9" Floor Tile & Mastic ( Approx. 690 SQ FT ) | TSI / SURFACE / **Misc.** | Assumed or **Analyzed** | F / **NF-1** / NF-2 | **G** / D / SD | 2 | 6 | 9"X9" under rug Mastic Assumed |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: West Scranton High School          Dates of Original AHERA Inspection: July, 1988          Page 8 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | MATERIAL DESCRIPTION | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | | | | | | | | | |
| 1st Floor, Main Office, Principals Office, and Closet | | TSI SURFACE Misc. | 9" X 9" Floor Tile & Mastic ( Approx. 1,380 SQ FT ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Replace missing floor tiles at entrance to copy room, Floor tile under carpet, Mastic Assumed |
| 1st Floor, Main Office, Principals Office, and Closet | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 10 - 15 LF ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Men's Teachers' Lounge | | TSI SURFACE Misc. | 12" X 12" Floor Tile & Mastic ( Approx. 380 SQ FT ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Mastic Assumed |
| | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 12 LF ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Room 117 | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 24 - 30 LF ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Room 115 | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 12 LF ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Girl's Restroom No.2 | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 12 LF ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Locked & Not Accessible, amounts and conditions are assumed |
| 2nd Floor, Girl's Restroom Chase in Room 233 | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 2 - 3 LF ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Room 233 | | TSI SURFACE Misc. | 9" X 9" Floor Tile & Mastic ( Approx. 420 SQ FT ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | |
| 2nd Floor, Room 202 | | TSI SURFACE Misc. | 12" X 12" Floor Tile & Mastic ( Approx. 920 SQ FT ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - 8 SQ FT of damaged floor tiles. - Possible multiple layers of floor tile. - Mastic Assumed - Tiles are deteriorating |
| | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 12 LF ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Rooms 203, 204, 205, 207, 208, 209, 210, 211, 212, 213, 214, 216, 217, and 218 | | TSI SURFACE Misc. | Fittings /Pipe Insulation ( Approx. 12 LF per room ) | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Room 207, 1 LF of insulation needs repair. - Room 213 is Not Accessible, amounts and conditions are assumed. |

Information abstracted by: C Notari & B. Tripp in October, 2019          Building Inspector's Certification No.: 027028-PA & 053975-PA

Friability:     F = Friable,     NF-1 = Non-Friable,     NF-2 = Non-Friable          Assessment:          G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

# HOMOGENEOUS SAMPLING CHART

Scranton School District        Building: West Scranton High School        Dates of Original AHERA Inspection: July, 1988        Page 9 of 12

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 2nd Floor, Room 206 Home Economics | Fittings /Pipe Insulation (Approx. 12 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 5 | 3 | - 4 SQ FT of insulation is damaged. - Linoleum in room tested Negative for asbestos. |
| 2nd Floor, Janitors Closet No. 2 (Across from room 208) | Fittings /Pipe Insulation (Approx. 25 - 30 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | 4 - 6 LF of damaged insulation |
| 2nd Floor, Boys' Restroom No. 2 and Chase | Fittings /Pipe Insulation (Approx. 25 - 30 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Chase - Remove Significantly damaged debris. Insulation on Floor |
| 2nd Floor, Library (Rm 213A) & Library Office | Fittings /Pipe Insulation (Approx. 24 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Room 215 and 215A | Fittings /Pipe Insulation (Approx. 25 - 30 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Girls' Restrooms No. 1 and Chase | Fittings /Pipe Insulation (Approx. 15 - 30 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Locked & Not Accessible, amounts and conditions are assumed |
| 2nd Floor, Rooms 219, 220, 222, and 223 | Fittings /Pipe Insulation (Approx. 12 LF per room) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Room 220 - Enclose Pipe - Room 223 - Enclose Pipe |
| 2nd Floor, Boys' Restroom | Fittings /Pipe Insulation (Approx. 12 LF per room) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Janitors' Closet No.1 (across form Room 225) | Fittings /Pipe Insulation (Approx. 18 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 7 | 1 | - Remove |
| 2nd Floor, Rooms 228, 229, 230, and 231 | Fittings /Pipe Insulation (Approx. 12 LF per room) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Room 232 | Fittings /Pipe Insulation (Approx. 20 - 30 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Locked & Not Accessible, amounts and conditions are assumed |
| | Fittings /Pipe Insulation (Approx. 100 - 125 LF) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 3rd Floor, Cafeteria | Acoustical Plaster Ceiling (Approx. 4,900 SQ.FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 3 | 5 | Lights are attached to ceiling, interior Partition attached to ceiling, and TV Monitors attached to ceiling |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:     F = Friable,     NF-1 = Non-Friable,     NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:     G = Good,     D = Damaged,     SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District     Building: West Scranton High School     Dates of Original AHERA Inspection: July, 1988     Page 10 of 12

