# EXHIBIT I

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

# ROBERT MORRIS
# ELEMENTARY SCHOOL
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
425 North Washington Avenue
Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

August 2019

# **TABLE OF CONTENTS**

**SECTION 1**        EXECUTIVE SUMMARY

**SECTION 2**        INTRODUCTION

**SECTION 3**        BUILDING DISCRIPTION

**SECTION 4**        METHODS

**SECTION 5**        RE-INSPECTION FINDINGS

**SECTION 6**        RE-INSPECTION RESULTS

**SECTION 7**        RECOMMENDATIONS

**SECTION 8**        ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**       HOMOGENEOUS SAMPLING CHART,
                     RESPONSE ACTION BASED ON HAZARD RANK,
                     & ASBESTOS CONTAINING BUILDING MATERIAL
                     (ACBM) LOCATION DRAWINGS

**APPENDIX B**       PLM SAMPLE ANALYSIS RESULTS
                     & CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## ROBERT MORRIS ELEMENTARY SCHOOL

## SECTION 1     EXECUTIVE SUMMARY

An Asbestos Materials Re-inspection Survey was conducted on August 6, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled were sampled (If applicable) and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.     Asbestos-containing Materials

   1.     All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

   2.     Recommendations

      Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

## SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the Robert Morris Elementary School was performed at the request Scranton School District, Scranton, PA.   The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and Robert Morris School Administration Office.

## SECTION 3   BUILDING DISCRIPTION

Robert Morris Elementary School, located at 1824 Boulevard Avenue, Scranton, PA is a steel and masonry building constructed in 1966.  The building consists of a basement and two (2) floors, and contains approximately 33,780 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.    Original inspection report
2.    2016 3-Year Re-inspection Report
3.    AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6  INSPECTION RESULTS

A.    Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for Robert Morris Elementary School conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report is included in Appendix B.

Note:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1. Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, and drinking water fountains – no access at time of inspection.

2. Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

3. Fire Doors

4. Roofing Materials (including Flashing and Tar)

5. Electric wiring insulation may be present

### Materials That Were Tested and Found Not to Contain Asbestos

- All layers of hard wall and ceiling plasters (This does not include acoustical plaster ceiling found in the Library and Medical Room storage room.)
- All sheetrock and joint compound
- All ceiling tile (Previously tested by others)
- Wall parging
- Boiler & Meter Room ceiling
- Mastic on fiberglass ends
- Burlap wall paper
- Floor Tile Mastic

**SECTION 7          RECOMMENDATIONS**

A.  Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B.  All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the Robert Morris Elementary School.

C.  All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

1.  Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

2.  The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

**SECTION 8          ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| | | |
|---|---|---|
| 7/11/19 | N/A | 7/11/20 |
| Course Date | Exam Date | Expiration Date |

| | |
|---|---|
| Not Provided | ACC-0719-6-006 |
| Social Security Number | Certificate Number |

Mark K. Schläger
Training Director

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

7/11/19
**Course Date**

N/A
**Exam Date**

7/11/20
**Expiration Date**

Not Provided
**Social Security Number**

ACC-0719-6-005
**Certificate Number**

Mark K. Schläger
*Training Director*

# APPENDIX A

## REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Robert Morris Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 1 of 8

### HOMOGENEOUS SAMPLING MATERIAL

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Basement, Maintenance (Formerly Library) | 12"x12" Floor Tile (Approx. 1,113 SQ FT) | TSI / SURFACE / **Misc.** | Assumed / or / Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | - Floor Tile appears newer, Floor Tile should be testing prior to disturbance. |
| | Fittings (Indeterminate) Under Sink & above ceiling | TSI / SURFACE / **Misc.** | Assumed / or / Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | - Fittings assumed to be above ceiling |
| Basement, Storage Room "A" | Fittings (Approx. 10 - 12 Fittings) | TSI / SURFACE / **Misc.** | Assumed / or / **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Restroom (next to Meter Room) | 9"x9" Floor Tile (Approx. 60 SQ FT) | TSI / SURFACE / **Misc.** | **Assumed** / or / Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | - Some minor chipping and cracking |
| | Breeching & Duct Gaskets (Approx. 500 - 600 SQ FT) | **TSI** / SURFACE / Misc. | **Assumed** / or / Analyzed | F / NF-1 / NF-2 | G / D / **SD** | 6 | 2 | - Remove |
| Basement, Boiler Room | Boiler Gaskets | **TSI** / SURFACE / Misc. | **Assumed** / or / Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | |
| | Fittings (Approx. 4 - 6 Fittings) | **TSI** / SURFACE / Misc. | Assumed / or / **Analyzed** | F / **NF-1** / NF-2 | G / **D** / SD | 5 | 3 | - Remove |
| Basement, Main Entrance Steps | Linoleum on Steps (Approx. 120 SQ FT) | TSI / SURFACE / **Misc.** | Assumed / or / **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Restroom (in former teachers lounge) | 9"x9" Floor Tile (Approx. 80 SQ FT) | TSI / SURFACE / **Misc.** | Assumed / or / Analyzed | F / **NF-1** / NF-2 | G / D / SD | 4 | 4 | - Some tiles are popping and becoming loose |
| Basement, IST Room | Fittings (Approx. 5 - 8 Fittings) | TSI / SURFACE / **Misc.** | Assumed / or / **Analyzed** | F / **NF-1** / NF-2 | N/A | N/A | N/A | - Removed - No Documentation was provided by the District |
| Basement, Crawl Space No. 1 | Fittings (Approx. 12 - 15 Fittings) | **TSI** / SURFACE / Misc. | Assumed / or / **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Cold Lunch Room | Fittings (Approx. 5 - 8 Fittings) | **TSI** / SURFACE / Misc. | Assumed / or / **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019          Building Inspector's Certification No.: 027028-PA and 053975-PA

Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable          Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District   Building: Robert Morris Elementary School   Dates of Original AHERA Inspection: July, 1988   Page 2 of 8

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Cold Lunch Room | 12"x12" Floor Tile (Approx.1,349 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Closet No. 2 | 9"x9" Floor Tile (Approx. 77 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Cold Lunch Storage (Formerly Maintenance) | Fittings /Pipe Insulation (Approx. 5 - 8 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Music Room | Fittings /Pipe Insulation (Approx. 8 - 10 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Crawl Space No. 2 | Fittings /Pipe Insulation (Approx. 8 - 10 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Basement, Main Hallway | 9"x9" & 12"x12" Floor Tile (Approx. 500 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | - Remove/Replace broken or missing floor tiles and mastic - Some 12"x12" Floor Tile appears newer, floor tile should be testing prior to disturbance. |
| 1st Floor, | 9"x9" Floor Tile (Approx. 2,069 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 3 | 5 | - Remove/Replace broken or missing floor tiles |
| Multipurpose Room | Linoleum on Steps (Block) (Approx. 150 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | |
| 1st Floor, Room 101 | 9"x9" Floor Tile (Approx. 670 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | - Floor tile under carpet |
| 1st Floor, Room 102 | Fittings (Under Sink) (Approx. 1 - 3 Fittings) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / **SD** | 6 | 2 | - Remove |
| 1st Floor, Janitor's Closet No. 1 | 9"x9" Floor Tile (Approx. 60 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / **NF-1** / NF-2 | G / D / **SD** | 6 | 2 | - Remove |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019

Friability:   F = Friable,   NF-1 = Non-Friable   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

*Guzek Associates, Inc.* **- HOMOGENEOUS SAMPLING CHART**

Scranton School District   Building: Robert Morris Elementary School   Dates of Original AHERA Inspection: July, 1988   Page 3 of 8

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 1st Floor, Boy's Restroom Chase | Fittings (Approx. 8 - 10 Fittings) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove |
| 1st Floor, Room 103 | Fittings (Under Sink) (Approx. 2 - 4 Fittings) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" & 12"x12" Floor Tile (Approx. 675 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Remove/Replace broken or missing floor tiles |
| 1st Floor, Room 104 | Fittings (Under Sink) (Approx. 1 - 3 Fittings) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" Floor Tile (Approx. 678 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 1st Floor, Principle's and Secretaries Office | 12"x12" Floor Tile (Approx. 90 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Room 105 | Fittings (Under Sink) (Approx. 1 - 3 Fittings) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 5 | 3 | - Remove, Fittings have high potential for disturbance |
| 1st Floor, Room 106 Music Room | Fittings (Under Sink) (Approx. 1 - 3 Fittings) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" Floor Tile (Approx. 660 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 1st Floor, Janitor's Closet No. 2 | 9"x9" Floor Tile (Approx. 30 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - Remove |
| 1st Floor, Room 107 | Fittings (Under Sink) (Approx. 1 - 3 Fittings) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| 1st Floor, Room 108 | Fittings (Under Sink) (Approx. 1 - 3 Fittings) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019

Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Robert Morris Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 4 of 8

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 1st Floor, Girl's Restroom Chase | Fittings /Pipe Insulation ( Undetermined ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 5 | 3 | - Remove |
| | 12"x12" Floor Tile ( Approx. 200 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Library | Acoustical Plaster ( Approx. 537 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | Fittings (Under Sink) ( Approx. 1 - 3 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | N/A | N/A | N/A | - Removed in 2017, No documentation was provided by from District |
| 1st Floor, Main Hallway and Closet | 9"x9" & 12"x12" Floor Tile ( Approx. 1,500 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Remove/Replace broken or missing floor tiles. - 3 damaged floor tiles outside room 106, 4 damaged floor tiles at water cooler, and 5 cracked floor tiles outside library |
| 1st Floor, Stairwell No. 1 | 9"x9" & 12"x12" Floor Tile ( Approx. 300 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | Linoleum on Steps ( Approx. 120 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Entrance Stariwell | Floor Tile and Linolieum ( Approx. 400 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 1st Floor, Stairwell No. 2 | 9"x9" & 12"x12" Floor Tile ( Approx. 60 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| 2nd Floor, Room 201 | Fittings (Under Sink) ( Approx. 1 - 3 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" Floor Tile ( Approx. 675 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document,    "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and 053975-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

