# EXHIBIT J

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

...................................................................
...................................................................

# FRANCES WILLARD ELEMENTARY SCHOOL SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
### 425 North Washington Avenue
### Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

July 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**          EXECUTIVE SUMMARY

**SECTION 2**          INTRODUCTION

**SECTION 3**          BUILDING DISCRIPTION

**SECTION 4**          METHODS

**SECTION 5**          RE-INSPECTION FINDINGS

**SECTION 6**          RE-INSPECTION RESULTS

**SECTION 7**          RECOMMENDATIONS

**SECTION 8**          ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**         HOMOGENEOUS SAMPLING CHART,
                       RESPONSE ACTION BASED ON HAZARD RANK,
                       & ASBESTOS CONTAINING BUILDING MATERIAL
                       (ACBM) LOCATION DRAWINGS

**APPENDIX B**         PLM SAMPLE ANALYSIS RESULTS
                       & CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## FRANCES WILLARD ELEMENTARY SCHOOL

## SECTION 1    EXECUTIVE SUMMARY

An Asbestos Materials Re-inspection Survey was conducted on July 30th, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.      Asbestos-containing Materials

   1.      All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

   2.      Recommendations

   Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

## SECTION 2   INTRODUCTION

An Asbestos Materials Inspection of the Frances Willard Elementary School was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and Frances Willard Elementary School Administration Office.

## SECTION 3   BUILDING DISCRIPTION

Frances Willard Elementary School, located at 1100 Eynon Street, Scranton, PA is a concrete and masonry building was constructed in 1929.  The building consists of a partial crawl space, basement, two floors, an attic, and contains approximately 65,625 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.      Original inspection report
2.      2016 3-Year Re-inspection Report
3.      AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6  INSPECTION RESULTS

A.  <u>Asbestos-containing Materials</u>

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for Frances Willard Elementary School conducted by Guzek Associates, Inc..  This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report is included in Appendix B.

<u>Note</u>:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials <u>may be present</u>:

1.  Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

2.  Fire Doors

3.  Roofing Materials (including Flashing and Tar)

4.  Electrical wiring insulation maybe present

<u>Materials That Were Tested and Found Not to Contain Asbestos</u>

- Boiler Room Ceiling
- Mastic on Fiberglass Ends
- Ceiling Block
- Wall Block
- Vapor Barrier
- Expansion Tank Insulation
- Interior & Exterior Window Caulking
- Joint Compound
- Sheetrock
- Wall Burlap (Previously Tested by Others)

**SECTION 7          RECOMMENDATIONS**

A. Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the George Bancroft Elementary School.

C. All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

**SECTION 8          ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# <u>APPENDIX A</u>

# REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building:  Frances Willard Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 1 of 6

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Pre-School (4-year old) | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| | Fittings /Pipe Insulation ( Indeterminate ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | F D SD | N/A | N/A | N/A | Removed January 2018 |
| | 12"x12" Floor Tile & Mastic ( Approx. 640 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| Basement, Pre-School (3-year old) | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| | Fittings /Pipe Insulation ( Indeterminate ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | F D SD | N/A | N/A | N/A | Removed January 2018 |
| | 12"x12" Floor Tile & Mastic ( Approx. 640 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | Repair/Continue O & M (2 - 3 Damamged floor tiles) |
| Basement, Storage in Girls' Restroom | Fittings /Pipe Insulation ( Approx. 18 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | Remove loose debris on shelf and insulation |
| Basement, Girls' Restroom | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Encapsulate and repair all holes and broken areas |
| | Fittings /Pipe Insulation ( Approx. 4 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Girls' Restroom Chase | Fittings /Pipe Insulation ( Approx. 5 - 8 Fittings ) ( Approx. 20 - 25 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G D **SD** | 6 | 2 | Remove Insulation |
| Basement, Boys' Restroom & Chase | Fittings /Pipe Insulation ( Approx. 70 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | |
| | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |

Information abstracted by: C. Notari and B. Tripp in July 30, 2019          Building Inspector's Certification No.: 027028-PA and 053975-PA

Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Frances Willard Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 2 of 6

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Medical Room | Duct Insulation ( Approx. 900 - 1000 SQ FT ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | Duct insulation may exist under sheetrock encasement, condition unknown |
| | Fittings /Pipe Insulation ( Approx. 25 - 30 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| Basement, Music Room | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| Basement, Music Room Trench | Fittings /Pipe Insulation ( Approx. 35 - 40 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | N/A | N/A | N/A | Removed January 2018 |
| Basement, Main Corridor "A" | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| | Fittings /Pipe Insulation ( Approx. 45 - 50 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Main Corridor "A" Trench | Fittings /Pipe Insulation ( Approx. 30 - 35 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | N/A | N/A | N/A | Removed January 2018 |
| Basement, Multipurpose Room | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Water leak in ceiling - Encapsulate all holes and/or broken areas |
| Basement, Multipurpose Room Trench | Fittings /Pipe Insulation ( Approx. 80 - 90 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Crawl Space No. 3 | Fittings /Pipe Insulation ( Approx. 80 - 90 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | Duct Insulation ( Approx. 200 - 300 SQ FT ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | |

Information abstracted by: C. Notari and B. Tripp in July 30, 2019          Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Frances Willard Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 3 of 6

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Crawl Space No. 1 | Fittings /Pipe Insulation ( Approx. 90 - 100 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | Duct Insulation ( Approx. 200 - 300 SQ FT ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | |
| Basement, Electrical Closet Supplies | Fittings /Pipe Insulation ( Approx. 70 - 75 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Fan Room / Sandwich Prep | Fittings /Pipe Insulation ( Approx. 100 - 110 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Crawl Space No. 2 | Loose Fittings/Debris on floor ( Indeterminate ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G D **SD** | 6 | 2 | |
| Basement, Boiler Room | Fittings /Pipe Insulation ( Approx. 300 - 350 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | - Repair or Remove all damaged insulation |
| | Gaskets on Boiler | TSI SURFACE **Misc.** | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Boiler Room Trench | Fittings /Pipe Insulation ( Approx. 30 - 40 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | |
| Basement, Stairwells "A", "B", "C", & "D" | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas. Stairwell "C", Repair Damaged Ceiling |
| Basement, Stairwell "B" | Fittings /Pipe Insulation ( Approx. 50 - 60 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | F NF-1 **NF-2** | **G** D SD | 2 | 6 | |
| | Loosse Piece of Transite ( Approx. 6 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F NF-1 **NF-2** | N/A | N/A | N/A | Removed, No documentation provided by the District |

Information abstracted by: C. Notari and B. Tripp in July 30, 2019          Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District        Building: Frances Willard Elementary School        Dates of Original AHERA Inspection: July, 1988        Page 4 of 6

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Oil Tank Storage & Supply Room | Duct Insulation ( Approx. 2,200 - 2,300 SQ FT ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Insulation is deteriorating and loose ( Approx. 100 - 150 SQ FT ) |
| | Fittings /Pipe Insulation ( Approx. 50 - 60 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Stairwell "C" | Fittings /Pipe Insulation ( Approx. 4 - 5 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Stairwell "E" | Fittings /Pipe Insulation ( Approx. 25 - 30 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Boys' Restroom & Chase | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Encapsulate and repair all holes and broken areas |
| | Fittings /Pipe Insulation ( Approx. 5 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G D **SD** | 6 | 2 | - Remove loose debris in chase |
| 1st Floor, Classrooms 101, 102, 103, 104, 105, 108, 109, 110, 112, Secretaries Office, and Principle's Office | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Minor cracking in some areas |
| 1st Floor, Library Room 106 | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| 1st Floor, Room 113 | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| | 12"x12" Floor Tile & Mastic ( Approx. 696 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Room 111 | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |

Information abstracted by: C. Notari and B. Tripp in July 30, 2019          Building Inspector's Certification No.: 027028-PA and 053975-PA

Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Frances Willard Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 5 of 6

