# EXHIBIT K

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

# WEST SCRANTON
# INTERMEDIATE SCHOOL
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
### 425 North Washington Avenue
### Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

September 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**          EXECUTIVE SUMMARY

**SECTION 2**          INTRODUCTION

**SECTION 3**          BUILDING DISCRIPTION

**SECTION 4**          METHODS

**SECTION 5**          RE-INSPECTION FINDINGS

**SECTION 6**          RE-INSPECTION RESULTS

**SECTION 7**          RECOMMENDATIONS

**SECTION 8**          ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**         HOMOGENEOUS SAMPLING CHART,
                       RESPONSE ACTION BASED ON HAZARD RANK,
                       & ASBESTOS CONTAINING BUILDING MATERIAL
                       (ACBM) LOCATION DRAWINGS

**APPENDIX B**         PLM SAMPLE ANALYSIS RESULTS
                       & CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## WEST SCRANTON INTERMEDAITE SCHOOL

## SECTION 1    EXECUTIVE SUMMARY

An Asbestos Materials Inspection Survey was conducted on July 31, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and quantify asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspector, Brent Tripp (DLI Asbestos Inspector Certification #053975) and Gary Marshall.

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.    Asbestos-containing Materials

1.    All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

2.    Recommendations

Recommendations are given in relation to renovation activities for the school building in Section 7.

## SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the West Scranton Intermediate School was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and the West Intermediate School Administration Office.

## SECTION 3   BUILDING DISCRIPTION

West Scranton Intermediate School, located at Fellows Street and Parrott Avenue, Scranton, PA is a structural steel and masonry building constructed in 1967. The building consists of a partial ground floor, first floor, three (3) upper level mechanical rooms, and contains approximately 174,166 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.    Original inspection report
2.    2016 3-Year Re-inspection Report
3.    AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

**SECTION 6   INSPECTION RESULTS**

A.   <u>Asbestos-containing Materials</u>

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for West Scranton Intermediate School conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report is included in Appendix B.

<u>Note</u>:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials <u>may be present</u>:

1.   Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

2.   Fire Doors

3.   Roofing Materials (including Flashing and Tar)

4.   Electrical wiring insulation maybe present

<u>Materials That Were Tested and Found Not to Contain Asbestos</u>

- All layers of hard wall and ceiling plasters
- All ceiling tile (Previously tested by others)
- Boiler Room Ceiling
- Carpet Mastic
- Shop Kiln Lining
- Roof Drain Fittings
- Acoustical Fabric (Music and Auditorium Areas)
- Cementitious Fittings

## SECTION 7          RECOMMENDATIONS

A. Any Materials listed as assumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the West Scranton Intermediate School.

C. All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

   1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

   Or

   2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

## SECTION 8          ASBESTOS INPECTOR ACCREDIDATION

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# APPENDIX A

## REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

# HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: West Scranton Intermediate School    Dates of Original AHERA Inspection: July, 1988    Page 1 of 4

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| Ground Floor, Medical Suite Hallway and Office | 12"x12" Floor Tile & Mastic (Approx. 90 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Tiles appear to be new, no documentation. - Mastic Assumed |
| Ground Floor, Medical Suite Treatment Room | 12"x12" Floor Tile & Mastic (Approx. 214 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, Medical Suite Storage Room | 12"x12" Floor Tile & Mastic (Approx. 66 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, Medical Suite Nurse's Office | 12"x12" Floor Tile & Mastic (Approx. 98 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, Medical Suite Medical Room No. 1 | 12"x12" Floor Tile & Mastic (Approx. 98 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, Medical Suite Medical Room No.2 | 12"x12" Floor Tile & Mastic (Approx. 76 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | NOTE: SCHOOL DISTRICT NO LONGER OCCUPIES THIS SPACE. (SEE ATTACHED FLOOR PLANS) ROOMS USED BY: The Wright Center for Primary Care Together in Health. |
| Ground Floor, Medical Suite Medical Room No. 3 | 12"x12" Floor Tile & Mastic (Approx. 76 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Ground Floor, Medical Suite Restroom & Additional Medical Rooms | 12"x12" Floor Tile & Mastic (Approx. 1,200 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Tiles appear to be new, no documentation, Mastic Assumed |
| Ground Floor, Main Office Storage Room | 12"x12" Floor Tile & Mastic (Approx. 168 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | - Three (3) Tiles Missing - Mastic Assumed |
| Ground Floor, Main Office Principals Office | 12"x12" Floor Tile & Mastic (Approx. 206 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | N/A | N/A | N/A | Removed 2017 - No documentation was provided by the District |
| Ground Floor, Stairwell - 1 | 12"x12" Floor Tile & Mastic (Approx. 100 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | - Minor Cracking - Mastic Assumed |
| Ground Floor, Stairwell - 2 | 12"x12" Floor Tile & Mastic (Approx. 100 SQ FT) | TSI / SURFACE / Misc. | Assumed or Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | - Minor Cracking - Mastic Assumed |

Information abstracted by: B. Tripp and G. Marshall in July, 2019
Building Inspector's Certification No.: 027028-PA
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: West Scranton Intermediate School          Dates of Original AHERA Inspection: July, 1988          Page 2 of 4

