# EXHIBIT L

# 3-YEAR ASBESTOS
# INSPECTION REPORT

..............................................................................
..............................................................................

# JOHN G. WHITTIER
# ELEMENTARY SCHOOL
# SCRANTON, PA

( NATIVITY - ANNEX BUILING )

prepared for:

## SCRANTON SCHOOL DISTRICT
## 425 North Washington Avenue
## Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

July 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**      EXECUTIVE SUMMARY

**SECTION 2**      INTRODUCTION

**SECTION 3**      BUILDING DISCRIPTION

**SECTION 4**      METHODS

**SECTION 5**      RE-INSPECTION FINDINGS

**SECTION 6**      RE-INSPECTION RESULTS

**SECTION 7**      RECOMMENDATIONS

**SECTION 8**      ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**     HOMOGENEOUS SAMPLING CHART,
                   RESPONSE ACTION BASED ON HAZARD RANK,
                   & ASBESTOS CONTAINING BUILDING MATERIAL
                   (ACBM) LOCATION DRAWINGS

**APPENDIX B**     PLM SAMPLE ANALYSIS RESULTS
                   & CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## JOHN G. WHITTIER ELEMENTARY SCHOOL (ANNEX BUILDING)

### SECTION 1    EXECUTIVE SUMMARY

An Asbestos Materials Inspection Survey was conducted on July 15, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials.  The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028)

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.    Asbestos-containing Materials

1.    All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

2.    Recommendations

Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

### SECTION 2  INTRODUCTION

An Asbestos Materials Inspection of the John G. Whittier Elementary School (Annex Building) was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and John G. Whittier Elementary School (Annex Building) Administration Office.

## SECTION 3  BUILDING DISCRIPTION

John G. Whittier Elementary School (Annex Building), located at 638 Hemlock Street, Scranton, PA is a wood and masonry building constructed approximately 1903.  The building consists of a basement and three (3) floors, and contains approximately 40,000 square feet of floor area.

## SECTION 4  METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.    2016 3-Year Re-inspection Report
2.    AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5  REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

## SECTION 6  INSPECTION RESULTS

A.     Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the Inspection report for John G. Whittier Elementary School (Annex Building) conducted by Guzek Associates, Inc..  This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report is included in Appendix B.

Note:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1. Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, drinking water fountains, wall and ceiling chases – no access at time of inspection.

2. Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

3. Fire Doors

4. Roofing Materials (including Flashing and Tar)

5. Electric wiring insulation maybe present


Materials That Were Tested and Found Not to Contain Asbestos

- All layers of hard wall and ceiling plasters
- Boiler Breeching
- Boiler Room Ceiling
- Brown thin linoleum like layer under carpet in classrooms
- Wall block
- Textured plaster (Kitchen Area)
- Gypsteel
- Ceiling block in attic
- Window sill tar paper
- 2'x2' & 2'x4' ceiling tile

## SECTION 7            RECOMMENDATIONS

A.  Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B.  All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the John G. Whittier Elementary School (Annex Building).

C.  All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

1.  Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

2.  The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

## SECTION 8            ASBESTOS INPECTOR ACCREDIDATION

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| Course Date | Exam Date | Expiration Date |

| Not Provided | ACC-0719-6-005 | Mark K. Schläger |
|---|---|---|
| Social Security Number | Certificate Number | Training Director |

# APPENDIX A

# REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District    Building: John G. Whittier Elementary School (Annex Building)    Dates of Original AHERA Inspection: July, 1988    Page 1 of 2

