# EXHIBIT M

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

..........................................................................
..........................................................................

# NEIL ARMSTRONG
# ELEMENTARY SCHOOL
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
425 North Washington Avenue
Scranton, Pa. 18505

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

November 2019

# **<u>TABLE OF CONTENTS</u>**

**SECTION 1**        EXECUTIVE SUMMARY

**SECTION 2**        INTRODUCTION

**SECTION 3**        BUILDING DISCRIPTION

**SECTION 4**        METHODS

**SECTION 5**        RE-INSPECTION FINDINGS

**SECTION 6**        RE-INSPECTION RESULTS

**SECTION 7**        RECOMMENDATIONS

**SECTION 8**        ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**       HOMOGENEOUS SAMPLING CHART,
RESPONSE ACTION BASED ON HAZARD RANK,
& ASBESTOS CONTAINING BUILDING MATERIAL
(ACBM) LOCATION DRAWINGS

**APPENDIX B**       PLM SAMPLE ANALYSIS RESULTS
& CHAIN-OF-CUSDOTY

# ASBESTOS INSPECTION

## For the property known as:

## NEIL ARMSTRONG ELEMENTARY SCHOOL

## SECTION 1     EXECUTIVE SUMMARY

An Asbestos Materials Re-inspection Survey was conducted on November 5 and December 12, 2019 at the above-listed location.  The purpose of the survey was to visually locate, identify, and assess asbestos-containing building materials.  The survey was conducted by Certified Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028), and Brent Tripp (DLI Asbestos Inspector Certification #053975).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.      Asbestos-containing Materials

    1.      All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

    2.      Recommendations

        Recommendations are given in relation to renovation maintenance and demolition activities for the school building in Section 7.

## SECTION 2   INTRODUCTION

An Asbestos Materials Inspection of the Neil Armstrong Elementary School was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos).  All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.  Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's  (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices and the Neil Armstrong Administration Office.

## SECTION 3   BUILDING DISCRIPTION

Neil Armstrong Elementary School, located at North Lincoln Avenue & Clearview Street, Scranton, PA is a concrete and masonry building constructed in 1969. The building consists of a ground floor and a first floor, and contains approximately 63,885 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.      Original inspection report
2.      2016 3-Year Re-inspection Report
3.      AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

**SECTION 6   INSPECTION RESULTS**

A.      <u>Asbestos-containing Materials</u>

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for Neil Armstrong Elementary School conducted by Guzek Associates, Inc..   This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 and 2019 3-Year Re-inspection Report are included in Appendix B.

<u>Note</u>:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials <u>may be present</u>:

1.  Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, and drinking water fountains – no access at time of inspection.

2.  Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

3.  Fire Doors

4.  Roofing Materials (including Flashing and Tar)

5.  Electrical wiring insulation maybe present

6.  Cementitious Panels may exist on exterior soffits

<u>Materials That Were Tested and Found Not to Contain Asbestos</u>

- All layers of hard wall and ceiling plasters
- All sheetrock and joint compound
- All ceiling tile (Previously tested by others)
- Fiberboard behind bathroom walls
- Boiler Room Ceiling
- Floor leveler
- Exterior Soffit Plaster
- Exterior Metal panel caulk associated with brick
- Light Grey 18"x18" Floor Tile and Mastic
- Blue 12"x12" Floor Tile and Mastic
- Grey/Purple 18"x18" Floor Tile and Mastic
- Dark Grey 18"x18" Floor Tile and Mastic

**SECTION 7          RECOMMENDATIONS**

A. Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed prior to disturbance to determine asbestos content at time of disturbance

B. All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the Neil Armstrong Elementary School.

C. All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

1. Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

Or

2. The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

**SECTION 8          ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

### under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**
7921 River Road, Pennsauken, NJ 08110
(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| **Course Date** | **Exam Date** | **Expiration Date** |
| Not Provided | ACC-0719-6-005 | *Mark K. Schläger* |
| **Social Security Number** | **Certificate Number** | **Training Director** |

# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

### under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**

7921 River Road, Pennsauken, NJ 08110

(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| **Course Date** | **Exam Date** | **Expiration Date** |

| Not Provided | ACC-0719-6-006 | |
|---|---|---|
| **Social Security Number** | **Certificate Number** | *Mark K. Schläger* |
| | | **Training Director** |

# <u>APPENDIX A</u>

# REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Neil Armstrong Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 1 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Main Level, Room 102 and Closet | 9"x9" Floor Tile & Mastic ( Approx. 689 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - 9"x9" Floor Tile and Mastic under 18" x 18" Floor Tile - Mastic Assumed |
| | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Room 104 Closet, Restroom | 9"x9" Floor Tile & Mastic ( Approx. 1,400 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - 9"x9" Floor Tile and Mastic under 18" x 18" Floor Tile - Mastic Assumed |
| | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 2 - 4 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Room 106, Closet, and short hallway to main hallway | 9"x9" Floor Tile & Mastic ( Approx. 40 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | - 9"x9" Floor Tile and Mastic under 18" x 18" Floor Tile - Mastic Assumed |
| | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Room 129 | 12"x12" Floor Tile & Mastic ( Approx. 50 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Mastic Assumed |
| | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 2 - 4 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Commons Area | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 15 - 20 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 5 | 3 | 5 - 6 damaged fitting |
| Main Level, Room 101, 107, 108, 109, 114, and 115 | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Room 101 - 1 damaged fitting Room 107 - 1 damaged fitting |
| Main Level, Boy's Restroom #1 and Girl's Restroom #1 | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 4 - 6 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Janitor's closet and chase | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 10 - 12 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |

Information abstracted by: C. Notari & B. Tripp in November, 2019          Building Inspector's Certification No.: 027028-PA & 053975-PA
Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: Neil Armstrong Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 2 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Main Level, Main Hallway No.1 ( Front of building ) | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 35 - 45 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Main Entrance | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 30 - 40 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Main Office, Speech, and Conference Rooms | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 15 - 20 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Principal's Office Closet | 12"x12" Floor Tile & Mastic ( Approx. 100 SQ FT ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | Mastic Assumed |
| Main Level, Medical Room 1 & 2, Storage, Restroom, and Copy Room | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 4 - 5 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Seminar Room | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 1 - 2 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Men's Restroom ( Middel hallway near library ) | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 2 - 4 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Teachers Room | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 6 - 8 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Internal structural support and Storage No.2 | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 8 - 10 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Hallway outside restrooms and Teachers Room | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 3 - 5 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Library | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 8 - 10 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |
| Main Level, Middle Hallway | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 50 - 60 Fittings ) | TSI SURFACE Misc. | Assumed or Analyzed | F NF-1 NF-2 | G D SD | 2 | 6 | |

Information abstracted by: C. Notari & B. Tripp in November, 2019          Building Inspector's Certification No.: 027028-PA & 053975-PA

Friability:          F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:          G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Neil Armstrong Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 3 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| **MATERIAL LOCATION** | **MATERIAL DESCRIPTION** | | | | | | | |
| Main Level, Rear Main Hallway No. 3 and Hallway outside Planetarium | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 55 - 65 Fittings ) | **TSI** | Assumed | **F** | G | 4 | 4 | - 10 - 12 fittings that are wrapped in duct tape or damaged are to be removed. - 6 - 8 fittings water damaged next to janitor closet are to be removed - 1 fitting at top of steps to Maintenace office and 1 damaged fittings at exit sign in rear hallway are to be removed |
| | | SURFACE | or | NF-1 | **D** | | | |
| | | Misc. | **Analyzed** | NF-2 | SD | | | |
| Bathroom Chase / Janitors Closet | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 8 - 10 Fittings ) | **TSI** | Assumed | **F** | **G** | 2 | 6 | |
| | | SURFACE | or | NF-1 | D | | | |
| | | Misc. | **Analyzed** | NF-2 | SD | | | |
| Planetarium | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 8 - 10 Fittings ) | **TSI** | Assumed | **F** | **G** | 2 | 6 | |
| | | SURFACE | or | NF-1 | D | | | |
| | | Misc. | **Analyzed** | NF-2 | SD | | | |
| Main Level, Art Room No. 306 | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 5 - 8 Fittings ) | **TSI** | Assumed | **F** | **G** | 2 | 6 | |
| | | SURFACE | or | NF-1 | D | | | |
| | | Misc. | **Analyzed** | NF-2 | SD | | | |
| | Lab Table Tops Kiln - Wiring and insulation associated with Kiln assumed | TSI | **Assumed** | F | **G** | 2 | 6 | |
| | | SURFACE | or | **NF-1** | D | | | |
| | | **Misc.** | Analyzed | NF-2 | SD | | | |
| Main Level, Room 117 | Lab Table Tops | TSI | **Assumed** | F | **G** | 2 | 6 | |
| | | SURFACE | or | **NF-1** | D | | | |
| | | **Misc.** | | NF-2 | SD | | | |
| Main Level, Room 117 & 119 | 9"x9" Floor Tile & Mastic ( Approx. 2,044 SQ FT ) | TSI | Assumed | F | **G** | 2 | 6 | |
| | | SURFACE | or | **NF-1** | D | | | |
| | | **Misc.** | | NF-2 | SD | | | |
| Main Level, Rooms 116, 119, 120, 121, 127, 128 | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 15 - 20 Fittings ) | **TSI** | Assumed | **F** | **G** | 2 | 6 | |
| | | SURFACE | or | NF-1 | D | | | |
| | | Misc. | **Analyzed** | NF-2 | SD | | | |
| Lower Level, Boiler Room | Flue Mud ( Approx. 5 - 10 SQ FT ) | **TSI** | Assumed | **F** | **G** | 2 | 6 | |
| | | SURFACE | or | NF-1 | D | | | |
| | | Misc. | **Analyzed** | NF-2 | SD | | | |
| | Mastic Over Fiberglass Ends | **TSI** | Assumed | **F** | **G** | 2 | 6 | |
| | | SURFACE | or | NF-1 | D | | | |
| | | Misc. | **Analyzed** | NF-2 | SD | | | |

Information abstracted by: C. Notari & B. Tripp in November, 2019          Building Inspector's Certification No.: 027028-PA & 053975-PA
Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: Neil Armstrong Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 4 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Lower Level, Boiler Room | Boiler Gaskets ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| Lower Level, Maintenance Office, Restroom, and Storage Room | 12"x12" Floor Tile & Mastic ( Approx. 300 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Remove / Replace missing or broken floor tile<br>- Mastic Assumed |
| | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 5 - 8 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Lower Level, Cafeteria | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 7 - 10 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Lower Level, Cafeteria Restrooms | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 4 - 6 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Lower Level, Storage - 1A | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 8 - 10 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | |
| Lower Level, Stage | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 15 - 20 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | |
| Lower Level, Gym Office, PTA Supply, and PTA Hallway Office | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 6 - 8 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | |
| Lower Level, Hallway "B" | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 20 - 25 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - Remove fittings wrapped in duct tape |
| Gymnasium | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 6 - 8 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Lower Level,  Music Room ( Former Gym Office ) and Restrooms | 12"x12" Floor Tile & Mastic ( Approx. 390  - 400 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Cementitious Coating over Fiberglass insulation and/or Cementitious Fittings ( Approx. 8 - 10 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: C. Notari & B. Tripp in November, 2019          Building Inspector's Certification No.: 027028-PA & 053975-PA