| HOMOGENEOUS SAMPLING MATERIAL — MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 3rd Floor, Cafeteria Kitchen | Fittings / Pipe Insulation (Approx. 20 - 30 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Floor Tile starting to deteriorate. - Mastic Assumed. - Floor Tile appers to be painted Gray |
| | 9" X 9" Floor Tile & Mastic (Approx. 1,100 SQ FT) | TSI / SURFACE / **Misc.** | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / **D** / SD | 4 | 4 | |
| 3rd Floor, Room 301 District Gifted Office | 9" X 9" Floor Tile & Mastic (Approx. 512 SQ FT) | TSI / SURFACE / **Misc.** | **Assumed** or Analyzed | F / **NF-1** / NF-2 | **G** / D / SD | 2 | 6 | Mastic Assumed |
| 3rd Floor, Girls' Restrooms No. 2 and Chase | Fittings / Pipe Insulation (Approx. 12 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| 3rd Floor, Girls' Restrooms No. 2 and Chase | Fittings / Pipe Insulation (Approx. 20 - 25 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| 3rd Floor, Rooms 302, 304, 305, 307, 308, 309, 310, 312, 315, 316, 318, 319, 321, and 324 | Fittings / Pipe Insulation (Approx. 12 LF per room) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Room 309 - Repair - Co-op Office - Repair Base - Room 321 - Repair - Room 323 - Repair Base |
| 3rd Floor, Room 322 | Fittings / Pipe Insulation (Approx. 24 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| 3rd Floor, Janitors' Closet No. 2 (across from Room 310) | Fittings / Pipe Insulation (Approx. 45 - 50 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | G / **D** / SD | 4 | 4 | - Loose debris on floor. Insulation has heavy deterioration |
| 3rd Floor, Boys' Restroom No. 2 and Chase | Fittings / Pipe Insulation (Approx. 15 - 30 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Remove Loose debris in chase |
| 3rd Floor, Girls' Restrooms No. 2 | Fittings / Pipe Insulation (Approx. 12 LF) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | |
| 3rd Floor, Rooms 326, 328, 329, and 331 | Fittings / Pipe Insulation (Approx. 12 LF per room) | **TSI** / SURFACE / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | **G** / D / SD | 2 | 6 | - Room 329, Small puncture holes in insulation |

Information abstracted by: C Notari & B. Tripp in October, 2019
Friability:   F = Friable,     NF-1 = Non-Friable,     NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA
Assessment:   G = Good,     D = Damaged,     SD = Significantly Damaged

## HOMOGENEOUS SAMPLING CHART

Scranton School District  Building: West Scranton High School  Dates of Original AHERA Inspection: July, 1988  Page 11 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3rd Floor, Room 329 | Lab Tables (Approx. 30 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Kitchen Office | 9" X 9" Floor Tile & Mastic (Approx. 310 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Mastic Assumed |
| 3rd Floor, Storage Area off Cafeteria | Fittings/Pipe Insulation (Approx. 30 - 40 LF) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| 3rd Floor, Room 319 | Transite Panels (Approx. 10 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Attic and Penthouse | Fittings/Pipe Insulation (Approx. 3,000 - 4,000 LF) | TSI | or | NF-1 | G | 5 | 3 | RESTRICT ACCESS / REMOVE<br>- Intact insulation generally in good condition<br>- Abated material found in approx. 20 - 25 bags. These bags need to be removed immediately.<br>- It was reported that multiple piles of loose asbestos debris was removed in the winter of 2017.<br>- Addition loose debris still exist in attic area. The District reported loose debris on floor was removed 11/2019<br>- Thoroughly clean up of area.<br>- Blown in insulation was added since last inspection, unknown if debris and damaged items were repaired or removed |
| | | SURFACE | Analyzed | NF-2 | D | | | |
| | | Misc. | | | SD | | | |
| Throughout Building | Mastic Glue Mastic Behind Chalkboards | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | Sink Coating on Exterior Base of Sinks | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| | Ductwork Flex Connections (Indeterminate) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | Vapor Barriers (Indeterminate) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | Vapor barriers were observed in some restroom areas. |

Information abstracted by: C Notari & B. Tripp in October, 2019

Friability:  F = Friable,  NF-1 = Non-Friable,  NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA & 053975-PA

Assessment:  G = Good,  D = Damaged,  SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: West Scranton High School          Dates of Original AHERA Inspection: July, 1988          Page 12 of 12

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Throughout Building | Fittings /Pipe Insulation in chase, walls, etc... ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | - Remove if encountered during Repairs |
| | Corrugated Panels ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | **F** NF-1 NF-2 | G D SD | 3 | 5 | Assumed to be in multiple locations, such as Fan rooms, Restrooms, Chases, Kitchen areas, etc... |
| Exterior of Building, Outside Room 107 | Transite Panels ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 **NF-2** | G D SD | 2 | 6 | |
| Exterior of Building, Duct Coatings | Black Coating ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | G **D** SD | 4 | 4 | Coating is deteriorating |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