*Guzek Associates, Inc.* **- HOMOGENEOUS SAMPLING CHART**

Scranton School District | Building: Robert Morris Elementary School | Dates of Original AHERA Inspection: July, 1988 | Page 5 of 8

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 2nd Floor, Room 202 | Fittings (Under Sink) (Approx. 1 - 3 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | N/A | N/A | N/A | - Removed in 2017, No documentation was provided by from District |
| 2nd Floor, Room 202 | 9"x9" Floor Tile (Approx. 675 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 203 | Fittings (Under Sink) (Approx. 1 - 3 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | N/A | N/A | N/A | - Removed in 2017, No documentation was provided by from District |
| 2nd Floor, Room 203 | 9"x9" Floor Tile (Approx. 675 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 204 | Fittings (Under Sink) (Approx. .1 Fitting ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| 2nd Floor, Room 204 | 9"x9" Floor Tile (Approx. 675 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 205 | 9"x9" Floor Tile (Approx. 675 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 206 | Fittings (Under Sink) (Approx. 1 - 3 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Fitting jackets are opened up - Remove, Fittings have high potential for disturbance |
| 2nd Floor, Room 206 | 9"x9" Floor Tile (Approx. 675 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Girl's Restroom Chase (next to room 203) | Fittings /Pipe Insulation ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Loose debris on floor |
| 2nd Floor, Boy's Restroom Chase (next to room 202) | Fittings (Approx. 4 - 6 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Loose debris on floor |
| 2nd Floor, Janitor's Closet No. 1 | 9"x9" Floor Tile (Approx. 60 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019

Friability:   F = Friable,   NF-1 = Non-Friable   NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and 053975-PA

Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District | Building: Robert Morris Elementary School | Dates of Original AHERA Inspection: July, 1988 | Page 6 of 8

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 2nd Floor, Janitor's Closet No. 2 | 9"x9" Floor Tile (Approx. 60 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove |
| 2nd Floor, Medical Room | 9"x9" Floor Tile (Approx. 301 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet in Reading Skills and Speech Therapy Rooms |
| | 12"x12" Floor Tile Orange & Green (Approx. 294 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor Tile appears newer, Floor Tile should be testing prior to disturbance. |
| | Acoustical Plaster (Approx. 200 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - Wood panel nailed to accoustical plaster |
| 2nd Floor, Room 207 | Fittings ( Under Sink ) (Approx. 3 - 4 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" Floor Tile (Approx. 856 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 208 | Fittings ( Under Sink ) (Approx. 6 - 8 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" Floor Tile (Approx. 856 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 209 | Fittings ( Under Sink ) (Approx. 1 - 3 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 4 | 4 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" Floor Tile (Approx. 856 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 210 | Fittings ( Under Sink ) (Approx. 1 - 3 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - Remove, Fittings have high potential for disturbance |
| | 9"x9" Floor Tile (Approx. 856 SQ FT) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 5 | 3 | - Floor tile under carpet |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019

Building Inspector's Certification No.: 027028-PA and 053975-PA

Friability:   F = Friable,      NF-1 = Non-Friable,      NF-2 = Non-Friable

Assessment:      G = Good,      D = Damaged,      SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Robert Morris Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 7 of 8

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 2nd Floor, Room 211 | Fittings ( Under Sink ) (Approx. 3 - 4 Fittings ) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / **SD** | 6 | 2 | - Remove, Fittings have high potential for disturbance |
| 2nd Floor, Room 211 | 9"x9" Floor Tile ( Approx. 856 SQ FT ) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / **SD** | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 212 Copy Room / Teachers Lounge | 9"x9" Floor Tile ( Approx. 220 SQ FT ) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / **SD** | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Room 213 PSSA Room | 9"x9" Floor Tile ( Approx. 220 SQ FT ) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / **SD** | 2 | 6 | - Floor tile under carpet |
| 2nd Floor, Main Hallway | Fittings /Pipe Insulation ( Approx. 10 - 12 Fittings ) | SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 2 | 6 | - Fittings found above ceiling tile - 1 fitting above ceiling tile outside Room 209 is significantly damaged with loose debris on top of ceiling tile |
| 2nd Floor, Main Hallway and Closets | 9"x9" & 12"x12" Floor Tile ( Approx. 1,500 SQ FT ) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / **SD** | 2 | 6 | - 7 damaged floor tiles outside room 206, 3 significantly damaged in closet area, and Mastic Assumed |
| | Window Frame Caulking | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / **SD** | 3 | 5 | - All windows and framing in classrooms and restrooms have been removed and replaced since last inspection. |
| | Window Glazing | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / **D** / **SD** | 4 | 4 | - No documentation was provided by the District |
| Throughout Building | Louver Caulking | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / **D** / **SD** | 4 | 4 | |
| | Expansion Joint Caulk | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / **D** / **SD** | 4 | 4 | |
| | Vapor Barriers | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / **SD** | 1 | 7 | |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019

Friability:   F = Friable,        NF-1 = Non-Friable        NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and 053975-PA