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| **MATERIAL LOCATION** | **MATERIAL DESCRIPTION** | | | | | | | |
| 1st Floor, Room 111 | 12"x12" Floor Tile & Mastic ( Approx. 696 SQ FT ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Girls' Restroom | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | - Encapsulate and repair all holes and broken areas |
| 1st Floor, Corridor "A", "B", and Main Corridor | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| 1st Floor, Corridor "A" | Fittings /Pipe Insulation ( Approx. 40 - 45 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Corridor "B" | Fittings /Pipe Insulation ( Approx. 40 - 45 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Classrooms 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 213, and 1123 | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas - Room 202, Repair Damaged Ceiling - Room 212, Repair Damaged Ceiling and remove debris on lights |
| 2nd Floor, Corridor "A" | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| 2nd Floor, Corridor "A" | Fittings /Pipe Insulation ( Approx. 15 - 20 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Main Corridor | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| 2nd Floor, Corridor "B" | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| 2nd Floor, Corridor "B" | Fittings /Pipe Insulation ( Approx. 15 - 18 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: C. Notari and B. Tripp in July 30, 2019                    Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:      F = Friable,        NF-1 = Non-Friable,        NF-2 = Non-Friable              Assessment:      G = Good,        D = Damaged,        SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Frances Willard Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 6 of 6

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 2nd Floor, Boys' Restroom | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 2 | 6 | - Salient 2' x 2' - Plaster damaged 5 SQ FT |
| 2nd Floor, Teachers Lounge & SBBH Room | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Ceiling was disturbed when wall was built in October 2017 |
| 2nd Floor, Speech Room | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| | Wood Mastic ( Indeterminate ) | TSI **SURFACE** Misc. | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Girls' Restroom | Plaster Walls and Ceiling ( Indeterminate ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | - Appears to be some loose deris in Chase to right of door |
| Thoughout Building | Ductwork Flex Connections | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Exterior Door Caulk ( Indeterminate ) | TSI SURFACE **Misc.** | Assumed or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Mastic Behind Chalkboards, panels, and wallboards, etc. | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| Attic | Plaster Walls and Ceiling ( Indeterminate ) | TSI **SURFACE** Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Encapsulate and repair all holes and broken areas |
| | Fittings /Pipe Insulation ( Approx. 400 - 600 LF ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | - Blown in insulation was added in late 2017, unknown if any debris or damaged items were repaired or removed |
| | | | | | | | | |

Information abstracted by: C. Notari and B. Tripp in July 30, 2019          Building Inspector's Certification No.: 027028-PA and 053975-PA
Friability:     F = Friable,     NF-1 = Non-Friable,     NF-2 = Non-Friable          Assessment:     G = Good,     D = Damaged,     SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM.  Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |



## BASEMENT PLAN
NOT TO SCALE



## 1ST FLOOR PLAN
NOT TO SCALE



KEY — SURFACING ACM

PLASTER

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. CHALKBOARD AND
   WALLBOARD MASTIC

KEY — SURFACING ACM

PLASTER

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. CHALKBOARD AND
   WALLBOARD MASTIC

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates
Mechanical, Electrical, Structural
Structural, Civil, Architectural
Engineering
451 Owco Street
Clarks Summit, PA 18411
Phone: (570) 586-9706
FAX: (570) 586-6226
E-Mail: guzek@email.com

DRAWN BY: BMT   CHECKED BY: ON   JOB No.: SSD 16_291   SCALE: AS NOTED   DATE: 07/2019

DWG. TITLE: 2016 FRANCES WILLARD ELEMENTARY SCHOOL FLOOR PLANS

ISSUED or REVISED        DATE

DRAWING No.:

A
1

Sheet Size 36"x24"

**ACM LOCATIONS: 2019**

# SURFACING ASBESTOS CONTAINING MATERIALS





## 2ND FLOOR PLAN
NOT TO SCALE

## ATTIC PLAN
NOT TO SCALE



KEY — SURFACING ACM

PLASTER

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. CHALKBOARD AND
   WALLBOARD MASTIC