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Ground Floor, Elevator Lobby (Near Pool) | 12"x12" Floor Tile & Mastic (Approx. 52 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | - Minor Cracking - Mastic Assumed |
| Ground Floor, Elevator Passageway (Near Pool) | 12"x12" Floor Tile & Mastic (Approx. 144 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 5 | 3 | - Four (4) Missing Tiles - Mastic Assumed |
| Ground Floor, Pool Storage No. 1 | 12"x12" Floor Tile & Mastic (Approx. 462 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | - Cracked Tiles - Mastic Assumed |
| Ground Floor, Locker Room Hallway Closet | 12"x12" Floor Tile & Mastic (Approx. 55 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | Mastic Assumed |
| 1st Floor, Art Room Dark Room | 12"x12" Floor Tile & Mastic (Approx. 116 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | Mastic Assumed |
| 1st Floor, Kitchen Supervisor Office | 12"x12" Floor Tile & Mastic (Approx. 133 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | Mastic Assumed |
| 1st Floor, Cafeteria | 12"x12" Floor Tile & Mastic (Approx. 180 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Tiles appear to be new, no documentation. - Mastic Assumed |
| 1st Floor, Library Teachers Work Room | 12"x12" Floor Tile & Mastic (Approx. 316 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | - Cracking Tiles - Mastic Assumed |
| 1st Floor, Library TV Studio | 12"x12" Floor Tile & Mastic (Approx. 310 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | Mastic Assumed |
| 1st Floor, Gymnasium Office No. 1 | 12"x12" Floor Tile & Mastic (Approx. 72 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Yellow Floor Tile should be testing prior to disturbance. - Mastic Assumed |
| 1st Floor, Gymnasium Office No. 2 | 12"x12" Floor Tile & Mastic (Approx. 72 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Blue Floor Tile appears newer. - Floor Tile should be testing prior to disturbance, Mastic Assumed |
| 1st Floor, Gymnasium Hallway to Auxiliary Gym | 12"x12" Floor Tile & Mastic (Approx. 50 SQ FT) | TSI / SURFACE / Misc. | Assumed or **Analyzed** | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Blue Floor Tile appears newer. - Floor Tile should be testing prior to disturbance, Mastic Assumed |

Information abstracted by: B. Tripp and G. Marshall in July, 2019

Friability:    F = Friable,      NF-1 = Non-Friable,      NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document,    "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA

Assessment:    G = Good,      D = Damaged,      SD = Significantly Damaged

# HOMOGENEOUS SAMPLING CHART

Scranton School District    Building: West Scranton Intermediate School    Dates of Original AHERA Inspection: July, 1988    Page 3 of 4

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1st Floor, Auxiliary Gymnasium | 12"x12" Floor Tile & Mastic (Approx. 2,445 SQ FT) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Tile Exists Under Carpet<br>- Mastic Assumed |
| 1st Floor, Gym Storage Rooms "A", "B", Auxiliary Gym Storage Rooms "C", & "D" | 12"x12" Floor Tile & Mastic (Approx. 415 SQ FT) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | - Yellow Floor Tile in Storage Rooms A, D, & C, should be testing prior to disturbance.<br>- Blue Floor Tile in Room B, appears newer. This Floor Tile should be testing prior to disturbance. |
| 1st Floor, Gym Passageway No. 1 | 12"x12" Floor Tile & Mastic (Approx. 300 SQ FT) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 5 | 3 | - Remove and replace 22 - 24 cracked / broken floor tiles |
| 1st Floor, Gym Passageway No. 2 | 12"x12" Floor Tile & Mastic (Approx. 250 SQ FT) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 4 | 4 | |
| 1st Floor, Wood Shop | Transite Panel on Shop Equipment (Approx. 12 SQ FT) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | - Panel is attached to Shop Equipment |
| 2nd Floor, Stairs and Computer Hub room above stage | 12"x12" Floor Tile & Mastic (Approx. 150 SQ FT) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Lambda House, Theta House, PHI House, and Art Room | Lab Tables | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 2 | 6 | |
| Thoughtout Building | Mastic Glue Mastic Behind wallboards, chalkboards, etc. (Indeterminate) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| Thoughtout Building | Joint Compound (Includes Sheetrock) (Indeterminate) | TSI / SURFACE / Misc. | Assumed / or / Analyzed | F / NF-1 / NF-2 | G / D / SD | 3 | 5 | - Exit Corridor No. 1, Repair cracks<br>- Exit Corridor No. 2, Repair cracks<br>- Exit Corridor No. 3, Repair cracks<br>- Exit Corridor No. 4, Repair cracks<br>- Library - All Pods & Library (Near boys, and girls Restroom), Repair cracks. Main Entrance, Repair Cracks<br>- General Note: Encapsulate all holes and/or broken areas |

## HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: West Scranton Intermediate School          Dates of Original AHERA Inspection: July, 1988          Page 4 of 4

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| | Ductwork Flex Connections (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | |
| | Vapor Barriers (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | |
| Thoughtout Building | Boiler Gaskets (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | |
| | Assumed Mastic under Wood Railings (Indeterminate) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | |
| | Black Sink Coating on Exterior Base of Sinks | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 1 | 7 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: B. Tripp and G. Marshall in July, 2019
Friability:    F = Friable,      NF-1 = Non-Friable,      NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA
Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

### RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.i. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |



SURFACING ASBESTOS CONTAINING MATERIALS

⬡ INDICATES OBVIOUS AREAS OF DAMAGED SHEETROCK

## 1ST FLOOR PLAN
NOT TO SCALE

KEY — SURFACING ACM

JOINT COMPOUND
(INCLUDES SHEETROCK)
THROUGHOUT BUILDING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
- EXTERIOR OF EXISTING SINKS
- CHALKBOARD AND WALLBOARD MASTIC
- VAPOR BARRIERS
- MASTIC UNDER WOOD RAILINGS

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18509

Asbestos Management Plans

DRAWING No.