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Boiler Room | Fittings/Pipe Insulation (Approx. 8 - 15 Fittings) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | N/A | N/A | N/A | Removed (12/2016) No Documentation was provided by District |
| Basement, Storage Room | Fittings/Pipe Insulation (Approx. 20 - 25 Fittings) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | N/A | N/A | N/A | Removed (12/2016) No Documentation was provided by District |
| 1st Floor, Kitchen | Fittings/Pipe Insulation (Indeterminate) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | - Insulation is visible inside ceiling |
| 1st Floor, Storage Under Steps | Black Tar Coating (Approx. 120 SQ FT) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | |
| 2nd Floor, Nurse's Office | 12"x12" Floor Tile & Mastic (Approx. 140 SQ FT) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | - Mastic Assumed |
| 2nd Floor, Room 205 (Closet) | Fittings/Pipe Insulation (Approx. 8 LF of Insulation) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | |
| 2nd Floor, Room 210 & Open Hole in closet ceiling | Fittings/Pipe Insulation (Approx. 10 LF of Insulation) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 6 | 2 | |
| 2nd Floor, Boy's Restroom | Fittings/Pipe Insulation (Approx. 2 - 5 Fittings) (Approx. 2 LF of Insulation) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | N/A | N/A | N/A | - Removed, No Documentation was provided by District. (Additional TSI may exists in this area) |
| 2nd Room, Room 211 | 12"x12" Floor Tile & Mastic (Approx. 1,200 SQ FT) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | - Mastic Assumed |
| 3rd Floor, Room 305 & Closet | Fittings/Pipe Insulation (Approx. 5 - 10 Fittings) | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | N/A | N/A | N/A | - Removed, No Documentation was provided by District. (Additional TSI may exists in closet) |
| Throughout Building | Ductwork Flex Connections | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | - 3rd Floor, Girls restroom Janitor's Closet (Significantly Damaged, Remove) |
| Throughout Building | Mastic Behind Chalkboards, panels, and wallboards, etc. | TSI<br>SURFACE<br>Misc. | Assumed<br>or<br>Analyzed | F<br>NF-1<br>NF-2 | G<br>D<br>SD | 2 | 6 | - Not accessible during inspection |

Information abstracted by: Christopher Notari in July, 2019

Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA

Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

*Guzek Associates, Inc.* - **HOMOGENEOUS SAMPLING CHART**

Scranton School District    Building: John G. Whittier Elementary School (Annex Building)    Dates of Original AHERA Inspection: July, 1988    Page 2 of 2

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| | Window Frame Caulking (Indeterminate) | TSI / SURFACE / **Misc.** | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 4 | 4 | - Was reported by Lab as <1%. If disturbed more testing is required |
| | Window Glazing (Indeterminate) | TSI / SURFACE / **Misc.** | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 3 | 5 | |
| | Textured Sink Coating on Exterior Base of Sinks | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 1 | 7 | |
| | Mastic Behind Marble Walls (Indeterminate) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | F / **NF-1** / NF-2 | G / D / SD | 1 | 7 | |
| Throughout Building | Fittings /Pipe Insulation (Indeterminate) | **TSI** / SURFACE / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / D / SD | 2 | 6 | May exist behind, sink, water fountains, chases, ceilings, walls, and between floors |
| | Fire Doors (Indeterminate) | TSI / **SURFACE** / Misc. | Assumed or **Analyzed** | **F** / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | Boiler Room Fire Door | TSI / **SURFACE** / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | 1st Floor, Stage Curtain | TSI / **SURFACE** / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 5 | 3 | |
| Throughout Building, Mechanical Rooms | Gasketing Material | TSI / **SURFACE** / Misc. | **Assumed** or Analyzed | **F** / NF-1 / NF-2 | G / D / SD | 1 | 7 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: Christopher Notari in July, 2019
Friability:   F = Friable,   NF-1 = Non-Friable,   NF-2 = Non-Friable
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

Building Inspector's Certification No.: 027028-PA
Assessment:   G = Good,   D = Damaged,   SD = Significantly Damaged

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage. O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM. Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

SURFACING ASBESTOS CONTAINING MATERIALS





| KEY — SURFACING ACM |
| --- |
| NO SURFACING ACBM WAS FOUND ON THIS LEVEL |

## BASEMENT PLAN
NOT TO SCALE

| KEY — SURFACING ACM |
| --- |
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS: |
| 1. EXTERIOR COATING ON SINKS |

## 1ST FLOOR PLAN
NOT TO SCALE

Sheet Size: 36"x24"

Guzek Associates
461 Quasi Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-6252
E-Mail: guzekpe@msn.com

Mechanical, Electrical, Structural, Environmental, and Architectural Engineering

DATE: 07/15/2019
SCALE: AS NOTED
DWG. TITLE: SURFACING FLOOR PLANS

DRAWN BY: RMF
CHECKED BY: CH
JOB No.: 550_16_751

2019, JOHN G. WHITTIER ELEMENTARY SCHOOL (Main Building) FLOOR PLANS

ISSUED or REVISED          DATE

### Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

## Asbestos Management Plans

DRAWING No.:

A
1

**ACM LOCATIONS: 07-15-2019**



## 2ND FLOOR PLAN
NOT TO SCALE

**KEY – SURFACING ACM**

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. EXTERIOR COATING ON SINKS



## 3RD FLOOR PLAN
NOT TO SCALE

**KEY – SURFACING ACM**

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. EXTERIOR COATING ON SINKS

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates.
DWG. TITLE: 2016 JOHN G. WHITTIER ELEMENTARY SCHOOL (Annex Building) FLOOR PLANS

DRAWING No.
A2

ACM LOCATIONS: 07-15-2019

THERMAL ASBESTOS CONTAINING MATERIALS





HIGH PROBABILITY CEMENTITIOUS
FITTINGS MAY EXIST IN THESE AREAS

KEY — THERMAL ACM
CEMENTITIOUS
INSULATION
AND FITTINGS

## BASEMENT PLAN
NOT TO SCALE

KEY — THERMAL ACM
CEMENTITIOUS
INSULATION
AND FITTINGS

## 1ST FLOOR PLAN
NOT TO SCALE



NOTE: CEMENTITIOUS INSULATION AND FITTINGS MAY EXIST IN SEALED CEILING, WALLS, ETC.

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates.

DWG. TITLE: 2016 JOHN C. WHITTEN ELEMENTARY SCHOOL (Annex Building) FLOOR PLANS

DRAWING No.:
**A3**

**ACM LOCATIONS: 07-15-2019**

THERMAL ASBESTOS CONTAINING MATERIALS





KEY – THERMAL ACM
CEMENTITIOUS INSULATION AND FITTINGS

## 2ND FLOOR PLAN
NOT TO SCALE

KEY – THERMAL ACM
CEMENTITIOUS INSULATION AND FITTINGS

## 3RD FLOOR PLAN
NOT TO SCALE

NOTE: CEMENTITIOUS INSULATION AND FITTINGS MAY EXIST IN SEALED CEILING, WALLS, ETC.



**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates

DWG. TITLE: 2016 JOHN G. WHITTIER ELEMENTARY SCHOOL (Annex Building) FLOOR PLANS

DRAWING No.:
A 4

ACM LOCATIONS: 07-15-2019

Sheet Size: 36"x24"

## MISCELLANEOUS ASBESTOS CONTAINING MATERIALS





KEY — MISCELLANEOUS ACM

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. OLD ELECTRICAL WIRING
2. MARBLE MASTIC

## BASEMENT PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

▨ STAGE CURTAIN (ASSUMED)

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. INTERIOR WINDOW CAULKING

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. CHALKBOARD MASTIC
2. MARBLE MASTIC
3. DUCTWORK FLEX CONNECTIONS
4. OLD ELECTRICAL WIRING

## 1ST FLOOR PLAN
NOT TO SCALE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:
A
5

Sheet Size: 36"x24"

**ACM LOCATIONS: 07-15-2019**

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS





## 2ND FLOOR PLAN
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**

12"x12" FLOOR TILE & MASTIC

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. INTERIOR WINDOW CAULKING

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. CHALKBOARD MASTIC
2. MARBLE MASTIC
3. DUCTWORK FLEX CONNECTIONS
4. OLD ELECTRICAL WIRING

## 3RD FLOOR PLAN
NOT TO SCALE

**KEY — MISCELLANEOUS ACM**

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. INTERIOR WINDOW CAULKING

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:

1. CHALKBOARD MASTIC
2. MARBLE MASTIC
3. DUCTWORK FLEX CONNECTIONS
4. OLD ELECTRICAL WIRING

**ACM LOCATIONS: 07-15-2019**

Sheet Size: 36"x24"

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.
A6

DRAWN BY: RMF   CHECKED BY: CN   SCALE: AS NOTED   DATE: 07/15/2019
DWG. TITLE: 2016 JOHN G. WHITTIER ELEMENTARY SCHOOL (Annex Building) FLOOR PLANS
SSD 16_231

*Guzek Associates.*
451 Davis Street
Clarks Summit, PA 18411
Mechanical, Electrical, Structural,
Environmental and Architectural
Engineering
Phone: (570) 586-9700
FAX: (570) 586-9722
E-Mail: guzek@guzek.com