Friability:          F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:          G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: Neil Armstrong Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 5 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Thoughout Building | Mastic Behind Chalkboards, wallboards, etc. | TSI SURFACE **Misc.** | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| | Sink Coating on Exterior Base of Sinks | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Ductwork Flex Connections ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Exterior Window Glazing ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 1 | 7 | |
| | Exterior Door Caulking ( Indeterminate ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Exterior Expansion Joint Caulk ( Indeterminate ) | TSI SURFACE Misc. | Assumed or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Vapor Barriers ( Indeterminate ) | TSI SURFACE Misc. | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Gaskets on Boilers ( Indeterminate ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Electrical wiring insulation ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | N/A | N/A | - No access at time of inspection |
| | Pipe and/or pipe fitting insulation in wall cavities ( Indeterminate ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | N/A | N/A | - No access at time of inspection |
| Outside of Building | Exterior Cementitious Wall Panels ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | | | | | | | | |

Information abstracted by: C. Notari & B. Tripp in November, 2019          Building Inspector's Certification No.: 027028-PA & 053975-PA

Friability:          F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:          G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM.  Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |



MAIN LEVEL PLAN
NOT TO SCALE

**Rooms (top row):**
- Room 101 1st GRADE 961 S.F.
- Room 103 1st GRADE 961 S.F.
- Room 105 1st GRADE 961 S.F.
- Room 107 1st GRADE 961 S.F.
- Room 109 2nd GRADE 961 S.F.
- Room 111 2nd GRADE 961 S.F.
- Room 113 2nd GRADE 961 S.F.
- Room 115 CHAPTER – 1 MATH LAB 961 S.F.

HALLWAY NO. 1

- COMMONS AREA 3154 S.F.
- Room 129
- Room 130
- SHORT HALLWAY
- JAN. #1
- GIRL'S RESTROOM
- BOY'S RESTROOM
- Room 108 2nd GRADE 961 S.F.
- Room 110 2nd GRADE 961 S.F.
- Room 112 LEARNING SUPPORT 961 S.F.
- Room 114 1st GRADE 961 S.F.

- Room 102 PRESCHOOL CLASSROOM 1376 S.F.
- Room 104 KINDERGARTEN 1376 S.F.
- Room 106 KINDERGARTEN 1376 S.F.

SURFACING ASBESTOS CONTAINING MATERIALS

BOY'S RESTROOM #2
GIRL'S RESTROOM #2

**Right side rooms:**
- VESTIBULE
- MAIN ENTRANCE
- SPEECH THERAPY 179 S.F.
- CONFERENCE 189 S.F.
- PRINCIPLE OFFICE 237 S.F.
- RECEPTION AREA 512 S.F.
- STOR. 92 S.F.
- TV STUDIO 521 S.F.
- STOR. NO.1 174 S.F.
- MEDICAL 250 S.F.
- MEDICAL 400 S.F.
- COPY 96 S.F.
- JAN. #1
- TEACHERS LOUNGE 447 S.F.
- STOR. NO.3 123 S.F.
- STOR. NO.2 108 S.F.
- INSTRUCTIONAL SUPPORT TEAM 453 S.F.
- LIBRARY 1982 S.F.
- LIBRARY KITCHEN

MIDDLE HALLWAY

**Rooms (lower section):**
- Room 128 4th GRADE 1022 S.F.
- Room 126 4th GRADE 1022 S.F.
- Room 124 4th GRADE 1022 S.F.
- Room 122 4th GRADE 1022 S.F.
- Room 120 5th GRADE 1022 S.F.
- Room 118 5th GRADE 1022 S.F.
- Room 116 5th GRADE CLASSROOM
- MUSIC ROOM MUSIC ROOM 1300 S.F.
- PCANETARIUM 535 S.F.

HALLWAY NO. 3

- Room 127 3rd GRADE 1022 S.F.
- Room 125 CHAPTER – 1 READING ROOM 1022 S.F.
- Room 123 3rd GRADE 1022 S.F.
- Room 121 3rd GRADE 1022 S.F.
- GIRL'S RESTROOM #3
- JAN. #3
- BOY'S RESTROOM #3
- Room 119 5th GRADE 1022 S.F.
- Room 117 LEARNING SUPPORT 1022 S.F.
- Room 306 ART ROOM 1408 S.F.

KEY – SURFACING ACM
ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS:

1. EXTERIOR COATING ON EXISTING SINKS

**Title block (right side):**
Guzek Associates.
461 Oates Street
Curly Summit, PA 16411
Phone: (706) 586-9700
FAX: (706) 586-6724
E-Mail: guzek@ne-rs.com
Mechanical, Electrical, Structural, Environmental and Educational Engineering

DRAWN BY: BMF   CHECKED BY:   ON   JOB No.:   SSD 19-791
SCALE: AS NOTED   DATE: 11/2019
DWG. TITLE: 2019 NEIL ARMSTRONG ELEMENTARY SCHOOL FLOOR PLANS

ISSUED or REVISED   DATE

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING No.:
A
1

Sheet Size: 36"x24"

ACM LOCATIONS: 2019

## SURFACING ASBESTOS CONTAINING MATERIALS



## LOWER LEVEL PLAN
NOT TO SCALE

| KEY — SURFACING ACM |
| --- |
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS: |
| 1. EXTERIOR COATING ON EXISTING SINKS |

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:

A
2

ACM LOCATIONS: 2019

Sheet Size 36"x24"



THERMAL ASBESTOS CONTAINING MATERIALS

MAIN LEVEL PLAN
NOT TO SCALE

KEY — THERMAL ACM
CEMENTITIOUS FITTINGS
AND COATING OVER
FIBERGLASS FITTINGS
ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:
1. GASKETS ON BOILER

ACM LOCATIONS: 2019

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

Asbestos Management Plans

DRAWING NO.
A3

## THERMAL ASBESTOS CONTAINING MATERIALS



BOY'S & GIRL'S
RESTROOMS
(NOT USED)

JANITORS
OFFICE
299 S.F.