SURFACING ASBESTOS CONTAINING MATERIALS



BASEMENT PLAN
NOT TO SCALE

KEY — SURFACING ACM

ASBESTOS CONTAINING
SURFACING MATERIALS MAY EXIST
ON EXTERIOR OF EXISTING SINKS
AND SHALL BE ASSUMED ACM

1ST FLOOR PLAN
NOT TO SCALE

KEY — SURFACING ACM

ACOUSTICAL
PLASTER CEILING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
-- EXTERIOR COATING ON SINKS

Guzek Associates.
400 Davis Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
Fax: (570) 586-6724
E-mail: guzekjames@... .com

Mechanical, Electrical, Structural,
Environmental and Architectural
Engineering

DRAWN BY: Bwl   DATE: 10/02/2019
CHECKED BY:   SCALE: AS NOTED
DWG. TITLE: 2019 WEST SCRANTON HIGH SCHOOL FLOOR PLANS
CN: JOB NO. SCD 19.-751

ISSUED or REVISED   DATE:

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A
1

ACM LOCATIONS: 2019

Sheet Size: 36"x24"

## SURFACING ASBESTOS CONTAINING MATERIALS



### 2ND FLOOR PLAN
NOT TO SCALE

KEY — SURFACING ACM

ACOUSTICAL
PLASTER CEILING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
– EXTERIOR COATING ON SINKS



### 3RD FLOOR PLAN
NOT TO SCALE

KEY — SURFACING ACM

ACOUSTICAL
PLASTER CEILING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
– EXTERIOR COATING ON SINKS

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

**A 2**

ACM LOCATIONS: 2019

Sheet Size: 36"x24"

SURFACING ASBESTOS CONTAINING MATERIALS



KEY — SURFACING ACM

ASBESTOS CONTAINING
SURFACING MATERIALS WERE
NOT FOUND ON THIS LEVEL

ATTIC PLAN
NOT TO SCALE

Sheet Size 36"x24"

Gizek Associates.
405 Davis Street
Clarks Summit, PA 18411

Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering
Phone (570) 585-3700
FAX (570) 585-6724   E-Mail: gizek@verizon.com

DRAWN BY: BMT   CHECKED BY: CN   JOB No.: SSD-16_351   SCALE: AS NOTED   DATE: 10/02/2019

DWG. TITLE: 2019 WEST SCRANTON HIGH SCHOOL FLOOR PLANS

ISSUED or REVISED   DATE

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A
3

**ACM LOCATIONS: 2019**

# THERMAL ASBESTOS CONTAINING MATERIALS





| KEY — THERMAL ACM |
|---|
| FITTINGS, PIPE INSULATION, AND DUCT INSULATION |

## BASEMENT PLAN
NOT TO SCALE

| KEY — THERMAL ACM |
|---|
| FITTINGS, PIPE INSULATION, AND DUCT INSULATION |

## 1ST FLOOR PLAN
NOT TO SCALE

Gazek Associates.
451 Ganey Street
Clarks Summit, PA 18411
Phone: (570) 586-9799
FAX: (570) 586-4726
E-Mail: jpatz@nep.net.com
Mechanical, Electrical, Structural, Fire Protection, and Industrial Engineering

DRAWN BY: BMT
CHECKED BY: JAB
SCALE: AS NOTED
DATE: 10/02/2009
DWG. TITLE: 2019 WEST SCRANTON HIGH SCHOOL FLOOR PLANS
JOB No.: SS2-19-291

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.: A 4



**ACM LOCATIONS: 2019**

Sheet Size: 36"x24"

## THERMAL ASBESTOS CONTAINING MATERIALS







| KEY — THERMAL ACM |
| --- |
| FITTINGS, PIPE INSULATION, AND DUCT INSULATION |

## 2ND FLOOR PLAN
NOT TO SCALE

| KEY — THERMAL ACM |
| --- |
| FITTINGS, PIPE INSULATION, AND DUCT INSULATION |

## 3RD FLOOR PLAN
NOT TO SCALE

Sheet Size: 36"x24"

Guzek Associates.
451 Olive Street
Scranton, PA 18504
Phone: (570) 344-9700
FAX: (570) 344-1724
E-Mail: guzek@ptd.net
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering
DRAWN BY: BMT   JOB No.: SSD 19 - 751
CHECKED BY: CN   SCALE: AS NOTED   DATE: 10/02/2019
DWG. TITLE: 2019 WEST SCRANTON HIGH SCHOOL FLOOR PLANS

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

## Asbestos Management Plans

DRAWING No.:

A
5

ACM LOCATIONS: 2019

## THERMAL ASBESTOS CONTAINING MATERIALS



### KEY — THERMAL ACM

FITTINGS, PIPE
INSULATION, AND
DUCT INSULATION

## ATTIC PLAN
NOT TO SCALE

Sheet Size: 36"x24"

Guzek Associates.
451 Delan Street
Clarks Summit, PA 18411
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering
Phone: (570) 586-6708
FAX: (570) 586-6718
E-Mail: guzek@guzek.com