Assessment:     G = Good,        D = Damaged,        SD = Significantly Damaged

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District    Building: Robert Morris Elementary School    Dates of Original AHERA Inspection: July, 1988    Page 8 of 8

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| | Vapor Barriers | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | |
| Throughout Building | Boiler Gaskets | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | |
| | Ductwork Flex Connections | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| | Coating on Exterior Base of Sinks | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | - Approx. 16 - 18 sinks in building |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: C. Notari and B. Tripp on 8/6/2019

Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA and 053975-PA

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

**RESPONSE ACTIONS BASED ON HAZARD RANK**

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|:---:|:---:|:---:|:---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

SURFACING ASBESTOS CONTAINING MATERIALS



BASEMENT PLAN
NOT TO SCALE

1ST FLOOR PLAN
NOT TO SCALE

2ND FLOOR PLAN
NOT TO SCALE

KEY — SURFACING ACM

NO SURFACING ACBM WAS FOUND ON THIS LEVEL

KEY — SURFACING ACM

ACOUSTICAL PLASTER

ADDITIONAL ASBESTOS CONTAINING SURFACING MATERIALS:

1. EXTERIOR OF EXISTING SINKS

KEY — SURFACING ACM

ACOUSTICAL PLASTER

ADDITIONAL ASBESTOS CONTAINING SURFACING MATERIALS:

1. EXTERIOR OF EXISTING SINKS

ACOUSTICAL PLASTER

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18509

Asbestos Management Plans

Sheet Size: 36"x24"

ACM LOCATIONS: 07-06-2019

DRAWING No.:

A1

# THERMAL ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE

### KEY — THERMAL ACM
FITTINGS, PIPE INSULATION, & BREECHING

## 1ST FLOOR PLAN
NOT TO SCALE

### KEY — THERMAL ACM
FITTINGS, AND PIPE INSULATION,

## 2ND FLOOR PLAN
NOT TO SCALE

### KEY — THERMAL ACM
FITTINGS, AND PIPE INSULATION,

Guzek Associates.
450 Davis Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-9797
E-Mail: guzek@verizon
Mechanical, Electrical, Structural,
Civil and Professional Engineering

SCALE: AS NOTED
DATE: 09/2016
CHECKED BY: JOB No.:
DRAWN BY: BMT
DWG. TITLE: 2019 ROBERT MORRIS ELEMENTARY SCHOOL FLOOR PLANS

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:
A 2

ACM LOCATIONS: 07-06-2019

Sheet Size: 36"x24"

## MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE

## 1ST FLOOR PLAN
NOT TO SCALE

## 2ND FLOOR PLAN
NOT TO SCALE

### KEY — MISCELLANEOUS ACM

9"x9" OR 12"x12" FLOOR TILE

LINOLEUM

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. CHALKBOARD MASTIC
2. VAPOR BARRIERS (MAY BE PRESENT)

### KEY — MISCELLANEOUS ACM

9"x9" OR 12"x12" FLOOR TILE

LINOLEUM

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. CHALKBOARD MASTIC

### KEY — MISCELLANEOUS ACM

9"x9" OR 12"x12" FLOOR TILE

LINOLEUM

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. CHALKBOARD MASTIC

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates

DRAWING No.:

A 3

**ACM LOCATIONS: 07-06-2019**

Sheet Size: 36"x24"

# APPENDIX B

# TEST RESULTS FOR SUSPECTED
# ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORT

## 2016 CHAIN OF CUSTODY



## EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041622548 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

**Attention:** Chris Notari
Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

| | |
|---|---|
| **Phone:** | (570) 586-9700 |
| **Fax:** | (570) 586-6728 |
| **Received Date:** | 08/12/2016 9:30 AM |
| **Analysis Date:** | 08/16/2016 - 08/17/2016 |
| **Collected Date:** | 08/09/2016 |

**Project:** SSD 16_751 Robert Morris

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01W
041622548-0001 | Basement-Storage space under staircase No. 2 landing - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02B
041622548-0002 | Basement-Storage space under staircase No. 2 landing - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03
041622548-0003 | Basement-Hallway - Light plaster over wood (single layer) | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04
041622548-0004 | Basement-Library - 12x12 ceiling tile (spline) | Gray Fibrous Homogeneous | 75% Min. Wool | 25% Non-fibrous (Other) | None Detected |
| 05
041622548-0005 | Basement-Library - 2x2 ceiling tile (striations) | Brown/White Fibrous Homogeneous | 50% Cellulose 30% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 06
041622548-0006 | Basement-Library - Sink coating | Black Non-Fibrous Homogeneous | | 92% Non-fibrous (Other) | 8% Chrysotile |
| 07
041622548-0007 | Basement-Meter room - Ceiling plaster (single layer) | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08
041622548-0008 | Basement-Boiler room - Mastic on fiberglass ends (4" boiler piping) | Gray/White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09
041622548-0009 | Basement-Boiler room - Mastic on fiberglass ends (4" boiler piping) | Gray/White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 10
041622548-0010 | Basement-Boiler room - Mastic on fiberglass ends (4" boiler piping) | Gray/White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 11
041622548-0011 | Basement-Boiler room - Ceiling plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12
041622548-0012 | Basement-Boiler room - Ceiling plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13
041622548-0013 | Basement-Storage room B - 12x12 ceiling tile (white with striations) | White Fibrous Homogeneous | 80% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 14W
041622548-0014 | Basement-Storage room B - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/17/2016 07:03:03