KEY — SURFACING ACM

PLASTER

Sheet Size: 36"x24"

Guzek Associates
401 Davis Street
Clarks Summit, PA 18411
Phone: (570) 586-9706
FAX: (570) 586-6718   E-Mail: gtwe@corredll.com
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering

DRAWN BY: BMT   CHECKED BY:   ON: JOB No.: 550-19-291
DWG. TITLE: 2019 FRANCES WILLARD ELEMENTARY SCHOOL FLOOR PLANS
SCALE: AS NOTED   DATE: 07/2019

ISSUED or REVISED   DATE

Scranton School District
Scranton School District
422 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A
2

**ACM LOCATIONS: 2019**

THERMAL ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE



KEY — THERMAL ACM

CEMENTITIOUS FITTINGS

CEMENTITIOUS FITTINGS & DUCT INSULATION



## 1ST FLOOR PLAN
NOT TO SCALE



KEY — THERMAL ACM

CEMENTITIOUS FITTINGS

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

Guzek Associates
Mechanical, Electrical, Structural, Environmental, and Architectural Engineering
401 Davis Street
Clarks Summit, PA 18411
Phone: (570) 586-9706
FAX: (570) 586-6728   E-Mail: guz@prodnet.com

DWG. TITLE: 2016 FRANCES WILLARD ELEMENTARY SCHOOL FLOOR PLANS
DRAWN BY: BMF   CHECKED BY: ON   JOB No.: SSD 16_291
SCALE: AS NOTED   DATE: 07/2019

ISSUED or REVISED   DATE

Sheet Size: 36" x 24"

DRAWING No.: A3

ACM LOCATIONS: 2019

# THERMAL ASBESTOS CONTAINING MATERIALS





## 2ND FLOOR PLAN
NOT TO SCALE



KEY — THERMAL ACM

CEMENTITIOUS FITTINGS

## ATTIC PLAN
NOT TO SCALE



KEY — THERMAL ACM

CEMENTITIOUS FITTINGS

Sheet Size 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A 4

**ACM LOCATIONS: 2019**



## BASEMENT PLAN
NOT TO SCALE



## 1ST FLOOR PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

⬚ FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. DUCTWORK FLEX CONNECTIONS
2. EXTERIOR DOOR CAULKING

KEY — MISCELLANEOUS ACM

⬚ FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. DUCTWORK FLEX CONNECTIONS
2. EXTERIOR DOOR CAULKING

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.

A5

ACM LOCATIONS: 2019

Sheet Size: 36"x24"

## 2ND FLOOR PLAN
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. DUCTWORK FLEX CONNECTIONS
2. EXTERIOR DOOR CAULKING