A 2

ACM LOCATIONS: 07-31-19



AREA OCCUPIED BY:
THE WRIGHT CENTER

BUILDING
FOOTPRINT

# GROUND FLOOR PLAN
NOT TO SCALE

INDICATES OBVIOUS
AREAS OF DAMAGED
SHEETROCK

KEY — SURFACING ACM

JOINT COMPOUND
(INCLUDES SHEETROCK)
THROUGHOUT BUILDING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
– EXTERIOR OF EXISTING SINKS
– CHALKBOARD AND WALLBOARD MASTIC
– VAPOR BARRIERS
– MASTIC UNDER WOOD RAILINGS

SURFACING ASBESTOS CONTAINING MATERIALS

Sheet Size: 36"x24"

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

ACM LOCATIONS: 07-31-19

DRAWING No.

A
1



STAGE
AREA

MECHANICAL
ROOM

COMPUTER
HUB

MECHANICAL
ROOM

## PENTHOUSE PLAN
NOT TO SCALE

KEY — SURFACING ACM

JOINT COMPOUND
(INCLUDES SHEETROCK)
THROUGHOUT BUILDING

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIAL:
– EXTERIOR OF EXISTING SINKS
– CHALKBOARD AND WALLBOARD MASTIC
– VAPOR BARRIERS
– MASTIC UNDER WOOD RAILINGS

BUILDING
FOOTPRINT

SURFACING ASBESTOS CONTAINING MATERIALS

Sheet Size: 36"x24"

Guzek Associates.
401 Green Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-8724
E-Mail: paul@guzek.net

Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering

DRAWN BY:   CH
CHECKED BY:   BMT
JOB No.:   SSD 19_751
SCALE:   AS NOTED
DATE:   07/2019

DWG. TITLE:   2019 WEST SCRANTON INTERMEDIATE SCHOOL, RE-INSPECTION FLOOR PLANS

ISSUED or REVISED    DATE

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A
3

**ACM LOCATIONS: 07-31-19**



BUILDING
FOOTPRINT

AREA OCCUPIED BY:
THE WRIGHT CENTER

STOR.
66 S.F.

MEDICAL
ROOM #2
76 S.F.

MEDICAL
ROOM #3
76 S.F.

LOBBY

MECHANICAL
ROOM

TREAT
ROOM
214 S.F.

MEDICAL
ROOM #1
98 S.F.

MEDICAL
ROOM

MEDICAL
ROOM

WAITING
ROOM

MEDICAL
ROOM
168 S.F.

NURSE'S
OFFICE
98 S.F.

STAFF
OFFICE

MAIN ENTRANCE
VESTIBULE
207 S.F.

MEDICAL
ROOM

MEDICAL
ROOM

STORAGE
101 S.F.

MECH. PASSAGE

JAN.
LOCKER
ROOM
101 S.F.

STORAGE
ROOM
168 S.F.

SECRETARY'S
OFFICE
308 S.F.

MAIN
LOBBY

ELEVATOR
LOBBY

CONFERENCE
ROOM
192 S.F.

MAIN
OFFICE
242 S.F.

LOCKER
ATTENDANT
315 S.F.

BOY'S
LOCKER
ROOM
883 S.F.

ELEV.
LOBBY
82 S.F.

ELEV.
PASSAGEWAY
144 S.F.

PRINCIPAL'S
OFFICE
208 S.F.

EXIT PASSAGE
RIGHT SIDE

OFFICE
90 S.F.

STORAGE
No. 1
462 S.F.

ST-2

BOY'S
SHOWER
423 S.F.

ST-1

GIRL'S
SHOWER
423 S.F.

OFFICE
80 S.F.

POOL

STORAGE
777 S.F.

LOCKER
ATTENDANT
315 S.F.

GIRL'S
LOCKER
ROOM
883 S.F.

OFFICE
69 S.F.

## GROUND FLOOR PLAN
NOT TO SCALE – THERMAL ACM

### KEY – THERMAL ACM

NO THERMAL SYSTEM INSULATION
(TSI) WAS FOUND ON THIS LEVEL

ASSUMED ASBESTOS CONTAINING
THERMAL MATERIAL:
– GASKETS ON BOILER DOORS
IN MECHANICAL ROOM

THERMAL ASBESTOS CONTAINING MATERIALS

Sheet Size: 36"x24"

Guzek Associates.
461 Gwen Drive
Clarks Summit, PA 18411
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering
Phone: (570) 586-9799
FAX: (570) 586-6728   E-Mail: guzekassoc@aol.com

DATE:   07/2019

JOB No.   SSD 19_751   SCALE:   AS NOTED

DWG. TITLE   2019 WEST SCRANTON INTERMEDIATE SCHOOL RE-INSPECTION FLOOR PLANS

DRAWN BY:   BMT   CHECKED BY:   EH

ISSUED or REVISED   DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A
4

ACM LOCATIONS: 07-31-19



THERMAL ASBESTOS CONTAINING MATERIALS

## 1ST FLOOR PLAN
NOT TO SCALE

KEY — THERMAL ACM

NO THERMAL SYSTEM INSULATION
(TSI) WAS FOUND ON THIS LEVEL

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

Guzek Associates

DRAWING No.:
A
5

ACM LOCATIONS: 07-31-19

Sheet Size: 36"x24"



STAGE
AREA

MECHANICAL
ROOM

COMPUTER
HUB

MECHANICAL
ROOM

## PENTHOUSE PLAN
NOT TO SCALE

KEY – THERMAL ACM

NO THERMAL SYSTEM INSULATION
(TSI) WAS FOUND ON THIS LEVEL

BUILDING
FOOTPRINT

THERMAL ASBESTOS CONTAINING MATERIALS

Sheet Size 36"x24"

**ACM LOCATIONS: 07-31-19**

Guzek Associates.
435 Green Street
Clarks Summit, PA 18411
Mechanical, Electrical, Structural,
Environmental and Architectural
Engineering
Phone: (570) 586-5700
FAX: (570) 586-6733
E-Mail: guzekassoc@aol.com

DRAWN BY:      JOB No:    SCALE:      DATE:
CHECKED BY:    ON    SSD_19_201    AS NOTED    07/2019
BMT

DWG. TITLE: 2019 WEST SCRANTON INTERMEDIATE SCHOOL RE-INSPECTION FLOOR PLANS

ISSUED or REVISED       DATE

## Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

## Asbestos Management Plans

DRAWING No.:

A
6



AREA OCCUPIED BY:
THE WRIGHT CENTER

BUILDING
FOOTPRINT

MECHANICAL
ROOM

MECH.
PASSAGE

STORAGE
101 S.F.