# APPENDIX B

## TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

### 2016 LABORATORY REPORT

### 2016 CHAIN OF CUSTODY

# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnaslab@EMSL.com

| | |
|---|---|
| EMSL Order: | 041624880 |
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

| | |
|---|---|
| **Attention:** Chris Notari | **Phone:** (570) 586-9700 |
| Guzek Associates, Inc. | **Fax:** (570) 586-6728 |
| 401 Davis Street | **Received Date:** 09/06/2016 8:55 AM |
| Clarks Summit, PA 18411 | **Analysis Date:** 09/10/2016 - 09/12/2016 |
| | **Collected Date:** 08/31/2016 |
| **Project:** SSD 16_751 Nativity (Whittier Elem) | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01W 041624880-0001 | 1st floor, main lobby - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02B 041624880-0002 | 1st floor, main lobby - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03W 041624880-0003 | 1st floor, main lobby - Plaster white layer (1 layer) | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04B 041624880-0004 | 1st floor, main lobby - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 05 041624880-0005 | Basement-Coal storage room - Ceiling plaster (1 layer) | Gray Fibrous Homogeneous | 5% Hair | 95% Non-fibrous (Other) | None Detected |
| 06 041624880-0006 | Basement-Coal storage room - Floor material | Tan/Black Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 07 041624880-0007 | Basement-Coal storage room - Floor debris | Gray Fibrous Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 08 041624880-0008 | Basement, boiler room-Boiler No. 1 - Boiler breeching (outer layer) | Beige Fibrous Homogeneous | 60% Cellulose | 40% Non-fibrous (Other) | None Detected |
| 09 041624880-0009 | Basement, boiler room-Boiler No. 1 - Boiler breeching (inner layer) | Tan Fibrous Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 10 041624880-0010 | Basement, boiler room-Boiler No. 1 - Boiler breeching (outer layer) | Beige Fibrous Homogeneous | 60% Cellulose | 40% Non-fibrous (Other) | None Detected |
| 11 041624880-0011 | Basement, boiler room-Boiler No. 1 - Boiler breeching (inner layer) | Tan Fibrous Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 12 041624880-0012 | Basement, boiler room-Boiler No. 2 - Boiler breeching (outer layer) | White Fibrous Homogeneous | 60% Cellulose | 40% Non-fibrous (Other) | None Detected |
| 13 041624880-0013 | Basement, boiler room-Boiler No. 2 - Boiler breeching (inner layer) | Tan Fibrous Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 14A 041624880-0014 | Basement, boiler room-Boiler No. 2 - Boiler breeching (outer layer) | Beige Fibrous Homogeneous | 60% Cellulose | 40% Non-fibrous (Other) | None Detected |

Initial report from: 09/12/2016 15:36:04



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041624880 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

## *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 15B<br><br>041624880-0015 | Basement, boiler room-Boiler No. 2 - Boiler breeching (inner layer) | Tan<br>Fibrous<br>Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 16<br><br>041624880-0016 | Basement, boiler room - Mastic on fiberglass ends | Brown/Yellow<br>Fibrous<br>Homogeneous | 5% Glass | 95% Non-fibrous (Other) | None Detected |
| *Result includes a small amount of inseparable attached material* | | | | | |
| 17<br><br>041624880-0017 | Basement, boiler room - Mastic on fiberglass ends | Brown/Yellow<br>Fibrous<br>Homogeneous | 5% Glass | 95% Non-fibrous (Other) | None Detected |
| *Result includes a small amount of inseparable attached material* | | | | | |
| 18<br><br>041624880-0018 | Basement, boiler room - Mastic on fiberglass ends | Brown/Yellow<br>Fibrous<br>Homogeneous | 5% Glass | 95% Non-fibrous (Other) | None Detected |
| *Result includes a small amount of inseparable attached material* | | | | | |
| 19W<br><br>041624880-0019 | Basement, boiler room (above steps) - Ceiling plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 20B<br><br>041624880-0020 | Basement, boiler room (above steps) - Ceiling plaster base layer | Gray<br>Fibrous<br>Homogeneous | 3% Cellulose | 97% Non-fibrous (Other) | None Detected |
| 21W<br><br>041624880-0021 | Basement, boiler room (above incinerator) - Ceiling plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22B<br><br>041624880-0022 | Basement, boiler room (above incinerator) - Ceiling plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23W-Plaster<br><br>041624880-0023 | Gymnasium - Block wall white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23W-Texture<br><br>041624880-0023A | Gymnasium - Block wall white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24B<br><br>041624880-0024 | Gymnasium - Block wall base layer | Tan<br>Fibrous<br>Homogeneous | 60% Min. Wool | 40% Non-fibrous (Other) | None Detected |
| 25W-Plaster<br><br>041624880-0025 | Gymnasium - Block wall white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 25W-Texture<br><br>041624880-0025A | Gymnasium - Block wall white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26B<br><br>041624880-0026 | Gymnasium - Block wall base layer | Tan<br>Fibrous<br>Homogeneous | 60% Min. Wool | 40% Non-fibrous (Other) | None Detected |
| 27TP<br><br>041624880-0027 | Kitchen - Textured plaster | White/Beige<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 28W<br><br>041624880-0028 | Kitchen - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 09/12/2016 15:36:04