BOILER ROOM
1589 S.F.

FLUE MUD IN
THIS AREA OF
BOILER ROOM

STORAGE "A"
348 S.F.

PTA
SUPPLY
118 S.F.

GYM.
OFFICE
101 S.F.

STAGE
650 S.F.

MUSIC RM
401 S.F.

HALLWAY "C"

HOT LUNCH
1020 S.F.

COLD LUNCH
1051 S.F.

MULTIPURPOSE
3612 S.F.

### LOWER LEVEL PLAN
NOT TO SCALE



| KEY — THERMAL ACM |
| --- |
| CEMENTITIOUS FITTINGS AND COATING OVER FIBERGLASS FITTINGS |
| NOTE: ROOF DRAIN FITTINGS MAY EXIST ABOVE GYM CEILING |

Guzek Associates,
Mechanical, Electrical, Structural, Environmental, and Architectural Engineering
461 Dewey Street
Clarks Summit, PA 18411
Phone: (570) 586-5700
FAX: (570) 586-6723
E-Mail: guzek@nni.net

DRAWN BY: BMF   CHECKED BY:   ON   JOB No.:   SSD 16-791   SCALE: AS NOTED   DATE: 11/2019
DWG. TITLE: 2019 NEIL ARMSTRONG ELEMENTARY SCHOOL FLOOR PLANS

ISSUED or REVISED   DATE

Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18509

Asbestos Management Plans

DRAWING No.:
A
4

**ACM LOCATIONS: 2019**

Sheet Size: 36"x24"



EXTERIOR CEMENTITIOUS
WALL PANELS (TYPICAL)

| Room 101<br>1st GRADE<br>961 S.F. | Room 103<br>1st GRADE<br>961 S.F. | Room 105<br>1st GRADE<br>961 S.F. | Room 107<br>1st GRADE<br>961 S.F. | Room 109<br>2nd GRADE<br>961 S.F. | Room 111<br>2nd GRADE<br>961 S.F. | Room 113<br>2nd GRADE<br>961 S.F. | Room 115<br>CHAPTER - 1<br>MATH LAB<br>961 S.F. |

SPEECH
THERAPY
179 S.F.

CONFERENCE
189 S.F.

PRINCIPLE
OFFICE
237 S.F.

VESTIBULE

MAIN ENTRANCE

RECEPTION
AREA
512 S.F.

HALLWAY NO. 1

STOR.
NO. 1
174 S.F.

MEDICAL
250 S.F.

STOR.

MEDICAL
400 S.F.

COMMONS AREA
3154 S.F.

Room 129

Room 130

JAN. #1

GIRL'S RESTROOM

BOY'S RESTROOM

| Room 108<br>2nd GRADE<br>961 S.F. | Room 110<br>2nd GRADE<br>961 S.F. | Room 112<br>LEARNING SUPPORT<br>961 S.F. | Room 114<br>1st GRADE<br>961 S.F. |

TV STUDIO
521 S.F.

COPY
96 S.F.

JAN.
#2

TEACHERS LOUNGE
447 S.F.

EXTERIOR CEMENTITIOUS
WALL PANELS (TYPICAL)

BOY'S RESTROOM #2

GIRL'S RESTROOM #2

Room 102
PRESCHOOL
CLASSROOM
1376 S.F.

Room 104
KINDERGARTEN
1376 S.F.

Room 106
KINDERGARTEN
1376 S.F.

STOR.
NO.3.
123 S.F.

STOR.
NO.2
108 S.F.

INSTRUCTIONAL
SUPPORT TEAM
453 S.F.

MISCELLANEOUS ASBESTOS CONTAINING MATERIALS

LIBRARY
1982 S.F.

MIDDLE HALLWAY

LIBRARY
KITCHEN

EXTERIOR CEMENTITIOUS
WALL PANELS (TYPICAL)

| Room 128<br>4th GRADE<br>1022 S.F. | Room 126<br>4th GRADE<br>1022 S.F. | Room 124<br>4th GRADE<br>1022 S.F. | Room 122<br>4th GRADE<br>1022 S.F. | Room 120<br>5th GRADE<br>1022 S.F. | Room 118<br>5th GRADE<br>1022 S.F. | Room 116<br>5th GRADE<br>CLASSROOM | MUSIC ROOM<br>MUSIC ROOM<br>1300 S.F. |

PLANETARIUM
535 S.F.

HALLWAY NO. 3

| Room 127<br>3rd GRADE<br>1022 S.F. | Room 125<br>CHAPTER - 1<br>READING ROOM<br>1022 S.F. | Room 123<br>3rd GRADE<br>1022 S.F. | Room 121<br>3rd GRADE<br>1022 S.F. | | Room 119<br>5th GRADE<br>1022 S.F. | Room 117<br>LEARNING SUPPORT<br>1022 S.F. | Room 306<br>ART ROOM<br>1408 S.F. |

GIRL'S RESTROOM #3

JAN. #3

BOY'S RESTROOM #3

LAB TABLES

### MAIN LEVEL PLAN
NOT TO SCALE

KEY - MISCELLANEOUS ACM
9"x9" UNDER 18"x18"
FLOOR TILE & MASTIC
12"x12" FLOOR
TILE & MASTIC
9"x9" UNDER 12"x12"
FLOOR TILE & MASTIC
ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS
3. BOILER GASKETS
4. VAPOR BARRIERS
5. EXTERIOR CEMENTITIOUS WALL PANELS