DRAWN BY:   BMT     CHECKED BY:   CN     JOB No.:   SSD 19.791     SCALE:   AS NOTED     DATE:   10/02/2019

DWG. TITLE:   2019 WEST SCRANTON HIGH SCHOOL FLOOR PLANS

ISSUED or REVISED     DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A
6

ACM LOCATIONS: 2019

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

- CORRUGATED PANELS
- TRANSITE PANELS IN DUCTWORK
- CEILING BLOCKS

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
- CHALKBOARD AND WALLBOARD MASTIC
- DUCTWORK FLEX CONNECTION

## 1ST FLOOR PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

- 9"x9" FLOOR TILE AND MASTIC
- 12"x12" FLOOR TILE AND MASTIC
- LINOLEUM AND MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
- CHALKBOARD AND WALLBOARD MASTIC
- DUCTWORK FLEX CONNECTION

Sheet Size: 36"x24"

Guzek Associates.
Mechanical, Electrical, Structural, and Environmental Architectural Engineering
411 Davis Street
Clarks Summit, PA 18411
Phone: (570) 586-3700
FAX: (570) 586-4739
E-mail: guzek@comcast.net

SCALE: AS NOTED    DATE: 10/07/2019

DWG. TITLE: 2019 WEST SCRANTON HIGH SCHOOL FLOOR PLANS

CHECKED BY:    JOB No: SSD_19_251    ON JOB:

DRAWN BY: BMF

ISSUED or REVISED    DATE

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:
A7

ACM LOCATIONS: 2019

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS





## 2ND FLOOR PLAN
NOT TO SCALE

## 3RD FLOOR PLAN
NOT TO SCALE



KEY — MISCELLANEOUS ACM

9"x9" FLOOR TILE AND MASTIC

12"x12" FLOOR TILE AND MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
- CHALKBOARD AND WALLBOARD MASTIC
- DUCTWORK FLEX CONNECTION



KEY — MISCELLANEOUS ACM

9"x9" FLOOR TILE AND MASTIC

TRANSITE PANEL

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
- CHALKBOARD AND WALLBOARD MASTIC
- DUCTWORK FLEX CONNECTION

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates

DRAWING No.:

A8

ACM LOCATIONS: 2019

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



KEY — MISCELLANEOUS ACM

ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS WERE
NOT FOUND ON THIS LEVEL.

ATTIC PLAN
NOT TO SCALE

Sheet Size: 36"x24"

Guzek Associates,
Mechanical, Electrical, Structural,
Environmental, and Architectural Engineering
405 Davis Drive
Clarks Summit, PA 18411
Phone: (570) 586-9090
FAX: (570) 586-6722
E-Mail: gawb@comcast.net

DRAWN BY: BMT    CHECKED BY: CN    JOB No.: 2020_19_751    SCALE: AS NOTED    DATE: 10/02/2019

DWG. TITLE: 2016 WEST SCRANTON HIGH SCHOOL FLOOR PLANS

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A9

**ACM LOCATIONS: 2019**

# APPENDIX B

# TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORTS

## 2016 CHAIN OF CUSTODY

OrderID: 041620926



**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

# Asbestos Bulk Building Material
# Chain of Custody
### EMSL Order Number *(Lab Use Only):*

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077

PHONE: (800) 220-3675
FAX: (856) 786-5974

---

**Company :** Guzek Associates, Inc.

**Street:** 401 Davis Street

**City:** Clarks Summit   **State/Province:** PA   **Zip/Postal Code:** 18414   **Country:** U.S.A.

**Report To (Name):** Chris Notari   **Telephone #:** 570-586-9700

**Email Address:** guzekassoc@aol.com   **Fax #:** 570-586-6728   **Purchase Order:**

**Project Name/Number:** SSD 16_751 West Scranton High   Please Provide Results: ☐ Fax ☒ Email

**U.S. State Samples Taken:** Pennsylvania   CT Samples: ☐ Commercial/Taxable ☐ Residential/Tax Exempt

**EMSL-Bill to:** ☐ Same ☐ Different
*If Bill to is Different note instructions in Comments**
*Third Party Billing requires written authorization from third party*

| **Turnaround Time (TAT) Options* -- Please Check** | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☒ 96 Hour | ☐ 1 Week | ☐ 2 Week |

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ **Check For Positive Stop – Clearly Identify Homogenous Group**   **Date Sampled:** 07-27-2016

**Samplers Name:** Chris Notari / Brent Tripp   **Samplers Signature:** *[signature]*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Bioler Room Storage | Column Plaster |
| 02 | | Crawl Space | Wrap Over Fiberglass |
| 03 | | Crawl Space | Corrugated Ceiling |
| 04 | | Crawl Space | Bottom of Beam (Softer Block) |
| 05 | | Crawl Space | Corrugated Ceiling Block |
| 06 | | Storage Space | Bottom of Beam |
| 07 | | Storage Space | Corrugated Ceiling Block |
| 08 | | Girl's Weight Room | Floor Leveler |
| 09 | | Woodshop Storage | Joint Compound |
| 10 | | Woodshop Storage | Sheetrock |