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

**EMSL Order:** 041622548
**Customer ID:** CLAG50
**Customer PO:**
**Project ID:**

## *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 15B<br>041622548-0015 | Basement-Storage room B - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 16<br>041622548-0016 | Basement-Crawlspac e No. 1 - Parging behind access door on stone foundation wall | Gray/White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 17W<br>041622548-0017 | Basement-Closet No. 1 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18B<br>041622548-0018 | Basement-Closet No. 1 - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19<br>041622548-0019 | 1st floor-Multi-purpose room - 12x12 ceiling tile (popcorn paint) | Gray<br>Fibrous<br>Homogeneous | 80% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 20W<br>041622548-0020 | 1st floor-Multi-purpose room (under stage) - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 21B<br>041622548-0021 | 1st floor-Multi-purpose room (under stage) - Plaster base layer | Brown/Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22<br>041622548-0022 | 1st floor-Multi-purpose room - Staircase black linoleum | Black<br>Fibrous<br>Homogeneous | | 94% Non-fibrous (Other) | 6% Chrysotile |
| 23-Floor Tile<br>041622548-0023 | 1st floor-Main entrance corridor staircase - Staircase black linoleum | Black<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 23-Mastic<br>041622548-0023A | 1st floor-Main entrance corridor staircase - Staircase black linoleum | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24W<br>041622548-0024 | 1st floor-Room 105 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 25B<br>041622548-0025 | 1st floor-Room 105 - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26<br>041622548-0026 | 1st floor-Room 107 - Sink coating | Black<br>Non-Fibrous<br>Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 27<br>041622548-0027 | 1st floor-Room 108 - Exterior window glazing | Gray<br>Non-Fibrous<br>Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 28W<br>041622548-0028 | 1st floor-Room 104 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29B<br>041622548-0029 | 1st floor-Room 104 - Plaster base layer | Brown/Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 08/17/2016 07:03:03



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

**EMSL Order:** 041622548
**Customer ID:** CLAG50
**Customer PO:**
**Project ID:**

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 30 041622548-0030 | 1st floor-Boys' room - Exterior window frame caulking | Gray Non-Fibrous Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 31 041622548-0031 | 1st floor-Room 101 - Exterior window frame caulking | Gray Non-Fibrous Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 32 041622548-0032 | 1st floor-Girls' room - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33 041622548-0033 | 1st floor-Girls' room - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 34 041622548-0034 | 1st floor-Main corridor - Floor leveler under 12x12 floor tile | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 35 041622548-0035 | 1st floor-Staircase No. 2 - Interior door frame caulking | Various Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 36W 041622548-0036 | 2nd floor-Room 201 - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 37B 041622548-0037 | 2nd floor-Room 201 - Plaster base layer | Brown/Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 38W 041622548-0038 | 2nd floor-Room 206 - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 39B 041622548-0039 | 2nd floor-Room 206 - Plaster base layer | Brown/Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 40W 041622548-0040 | 2nd floor-Room 207 - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 41B 041622548-0041 | 2nd floor-Room 207 - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 42 041622548-0042 | 2nd floor-Room 208 - Exterior window frame caulking | Gray Non-Fibrous Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 43 041622548-0043 | 2nd floor-Room 208 - Exterior window glazing | Gray Non-Fibrous Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 44 041622548-0044 *Sample appears to be caulking.* | Exterior of building-Left of main entrance - Joint compound | White Non-Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 45 041622548-0045 | Exterior of building-Main entrance door - Door frame caulking | Gray Non-Fibrous Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 46W 041622548-0046 | Exterior of building - Ceiling plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 47B 041622548-0047 | Exterior of building - Ceiling plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041622548 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

## *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos | | | Asbestos |
|---|---|---|---|---|---|---|
| | | | % Fibrous | % Non-Fibrous | | % Type |
| 48<br>*041622548-0048* | Exterior of building -<br>Louver caulking | White<br>Fibrous<br>Homogeneous | | 92% Non-fibrous (Other) | | 8% Chrysotile |
| 49<br>*041622548-0049* | Exterior of<br>building-Basement<br>boiler room - Window<br>frame caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | | None Detected |
| 50<br>*041622548-0050* | Exterior of<br>building-Staircase No.<br>2 door - Door frame<br>caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | | 2% Chrysotile |
| 51<br>*041622548-0051* | Exterior of<br>building-Basement<br>window rear of<br>building - Window<br>glazing | Gray<br>Non-Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | | 2% Chrysotile |

Analyst(s)

Chelsey Bilhear (23)
Christina Shriver (12)
Felix Anusiem (17)