## ATTIC PLAN
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. DUCTWORK FLEX CONNECTIONS
2. EXTERIOR DOOR CAULKING

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A 6

**ACM LOCATIONS: 2019**

# <u>APPENDIX B</u>

## TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORTS

## 2016 CHAIN OF CUSTODY



# EMSL Analytical, Inc.

**200 Route 130 North Cinnaminson, NJ 08077**
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041620898 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 07/29/2016  9:45 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 08/02/2016 - 08/03/2016 |
| | | **Collected Date:** | 07/28/2016 |
| **Project:** | SSD 16_751 Willard | | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| **Sample** | **Description** | **Appearance** | **% Fibrous** | **% Non-Fibrous** | **% Type** |
| 01<br>041620898-0001 | Coal storage room - Ceiling layer | Gray<br>Non-Fibrous<br>Homogeneous | 5% Cellulose | 95% Non-fibrous (Other) | None Detected |
| 02<br>041620898-0002 | Boiler room-Boiler No. 1 - Fiberglass mastic | White<br>Fibrous<br>Homogeneous | 20% Glass | 80% Non-fibrous (Other) | None Detected |
| 03<br>041620898-0003 | Boiler room - Ceiling layer-outer layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04<br>041620898-0004 | Boiler room - Ceiling layer-inner (2x2 block) layer | Gray/White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 05<br>041620898-0005 | Boiler room - Feed pump tank outer layer | Gray<br>Fibrous<br>Homogeneous | 95% Cellulose | 5% Non-fibrous (Other) | None Detected |
| 06<br>041620898-0006 | Boiler room - Feed pump tank outer layer | Various<br>Fibrous<br>Homogeneous | 40% Cellulose<br>15% Glass | 45% Non-fibrous (Other) | None Detected |
| 07<br>041620898-0007 | Boiler room - Fiberglass mastic | White<br>Non-Fibrous<br>Homogeneous | 10% Min. Wool | 90% Non-fibrous (Other) | None Detected |
| 08<br>041620898-0008 | Basement crawlspace - Vapor barrier | Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09<br>041620898-0009 | Basement crawlspace - Interior window caulking | Gray/Pink<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 10W<br>041620898-0010 | Basement hallway next to music room - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 11B<br>041620898-0011 | Basement hallway next to music room - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 12W<br>041620898-0012 | Basement boys' restroom - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13B<br>041620898-0013 | Basement boys' restroom - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 14<br>041620898-0014 | Exterior of building - Window caulking | Gray<br>Non-Fibrous<br>Homogeneous | 3% Glass | 97% Non-fibrous (Other) | None Detected |
| 15W<br>041620898-0015 | 1st floor, Room 113 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 16B<br>041620898-0016 | 1st floor, Room 113 - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |

Initial report from: 08/03/2016 07:51:07

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041620898 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 17W<br>*041620898-0017* | 1st floor, Room 104 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18B<br>*041620898-0018* | 1st floor, Room 104 - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19W<br>*041620898-0019* | 1st floor, Room 101 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 20B<br>*041620898-0020* | 1st floor, Room 101 - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | 3% Hair | 97% Non-fibrous (Other) | None Detected |
| 21<br>*041620898-0021* | 1st floor, library - Sheetrock | White<br>Fibrous<br>Homogeneous | 2% Cellulose<br>3% Glass | 95% Non-fibrous (Other) | None Detected |
| 22<br>*041620898-0022* | 1st floor, library - Joint compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23W<br>*041620898-0023* | 2nd floor, Room 209 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24B<br>*041620898-0024* | 2nd floor, Room 209 - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | 3% Hair | 97% Non-fibrous (Other) | <1% Chrysotile |
| 25W<br>*041620898-0025* | 2nd floor, Room 203 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26B<br>*041620898-0026* | 2nd floor, Room 203 - Plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | 2% Hair | 98% Non-fibrous (Other) | None Detected |
| 27<br>*041620898-0027* | 2nd floor, boys' room - Floor debris in toilet chase | Gray<br>Fibrous<br>Homogeneous | | 50% Non-fibrous (Other) | 50% Chrysotile |
| 28W<br>*041620898-0028* | 2nd floor, Room 202 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29B<br>*041620898-0029* | 2nd floor, Room 202 - Plaster base layer | Brown<br>Fibrous<br>Homogeneous | 8% Hair | 92% Non-fibrous (Other) | <1% Chrysotile |
| 30<br>*041620898-0030* | Exterior of building, north side - Exterior door caulking | Various<br>Non-Fibrous<br>Homogeneous | | 90% Non-fibrous (Other) | 10% Chrysotile |
| 31<br>*041620898-0031* | Exterior of building, south side - Exterior window caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 32<br>*041620898-0032* | Attic - Roof decking | White<br>Fibrous<br>Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |

Initial report from: 08/03/2016 07:51:07

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnaslab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041620898 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

Analyst(s)

*Nancy Stalter (12)*

*Will DiBella (20)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL.   EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government.   Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis.  Samples received in good condition unless otherwise noted.  Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 08/03/2016 07:51:07



# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number *(Lab Use Only):*

**EMSL ANALYTICAL, INC.**
EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077

PHONE: (800) 220-3675
FAX: (856) 786-5974

EMSL Order Number: 0 4, 6 2 0 8 9 8

| | |
|---|---|
| **Company :** Guzek Associates, Inc. | **EMSL-Bill to:** ☐ Same ☐ Different<br>*If Bill to is Different note instructions in Comments** |
| **Street:** 401 Davis Street | *Third Party Billing requires written authorization from third party* |
| **City:** Clarks Summit  **State/Province:** PA | **Zip/Postal Code:** 18414  **Country:** U.S.A. |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728  **Purchase Order:** |
| **Project Name/Number:** SSD 16_751 Willard | **Please Provide Results:** ☐ Fax ☒ Email |
| **U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* -- Please Check**

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☒ 96 Hour | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.*

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600-R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

| | |
|---|---|
| ☐ **Check For Positive Stop – Clearly Identify Homogenous Group** | **Date Sampled:** 07-28-2016 |

**Samplers Name:** Chris Notari / Brent Tripp    **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Coal Storage Room | Ceiling Layer |
| 02 | | Boiler Room - Boiler No. 1 | Fiberglass Mastic |
| 03 | | Boiler Room | Ceiling Layer - Outer Layer |
| 04 | | Boiler Room | Ceiling Layer - Inner (2'x2' Block) Layer |
| 05 | | Boiler Room | Feed Pump Tank Outer Layer |
| 06 | | Boiler Room | Feed Pump Tank Inner Layer |
| 07 | | Boiler Room | Fiberglass Mastic |
| 08 | | Basement Crawl Space | Vapor Barrier |
| 09 | | Basement Crawl Space | Interior Window Caulking |
| 10 W | | Basement Hallway next to Music Room | Plaster White Layer |

| | |
|---|---|
| **Client Sample # (s):** - | **Total # of Samples:** Thirty-Two (32) |
| **Relinquished (Client):**  **Date:** 07-28-2016 | **Time:** 3:00 PM |
| **Received (Lab):** EMSL  **Date:** 7-29-2016 | **Time:** 9:45 AM |
| **Comments/Special Instructions:** | **(32)** |

Controlled Document – Asbestos COC – R6 – 11/29/2012

Page 1 of 2 pages



# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):



**EMSL ANALYTICAL, INC.**
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|----------|------|-----------------|----------------------|
| 11 B | | Basement Hallway next to Music Room | Plaster Base Layer |
| 12 W | | Basement Boy's Rest Room | Plaster White Layer |
| 13 B | | Basement Boy's Rest Room | Plaster Base Layer |
| 14 | | Exterior Of Building | Window Caulking |
| 15 W | | 1st Floor, Room 113 | Plaster White Layer |
| 16 B | | 1st Floor, Room 113 | Plaster Base Layer |
| 17 W | | 1st Floor, Room 104 | Plaster White Layer |
| 18 B | | 1st Floor, Room 104 | Plaster Base Layer |
| 19 W | | 1st Floor, Room 101 | Plaster White Layer |
| 20 B | | 1st Floor, Room 101 | Plaster Base Layer |
| 21 | | 1st Floor, Library | Sheetrock |
| 22 | | 1st Floor, Library | Joint Compound |
| 23 W | | 2nd Floor, Room 209 | Plaster White Layer |
| 24 B | | 2nd Floor, Room 209 | Plaster Base Layer |
| 25 W | | 2nd Floor, Room 203 | Plaster White Layer |
| 26 B | | 2nd Floor, Room 203 | Plaster Base Layer |
| 27 | | 2nd Floor, Boy's Room | Floor Debris in Toilet Chase |
| 28 W | | 2nd Floor, Room 202 | Plaster White Layer |
| 29 B | | 2nd Floor, Room 202 | Plaster Base Layer |
| 30 | | Exterior Of Building, North Side | Exterior Door Caulking |
| 31 | | Exterior Of Building, South Side | Exterior Window Caulking |
| 32 | | Attic | Roof Decking |
| | | | |
| | | | |

**\*Comments/Special Instructions:**

Page _2_ of _2_ pages