JAN.
LOCKER
ROOM
101 S.F.

ELEVATOR
LOBBY

ELEV.
LOBBY

ELEV.
PASSAGEWAY
144 S.F.

STORAGE
No. 1
462 S.F.

MAIN ENTRANCE
VESTIBULE
207 S.F.

MAIN LOBBY

HALLWAY
CLOSET

LOCKER
ATTENDANT
315 S.F.

BOY'S
LOCKER
ROOM
883 S.F.

OFFICE
90 S.F.

STORAGE
ROOM
168 S.F.

SECRETARY'S
OFFICE
308 S.F.

BOY'S
SHOWER
423 S.F.

OFFICE
90 S.F.

CONFERENCE
ROOM
192 S.F.

MAIN
OFFICE
242 S.F.

GIRL'S
SHOWER
423 S.F.

OFFICE
90 S.F.

POOL

PRINCIPAL'S
OFFICE
206 S.F.

STORAGE
777 S.F.

GIRL'S
LOCKER
ROOM
883 S.F.

EXIT PASSAGE
RIGHT SIDE

LOCKER
ATTENDANT
315 S.F.

OFFICE
69 S.F.

## GROUND FLOOR PLAN
NOT TO SCALE

| KEY – MISCELLANEOUS ACM |
|---|
| 12"x12" FLOOR TILE & MASTIC |
| LINOLEUM, 1½ X 3' FLOOR TILE & MASTIC |
| ASSUMED ASBESTOS CONTAINING MISCELLANEOUS MATERIAL: – FLEX CONNECTIONS ON DUCT WORK |

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS

Sheet Size: 36"x24"

Guzek Associates
401 Grove Street
Clarks Summit, PA 18411
Phone: (570) 586-8700
FAX: (570) 586-8728
E-Mail: guz@epix.net
www.guzekassoc.com
Mechanical, Electrical, Structural, Environmental, and Architectural Engineering

ISSUED or REVISED
DATE

DRAWN BY:
CHECKED BY: Staff
DWG. No.: J28
ON: J28
SCALE: AS NOTED
DATE: 07/2009
DWG. TITLE: 2019 WEST SCRANTON INTERMEDIATE SCHOOL RE-INSPECTION FLOOR PLANS

## Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505
## Asbestos Management Plans

DRAWING No.:
A 7

ACM LOCATIONS: 07-31-19



MISCELLANEOUS ASBESTOS CONTAINING MATERIALS

## 1ST FLOOR PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

12"x12" FLOOR TILE & MASTIC

LAB TABLES, (TABLE TOPS)

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIAL:
— FLEX CONNECTIONS ON DUCT WORK

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A8

ACM LOCATIONS: 07-31-19

Sheet Size: 36"x24"



STAGE AREA

MECHANICAL ROOM

COMPUTER HUB

MECHANICAL ROOM

ST-1

## PENTHOUSE PLAN
NOT TO SCALE

| KEY – MISCELLANEOUS ACM |
|---|
| 12"x12" FLOOR TILE & MASTIC |

ASSUMED ASBESTOS CONTAINING SURFACING MATERIAL:
– FLEX CONNECTIONS ON DUCT WORK

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS

BUILDING FOOTPRINT

Guzek Associates

Mechanical, Electrical, Structural, Environmental, and Architectural Engineering

401 Green Street
College Summit, PA 19411

Phone: (570) 586-9799
FAX: (570) 384-6728

E-Mail: guz@guzekandbaer.com

DRAWN BY: BMF
CHECKED BY: ON
DWG. TITLE:

JOB No.:
SSD 19_791
SCALE: AS NOTED
DATE: 07/2019

2019 WEST SCRANTON INTERMEDIATE SCHOOL, RE-INSPECTION FLOOR PLANS

ISSUED or REVISED | DATE

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:

A
9

Sheet Size: 36"x24"