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041624880 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 29B <br> *041624880-0029* | Kitchen - Plaster base layer | Gray <br> Fibrous <br> Homogeneous | 3% Cellulose | 97% Non-fibrous (Other) | None Detected |
| 30TP <br> *041624880-0030* | Kitchen - Textured plaster | Beige <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 31W <br> *041624880-0031* | Kitchen - Plaster white layer | White <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 32B <br> *041624880-0032* | Kitchen - Plaster base layer | Gray <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33TP <br> *041624880-0033* | Kitchen - Textured plaster | Beige <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 34W <br> *041624880-0034* | Kitchen - Plaster white layer | White <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 35B <br> *041624880-0035* | Kitchen - Plaster base layer | Gray <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 36 <br> *041624880-0036* | Ladies restroom off of gym, storage room - 2x2 ceiling tile | Gray/White <br> Fibrous <br> Homogeneous | 50% Cellulose <br> 30% Min. Wool | 20% Non-fibrous (Other) | None Detected |
| 37 <br> *041624880-0037* | Ladies restroom off of gym - 2x4 ceiling tile | Gray/White <br> Fibrous <br> Homogeneous | 60% Cellulose <br> 30% Min. Wool | 10% Non-fibrous (Other) | None Detected |
| 38W <br> *041624880-0038* | Ladies restroom off of gym - Plaster white layer | White <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 39B <br> *041624880-0039* | Ladies restroom off of gym - Plaster base layer | Gray <br> Non-Fibrous <br> Homogeneous | 2% Cellulose | 98% Non-fibrous (Other) | None Detected |
| 40W <br> *041624880-0040* <br> limited sample | Staircase A, storage room - Wall plaster white layer | White <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 41B-Plaster <br> *041624880-0041* | Staircase A, storage room - Wall plaster base layer | Gray <br> Fibrous <br> Homogeneous | 5% Hair | 95% Non-fibrous (Other) | None Detected |
| 41B-Plaster 2 <br> *041624880-0041A* | Staircase A, storage room - Wall plaster base layer | Brown <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 42W <br> *041624880-0042* <br> limited sample | Staircase A, storage room - Wall plaster white layer | White <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 43B-Plaster <br> *041624880-0043* | Staircase A, storage room - Wall plaster base layer | Gray <br> Fibrous <br> Homogeneous | 2% Cellulose <br> 2% Hair | 96% Non-fibrous (Other) | None Detected |
| 43B-Plaster 2 <br> *041624880-0043A* | Staircase A, storage room - Wall plaster base layer | Brown <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 44W <br> *041624880-0044* | Staircase A, storage room - Wall plaster white layer | White <br> Non-Fibrous <br> Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 09/12/2016 15:36:04



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041624880 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 45B-Plaster<br>041624880-0045 | Staircase A, storage room - Wall plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 45B-Plaster 2<br>041624880-0045A | Staircase A, storage room - Wall plaster base layer | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 46<br>041624880-0046 | 2nd floor, hallway-Exterior of building - Exterior window caulking | Gray/White<br>Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 47<br>041624880-0047 | 2nd floor, hallway-Exterior of building - Exterior window glazing | Gray/White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 48<br>041624880-0048 | 2nd floor, office restroom - Exterior window caulking | Gray/White<br>Non-Fibrous<br>Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 49<br>041624880-0049 | 2nd floor, office restroom - Exterior window glazing | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 50W<br>041624880-0050 | 2nd floor, Room 206 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 51B<br>041624880-0051 | 2nd floor, Room 206 - Plaster base layer | Gray<br>Fibrous<br>Homogeneous | 2% Cellulose<br>2% Hair | 96% Non-fibrous (Other) | None Detected |
| 52-Brown Layer<br>041624880-0052 | 2nd floor, Room 208 - Brown layer under carpet | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 52-Mastic<br>041624880-0052A | 2nd floor, Room 208 - Brown layer under carpet | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 53W<br>041624880-0053 | 2nd floor, Room 210 - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 54B<br>041624880-0054 | 2nd floor, Room 210 - Plaster base layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 55-Brown Layer<br>041624880-0055 | 2nd floor, Room 210 - Brown layer under carpet | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 55-Mastic<br>041624880-0055A | 2nd floor, Room 210 - Brown layer under carpet | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 56<br>041624880-0056 | 2nd floor, Room 210 - Mastic on fiberglass ends | Gray/White/Yellow<br>Fibrous<br>Heterogeneous | 5% Glass | 95% Non-fibrous (Other) | None Detected |
| *Result includes a small amount of inseparable attached material* | | | | | |
| 57<br>041624880-0057 | 2nd floor, Room 210 closet - Gypsteel | Gray<br>Fibrous<br>Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |
| 58W<br>041624880-0058 | 2nd floor, boys' restroom - Plaster white layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 59B<br>041624880-0059 | 2nd floor, boys' restroom - Plaster base layer | Gray<br>Fibrous<br>Homogeneous | 2% Hair | 98% Non-fibrous (Other) | None Detected |