Sheet Size 36"x24"

**ACM LOCATIONS: 2019**

Guzek Associates.
Mechanical, Electrical, Structural,
Environmental, Architectural
Engineering
401 Davis Street
Clarks Summit, PA 18411
Phone: (570) 586-5700
FAX: (570) 586-6724
E-Mail: guzek@nep.net.com

DRAWN BY:   BMT
CHECKED BY:   ON
JOB No.:   550 -16 -791
DWG. TITLE   2019 NEIL ARMSTRONG ELEMENTARY SCHOOL FLOOR PLANS
SCALE:   AS  NOTED
DATE:   11/2019

ISSUED or REVISED          DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18509

**Asbestos Management Plans**

DRAWING No.:

A
5

## MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



BOY'S & GIRL'S
RESTROOMS
(NOT USED)

JANITORS
OFFICE
299 S.F.

HALLWAY "B"

STORAGE "1A"
348 S.F.

BOILER ROOM
1589 S.F.

PTA
SUPPLY
118 S.F.

GYM
OFFICE
101 S.F.

STAGE
650 S.F.

MUSIC RM.
401 S.F.

HALLWAY "C"

COLD LUNCH
1051 S.F.

MULTIPURPOSE
3612 S.F.

HOT LUNCH
1020 S.F.

EXTERIOR
CEMENTITIOUS
WALL PANELS
(TYPICAL)

## LOWER LEVEL PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

12"x12" FLOOR TILE & MASTIC

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:
1. CHALKBOARD MASTIC
2. DUCTWORK FLEX CONNECTIONS
3. BOILER GASKETS
4. VAPOR BARRIERS
5. EXTERIOR CEMENTITIOUS WALL PANELS



**ACM LOCATIONS: 2019**

Sheet  Size: 36"x24"

Guzek Associates.

Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering

461 Dewey Street
Clarks Summit, PA 18411

Phone: (570) 586-9700
FAX: (570) 586-6731
E-Mail: guzek@enter5.com

DRAWN BY:  BMF        CHECKED BY:     SCALE:  AS NOTED        DATE:  11/2019
DWG. TITLE:  2019 NEIL ARMSTRONG ELEMENTARY SCHOOL FLOOR PLANS        ON  JOB No.:  SSD 19-791

ISSUED or REVISED        DATE

### Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

## Asbestos Management Plans

DRAWING No.:

A
6

# **APPENDIX B**

# **TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:**

## **2016 LABORATORY REPORT**

## **2016 CHAIN OF CUSTODY**

## **2019 LABORATORY REPORT**

## **2019 CHAIN OF CUSTODY**



## EMSL Analytical, Inc.
**200 Route 130 North Cinnaminson, NJ  08077**
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnaslab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041624251 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | 082916 |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Joseph Guzek | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 08/30/2016 10:15 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 09/07/2016 |
| | | **Collected Date:** | 08/25/2016 |
| **Project:** | Armstrong | | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01W<br>041624251-0001 | Room 102 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02B<br>041624251-0002 | Room 102 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03<br>041624251-0003 | Room 129 - Coating over FG Fittings | Brown/White<br>Fibrous<br>Homogeneous | 90% Cellulose | 10% Non-fibrous (Other) | None Detected |
| 04<br>041624251-0004 | Room 130 - Joint Compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 05<br>041624251-0005 | Room 130 - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 20% Cellulose<br>5% Glass | 75% Non-fibrous (Other) | None Detected |
| 06<br>041624251-0006 | Commons Area - Coating over FG Fittings | White<br>Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 07<br>041624251-0007 | Room 105 Exterior - Window Glaze | Gray<br>Fibrous<br>Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 08W<br>041624251-0008 | Room 107 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09B<br>041624251-0009 | Room 107 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 10<br>041624251-0010 | Room 107 - Coating over FG Fitting | White/Yellow<br>Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 11<br>041624251-0011 | Room 129 - Sheetrock | White<br>Fibrous<br>Homogeneous | 10% Cellulose<br>5% Glass | 85% Non-fibrous (Other) | None Detected |
| 12<br>041624251-0012 | Room 129 - Joint Compound | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13<br>041624251-0013 | Room 108 - Sheetrock under Plaster | Brown/White<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 14W<br>041624251-0014 | Room 108 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 15B<br>041624251-0015 | Room 108 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 16<br>041624251-0016 | Janitor's Closet - Sheetrock | Brown/White<br>Fibrous<br>Homogeneous | 20% Cellulose | 80% Non-fibrous (Other) | None Detected |

Initial report from: 09/07/2016 10:17:01

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| EMSL Order: | 041624251 |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | 082916 |
| Project ID: | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 17W<br>041624251-0017 | Janitor's Closet - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18B<br>041624251-0018 | Janitor's Closet - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 19<br>041624251-0019 | Mail Hallway #1 - Coating over FG Fitting | White<br>Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |
| 20<br>041624251-0020 | Med #1 Exterior - Window Glaze | Gray<br>Fibrous<br>Homogeneous | | 97% Non-fibrous (Other) | 3% Chrysotile |
| 21W<br>041624251-0021 | Library - Plaste White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 22B<br>041624251-0022 | Library - Plaste Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 23<br>041624251-0023 | Room 117 - Floor Leveler | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24<br>041624251-0024 | Room 119 - Sheetrock | Brown/Gray<br>Fibrous<br>Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 25W<br>041624251-0025 | Room 119 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 26B<br>041624251-0026 | Room 119 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 27<br>041624251-0027 | Room 119 - Floor Leveler | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 28W<br>041624251-0028 | Room 128 - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 29B<br>041624251-0029 | Room 128 - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 30<br>041624251-0030 | Plantearium - Floor Leveler | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 31<br>041624251-0031 | Boiler Room - Mastic over FG Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 32<br>041624251-0032 | Boiler Room - Plaster Ceiling | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 33<br>041624251-0033 | Boiler Room - Plaster Ceiling | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 34<br>041624251-0034 | Boiler Room - Flue Mud | White<br>Fibrous<br>Homogeneous | | 80% Non-fibrous (Other) | 20% Chrysotile |
| 35<br>041624251-0035 | Cafeteria - Mastic over FG Fitting | White<br>Fibrous<br>Homogeneous | | 98% Non-fibrous (Other) | 2% Chrysotile |