*[vertical stamp: 16 JUL 29 AM 11: 18   RECEIVED EMSL CINNAMINSON, NJ]*

**Client Sample # (s):** - **Total # of Samples:** ~~Fifty Nine (59)~~ *[circled:]* 100

**Relinquished (Client):** *[signature]*   **Date:** 07-28-201   **Time:** 3:00 PM

**Received (Lab):** *[signature]* EMSL FL   **Date:** 7-29-2016   **Time:** 9:45 AM

**Comments/Special Instructions:**

Controlled Document – Asbestos COC – R6 – 11/26/2012

Page 1 of **4** pages

OrderID: 041620926



**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

# Asbestos Bulk Building Material
# Chain of Custody
### EMSL Order Number *(Lab Use Only)*:

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 | | Maintenance Office | Joint Compound |
| 12 | | Hallway Between Woodshop Storage & Woodshop (Storage Room) | Tar Floor |
| 13 | | Woodshop (paint/storage) | Wall Concrete |
| 14 | | Boy's Locker Room | Plaster (Single Layer Only) |
| 15 | | Football Conference Room | 2x4 Ceiling Tile |
| 16 | | Football Conference Room | Joint Compound |
| 17 | | Football Conference Room | Sheetrock |
| 18 | | Fan Room #3 | Fiberglass Sealing Ends |
| 19 | | Fan Room #3 | Ceiling Block |
| 20 W | | Stairwell "D" | Plaster White Layer |
| 21 B | | Stairwell "D" | Plaster Base Layer |
| 22 W | | Room 105 | Plaster White Layer |
| 22 B | | Room 105 | Plaster Base Layer |
| 23 W | | Auditorium | Plaster White Layer |
| 24 B | | Auditorium | Plaster Base Layer |
| 25 W | | Stage | Plaster White Layer |
| 26 B | | Stage | Plaster Base Layer |
| 27 | | Faculty Lounge | Thick Wall Paper |
| 28 | | Boy's Room, Urinal Chase (Next to Room 106) | Corrugated Wall Board |
| 29 | | Room 102 | Thick Burlap Wall Paper |
| 30 W | | Room 129 | Plaster White Layer |
| 31 B | | Room 129 | Plaster Base Layer |
| 32 | | Hallway | Textured Ceiling |
| 33 W | | 2nd Floor, Room 218 | Plaster White Layer |

**\*Comments/Special Instructions:**

RECEIVED
EMSL
CINNAMINSON, NJ
16 JUL 29
AM 11:18

Page __2__ of __4__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012

OrderID: 041620926



**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

# Asbestos Bulk Building Material
# Chain of Custody
### EMSL Order Number *(Lab Use Only):*

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077

PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 34 B | | 2nd Floor, Room 218 | Plaster Base Layer |
| 35 | | 2nd Floor, Library | Linoleum Flooring Under Carpet |
| 36 W | | 2nd Floor, Room 210 | Plaster White Layer |
| 37 B | | 2nd Floor, Room 210 | Plaster Base Layer |
| 38 | | 2nd Floor, Room 206 | Linoleum Flooring |
| 39 W | | 2nd Floor, Room 202 | Plaster White Layer |
| 40 B | | 2nd Floor, Room 206 | Plaster Base Layer |
| 41 | | 2nd Floor, Storage Room, Across from Room 215 | Single Layer Plaster Ceiling |
| 42 | | 2nd Floor, Storage Room, Across from Room 215 | Cement Like Block on Bottom of Beams |
| 43 | | 2nd Floor, Storage Room, Across from Room 211 | Single Layer Plaster Ceiling |
| 44 W | | 3rd Floor, Room 323 | Plaster White Layer |
| 45 B | | 3rd Floor, Room 323 | Plaster Base Layer |
| 46 W | | 3rd Floor, Room 310 | Plaster White Layer |
| 47 B | | 3rd Floor, Room 310 | Plaster Base Layer |
| 48 W | | 3rd Floor, Auditorium Attic | Plaster White Layer |
| 49 B | | 3rd Floor, Auditorium Attic | Plaster Base Layer |
| 50 W | | 3rd Floor, Auditorium Attic | Plaster White Layer |
| 51 B | | 3rd Floor, Auditorium Attic | Plaster Base Layer |
| 52 W | | 3rd Floor, Storage Area off Cafeteria | Plaster White Layer |
| 53 B | | 3rd Floor, Storage Area off Cafeteria | Plaster Base Layer |
| 54 | | Main Attic | Roof Decking |
| 55 | | Exterior of Building - Roof | Material on Duct |
| 56 | | Exterior of Building | Window Frame Caulking |
| 57 | | Exterior of Building - Front of School | Door Frame Caulking |