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/17/2016 07:03:03



# Asbestos Bulk Building Material
# Chain of Custody
**EMSL Order Number** *(Lab Use Only):*

**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

O 4 1 6 2 2 5 4 8

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077

PHONE: (800) 220-3675
FAX: (856) 786-5974

| | |
|---|---|
| **Company :** Guzek Associates, Inc. | **EMSL-Bill to:** ☐ Same ☐ Different<br>If Bill to is Different note instructions in Comments** |
| **Street:** 401 Davis Street | *Third Party Billing requires written authorization from third party* |
| **City:** Clarks Summit    **State/Province:** PA | **Zip/Postal Code:** 18414    **Country:** U.S.A. |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728    **Purchase Order:** |
| **Project Name/Number:** SSD 16_751 Robert Morris | **Please Provide Results:** ☐ Fax ☒ Email |
| **U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* – Please Check**

☐ 3 Hour   ☐ 6 Hour   ☐ 24 Hour   ☐ 48 Hour   ☐ 72 Hour   ☒ 96 Hour   ☐ 1 Week   ☐ 2 Week

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | Other |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ **Check For Positive Stop – Clearly Identify Homogenous Group**   **Date Sampled:** 08-09-2016

**Samplers Name:** Chris Notari / Brent Tripp    **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 W | | Basement - Storage Space Under Staircase No. 2 Landing | Plaster White Layer |
| 02 B | | Basement - Storage Space Under Staircase No. 2 Landing | Plaster Base Layer |
| 03 | | Basement - Hallway | Light Plaster Over Wood (Single Layer) |
| 04 | | Basement - Library | 12"x12" Ceiling Tile (Spline) |
| 05 | | Basement - Library | 2'x2' Ceiling Tile (Striations) |
| 06 | | Basement - Library | Sink Coating |
| 07 | | Basement - Meter Room | Ceiling Plaster (Single Layer) |
| 08 | | Basement - Boiler Room | Mastic on Fiberglass Ends (4" boiler piping) |
| 09 | | Basement - Boiler Room | Mastic on Fiberglass Ends (4" boiler piping) |
| 10 | | Basement - Boiler Room | Mastic on Fiberglass Ends (4" boiler piping) |

| **Client Sample # (s):** | - | **Total # of Samples:** Fifty-one (51) |
|---|---|---|
| **Relinquished (Client):** | **Date:** 08-10-2016 | **Time:** 10:00 AM |
| **Received (Lab):** EMSL | **Date:** 8-12 2016 | **Time:** 9:30 AM |

**Comments/Special Instructions:**

51

Controlled Document – Asbestos COC – R5 – 11/29/2012

Page 1 of __3__ pages

OrderID: 041622548



**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
**EMSL Order Number** *(Lab Use Only)*:

04 , 622548

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 W | | Basement - Boiler Room | Ceiling Plaster White Layer |
| 12 B | | Basement - Boiler Room | Ceiling Plaster Base Layer |
| 13 | | Basement - Storage Room "B" | 12"x12" Ceiling Tile (White with Striations) |
| 14 W | | Basement - Storage Room "B" | Plaster White Layer |
| 15 B | | Basement - Storage Room "B" | Plaster Base Layer |
| 16 | | Basement - Crawl Space No. 1 | Parging Behind Access Door on Stone Foundation Wall |
| 17 W | | Basement - Closet No. 1 | Plaster White Layer |
| 18 B | | Basement - Closet No. 1 | Plaster Base Layer |
| 19 | | 1st Floor - Multi-Purpose Room | 12"x12" Ceiling Tile (Popcorn Paint) |
| 20 W | | 1st Floor - Multi-Purpose Room (Under Stage) | Plaster White Layer |
| 21 B | | 1st Floor - Multi-Purpose Room (Under Stage) | Plaster Base Layer |
| 22 | | 1st Floor - Multi-Purpose Room | Staircase Black Linoleum |
| 23 | | 1st Floor - Main Entrance Corridor Staircase | Staircase Black Linoleum |
| 24 W | | 1st Floor - Room 105 | Plaster White Layer |
| 25 B | | 1st Floor - Room 105 | Plaster Base Layer |
| 26 | | 1st Floor - Room 107 | Sink Coating |
| 27 | | 1st Floor - Room 108 | Exterior Window Glazing |
| 28 W | | 1st Floor - Room 104 | Plaster White Layer |
| 29 B | | 1st Floor - Room 104 | Plaster Base Layer |
| 30 | | 1st Floor - Boys Room | Exterior Window Frame Caulking |
| 31 | | 1st Floor - Room 101 | Interior Window Frame Caulking |
| 32 W | | 1st Floor - Girls Room | Plaster White Layer |
| 33 B | | 1st Floor - Girls Room | Plaster Base Layer |
| 34 | | 1st Floor - Main Corridor | Floor Leveler Under 12"x12" Floor Tile |