**ACM LOCATIONS: 07-31-19**

# APPENDIX B

# TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

## 2016 LABORATORY REPORTS

## 2016 CHAIN OF CUSTODY



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnaslab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041618644 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 07/08/2016  9:40 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 07/11/2016 - 07/12/2016 |
| | | **Collected Date:** | |
| **Project:** | SSD 16_751 West Intermidiate | | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| **Sample** | **Description** | **Appearance** | **% Fibrous** | **% Non-Fibrous** | **% Type** |
| 01<br>041618644-0001 | Boiler Room - Fiberglass Mastic | Tan/Green Fibrous Homogeneous | 20% Cellulose 20% Min. Wool | 60% Non-fibrous (Other) | None Detected |
| 02<br>041618644-0002 | Boiler Room - Fiberglass Mastic | Tan/Green Fibrous Homogeneous | 15% Min. Wool | 85% Non-fibrous (Other) | None Detected |
| 03<br>041618644-0003 | Boiler Room near Hot Water Tank - Duct Insulation Outer Layer | Brown/White Fibrous Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 04<br>041618644-0004 | Boiler Room near Hot Water Tank - Duct Insulation Inner Layer | Tan Fibrous Homogeneous | 75% Cellulose | 25% Non-fibrous (Other) | None Detected |
| 05<br>041618644-0005 | Boiler Room near Pit - Duct Insulation Outer Layer | White Fibrous Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 06<br>041618644-0006 | Boiler Room near Pit - Duct Insulation Inner Layer | Brown/Silver Fibrous Homogeneous | 60% Cellulose 10% Min. Wool | 30% Non-fibrous (Other) | None Detected |
| 07<br>041618644-0007 | Boiler Room - Interior Window Caulking | White/Yellow/Green Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08<br>041618644-0008 | Boiler Room - Interior Door Caulking | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09<br>041618644-0009 | Elevator Hallway outside Mechanical Room - 1x1 Ceiling Tile | Gray/White Fibrous Homogeneous | 60% Cellulose 30% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 10<br>041618644-0010 | Health Room Rear Exam - 2x4 Ceiling Tile with Brown Backing | Brown/Gray Fibrous Homogeneous | 50% Cellulose 30% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 11<br>041618644-0011 | Health Room Large Exam Room - 2x4 Ceiling Tile with Brown Backing | Tan/White Fibrous Homogeneous | 60% Cellulose 30% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 12 W<br>041618644-0012 | Health Room Shower Area - Ceiling Plaster (White) | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13 B<br>041618644-0013 | Health Room Shower Area - Ceiling Plaster (Base) | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 14<br>041618644-0014 | Student Activities - Ceiling Light Ceiling Tile | Gray/White Fibrous Homogeneous | 15% Cellulose 60% Min. Wool | 25% Non-fibrous (Other) | None Detected |
| 15<br>041618644-0015 | Front Entrance Ceiling over Driveway - Smooth 2x4 Ceiling Tile | Brown/White Fibrous Homogeneous | 20% Cellulose 10% Glass | 70% Non-fibrous (Other) | None Detected |

Initial Report From: 07/13/2016 07:15:34



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041618644 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 16 041618644-0016 | Front Entrance Ceiling over Driveway - Small Striation 2x4 Ceiling Tile | Tan/White Fibrous Homogeneous | 20% Cellulose 70% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 17 041618644-0017 | Lower Level Main Lobby below Main Staircase - Mastic Under Blue Carpet | Yellow Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18 041618644-0018 | Office Area Paper Storage Room - Black Mastic under Yellow Floor Tile | Black Fibrous Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 19 041618644-0019 | Main Staircase Landing - Joint Compound | White Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 20 041618644-0020 | Main Staircase Landing - Sheetrock | White Fibrous Homogeneous | 10% Glass | 90% Non-fibrous (Other) | None Detected |
| 21 041618644-0021 | Main Staircase Landing - Joint Compound | White Non-Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 22 041618644-0022 | Main Floor Top of Main Staircase on Wall Above - Popcorn Wall | Brown/White Fibrous Homogeneous | 10% Cellulose 3% Glass | 87% Non-fibrous (Other) | None Detected |
| 23 041618644-0023 | Woodshop Gas Furnace / Kiln - Outside Layer Pink | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24 041618644-0024 | Woodshop Gas Furnace / Kiln - Inside Layer Tan | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 25 041618644-0025 | Art / Photo Room - Cementitious Window Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26 041618644-0026 | Home Economics - Floor Leveler | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 27 041618644-0027 | Home Economics - Interior Door Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 28 041618644-0028 | Home Economics - Cementitious Exterior Window Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29 041618644-0029 | Home Economics - Window Sill (Slate) Interior | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30 041618644-0030 | Lambda House Office - Kick Molding Mastic | Brown Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 31 041618644-0031 | Hallway next to Peer Mediation Orange and Yellow Lockers - Joint Compound | White Fibrous Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 32 041618644-0032 | Hallway next to Peer Mediation Orange and Yellow Lockers - Sheetrock | Brown/White Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |

Initial Report From: 07/13/2016 07:15:34



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041618644 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 33 <br> 041618644-0033 | Mrs. Tunny's 8th Grade / Peer Mediation - Floor Leveler | Gray/White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 34 W <br> 041618644-0034 | THETA House - Plaster 1st Layer White | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 35 B <br> 041618644-0035 | THETA House - Plaster 2nd Layer Base | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 36 <br> 041618644-0036 | THETA House - Material Round Roof Fitting | Gray/White Fibrous Homogeneous | 50% Cellulose 30% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 37 <br> 041618644-0037 | Hallway next to Gymnasium - Orange and Yellow Lockers - Sheetrock | Brown/White Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 38 <br> 041618644-0038 | Hallway next to Gymnasium - Orange and Yellow Lockers - Joint Compound | White Fibrous Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 39 <br> 041618644-0039 | Gymnasium Storage Room - Interior Door Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 40 <br> 041618644-0040 | Gymnasium Hallway Janitors Closet - Interior Door Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 41 <br> 041618644-0041 | Hallway next to Gymnasium - Orange and Yellow Lockers - Joint Compound | White Fibrous Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 42 <br> 041618644-0042 | Hallway next to Gymnasium - Orange and Yellow Lockers - Sheetrock | Brown/Gray Fibrous Homogeneous | 15% Cellulose 5% Glass | 80% Non-fibrous (Other) | None Detected |
| 43 <br> 041618644-0043 | Hallway next to Gymnasium - Orange and Yellow Lockers - Expansion Joint | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 44 <br> 041618644-0044 | 2nd Floor Mechanical Room - Fiberglass Mastic Ends | White/Green Fibrous Homogeneous | 70% Cellulose | 30% Non-fibrous (Other) | None Detected |
| 45 <br> 041618644-0045 | 2nd Floor Mechanical Room - Fittings | Gray Fibrous Homogeneous | 30% Min. Wool | 70% Non-fibrous (Other) | None Detected |
| 46 W <br> 041618644-0046 | 2nd Floor Mechanical Room - Ductwork Insulation Outer Layer | White Fibrous Homogeneous | 95% Cellulose | 5% Non-fibrous (Other) | None Detected |
| 47 B <br> 041618644-0047 | 2nd Floor Mechanical Room - Ductwork Insulation Inner Layer | Brown/Silver Fibrous Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 48 <br> 041618644-0048 | PHI House (Orange) - Expansion Joint | Gray/White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 49 <br> 041618644-0049 | PHI House (Orange) Above Restroom Entrance - Joint Compound | White Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |

Initial Report From: 07/13/2016 07:15:34



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041618644 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 50 041618644-0050 | Stage Loft - Ceiling Plaster | Brown/White Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 51 041618644-0051 | Mechanical Room #2 - Above Stage - Wall Foam - Outer White Layer | White/Blue Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 52 041618644-0052 | Mechanical Room #2 - Above Stage - Wall Foam - Outer White Layer | White/Blue Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 53 041618644-0053 | Mechanical Room #2 - Above Stage - Wall Foam - Outer White Layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 54 W 041618644-0054 | Mechanical Room #2 - Above Stage - Ductwork Insulation Outer Layer | White Fibrous Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 55 B 041618644-0055 | Mechanical Room #2 - Above Stage - Ductwork Insulation Inner Layer | Brown/Silver Fibrous Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 56 041618644-0056 | Mechanical Room #2 - Above Stage - Cementitious Layer on Top of CMU Wall | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 57 041618644-0057 | Mechanical Room #2 - Above Stage - Cementitious Layer on Top of CMU Wall | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 58 041618644-0058 | Mechanical Room #2 - Above Stage - Cementitious Layer on Top of CMU Wall | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 59 041618644-0059 | Mechanical Room #2 - Above Stage - Cementitious Roof Drain Fitting | Gray Fibrous Homogeneous | 30% Min. Wool | 70% Non-fibrous (Other) | None Detected |
| 60 W 041618644-0060 | Mechanical Room #2 - Above Stage - Staircase Wall Interior Layer White | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 61 B 041618644-0061 | Mechanical Room #2 - Above Stage - Staircase Wall Interior Layer Base | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 62 041618644-0062 | Auditorium Rear Wall - Acoustical Fabric | Black Fibrous Homogeneous | 75% Cellulose | 25% Non-fibrous (Other) | None Detected |
| 63 W 041618644-0063 | Auditorium Rear - Ceiling 1st Layer White | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 64 B 041618644-0064 | Auditorium Rear - Ceiling 2nd Layer Base | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial Report From: 07/13/2016 07:15:34



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasbiab@EMSL.com

| EMSL Order: | 041618644 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 65 041618644-0065 | Peer Mediation Orange and Yellow Locker Hallway - Joint Compound | White Non-Fibrous Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 66 041618644-0066 | Peer Mediation Orange and Yellow Locker Hallway - Sheetrock | Brown/Gray Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 67 041618644-0067 | Exterior of Building (Lambda House) - Door Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 68 041618644-0068 | Exterior of Building (Lambda House) - Window Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 69 041618644-0069 | Exterior of Building (Lambda House) Corner of Building - Expansion Joint | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 70 041618644-0070 | Exterior of Building (Lambda House) Face of Building - Expansion Joint | Brown/Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 71 041618644-0071 | Exterior of Building (Lambda House) - Window Caulking | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 72 041618644-0072 | Exterior of Building (Lambda House) - Window Caulking | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 73 041618644-0073 | Exterior of Building (Lambda House) - Window Caulking | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

Alexis Kum (51)
Christina Shriver (7)
Rebecca Siegel (10)
William Bradford (5)

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial Report From: 07/13/2016 07:15:34



**Asbestos Bulk Building Material**
**Chain of Custody**
EMSL Order Number Admin Use Only

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

EMSL ANALYTICAL, INC.
LABORATORY · PRODUCTS · TRAINING

2016 JUL -8 A 10:40

**Company :** Guzek Associates, Inc.

EMSL-Bill to: ☐ Same   ☐ Different
If Bill to is Different note instructions in Comments**

**Street:** 401 Davis Street

*Third Party Billing requires written authorization from third party*

**City:** Clarks Summit   **State/Province:** PA   **Zip/Postal Code:** 18414   **Country:** U.S.A.

**Report To (Name):** Chris Notari   **Telephone #:** 570-586-9700

**Email Address:** guzekassoc@aol.com   **Fax #:** 570-586-6728   **Purchase Order:**

**Project Name/Number:** SSD 16_751 West Intermidiate   **Please Provide Results:** ☐ Fax  ☒ Email

**U.S. State Samples Taken:** Pennsylvania   **CT Samples:** ☐ Commercial/Taxable  ☐ Residential/Tax Exempt

| Turnaround Time (TAT) Options* – Please Check | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☒ 96 Hour | ☐ 1 Week | ☐ 2 Week |

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign
an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| PLM - Bulk (reporting limit) | TEM – Bulk |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | Other |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ Check For Positive Stop – Clearly Identify Homogenous Group   |   Date Sampled: 07-07-2016

**Samplers Name:** Chris Notari / Brent Tripp   **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Boiler Room | Fiberglass Mastic |
| 02 | | Boiler Room | Fiberglass Mastic |
| 03 | | Boiler Room  - Near Hot Water Tank | Duct Insulation - Outer Layer |
| 04 | | Boiler Room  - Near Hot Water Tank | Duct Insulation - Inner Layer |
| 05 | | Boiler Room  - Near Pit | Duct Insulation - Outer Layer |
| 06 | | Boiler Room  - Near Pit | Duct Insulation - Inner Layer |
| 07 | | Boiler Room | Interior Window Caulking |
| 08 | | Boiler Room | Interior Door Caulking |
| 09 | | Elevator Hallway, Outside Mechanical Room | 1X1 Ceiling Tile |
| 10 | | Health Room - Rear Exam Room | 2X4 Ceiling Tile with Brown Backing |

| Client Sample # (s): | - | Total # of Samples: Seventy-Three (73) |
|---|---|---|

| Relinquished (Client): | Date: 07-07-2016 | Time: 3:00 PM |
|---|---|---|
| Received (Lab): | Date: 7/8/16 | Time: 0940 |