Initial report from: 09/12/2016 15:36:04



**EMSL Analytical, Inc.**
200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041624880 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 60W 041624880-0060 | 2nd floor, Room 207 - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 61B 041624880-0061 | 2nd floor, Room 207 - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 62 041624880-0062 | 3rd floor, hallway-Exterior of building - Exterior window caulking | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 63 041624880-0063 | 3rd floor, hallway-Exterior of building - Exterior window glazing | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 64 041624880-0064 | 3rd floor, Room 304 - Thin brown layer under carpet | Brown/Silver/Yellow Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 65W 041624880-0065 | 3rd floor, Room 304 - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 66B 041624880-0066 | 3rd floor, Room 304 - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 67W 041624880-0067 | 3rd floor, janitor's closet - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 68B 041624880-0068 | 3rd floor, janitor's closet - Plaster base layer | Gray Fibrous Homogeneous | 2% Hair | 98% Non-fibrous (Other) | None Detected |
| 69 041624880-0069 | 3rd floor, janitor's closet (behind plaster base layer) - Block | White Fibrous Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | None Detected |
| 70 041624880-0070 | 3rd floor, Room 310 - Brown layer under carpet | Brown Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 71 041624880-0071 | 3rd floor, Room 311-Exterior of building - Exterior window caulking | White Non-Fibrous Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 72 041624880-0072 | 3rd floor, Room 311-Exterior of building - Exterior window glazing | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | <1% Chrysotile |
| 73W 041624880-0073 | 3rd floor, Room 309 - Plaster white layer | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 74B 041624880-0074 | 3rd floor, Room 309 - Plaster base layer | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 75 041624880-0075 | Attic-Interior of building - Interior window sill paper (tar paper) | Black Fibrous Homogeneous | 80% Cellulose | 20% Non-fibrous (Other) | None Detected |
| 76 041624880-0076 | Attic-Interior of building - Interior window sill paper (tar paper) | Black Fibrous Homogeneous | 70% Cellulose | 30% Non-fibrous (Other) | None Detected |

Initial report from: 09/12/2016 15:36:04

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041624880 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | |
| Project ID: | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 77<br>041624880-0077 | Attic-Interior of building - Ceiling block | Gray<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 78<br>041624880-0078 | Attic-Interior of building - Ceiling block | White<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 79<br>041624880-0079 | Attic-Interior of building - Ceiling block | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

*Andrew Castellano (4)*
*Quynh Vu (44)*
*Seri Smith (38)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis. Samples received in good condition unless otherwise noted. Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 09/12/2016 15:36:04



# Asbestos Bulk Building Material
## Chain of Custody RECEIVED
### EMSL Order Number (Lab Use Only):

EMSL ANALYTICAL, INC.
LABORATORY · PRODUCTS · TRAINING

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

CINNAMINSON, N.J.