Initial report from: 09/07/2016 10:17:01

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ 08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| EMSL Order: | 041624251 |
| Customer ID: | CLAG50 |
| Customer PO: | 082916 |
| Project ID: | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| Sample | Description | Appearance | % Fibrous | % Non-Fibrous | % Type |
| 36W<br>041624251-0036 | Cafeteria - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 37B<br>041624251-0037 | Cafeteria - Plaster Base Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 38<br>041624251-0038 | Gym Office - Floor Leveler | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 39W<br>041624251-0039 | Exterior- Boiler Room - Plaster Ceiling White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 40B<br>041624251-0040 | Exterior- Boiler Room - Plaster Ceiling Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 41<br>041624251-0041 | Exterior- Boiler Room - Door Caulking | White<br>Fibrous<br>Homogeneous | | 92% Non-fibrous (Other) | 8% Chrysotile |
| 42<br>041624251-0042 | Exterior- Open Area Under School - Plaster | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 43W<br>041624251-0043 | Exterior- Open Area Under School - Plaster White Layer | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 44B<br>041624251-0044 | Exterior- Open Area Under School - Plaster Base Layer | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 45<br>041624251-0045 | Exterior - Window Glaze (soft brown) | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 46<br>041624251-0046 | Exterior - Window Caulking (soft brown) | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 47<br>041624251-0047 | Exterior - Window Caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 48<br>041624251-0048 | Exterior - Caulk on Metal Panels | Silver<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 49<br>041624251-0049 | Exterior - Ceiling on Arches | Gray/White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 50<br>041624251-0050 | Exterior- Rear of Building - Expansion Joint Caulk | White<br>Non-Fibrous<br>Homogeneous | | 93% Non-fibrous (Other) | 7% Chrysotile |
| 51<br>041624251-0051 | Exterior - Door Caulk | Gray/White<br>Non-Fibrous<br>Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 52<br>041624251-0052 | Exterior - Expansion Joint Caulk (brick) | Brown/Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 09/07/2016 10:17:01

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnaslab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041624251 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | 082916 |
| **Project ID:** | |

Analyst(s)

*Alexis Kum (47)*

*Juli Patel (5)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL.   EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government .   Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis.  Samples received in good condition unless otherwise noted.  Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 09/07/2016 10:17:01

EMSL Analytical, Inc.
200 Route 130 North

Cinnaminson, NJ 08077

1-800-220-3675
(856) 786-5974

## Asbestos Chain of Custody
### EMSL Order Number (Lab Use Only).

EMSL ANALYTICAL, INC.
LABORATORY·PRODUCTS·TRAINING

**0416 24 251**

| | |
|---|---|
| Company Name : Guzek Associates, Inc. | EMSL Customer ID: |
| Street: 401 Davis Street | City: Clarks Summit | State/Province: PA |
| Zip/Postal Code: 18411 | Country: US | Telephone #: 570-586-9700 | Fax #: 570-586-6728 |
| Report To (Name): Joseph Guzekl | Please Provide Results: ☐ Fax ☑ Email |
| Email Address: guzekassoc@aol.com | Purchase Order: 082916 |
| Project Name/Number: Armstrong | EMSL Project ID (Internal Use Only) |
| U.S. State Samples Taken: PA | CT Samples: ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

EMSL-Bill to: ☐ Same ☑ Different - If Bill to is Different note instructions in Comments**
Third Party Billing requires written authorization from third party

### Turnaround Time (TAT) Options* – Please Check

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☑ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For TEM Air 3 hr through 6 hr, please call ahead to schedule *There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| PCM – Air ☐ Check if samples are from NY | TEM – Air ☐ 4-4.5hr TAT (AHERA only) | TEM- Dust |
|---|---|---|
| ☐ NIOSH 7400 | ☐ AHERA 40 CFR, Part 763 | ☐ Microvac - ASTM D 5755 |
| ☐ w/ OSHA 8hr TWA | ☐ NIOSH 7402 | ☐ Wipe - ASTM D6480 |
| **PLM - Bulk (reporting limit)** | ☐ EPA Level II | ☐ Carpet Sonication (EPA 600/J-93/167) |
| ☑ PLM EPA 600/R-93/116 (<1%) | ☐ ISO 10312 | **Soil/Rock/Vermiculite** |
| ☐ PLM EPA NOB (<1%) | **TEM - Bulk** | ☐ PLM EPA 600-R-93/116 with milling prep (<1%) |
| Point Count | ☐ TEM EPA NOB | ☐ PLM EPA 600-R-93/116 with milling prep (<0.25%) |
| ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ NYS NOB 198.4 (non-friable-NY) | ☐ TEM EPA 600-R-93/116 with milling prep (<0.1%) |
| Point Count w/Gravimetric | ☐ Chatfield SOP | ☐ TEM Qualitative via Filtration Prep |
| ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM Mass Analysis-EPA 600 sec. 2.5 | ☐ TEM Qualitative via Drop Mount Prep |
| ☐ NYS 198.1 (friable in NY) | **TEM – Water:** EPA 100.2 | ☐ Cincinnati Method EPA 600/R-04/004 – PLM/TEM (BC only) |
| ☐ NYS 198.6 NOB (non-friable-NY) | Fibers >10μm ☐ Waste ☐ Drinking | Other: |
| ☐ NYS 198.8 SOF-V | All Fiber Sizes ☐ Waste ☐ Drinking | ☐ |
| ☐ NIOSH 9002 (<1%) | | |

| ☐ Check For Positive Stop – Clearly Identify Homogenous Group | Filter Pore Size (Air Samples): ☐ 0.8μm ☐ 0.45μm |
|---|---|