**\*Comments/Special Instructions:**

RECEIVED EMSL CINNAMINSON, NJ
16 JUL 29 AM 11:18

Page __3__ of __4__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012

OrderID: 041620926



**EMSL ANALYTICAL, INC.**
**LABORATORY • PRODUCTS • TRAINING**

# Asbestos Bulk Building Material
# Chain of Custody
## EMSL Order Number *(Lab Use Only):*

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 58 | | Exterior of Building | Cementious  Expansion Joint |
| 59 | | Exterior of Building in Rear (Door next to Pit) | Door Caulking |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED
EMSL
CINNAMINSON, NJ
16 JUL 29 AM 11: 18

***Comments/Special Instructions:**

Page __4__ of __4__ pages

Controlled Document – Asbestos COC – R5 – 11/29/2012



## EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041620926 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 07/29/2016  9:45 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 08/02/2016 - 08/03/2016 |
| | | **Collected Date:** | 07/27/2016 |
| **Project:** | SSD 16_751 West Scranton High | | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01<br>041620926-0001 | Boiler Room Storage - Column Plaster | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02<br>041620926-0002 | Crawl Space - Wrap over Fiberglass | White<br>Fibrous<br>Homogeneous | 65% Cellulose | 35% Non-fibrous (Other) | None Detected |
| 03<br>041620926-0003 | Crawl Space - Corrugated Ceiling | White<br>Non-Fibrous<br>Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 04<br>041620926-0004 | Crawl Space - Bottom of Beam (Softer Block) | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 05<br>041620926-0005 | Crawl Space - Corrugated Ceiling Block | Gray<br>Fibrous<br>Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 06<br>041620926-0006 | Storage Space - Bottom of Beam | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 07<br>041620926-0007 | Storage Space - Corrugated Ceiling Block Floor | Gray<br>Fibrous<br>Homogeneous | 10% Cellulose | 75% Non-fibrous (Other) | 15% Chrysotile |
| 08-Leveler<br>041620926-0008 | Girl's Weight  Room - Floor Leveler | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08-Mastic<br>041620926-0008A | Girl's Weight  Room - Mastic | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09<br>041620926-0009 | Woodshop Storage - Joint Compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 10<br>041620926-0010 | Woodshop Storage - Sheetrock | White<br>Fibrous<br>Homogeneous | 15% Cellulose<br>10% Glass | 75% Non-fibrous (Other) | None Detected |
| 11<br>041620926-0011 | Maintenance Office - Joint Compound | White<br>Non-Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 12<br>041620926-0012 | Hallway Between Woodshop Storage and Woodshop (Storage Room) - Tar Floor | Brown<br>Non-Fibrous<br>Homogeneous | 10% Synthetic | 90% Non-fibrous (Other) | None Detected |
| 13<br>041620926-0013 | Woodshop (Paint/Storage) - Wall Concrete | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 14<br>041620926-0014 | Boy's Locker Room - Plaster (Single Layer Only) | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/03/2016 07:49:58



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041620926 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 15 041620926-0015 | Football Conference Room - 2x4 Ceiling Tile | White Fibrous Homogeneous | 60% Cellulose 30% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 16 041620926-0016 | Football Conference Room - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 17 041620926-0017 | Football Conference Room - Sheetrock | White Fibrous Homogeneous | 15% Cellulose 10% Glass | 75% Non-fibrous (Other) | None Detected |
| 18 041620926-0018 | Fan Room #3 - Fiberglass Sealing Ends | White Fibrous Homogeneous | 25% Glass | 75% Non-fibrous (Other) | None Detected |
| 19 041620926-0019 | Fan Room #3 - Ceiling Block | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 20W 041620926-0020 | Stairwell "D" - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 21B 041620926-0021 | Stairwell "D" - Plaster Base Layer | Gray Non-Fibrous Homogeneous | 5% Cellulose | 95% Non-fibrous (Other) | None Detected |
| 22W 041620926-0022 | Room 105 - Plaster White Layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22B 041620926-0023 | Room 105 - Plaster Base Layer | Gray Non-Fibrous Homogeneous | 10% Hair | 90% Non-fibrous (Other) | None Detected |
| 23W 041620926-0024 | Auditorium - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24B 041620926-0025 | Auditorium - Plaster Base Layer | Gray Non-Fibrous Homogeneous | 10% Synthetic | 90% Non-fibrous (Other) | None Detected |
| 25W 041620926-0026 | Stage - Plaster White Layer | Gray Non-Fibrous Homogeneous | 5% Hair | 95% Non-fibrous (Other) | None Detected |
| 26B 041620926-0027 | Stage - Plaster Base Layer | Gray Non-Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 27 041620926-0028 | Faculty Lounge - Thick Wall Paper | Brown Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 28 041620926-0029 | Boy's Room Urinal Chase Next to Room 106 - Corrugated Wall Board | Gray Fibrous Homogeneous | 20% Cellulose | 55% Non-fibrous (Other) | 25% Chrysotile |
| 29-Wallpaper 041620926-0030 | Room 102 - Thick Burlap Wall Paper | Brown Fibrous Homogeneous | 90% Cellulose | 10% Non-fibrous (Other) | None Detected |
| 29-Mastic 041620926-0030A | Room 102 - Mastic | Brown Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30W 041620926-0031 | Room 129 - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 31B 041620926-0032 | Room 129 - Plaster Base Layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/03/2016 07:49:58



## EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041620926 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 32 <br> 041620926-0033 | Hallway - Texture Ceiling | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33W <br> 041620926-0034 | 2nd Floor Room 216 - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 34B <br> 041620926-0035 | 2nd Floor Room 216 - Plaster Base Layer | Gray Fibrous Homogeneous | 10% Hair | 90% Non-fibrous (Other) | None Detected |
| 35-Linoleum Flooring <br> 041620926-0036 | 2ND Floor Library - Linoleum Flooring Under Carpet | Brown Fibrous Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 35-Mastic <br> 041620926-0036A | 2ND Floor Library - Mastic | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 36W <br> 041620926-0037 | 2nd Floor Room 210 - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 37B <br> 041620926-0038 | 2nd Floor Room 210 - Plaster Base Layer | Gray Fibrous Homogeneous | 10% Synthetic | 90% Non-fibrous (Other) | None Detected |
| 38 <br> 041620926-0039 | 2nd Floor Room 206 - Linoleum Flooring | Brown Non-Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 39W <br> 041620926-0040 | 2nd Floor Room 202 - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 40B <br> 041620926-0041 | 2nd Floor Room 206 - Plaster Base Layer | Gray Non-Fibrous Homogeneous | 5% Synthetic | 95% Non-fibrous (Other) | None Detected |
| 41 <br> 041620926-0042 | 2nd Floor Storage Room Across from Room 215 - Single Layer Plaster Ceiling | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 42 <br> 041620926-0043 | 2nd Floor Storage Room Across from Room 215 - Cement Like Block on Bottom of Beams | Gray Non-Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 43 <br> 041620926-0044 | 2nd Floor Storage Room Across Frpm Room 211 - Single Layer Plaster Ceiling | Gray Fibrous Homogeneous | 10% Synthetic | 90% Non-fibrous (Other) | None Detected |
| 44W <br> 041620926-0045 | 3rd Floor Room 323 - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 45B <br> 041620926-0046 | 3rd Floor Room 323 - Plaster Base Layer | Gray Fibrous Homogeneous | 10% Synthetic | 90% Non-fibrous (Other) | None Detected |
| 46W <br> 041620926-0047 | 3rd Floor Room 310 - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 47B <br> 041620926-0048 | 3rd Floor Room 310 - Plaster Base Layer | Gray Non-Fibrous Homogeneous | 10% Synthetic | 90% Non-fibrous (Other) | None Detected |
| 48W <br> 041620926-0049 | 3rd Floor Auditorium Attic - Plaster White Layer | White Non-Fibrous Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |

Initial report from: 08/03/2016 07:49:58



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041620926 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 49B *041620926-0050* | 3rd Floor Auditorium Attic - Plaster Base Layer | Gray Non-Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | <1% Chrysotile |
| 50W *041620926-0051* | 3rd Floor Auditorium Attic - Plaster White Layer | White Non-Fibrous Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 51B *041620926-0052* | 3rd Floor Auditorium Attic - Plaster Base Layer | Gray Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | <1% Chrysotile |
| 52W *041620926-0053* | 2rd Floor Storage Area off Cafeteria - Plaster White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 53B *041620926-0054* | 2rd Floor Storage Area off Cafeteria - Plaster Base Layer | Gray Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | <1% Chrysotile |
| 54 *041620926-0055* | Main Attic - Roof Decking | Gray Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | <1% Chrysotile |
| 55 *041620926-0056* | Exterior of Building Roof - Material on Duct | Black Non-Fibrous Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 56 *041620926-0057* | Exterior of Building - Window Frame Caulking | Gray Fibrous Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 57 *041620926-0058* | Exterioer of Building Front of School - Door Frame Caulking | Gray Non-Fibrous Homogeneous | 15% Fibrous (Other) | 85% Non-fibrous (Other) | None Detected |
| 58 *041620926-0059* | Exterior Of Building - Cementious Expansion Joint | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 59 *041620926-0060* | Exterior Of Buildingin Rear Door Next to Pit - Door Caulking | Brown Non-Fibrous Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |

Analyst(s)

*Andrew Coward (63)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/03/2016 07:49:58

OrderID: 041621892



**EMSL ANALYTICAL, INC.**
LABORATORY·PRODUCTS·TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

O416 21892

| | |
|---|---|
| **Company :** Guzek Associates, Inc. | **EMSL-Bill to:** ☐ Same ☐ Different<br>If Bill to is Different note Instructions in Comments** |
| **Street:** 401 Davis Street | *Third Party Billing requires written authorization from third party* |
| **City:** Clarks Summit  **State/Province:** PA | **Zip/Postal Code:** 18414  **Country:** U.S.A. |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728   **Purchase Order:** |
| **Project Name/Number:** SSD 16_751 West Scranton High | **Please Provide Results:** ☐ Fax  ☒ Email |
| **U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