*Comments/Special Instructions:*

Page __2__ of __3__ pages

Controlled Document – Asbestos COC – R8 – 11/29/2012



**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

# Asbestos Bulk Building Material
# Chain of Custody

**EMSL Order Number** (*Lab Use Only*):

0 4 1 6 2 2 5 4 8

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 35 | | 1st Floor - Staircase No. 2 | Interior Door Frame Caulking |
| 36 W | | 2nd Floor - Room 201 | Plaster White Layer |
| 37 B | | 2nd Floor - Room 201 | Plaster Base Layer |
| 38 W | | 2nd Floor - Room 206 | Plaster White Layer |
| 39 B | | 2nd Floor - Room 206 | Plaster Base Layer |
| 40 W | | 2nd Floor - Room 207 | Plaster White Layer |
| 41 B | | 2nd Floor - Room 207 | Plaster Base Layer |
| 42 | | 2nd Floor - Room 208 | Exterior Window Frame Caulking |
| 43 | | 2nd Floor - Room 208 | Exterior Window Glazing |
| 44 | | Exterior Of Building - Left of Main Entrance | Joint Compound |
| 45 | | Exterior Of Building - Main Entrance Door | Door Frame Caulking |
| 46 W | − | Exterior Of Building | Ceiling Plaster White Layer |
| 47 B | | Exterior Of Building | Ceiling Plaster Base Layer |
| 48 | | Exterior Of Building | Louver Caulking |
| 49 | | Exterior Of Building - Basement Boiler Room | Window Frame Caulking |
| 50 | · | Exterior Of Building - Staircase No. 2 Door | Door Frame Caulking |
| 51 | | Exterior Of Building - Basement Window Rear of Building | Window Glazing |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*Comments/Special Instructions:**

Page ___3___ of ___3___ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012



**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax:    (800) 220-3675 / (856) 786-5974
http://www.EMSL.com          cinnasblab@EMSL.com

| | |
|---|---|
| EMSL Order: | 041509599 |
| CustomerID: | CLAG50 |
| CustomerPO: | 033115 |
| ProjectID: | |

Attn:   **Joseph Guzek**
**Guzek Associates, Inc.**
**401 Davis Street**
**Clarks Summit, PA 18411**

| | |
|---|---|
| Phone: | (570) 586-9700 |
| Fax: | (570) 586-6728 |
| Received: | 04/02/15 9:30 AM |
| Analysis Date: | 4/6/2015 |
| Collected: | 3/31/2015 |

Project:   SSD Morris

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
|---|---|---|---|---|---|
| 001T<br>041509599-0001 | Base - Under Steps - 9"x9" FT White W/Green | White/Green<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (other) | 5% Chrysotile |
| 002M<br>041509599-0002 | Base - Under Steps - 9"x9" FT Mastic | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (other) | None Detected |
| 003T<br>041509599-0003 | Base - Under Steps - 9"x9" FT White W/Green | White/Green<br>Non-Fibrous<br>Homogeneous | | 94% Non-fibrous (other) | 6% Chrysotile |
| 004M<br>041509599-0004 | Base - Hall - 9"x9" FT Mastic | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (other) | None Detected |
| 005T<br>041509599-0005 | Base - Hall - 9"x9" FT Brown | Brown<br>Non-Fibrous<br>Homogeneous | | 96% Non-fibrous (other) | 4% Chrysotile |
| 006M<br>041509599-0006 | Base - Hall - 9"x9" FT Mastic | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (other) | None Detected |
| 007T<br>041509599-0007 | Base - Hall - 9"x9" FT Brown | Brown<br>Non-Fibrous<br>Homogeneous | | 97% Non-fibrous (other) | 3% Chrysotile |
| 008M<br>041509599-0008 | Base - Hall - 9"x9" FT Mastic | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Frank Dicrescenzo (6)*
*Matthew Carralero (4)*

Benjamin Ellis, Laboratory Manager
or other approved signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00307

Initial report from 04/06/2015  14:32:24



**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com          cinnasblab@EMSL.com

| EMSL Order: | 041509599 |
| CustomerID: | CLAG50 |
| CustomerPO: | 033115 |
| ProjectID: | |

Attn:  **Joseph Guzek**
**Guzek Associates, Inc.**
**401 Davis Street**
**Clarks Summit, PA 18411**

| Phone: | (570) 586-9700 |
| Fax: | (570) 586-6728 |
| Received: | 04/02/15 9:30 AM |
| Analysis Date: | 4/6/2015 |
| Collected: | 3/31/2015 |

Project:   **SSD Morris**

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos | | | Asbestos |
|--------|-------------|------------|---|---|---|---|
| | | | % Fibrous | | % Non-Fibrous | % Type |
| 009T 041509599-0009 | Base - Hall - 9"x9" FT White | White Non-Fibrous Homogeneous | | | 96% Non-fibrous (other) | 4% Chrysotile |
| 010M 041509599-0010 | Base - Hall - 9"x9" FT Mastic | Black Non-Fibrous Homogeneous | | | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Frank Dicrescenzo (6)*
*Matthew Carralero (4)*

Benjamin Ellis, Laboratory Manager
or other approved signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analyze. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from 04/06/2015  14:32:24