**Comments/Special Instructions:**

Controlled Document – Asbestos COC – R6 – 11/29/2012

Page 1 of ___4___ pages



**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only): CINNAMINSON, NJ

**EMSL ANALYTICAL, INC.**
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

2016 JUL -8 A 10: 40

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 | | Health Room - Large Exam Room | 2X4 Ceiling Tile with Brown Backing |
| 12 W | | Health Room Shower Area | Ceiling Plaster (White) |
| 13 B | | Health Room Shower Area | Ceiling Plaster (Base) |
| 14 | | Student Activities | Ceiling Light, Ceiling Tile |
| 15 | | Front Entrance Ceiling over driveway | Smooth 2X4 Ceiling Tile |
| 16 | | Front Entrance Ceiling over driveway | Small Striation 2X4 Ceiling Tile |
| 17 | | Lower Level - Main Lobby below Main Staircase | Mastic Under Blue Carpet |
| 18 | | Office Area - Paper Storage Room | Black Mastic under Yellow Floor Tile |
| 19 | | Main Staircase Landing | Joint Compound |
| 20 | | Main Staircase Landing | Sheetrock |
| 21 | | Main Staircase Landing | Joint Compound |
| 22 | | Main Floor - Top of Main Staircase on Wall above | Popcorn Wall |
| 23 | | Woodshop - Gas Furnace / Kiln | Outside Layer - Pink |
| 24 | | Woodshop - Gas Furnace / Kiln | Inside Layer - Tan |
| 25 | | Art / Photo Room | Cementitious Window Caulking |
| 26 | | Home Economics | Floor Leveler |
| 27 | | Home Economics | Interior Door Caulking |
| 28 | | Home Economics | Cementitious Exterior Window Caulking |
| 29 | | Home Economics | Window Sill (Slate) - Interior |
| 30 | | Lambda House - Office | Kick Molding Mastic |
| 31 | | Hallway next to Peer Mediation - Orange & Yellow Lockers | Joint Compound |
| 32 | | Hallway next to Peer Mediation - Orange & Yellow Lockers | Sheetrock |
| 33 | | Mrs. Tunny's 8th Grade / Peer Mediation | Floor Leveler |
| 34 W | | THETA House | Plaster - 1st Layer (White) |

**\*Comments/Special Instructions:**

Controlled Document – Asbestos COC – R8 – 11/29/2012

OrderID: 041618644



# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only)

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

RECEIVED
EMSL
CINNAMINSON, NJ
2016 JUL -8 A 10: 40

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|----------|------|-----------------|----------------------|
| 35 B | | Theta House | Plaster – 2nd Layer (Base) |
| 36 | | Theta House | Material Round Roof Fitting |
| 37 | | Hallway next to Gymnasium – Orange & Yellow Lockers | Sheetrock |
| 38 | | Hallway next to Gymnasium – Orange & Yellow Lockers | Joint Compound |
| 39 | | Gymnasium Storage Room | Interior Door Caulking |
| 40 | | Gymnasium  Hallway, Janitors Closet | Interior Door Caulking |
| 41 | | Hallway next to Gymnasium – Orange & Yellow Lockers | Joint Compound |
| 42 | | Hallway next to Gymnasium – Orange & Yellow Lockers | Sheetrock |
| 43 | | Hallway next to Gymnasium – Orange & Yellow Lockers | Expansion Joint |
| 44 | | 2nd Floor Mechanical Room | Fiberglass Mastic Ends |
| 45 | | 2nd Floor Mechanical Room | Fittings |
| 46 W | | 2nd Floor Mechanical Room | Ductwork Insulation - Outer Layer |
| 47 B | | 2nd Floor Mechanical Room | Ductwork Insulation - Inner Layer |
| 48 | | PHI House (Orange) | Expansion Joint |
| 49 | | PHI House (Orange) - Above Rest Room Entrance | Joint Compound |
| 50 | | Stage Loft | Ceiling Plaster |
| 51 | | Mechanical Room #2, Above Stage | Wall Foam - Outer White Layer |
| 52 | | Mechanical Room #2, Above Stage | Wall Foam - Outer White Layer |
| 53 | | Mechanical Room #2, Above Stage | Wall Foam - Outer White Layer |
| 54 W | | Mechanical Room #2, Above Stage | Ductwork Insulation - Outer Layer |
| 55 B | | Mechanical Room #2, Above Stage | Ductwork Insulation - Inner Layer |
| 56 | | Mechanical Room #2, Above Stage | Cementitious Layer on top of CMU Wall |
| 57 | | Mechanical Room #2, Above Stage | Cementitious Layer on top of CMU Wall |
| 58 | | Mechanical Room #2, Above Stage | Cementitious Layer on top of CMU Wall |

**\*Comments/Special Instructions:**

Page __3__ of __4__ pages



EMSL ANALYTICAL, INC.