`O 4 1 6 2 4 8 8 0`

2016 SEP - 6   A 8:44

| **Company :** Guzek Associates, Inc. | EMSL Bill to: ☐ Same ☐ Different |
| **Street:** 401 Davis Street | *If Bill to Is Different note instructions in Comments** |
| **City:** Clarks Summit   **State/Province:** PA | *Third Party Billing requires written authorization from third party* |

| **City:** Clarks Summit   **State/Province:** PA | **Zip/Postal Code:** 18414 | **Country:** U.S.A. |

**Report To (Name):** Chris Notari   **Telephone #:** 570-586-9700

**Email Address:** guzekassoc@aol.com   |   **Fax #:** 570-586-6728   |   **Purchase Order:**

**Project Name/Number:** SSD 16_751 Nativity (Whittier Elem.)   |   **Please Provide Results:** ☐ Fax   ☒ Email

**U.S. State Samples Taken:** Pennsylvania   |   **CT Samples:** ☐ Commercial/Taxable   ☐ Residential/Tax Exempt

## Turnaround Time (TAT) Options* – Please Check

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☒ 1 Week | ☐ 2 Week |

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service  Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

| ☐ Check For Positive Stop – Clearly Identify Homogenous Group | **Date Sampled:** 08-31-2016 |

**Samplers Name:** Chris Notari / Brent Tripp   |   **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 W | | 1st Floor, Main Lobby | Plaster White Layer |
| 02 B | | 1st Floor, Main Lobby | Plaster Base Layer |
| 03 W | | 1st Floor, Main Lobby | Plaster White Layer (1 Layer) |
| 04 B | | 1st Floor, Main Lobby | Plaster Base Layer |
| 05 | | Basement - Coal Storage Room | Ceiling Plaster (1 Layer) |
| 06 | | Basement - Coal Storage Room | Floor Material |
| 07 | | Basement - Coal Storage Room | Floor Debris |
| 08 | | Basement, Boiler Room - Boiler No. 1 | Boiler Breeching (Outer Layer) |
| 09 | | Basement, Boiler Room - Boiler No. 1 | Boiler Breeching (Inner Layer) |
| 10 | | Basement, Boiler Room - Boiler No. 1 | Boiler Breeching (Outer Layer) |

**Client Sample # (s):** 01 — 79   |   **Total # of Samples:** Seventy-Nine (79)

**Relinquished (Client):**   **Date:** 09-01-2016   **Time:** 12:00 PM

**Received (Lab):** EMSL FX   **Date:** 9/6/16   **Time:** 8:55

**Comments/Special Instructions:**

OrderID: 041624880



**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number *(Lab Use Only)*:

RECEIVED
2016 SEP -6 A 9:44

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | | Material Description |
|---|---|---|---|---|
| 11 | | Basement, Boiler Room - Boiler No. 1 | | Boiler Breeching (Inner Layer) |
| 12 | | Basement, Boiler Room - Boiler No. 2 | | Boiler Breeching (Outer Layer) |
| 13 | | Basement, Boiler Room – Boiler No. 2 | | Boiler Breeching (Inner Layer) |
| 14 A | | Basement, Boiler Room - Boiler No. 2 | | Boiler Breeching (Outer Layer) |
| 15 B | | Basement, Boiler Room - Boiler No. 2 | | Boiler Breeching (Inner Layer) |
| 16 | | Basement, Boiler Room | | Mastic On Fiberglass Ends |
| 17 | | Basement, Boiler Room | | Mastic On Fiberglass Ends |
| 18 | | Basement, Boiler Room | | Mastic On Fiberglass Ends |
| 19 W | | Basement, Boiler Room (Above Steps) | | Ceiling Plaster White Layer |
| 20 B | | Basement, Boiler Room (Above Steps) | | Ceiling Plaster Base Layer |
| 21 W | | Basement, Boiler Room (Above Incinerator) | | Ceiling Plaster White Layer |
| 22 B | | Basement, Boiler Room (Above Incinerator) | | Ceiling Plaster Base Layer |
| 23 W | | Gymnasium | | Block Wall White Layer |
| 24 B | | Gymnasium | | Block Wall Base Layer |
| 25 W | | Gymnasium | | Block Wall White Layer |
| 26 B | | Gymnasium | | Block Wall Base Layer |
| 27 TP | | Kitchen | | Textured Plaster |
| 28 W | | Kitchen | | Plaster White Layer |
| 29 B | | Kitchen | | Plaster Base Layer |
| 30 TP | | Kitchen | | Textured Plaster |
| 31 W | | Kitchen | | Plaster White Layer |
| 32 B | | Kitchen | | Plaster Base Layer |
| 33 TP | | Kitchen | | Textured Plaster |
| 34 W | | Kitchen | | Plaster White Layer |