Samplers Name: Chris Notari, Gary Marshall, Brent Tripp    Samplers Signature:

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 01W | Rm 102 Plaster white layer | Bulk | 8/25/16 |
| 02B | Rm 102 Plaster base layer | | |
| 03 | Rm 129 Coating Over FG fittings | | |
| 04 | Rm 130 joint compound | | |
| 05 | Rm 130 sheetrock | | |

| | | | |
|---|---|---|---|
| Client Sample # (s): 01 | - 52 | Total # of Samples: 52 | |
| Relinquished (Client): | Date: 8/29/16 | Time: |
| Received (Lab): bob EMSL | Date: 8/30/16 | Time: 1015 |
| Comments/Special Instructions: | | | |

Page 1 of __3__ pages



**EMSL ANALYTICAL, INC.**
LABORATORY · PRODUCTS · TRAINING

## Asbestos Chain of Custody
**EMSL Order Number** *(Lab Use Only)*:

O41624251

200 Route 130 North

Cinnaminson, NJ 08077
1-800-220-3675
(856) 786-5974

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 06 | Commons Area - Coating over FG fittings | Bulk | 8/28/16 |
| 07 | Rm 105 Exterior Window glaze | | |
| 08W | Rm 107 Plaster white layer | | |
| 09B | Rm 107 Plaster base layer | | |
| 10 | Rm 107 Coating over FG fitting | | |
| 11 | Rm 129 sheetrock | | |
| 12 | Rm 129 joint compound | | |
| 13 | Rm 108 sheetrock under plaster | | |
| 14W | Rm 108 Plaster white layer | | |
| 15B | Rm 108 Plaster base layer | | |
| 16 | Janitors Closet sheetrock | | |
| 17W | Janitors Closet Plaster white layer | | |
| 18B | Janitors Closet Plaster base layer | | |
| 19 | Mail Hallway #1 Coating over FG fitting | | |
| 20 | Med #1 exterior window glaze | | |
| 21W | Library Plaster white layer | | |
| 22B | Library Plaster base layer | | |
| 23 | Rm 117 Floor leveler | | |
| 24 | Rm 119 Sheetrock | | |
| 25W | Rm 119 Plaster white layer | | |
| 26B | Rm 119 Plaster base layer | | |
| 27 | Rm 119 Floor leveler | | |
| 28W | Rm 128 Plaster white layer | | |

16 AUG 30 AM11:07 CINNAMINSON, NJ

**\*Comments/Special Instructions:**

Page ___2___ of ___3___ pages

Controlled Document – Asbestos COC – R10 – 05/09/2016



EMSL Analytical, Inc
200 Route 130 North

## Asbestos Chain of Custody
**EMSL Order Number** *(Lab Use Only)*:

Cinnaminson, NJ 08077
1-800-220-3675
(856) 786-5974

EMSL ANALYTICAL, INC
LABORATORY • PRODUCTS • TRAINING

0416242351

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 29B | Rm 128 Plaster base layer | Bulk | 8/25/16 |
| 30 | Planetarium floor leveler | | |
| 31 | Boiler Rm Mastic over FG ends | | |
| 32 | Boiler Rm Plaster ceiling | | |
| 33 | Boiler Rm Plaster ceiling | | |
| 34 | Boiler Rm Flue Mud | | |
| 35 | Cafeteria Mastic over FG fitting | | 8/29/16 |
| 36W | Cafeteria Plaster white layer | | |
| 37B | Cafeteria Plaster base layer | | |
| 38 | Gym Office Floor leveler | | |
| 39W | Exterior - Boiler Rm Plaster ceiling white layer | | |
| 40B | Exterior - Boiler Rm Plaster ceiling base layer | | |
| 41 | Exterior Boiler Rm Door caulking | | |
| 42 | Ext. Open Area Under School - plaster | | |
| 43W | Ext. Open Area Under School - plaster white layer | | |
| 44B | Ext. Open Area Under School - plaster base layer | | |
| 45 | Ext. Window glazling (soft brown) | | |
| 46 | Ext. Window caulking (soft brown) | | |
| 47 | Ext. Window caulking | | |
| 48 | Ext. Caulk on metal panels | | |
| 49 | Ext. Ceiling on Arches | | |
| 50 | Ext. Rear of Building Expansion Joint caulk | | |
| 51 | Ext. Door caulk | | |