### Turnaround Time (TAT) Options* – Please Check

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☒ 96 Hour | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule. *There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2 5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0 25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

| ☐ Check For Positive Stop – Clearly Identify Homogenous Group | **Date Sampled:** 08-05-2016 |
|---|---|
| **Samplers Name:** Chris Notari / Brent Tripp | **Samplers Signature:** Brent mGin |

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 101 | | Basement - Storage Room | Ceiling Block |
| 102 | | Basement - Storage Room | Ceiling Block |
| 103 | | Basement - Storage Room | Ceiling Block |
| 104 W | | Basement - Storage Room | Ceiling Block White Layer |
| 104 B | | Basement - Storage Room | Ceiling Block Base Layer |
| 105 | | Basement - Pump Room | Ceiling Block Paint Surface Layer |
| 106 | | Basement - Pump Room | Ceiling Block |
| 107 | | Basement - Boiler Room | Ceiling Block |
| 108 | | Basement - Crawl Space | Ceiling Block |
| 109 | | Basement - Crawl Space | Ceiling Block |

| Client Sample # (s): | | | | Total # of Samples: | Sixteen (16) |
|---|---|---|---|---|---|
| **Relinquished (Client):** Brent mGin | **Date:** 08-05-2016 | | | | **Time:** 3:00 PM |
| **Received (Lab):** RJ EMSL FL | **Date:** 8-8-2016 | | | | **Time:** 9:10 am |
| **Comments/Special Instructions:** | | | | | |

Controlled Document – Asbestos COC – R6 – 11/28/2012

Page 1 of __2__ pages

OrderID: 041621892



**EMSL ANALYTICAL, INC.**
LABORATORY · PRODUCTS · TRAINING

# Asbestos Bulk Building Material
# Chain of Custody
### EMSL Order Number *(Lab Use Only)*:

O416 21892

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 110 | | Basement - Fan Room | Ceiling Block |
| 111 | | Basement - Wrestling Room | Packing Around 12" Sewer Pipe |
| 112 | | 3rd Floor - Projector Room | Plaster Ceiling (One Layer Only) |
| 113 W | | 3rd Floor - Outside Projector Room | Plaster White Layer |
| 114 B | | 3rd Floor - Outside Projector Room | Plaster Base Layer |
| 115 | | 3rd Floor – Auditorium Attic Space | Ceiling Block |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*Comments/Special Instructions:**

Page __2__ of __2__ pages

Controlled Document – Asbestos COC – R5 – 11/29/2012



## EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041621892 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 08/08/2016  9:10 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 08/09/2016 - 08/10/2016 |
| | | **Collected Date:** | 08/05/2016 |
| **Project:** | SSD 16_751 West Scranton High | | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 101<br>041621892-0001 | Basement Storage Room - Ceiling Block | White Fibrous Homogeneous | | 70% Non-fibrous (Other) | 30% Chrysotile |
| 102<br>041621892-0002 | Basement Storage Room - Ceiling Block | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 103<br>041621892-0003 | Basement Storage Room - Ceiling Block | White Non-Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 104-W<br>041621892-0004 | Basement Storage Room - Ceiling Block White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 104-B<br>041621892-0005 | Basement Storage Room - Ceiling Block Base Layer | Brown/Gray Non-Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 105<br>041621892-0006 | Basement Pump Room - Ceiling Block Paint Surface Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 106<br>041621892-0007 | Basement Pump Room - Ceiling Block | Gray/White Non-Fibrous Homogeneous | 5% Cellulose | 95% Non-fibrous (Other) | None Detected |
| 107<br>041621892-0008 | Basement Boiler Room - Ceiling Block | Gray/White Non-Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 108<br>041621892-0009 | Basement Crawl Space - Ceiling Block | Gray Non-Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 109<br>041621892-0010 | Basement Crawl Space - Ceiling Block | Gray Non-Fibrous Homogeneous | 5% Cellulose | 95% Non-fibrous (Other) | None Detected |
| 110<br>041621892-0011 | Basement Fan Room - Ceiling Block | Gray Non-Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 111<br>041621892-0012 | Basement Wrestling Room - Packing around 12" Sewer Pipe | Gray/White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 112<br>041621892-0013 | 3rd Floor Projector Room - Plaster Ceiling (one layer only) | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 113-W<br>041621892-0014 | 3rd Floor Projector Room - Plaster White Layer | Gray/White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 114-B<br>041621892-0015 | 3rd Floor Outside Projector Room - Plaster Base Layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/11/2016 14:29:45



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041621892 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| | | | % Fibrous | % Non-Fibrous | % Type |
| 115 | 3rd Floor Auditorium | Gray | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| *041621892-0016* | Attic Space - Ceiling | Non-Fibrous | | | |
| | Block | Homogeneous | | | |

Analyst(s)

*Edward Zambrano (2)*
*Seri Smith (4)*
*William Nguyen (10)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/11/2016 14:29:45