OrderID: 041509599


EMSL ANALYTICAL, INC.
EMSL • TONY • PRODUCTS • TRAINING

**Asbestos Chain of Custody**
EMSL Order Number (Lab Use Only).

| 041509599 |

EMSL Analytical, Inc.
200 Route 130 North

Cinnaminson, NJ 08077
PHONE: 1-800-220-3675
FAX: (856) 786-5974

| Company Name : Guzek Associates, inc. | EMSL Customer ID: | |
|---|---|---|
| Street: 401 Davis Street | City: Clarks Summit | State/Province: PA |
| Zip/Postal Code: 18411 | Country: United States | Telephone #: 5705869700 | Fax #: 570-586-6728 |
| Report To (Name): JOSEPH GUZEK | Please Provide Results: ☐ Fax ☑ Email | |
| Email Address: guzekassoc@aol.com | Purchase Order: 033115 | |
| Project Name/Number: SSDMorris | EMSL Project ID (Internal Use Only). | |
| U.S. State Samples Taken: PA | CT Samples: ☐ Commercial/Taxable ☐ Residential/Tax Exempt | |

EMSL–Bill to: ☑ Same ☐ Different – If Bill to is Different note instructions in Comments**
Third Party Billing requires written authorization from third party

**Turnaround Time (TAT) Options* – Please Check**

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐* 72 Hour | ☐ 96 Hour | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule *There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

**PCM - Air** ☐ Check if samples are from NY
☐ NIOSH 7400
☐ w/ OSHA 8hr. TWA

**PLM - Bulk (reporting limit)**
☑ PLM EPA 600/R-93/116 (<1%)
☐ PLM EPA NOB (<1%)
Point Count
☐ 400 (<0.25%) ☐ 1000 (<0.1%)
Point Count w/Gravimetric
☐ 400 (<0.25%) ☐ 1000 (<0.1%)
☐ NYS 198.1 (friable in NY)
☐ NYS 198.6 NOB (non-friable-NY)
☐ NYS 198.8 SOF-V
☐ NIOSH 9002 (<1%)

**TEM - Air** ☐ 4-4.5hr TAT (AHERA only)
☐ AHERA 40 CFR, Part 763
☐ NIOSH 7402
☐ EPA Level II
☐ ISO 10312

**TEM - Bulk**
☐ TEM EPA NOB
☐ NYS NOB 198.4 (non-friable-NY)
☐ Chatfield SOP
☐ TEM Mass Analysis-EPA 600 sec. 2.5

**TEM – Water:** EPA 100.2
Fibers >10µm ☐ Waste ☐ Drinking
All Fiber Sizes ☐ Waste ☐ Drinking

**TEM- Dust**
☐ Microvac - ASTM D 5755
☐ Wipe - ASTM D6480
**Soil/Rock/Vermiculite**
☐ PLM CARB 435 - A (0.25% sensitivity)
☐ PLM CARB 435 - B (0.1% sensitivity)
☐ TEM CARB 435 - B (0.1% sensitivity)
☐ TEM CARB 435 - C (0.01% sensitivity)
☐ TEM Qual. via Filtration Technique
☐ TEM Qual. via Drop-Mount Technique
*Can not accept New York State Loose Fill Vermiculite Samples
Other:
☐

☑ Check For Positive Stop – Clearly Identify Homogenous Group    Filter Pore Size (Air Samples): ☑ 0.8µm ☐ 0.45µm

Samplers Name: Chris Notari          Samplers Signature:

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 001T | Base. - Under steps - 9"x9" FT White w/Green | Bulk | 4pm 3/31/15 |
| 002M | Base. - Under steps - 9"x9" FT mastic | Bulk | 4pm 3/31/15 |
| 003T | Base. - Under steps - 9"x9" FT White w/Green | Bulk | 4pm 3/31/15 |
| 004M | Base. - Hall 9"x9" FT mastic | Bulk | 4pm 3/31/15 |
| 005T | Base. - Hall 9"x9" FT Brown | Bulk | 4pm 3/31/15 |
| 006M | Base. - Hall 9"x9" FT mastic | Bulk | 4pm 3/31/15 |
| 007T | Base. - Hall 9"x9" FT Brown | Bulk | 4pm 3/31/15 |

| Client Sample # (s): 001 - 010 | | Total # of Samples: 10 | |
|---|---|---|---|
| Relinquished (Client): | Date: 4/1/15 | Time: | |
| Received (Lab): BB emol FX | Date: 4-2-15 | Time: 930 | |

Comments/Special Instructions:
For Mastic only - stop at first positive result

Controlled Document – Asbestos COC – R9 – 10/30/2014

10 SH

Page 1 of 2 pages

OrderID: 041509599



EMSL ANALYTICAL, INC.
LABORATORY·PRODUCTS·TRAINING

## Asbestos Chain of Custody
### EMSL Order Number (Lab Use Only).

041509599

EMSL Analytical, Inc.
200 Route 130 North

Cinnaminson, NJ 08077
PHONE   1-800-220-3675
FAX.   (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | Sample Description | | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|---|
| 008M | Base. - Hall 9"x9" FT mastic | | Bulk | 4pm 3/31/15 |
| 009T | Base. - Hall 9"x9" FT White | | Bulk | 4pm 3/31/15 |
| 010M | Base. - Hall 9"x9" FT mastic | | Bulk | 4pm 3/31/15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Comments/Special Instructions:

Page __2__ of __2__ pages

Controlled Document – Asbestos COC – R9 – 10/30/2014