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):

2016 JUL -8 A 10 40

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 59 | | Mechanical Room #2, Above Stage | Cementitious Roof Drain Fitting |
| 60 W | | Mechanical Room #2, Above Stage | Staircase Wall - Interior Layer (White) |
| 61 B | | Mechanical Room #2, Above Stage | Staircase Wall - Exterior Layer (Base) |
| 62 | | Auditorium - Rear Wall | Acoustical Fabric |
| 63 W | | Auditorium - Rear | Ceiling - 1st Layer (White) |
| 64 B | | Auditorium - Rear | Ceiling - 2nd Layer (Base) |
| 65 | | Peer Mediation - Orange & Yellow Locker Hallway | Joint Compound |
| 66 | | Peer Mediation - Orange & Yellow Locker Hallway | Sheetrock |
| 67 | | Exterior of Building (Lambda House) | Door Caulking |
| 68 | | Exterior of Building (Lambda House) | Window Caulking |
| 69 | | Exterior of Building (Lambda House) - Corner of Building | Expansion Joint |
| 70 | | Exterior of Building (Lambda House) - Face of Building | Expansion Joint |
| 71 | | Exterior of Building (Lambda House) | Window Caulking |
| 72 | | Exterior of Building (Theta House) | Window Caulking |
| 73 | | Exterior of Building (Theta House) | Window Caulking |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*Comments/Special Instructions:**

Page __4__ of __4__ pages



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnaslab@EMSL.com

| | |
|---|---|
| EMSL Order: | 041608642 |
| Customer ID: | CLAG50 |
| Customer PO: | 040516 |
| Project ID: | |

| | | | |
|---|---|---|---|
| **Attention:** | Joseph Guzek | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 04/06/2016  9:50 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 04/06/2016 |
| | | **Collected Date:** | 04/05/2016 |
| **Project:** | SSDWestInt | | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01<br>041608642-0001 | Kitchen area-Above ceiling - TSI-Silver/brown paper/cloth over fiberglass insulation | Brown/Silver Fibrous Homogeneous | 80% Cellulose<br>10% Glass | 10% Non-fibrous (Other) | None Detected |
| 02<br>041608642-0002 | Kitchen area-Above ceiling - TSI-Cementitious elbow | Gray Fibrous Homogeneous | 30% Glass | 70% Non-fibrous (Other) | None Detected |
| 03<br>041608642-0003 | Kitchen area-Above ceiling - TSI-Cementitious fitting | Gray Fibrous Homogeneous | 30% Glass | 70% Non-fibrous (Other) | None Detected |
| 04<br>041608642-0004 | Kitchen area-Above ceiling - TSI-Cementitious elbow | Brown Fibrous Homogeneous | 30% Min. Wool | 70% Non-fibrous (Other) | None Detected |
| 05<br>041608642-0005 | Kitchen area-Above ceiling - TSI-Paper/cloth coating over fiberglass | Brown Fibrous Homogeneous | 70% Cellulose<br>15% Glass | 15% Non-fibrous (Other) | None Detected |
| 06<br>041608642-0006 | Kitchen area-Above ceiling - TSI-Mastic packing over fiberglass ends | Gray Fibrous Homogeneous | 15% Glass | 85% Non-fibrous (Other) | None Detected |
| 07<br>041608642-0007 | Kitchen area-Above ceiling - TSI-Cementitious fitting | Gray Fibrous Homogeneous | 40% Min. Wool | 60% Non-fibrous (Other) | None Detected |
| 08<br>041608642-0008 | Kitchen area-Above ceiling - TSI-Paper/cloth over cementitious fitting | White Fibrous Homogeneous | 90% Cellulose | 10% Non-fibrous (Other) | None Detected |

Analyst(s)

Kelly Mulholland (5)
Steven Quinn (3)

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL.  EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government .  Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis.  Samples received in good condition unless otherwise noted.  Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial Report From: 04/06/2016 13:56:10

EMSL Analytical, Inc.
200 Route 130 North

## Asbestos Bulk Building Material Chain of Custody
EMSL Order Number *(Lab Use Only)*:

**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

Cinnaminson, NJ 08077
PHONE: 1-800-220-3675
FAX: (856) 786-5974

| | |
|---|---|
| **Company :** Guzek Associates, Inc. | **EMSL-Bill to:** ☐ Same ☑ Different |
| **Street:** 401 Davis Street | *If Bill to is Different note instructions in Comments** |
| **City:** Clarks Summit   **State/Province:** PA | *Third Party Billing requires written authorization from third party* |

| | |
|---|---|
| **City:** Clarks Summit   **State/Province:** PA | **Zip/Postal Code:** 18411   **Country:** US |
| **Report To (Name):** Joseph Guzek | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728     **Purchase Order:** 040516 |
| **Project Name/Number:** SSDWestInt | **Please Provide Results:** ☐ Fax  ✓ Email  ☐ Mail |
| **U.S. State Samples Taken:** PA | **CT Samples:** ☐ Commercial/Taxable  ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* – Please Check**

| ☐ 3 Hour | ■ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule. *There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service.   Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.*

| **PLM - Bulk** (reporting limit) | **TEM – Bulk** |
|---|---|
| ■ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ Check For Positive Stop – Clearly Identify Homogenous Group     **Date Sampled:** 04/05/16

**Samplers Name:** Chris Notari          **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Kitchen Area - Above Ceiling - Silver/Brown Paper/cloth over Fiberglass Insulation | TSI |
| 02 | | Kitchen Area - Above Ceiling - Cementitious elbow | TSI |
| 03 | | Kitchen Area - Above Ceiling - Cementitous fitting | TSI |
| 04 | | Kitchen Area - Above Ceiling - Cementitious elbow | TSI |
| 05 | | Kitchen Area - Above Ceiling - Paper/cloth coating over fiberglass | TSI |
| 06 | | Kitchen Area - Above Ceiling - Mastic packing over fiberglass ends | TSI |
| 07 | | Kitchen Area - Above Ceiling - Cementitious fitting | TSI |
| 08 | | Kitchen Area - Above Ceiling - Paper/cloth over cementitious fitting | TSI |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **Client Sample # (s):** 01 - 08 | | **Total # of Samples:** 8 | |
| **Relinquished (Client):** | **Date:** 4/6/16 | **Time:** | |
| **Received (Lab):** | **Date:** | **Time:** | |
| **Comments/Special Instructions:** | | | |

Page 1 of _____ pages