**\*Comments/Special Instructions:**

Page __2__ of __4__ pages



# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number *(Lab Use Only):*

RECEIVED
EMSL
CINNAMINSON, N.J.
2016 SEP -6

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

EMSL ANALYTICAL, INC.
LABORATORY • PRODUCTS • TRAINING

O 4 1 6 2 4 8 8 0   A & HH

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 35 B | | Kitchen | Plaster Base Layer |
| 36 | | Ladies Rest Room Off Of Gym, Storage Room | 2'x2' Ceiling Tile |
| 37 | | Ladies Rest Room Off Of Gym | 2'x4' Ceiling Tile |
| 38 W | | Ladies Rest Room Off Of Gym | Plaster White Layer |
| 39 B | | Ladies Rest Room Off Of Gym | Plaster Base Layer |
| 40 W | | Staircase A, Storage Room | Wall Plaster White Layer |
| 41 B | | Staircase A, Storage Room | Wall Plaster Base Layer |
| 42 W | | Staircase A, Storage Room | Wall Plaster White Layer |
| 43 B | | Staircase A, Storage Room | Wall Plaster Base Layer |
| 44 W | | Staircase A, Storage Room | Wall Plaster White Layer |
| 45 B | | Staircase A, Storage Room | Wall Plaster Base Layer |
| 46 | | 2nd Floor, Hallway - Exterior Of Building | Exterior Window Caulking |
| 47 | | 2nd Floor, Hallway - Exterior Of Building | Exterior Window Glazing |
| 48 | | 2nd Floor, Office Rest Room | Exterior Window Caulking |
| 49 | | 2nd Floor, Office Rest Room | Exterior Window Glazing |
| 50 W | | 2nd Floor, Room 206 | Plaster White Layer |
| 51 B | | 2nd Floor, Room 206 | Plaster Base Layer |
| 52 | | 2nd Floor, Room 208 | Brown Layer Under Carpet |
| 53 W | | 2nd Floor, Room 210 | Plaster White Layer |
| 54 B | | 2nd Floor, Room 210 | Plaster Base Layer |
| 55 | | 2nd Floor, Room 210 | Brown Layer Under Carpet |
| 56 | | 2nd Floor, Room 210 | Mastic On Fiberglass Ends |
| 57 | | 2nd Floor, Room 210 Closet | Gypsteel |
| 58 W | | 2nd Floor, Boy's Rest Room | Plaster White Layer |

**\*Comments/Special Instructions:**

Page __3__ of __4__ pages

OrderID: 041624880



**EMSL ANALYTICAL, INC.**
LABORATORY·PRODUCTS·TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
**EMSL Order Number** (Lab Use Only)

RECEIVED
EMSL
CINNAMINSON, N.J.

2016 SEP -6   A 9: 44

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 59 B | | 2nd Floor, Boy's Rest Room | Plaster Base Layer |
| 60 W | | 2nd Floor, Room 207 | Plaster White Layer |
| 61 B | | 2nd Floor, Room 207 | Plaster Base Layer |
| 62 | | 3rd Floor, Hallway - Exterior Of Building | Exterior Window Caulking |
| 63 | | 3rd Floor, Hallway - Exterior Of Building | Exterior Window Glazing |
| 64 | | 3rd Floor, Room 304 | Thin Brown Layer Under Carpet |
| 65 W | | 3rd Floor, Room 304 | Plaster White Layer |
| 66 B | | 3rd Floor, Room 304 | Plaster Base Layer |
| 67 W | | 3rd Floor, Janitors Closet | Plaster White Layer |
| 68 B | | 3rd Floor, Janitors Closet | Plaster Base Layer |
| 69 | | 3rd Floor, Janitors Closet (Behind Plaster Base Layer) | Block |
| 70 | | 3rd Floor, Room 310 | Brown Layer Under Carpet |
| 71 | | 3rd Floor, Room 311 - Exterior Of Building | Exterior Window Caulking |
| 72 | | 3rd Floor, Room 311 - Exterior Of Building | Exterior Window Glazing |
| 73 W | | 3rd Floor, Room 309 | Plaster White Layer |
| 74 B | | 3rd Floor, Room 309 | Plaster Base Layer |
| 75 | | Attic - Interior of Building | Interior Window Sill Paper (Tar Paper) |
| 76 | | Attic - Interior of Building | Interior Window Sill Paper (Tar Paper) |
| 77 | | Attic - Interior of Building | Ceiling Block |
| 78 | | Attic - Interior of Building | Ceiling Block |
| 79 | | Attic - Interior of Building | Ceiling Block |
| | | | |
| | | | |
| | | | |
| **\*Comments/Special Instructions:** | | | |

Page  4  of  4  pages