*Comments/Special Instructions:*

52  Ext. Expansion Joint caulk (Brick)

Page _3_ of _3_ pages

Controlled Document – Asbestos COC – R10 – 05/09/2016



**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077
Tel/Fax: (800) 220-3675 / (856) 786-5974
http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041935659 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 12/14/2019 10:30 AM |
| | Clarks Summit, PA  18411 | **Analysis Date:** | 12/19/2019 |
| | | **Collected Date:** | 12/12/2019 |
| **Project:** | SSD 19_751 Neil Armstrong | | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| **Sample** | **Description** | **Appearance** | **% Fibrous** | **% Non-Fibrous** | **% Type** |
| 01T<br><br>041935659-0001 | Room 114 - Light Grey 18"x18" Floor Tile | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02M<br><br>041935659-0002 | Room 114 - Mastic | Yellow/Green<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03T<br><br>041935659-0003 | Room 110 - Blue 12"x12" Floor Tile | Blue<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04M<br><br>041935659-0004 | Room 110 - Mastic | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 05T<br><br>041935659-0005 | Room 103 - Grey Purple 18"x18" Floor Tile | Gray/Purple<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06M<br><br>041935659-0006 | Room 103 - Mastic | Yellow/Green<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 07T<br><br>041935659-0007 | Room 116 - Dark Grey 18"x18" Floor Tile | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 08M<br><br>041935659-0008 | Room 116 - Mastic | Yellow/Green<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 09T<br><br>041935659-0009 | Room 125 - Dark Grey 18"x18" Floor Tile | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 10M<br><br>041935659-0010 | Room 125 - Mastic | Yellow/Green<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 11T<br><br>041935659-0011 | Teachers Lounge - Grey Purple 18"x18" Floor Tile | Gray/Purple<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12M<br><br>041935659-0012 | Teachers Lounge - Mastic | Yellow/Green<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 13T<br><br>041935659-0013 | Room 113 - Blue 12"X12" Floor Tile | Blue<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 14M<br><br>041935659-0014 | Room 113 - Mastic | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 15T<br><br>041935659-0015 | Room 114 - Light Grey 18"x18" Floor Tile | Gray<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 16M<br><br>041935659-0016 | Room 114 - Mastic | Yellow/Green<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 12/19/2019 12:03:29

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnaslab@EMSL.com

EMSL Order:   041935659

Customer ID:  CLAG50

Customer PO:

Project ID:

Analyst(s)

*Erica Valent (16)*

Samantha Rundstrom, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis.  The above analyses were performed in general compliance with Appendix E to Subpart E of  40 CFR (previously EPA 600/M4-82-020 "Interim Method"), but augmented with procedures outlined in the 1993 ("final") version of the method. This  report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL.  EMSL bears no responsibility for sample collection activities or analytical method limitations .  Interpretation and use of test results are the responsibility of the client.  All samples received in acceptable condition unless otherwise noted. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP,  NIST or any agency of the federal government.   EMSL recommends gravimetric reduction for all non -friable organically bound materials prior to analysis.  Estimation of uncertainty is available on request.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367, LA #04127

Initial report from: 12/19/2019 12:03:29



**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077

PHONE: (800) 220-3675
FAX: (856) 786-5974

**041935259**

| | |
|---|---|
| **Company :** Guzek Associates, Inc. | **EMSL-Bill to:** ☒ Same ☐ Different<br>If Bill to is Different note instructions in Comments** |
| **Street:** 401 Davis Street | Third Party Billing requires written authorization from third party |
| **City:** Clarks Summit    **State/Province:** PA | **Zip/Postal Code:** 18411    **Country:** USA |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:**    **Purchase Order:** |
| **Project Name/Number:** SSD 19_751 Neil Armstrong | **Please Provide Results:** ☐ Fax  ☒ Email |
| **U.S. State Samples Taken:** PA | **CT Samples:** ☐ Commercial/Taxable ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* – Please Check**

☐ 3 Hour    ☐ 6 Hour    ☐ 24 Hour    ☐ 48 Hour    ☐ 72 Hour    ☒ 96 Hour    ☐ 1 Week    ☐ 2 Week

*For TEM Air 3 hr through 6 hr, please call ahead to schedule. *There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| PLM - Bulk (reporting limit) | TEM – Bulk |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ Check For Positive Stop – Clearly Identify Homogenous Group    **Date Sampled:** 12/12/2019

**Samplers Name:** Brent Tripp / Chris Notari    **Samplers Signature:** [signature]

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01T | | Room 114 | Light Grey 18" x 18" floor tile |
| 02M | | Room 114 | Mastic |
| 03T | | Room 110 | Blue 12" x 12" floor tile |
| 04M | | Room 110 | Mastic |
| 05T | | Room 103 | Grey Purple 18" x 18" floor tile |
| 06M | | Room 103 | Mastic |
| 07T | | Room 116 | Dark Grey 18" x 18" floor tile |
| 08M | | Room 116 | Mastic |
| 09T | | Room 125 | Dark Grey 18" x 18" floor tile |
| 10M | | Room 125 | Mastic |

| | | | |
|---|---|---|---|
| **Client Sample # (s):** 1 thru 16 | - | **Total # of Samples:** 16 | |
| **Relinquished (Client):** [signature] | **Date:** 12/12/2019 | | **Time:** 3:00 pm |
| **Received (Lab):** [signature] | **Date:** 12-14-19 | | **Time:** 1030A |
| **Comments/Special Instructions:** | | | |

Controlled Document – Asbestos COC – R6 – 11/29/2012

Page 1 of __2__ pages





**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

# Asbestos Bulk Building Material
## Chain of Custody
**EMSL Order Number** (*Lab Use Only*):

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

041935659

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|----------|------|-----------------|----------------------|
| 11T | | Teachers Lounge | Grey Purple 18" x 18" floor tile |
| 12M | | Teachers Lounge | Mastic |
| 13T | | Room 113 | Blue 12" x 12" floor tile |
| 14M | | Room 113 | Mastic |
| 15T | | Room 114 | Light Grey 18" x 18" floor tile |
| 16M | | Room 114 | Mastic |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED
EMSL
CINNAMINSON, NJ
2019 DEC 11  A 10:41

*Comments/Special Instructions:

Page __2__ of __2__ pages

Controlled Document – Asbestos COC – R6 – 11/29/2012