# EXHIBIT N

# 3-YEAR ASBESTOS
# RE-INSPECTION REPORT

∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷

# ADMINISTRATIVE BUILDING
# SCRANTON, PA

prepared for:

## SCRANTON SCHOOL DISTRICT
425 North Washington Avenue
Scranton, Pa. 18503

CONSULTANTS:

Guzek Associates, Inc.
401 Davis Street
Clarks Summit, PA 18411

PROJECT: #SSD.19_751

Updated:

September 2019

# <u>TABLE OF CONTENTS</u>

**SECTION 1**          EXECUTIVE SUMMARY

**SECTION 2**          INTRODUCTION

**SECTION 3**          BUILDING DISCRIPTION

**SECTION 4**          METHODS

**SECTION 5**          RE-INSPECTION FINDINGS

**SECTION 6**          RE-INSPECTION RESULTS

**SECTION 7**          RECOMMENDATIONS

**SECTION 8**          ASBESTOS INPECTOR ACCREDIDATION

**APPENDIX A**         HOMOGENEOUS SAMPLING CHART,
                       RESPONSE ACTION BASED ON HAZARD RANK,
                       & ASBESTOS CONTAINING BUILDING MATERIAL
                       (ACBM) LOCATION DRAWINGS

**APPENDIX B**         PLM SAMPLE ANALYSIS RESULTS
                       & CHAIN-OF-CUSDOTY FROM

# ASBESTOS INSPECTION

## For the property known as:

## ADMINISTRATIVE BUILDING

### SECTION 1      EXECUTIVE SUMMARY

An Asbestos Materials Inspection Survey was conducted on September 16, 2019 at the above-listed location. The purpose of the survey was to visually locate, identify, and quantify asbestos-containing building materials. The survey was conducted by Certified Asbestos Inspector, Brent Tripp (DLI Asbestos Inspector Certification #053975).

All accessible rooms and areas of the building were entered for inspection of suspected asbestos materials.  Suspected asbestos materials not previously sampled (if applicable) were sampled and sent to a laboratory for analyses to confirm or negate the suspicion of asbestos content. Other suspect materials were assumed to contain asbestos.

The results are summarized as follows:

A.      Asbestos-containing Materials

     1.      All confirmed or assumed (roofing materials, chalkboard mastic, etc.) asbestos-containing materials are listed in Appendix A.  Materials that were tested and found not to contain asbestos are also listed in Section 6.

     2.      Recommendations

        Recommendations are given in relation to renovation activities for the school building in Section 7.

### SECTION 2   INTRODUCTION

An Asbestos Materials Inspection of the Administrative Building was performed at the request Scranton School District, Scranton, PA.  The purpose of the inspection was to determine the types, quantities, and conditions of confirmed or assumed asbestos-containing materials, if not previously tested.

Once suspected asbestos materials were identified, they were sampled to verify or negate the suspicion of asbestos content (roofs were not tested and were assumed to contain asbestos). All materials sampled were analyzed via EPA Method 600/R-93/116 utilizing Polarized Light Microscopy by *EMSL Analytical, Inc., a NVLAP- accredited laboratory.*

The friability of these materials was also determined.  Friable materials, such as cementitious pipe insulation, are those that can be crumbled, pulverized, or reduced to powder by hand or finger pressure.   Non-friable materials, such as floor tiles in good condition, are those that cannot be crumbled, pulverized, or reduced to powder by hand or finger pressure.  It is possible for normally non-friable materials to be considered as friable if they are in poor or damaged condition or will be rendered friable by construction or other activities, such as drilling, sanding, crushing by heavy equipment, etc.

The Initial Asbestos Hazard Emergency Response Act (AHERA) Building Inspection Report and Management Plan which was prepared and filed in accordance with the United States Environmental Protection Agency's (EPA) Regulation 40 CFR Part 763, Subpart E – Asbestos-Containing Materials in Schools is on file and available for review at the Scranton School District Administration Offices in the Administrative Building.

## SECTION 3   BUILDING DISCRIPTION
#
The Administrative Building is located at 425 North Washington Avenue, Scranton, PA is a masonry building constructed in 1895. The building consists of a basement, three (3) floors, and contains approximately 39,160 square feet of floor area.

## SECTION 4   METHODS

Prior to re-inspection the following documents were reviewed by Guzek Associates, Inc.

1.      Original inspection report
2.      2016 3-Year Re-inspection Report
3.      AHERA 6-month Periodic Surveillance Inspection Reports

Upon completion of reviewing the above referenced documentation, Guzek Associates, Inc. conducted a room-by-room and area-by-area inspection of the building to verify the locations of Asbestos Containing Materials listed in the above documents and to determined the conditions (Good, Damaged, or Significantly Damaged) of these materials. In addition, suspect materials not listed in the above documents were identified and either assumed to contain asbestos or collected and analyzed to determined asbestos content.

The asbestos inspection survey was conducted by inspectors qualified by experience, education, and training in the recognition of suspected asbestos-containing materials. Sampling was limited to only areas that were easily accessible (above ceiling tiles, operable hatches, and open areas.) No walls, chases or ceilings, etc. were penetrated during this inspection.

For those materials analyzed for asbestos content during this inspection, representative samples of "suspected" asbestos-containing materials were collected utilizing approved federal and state methods.

All Samples collected were analyzed by EMSL Analytical, Inc., Cinnaminson, NJ. Using EPA 600/R-93/116 Method using Polarized Light Microscopy

## SECTION 5   REINSPECTION FINDINGS

The attached inspection forms in Appendix A indicate both the locations and assessed conditions of confirmed or assumed asbestos containing materials as identified in the building by the 2019 Re-inspection conducted by Guzek Associates, Inc.

The Scranton School District intends to continue implementation of the Operations & Maintenance Program recommendations as contained in the original AHERA Management Plan and to maintain its stringent occupational and environmental protection standards for the on-going control of the identified ACBM's within the building.

**SECTION 6   INSPECTION RESULTS**

A.      Asbestos-containing Materials

Appendix A contains a list and drawings of all confirmed and assumed asbestos-containing materials identified in the 3-year re-inspection report for Administrative Building conducted by Guzek Associates, Inc..  This table also includes locations and condition assessments (Good, Damaged, or Significantly Damaged).

Finally all Chain of Custody and Analytical Laboratory Reports for the 2016 3-Year Re-inspection Report is included in Appendix B.

Note:  In addition to those materials listed in the Homogeneous Sampling Chart in Appendix A, the following suspected asbestos-containing materials may be present:

1.  Pipe and/or pipe fitting insulation (friable materials) in wall cavities in the vicinities of bathroom and shower fixtures, sinks, and drinking water fountains – no access at time of inspection.

2.  Glue pucks behind chalkboards (Category 1 non-friable material) – no access at time of inspection.

3.  Fire Doors

4.  Roofing Materials (including Flashing and Tar)

5.  Electrical wiring insulation may by present


Materials That Were Tested and Found Not to Contain Asbestos

- All layers of hard wall and ceiling plasters including Boiler Room Ceiling
- All ceiling tile (Previously tested by others)
- Mastic over fiberglass ends
- Floor Tile Mastic
- Joint Compound
- Sheetrock
- 2'x2' Ceiling Tiles
- Basement 2'x4' Ceiling Tiles
- File Storage Room Fiber Board
- Linoleum on Floor (Black Linoleum found on the 3rd floor under carpet)
- Michelle Rinaldis Office, Secretary No.1, and Jody Sundays Office on 1st Floor, Office 12"x12" Wall Board

**SECTION 7          RECOMMENDATIONS**

A.  Any Materials listed as Presumed Asbestos Containing Materials (PACM) in Appendix A shall either by assumed to contain asbestos or should be analyzed to determine asbestos content at time of disturbance

B.  All Asbestos Containing Materials in the building that are to remain in place shall be treated according to Operation and Maintenance (O&M) procedures for each specific material and as listed in the O&M plan for the Administrative Building.

C.  All Presumed or Confirmed Asbestos Containing Materials that will be potentially damaged by any activity (renovation, demolition, maintenance, etc.) shall be:

   1.  Removed by a Pennsylvania Department of Labor and Industry (PaDLI) Certified asbestos abatement contractor prior to renovation. Final clearance air monitoring should be performed by an independent third party contracted to the school district.

                    Or

   2.  The Activity that will potentially disturb Asbestos Containing Materials shall be designed to avoid said disturbance.

**SECTION 8          ASBESTOS INPECTOR ACCREDIDATION**

Certified PA Asbestos Inspectors, Chris Notari (DLI Asbestos Inspector Certification #027028) and Brent Tripp (DLI Asbestos Inspector Certification #053975). Copies of their certificates are included in this report on the following pages.

# Certificate of Completion

*awarded to*

## Chris Notari

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course
### under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**

**7921 River Road, Pennsauken, NJ 08110**

**(856) 665-3449**

| 7/11/19 | N/A | 7/11/20 |
|---------|-----|---------|
| **Course Date** | **Exam Date** | **Expiration Date** |

| **Not Provided** | ACC-0719-6-005 | *Mark K. Schläger* |
|------------------|----------------|---------------------|
| **Social Security Number** | **Certificate Number** | **Training Director** |

# Certificate of Completion

*awarded to*

## Brent M. Tripp

*for successfully completing the prescribed course of study in*

## Pennsylvania Asbestos
## Building Inspector Refresher Course

### under TSCA Title II

*presented by*

**ACCESS TRAINING SERVICES, INC.**

7921 River Road, Pennsauken, NJ 08110

(856) 665-3449

| 7/11/19 | N/A | 7/11/20 |
|---|---|---|
| **Course Date** | **Exam Date** | **Expiration Date** |

| Not Provided | ACC-0719-6-006 | |
|---|---|---|
| **Social Security Number** | **Certificate Number** | *Mark K. Schläger* |
| | | **Training Director** |

# <u>APPENDIX A</u>

# REINSPECTION FINDINGS:

## HOMOGENEOUS SAMPLING CHART

## RESPONSE ACTION BASED ON HAZARD RANK

## ASBESTOS CONTAINING BUILDING MATERIAL (ACBM) LOCATION DRAWINGS

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Administrative Building          Dates of Original AHERA Inspection: July, 1988          Page 1 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| **MATERIAL LOCATION** | **MATERIAL DESCRIPTION** | | | | | | | |
| Basement, Mechanical Room | Fittings/Pipe Insulation ( Approx. 150 LF Insulation ) ( Approx. 30 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 5 | 3 | - 12 damaged fittings |
| Basement, Mechanical Room | Gaskets on Boilers | **TSI** SURFACE Misc. | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 1 | 7 | |
| Basement, School Psychologist | Fittings/Pipe Insulation ( Approx. 14 LF Insulation ) ( Approx. 2 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Secretaries Room | Fittings/Pipe Insulation ( Approx. 10 LF Insulation ) ( Approx. 1 - 2 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - 1 Damaged fitting |
| Basement, Filing Room No.1 | Fittings/Pipe Insulation ( Approx. 45 LF Insulation ) ( Approx. 5 - 7 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Registration | Fittings/Pipe Insulation ( Approx. 150 LF Insulation ) ( Approx. 20 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Steam Line Room | Loose debris in Trench ( Indeterminate ) | **TSI** SURFACE Misc. | Assumed or Analyzed | **F** NF-1 NF-2 | G D **SD** | 6 | 2 | - Remove loose debris in Trench ( Limited Access ) |
| Basement, File Storage Room | Fittings/Pipe Insulation ( Approx. 150 LF Insulation ) ( Approx. 30 - 35 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | - 25 LF of damaged  insulation - 4 damaged fittings |
| Basement, Ladies Room | Fittings/Pipe Insulation ( Approx. 100-110 LF Insulation ) ( Approx. 30 - 35 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Repair two (2) 1" cracks in pipe insulation |
| Basement, Hall off Ladies Room | Fittings/Pipe Insulation ( Approx. 40-50 LF Insulation ) ( Approx. 2 - 3 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - 1 Damaged fitting |
| Basement, Main Hall - East Section and Coping Machine Room | Fittings/Pipe Insulation ( Approx. 80-85 LF Insulation ) ( Approx. 5 - 8 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Possible debris in trench (No Access) |
| Basement, Main Hall - West Section, Center Section, and Closet | Fittings/Pipe Insulation ( Approx. 250-260 LF Insulation ) ( Approx. 35 - 40 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |

Information abstracted by: B. Tripp in Spetember, 2019          Building Inspector's Certification No.: 053975-PA

Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District        Building: Administrative Building        Dates of Original AHERA Inspection: July, 1988        Page 2 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| Basement, Men's Room | Fittings/Pipe Insulation ( Approx. 140-145 LF Insulation ) ( Approx. 15 - 20 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - 4 to 6 damaged fittings |
| Basement, Reception Room | Fittings/Pipe Insulation ( Approx. 20-30 LF Insulation ) ( Approx. 8-10 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Dark Room | Fittings/Pipe Insulation ( Approx. 70-75 LF Insulation ) ( Approx. 15-20 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | G **D** SD | 4 | 4 | - 2 LF of damaged insulation - 6 to 8 damaged fittings |
| Basement, Misc. Storage Room, Storage Room "D", and Office No. 1 | 9"x9" Floor Tile ( Approx. 450 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Fittings/Pipe Insulation ( Approx. 200-210 LF Insulation ) ( Approx. 60-65 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - 1 damaged fitting in Office No. 1 |
| Basement, Joe Walsh's Office | Fittings/Pipe Insulation ( Approx. 50-60 LF Insulation ) ( Approx. 12-15 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 3 | 5 | - 3 Damaged Fittings |
| Basement, Storage Room "B" | Fittings/Pipe Insulation ( Approx. 40 LF Insulation ) ( Approx. 2 Fittings ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| Basement, Maintenance Office | Fittings/Pipe Insulation ( Approx. 5-6 LF Insulation ) ( Approx. 1 Fitting ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Michele Rinaldi's Office | 9"x9" Floor Tile ( Approx. 165 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Jody Sunday's Office | 9"x9" Floor Tile ( Approx. 450 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Secretary Area #1 | 9"x9" Floor Tile ( Approx. 350 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Storage Room "A" | 9"x9" Floor Tile ( Approx. 180 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - 2 Broken tiles at entrance door |

Information abstracted by: B. Tripp in Spetember, 2019            Building Inspector's Certification No.: 053975-PA
Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable        Assessment:   G = Good,    D = Damaged,    SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## HOMOGENEOUS SAMPLING CHART

Scranton School District          Building: Administrative Building          Dates of Original AHERA Inspection: July, 1988          Page 3 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 1st Floor, Storage Room "A" | Fittings/Pipe Insulation ( Approx. 6 LF Insulation ) | **TSI** SURFACE Misc. | Assumed or **Analyzed** | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Special Education Office | 9"x9" Floor Tile ( Approx. 765 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Copy Room | 9"x9" Floor Tile ( Approx. 75 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Title 1 Pre-School | 9"x9" Floor Tile ( Approx. 250 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, ESL Room | 9"x9" Floor Tile ( Approx. 270 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Pre-School Office | 9"x9" Floor Tile ( Approx. 250 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Title 1 Pre-School,  ESL Room, and Pre-School Office | Transite Wall Panels ( Approx. 460-500 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F NF-1 **NF-2** | **G** D SD | 2 | 6 | |
| 1st Floor, Storage Room "B" | 9"x9" Floor Tile ( Approx. 175 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 1st Floor, Conference Room | 9"x9" Floor Tile ( Approx. 300 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Human Resources | 9"x9" Floor Tile ( Approx. 250 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Human Resources Office | 9"x9" Floor Tile ( Approx. 255 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Human Resources Director | 9"x9" Floor Tile ( Approx. 260 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |

Information abstracted by: B. Tripp in Spetember, 2019          Building Inspector's Certification No.: 053975-PA

Friability:    F = Friable,    NF-1 = Non-Friable,    NF-2 = Non-Friable          Assessment:    G = Good,    D = Damaged,    SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: Administrative Building          Dates of Original AHERA Inspection: July, 1988          Page 4 of 5

| HOMOGENEOUS SAMPLING MATERIAL | | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESSMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| MATERIAL LOCATION | MATERIAL DESCRIPTION | | | | | | | |
| 1st Floor, Storage Room "C" | 9"x9" Floor Tile ( Approx. 175 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Student Registration | 9"x9" Floor Tile ( Approx. 460 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Student Regisration Office 1, 2, and Storage Room "D" | 9"x9" Floor Tile ( Approx. 450 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Storage Room "E" | Safe Door ( Approx. 35 SQ FT ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Safe door is assumed to contain asbestos |
| 1st Floor, Special Ed Secretary | 9"x9" Floor Tile ( Approx. 200 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 1st Floor, Kitchenette | 9"x9" Floor Tile ( Approx. 115 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 2nd Floor, Confrencnce Room | 9"x9" Floor Tile ( Approx. 770 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 2nd Floor, Closet "A" | 9"x9" Floor Tile ( Approx. 210 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Repair 3 Damaged Floor Tiles |
| 2nd Floor, Storage Room "C" | Safe Door ( Approx. 35 SQ FT ) | **TSI** SURFACE Misc. | **Assumed** or Analyzed | **F** NF-1 NF-2 | **G** D SD | 2 | 6 | - Safe door is assumed to contain asbestos |
| 2nd Floor, Public Relations Office, Dietitians Office, and Truancy Office | 9"x9" Floor Tile ( Approx. 768 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 2nd Floor, Closet "B" | 9"x9" Floor Tile ( Approx. 215 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| 3rd Floor, Front Hallway | 9"x9" Floor Tile ( Approx. 1,175 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |

Information abstracted by: B. Tripp in Spetember, 2019                    Building Inspector's Certification No.: 053975-PA
Friability:       F = Friable,       NF-1 = Non-Friable,       NF-2 = Non-Friable          Assessment:       G = Good,       D = Damaged,       SD = Significantly Damaged
AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

**HOMOGENEOUS SAMPLING CHART**

Scranton School District          Building: John Adams Elementary School          Dates of Original AHERA Inspection: July, 1988          Page 5 of 5

| MATERIAL LOCATION | MATERIAL DESCRIPTION | MATERIAL CATEGORY | ASBESTOS CONTENT | FRIABILITY | AHERA ASSESMENT | AHERA HAZARD | AHERA REMOVAL PRIORITY | NOTES |
|---|---|---|---|---|---|---|---|---|
| 3rd Floor, Food Services Office | 9"x9" Floor Tile ( Approx. 110 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 3rd Floor, Billing Department | 9"x9" Floor Tile ( Approx. 1,270 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| 3rd Floor, Foyer | 9"x9" Floor Tile ( Approx. 130 SQ FT ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | - Floor tile found under carpet |
| Thoughtout Building | Mastic Behind Chalkboards, wallboards, etc. ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Sink Coating on Exterior Base of Sinks ( Indeterminate ) | TSI **SURFACE** Misc. | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Exterior Window Glazing ( Indeterminate ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Door Caulking ( Indeterminate ) | TSI SURFACE **Misc.** | Assumed or **Analyzed** | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | Vapor Barriers ( Indeterminate ) | TSI SURFACE **Misc.** | **Assumed** or Analyzed | F **NF-1** NF-2 | **G** D SD | 2 | 6 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Information abstracted by: B. Tripp in September, 2019          Building Inspector's Certification No.: 053975-PA

Friability:     F = Friable,          NF-1 = Non-Friable,          NF-2 = Non-Friable          Assessment:     G = Good,          D = Damaged,          SD = Significantly Damaged

AHERA Assessment / Hazard Rank / Removal Priority = See Attached Document, "RESPONSE ACTIONS BASED ON HAZARD RANKING"

## RESPONSE ACTIONS BASED ON HAZARD RANK

| HAZARD RANK | REMOVAL PRIORITY | AHERA CATEGORIES | RESPONSE ACTIONS REQUIRED BY AHERA |
|---|---|---|---|
| 7 | 1 | Significantly Damaged | Evacuate or restrict the area if needed. Remove the ACBM (or enclose or encapsulate it if sufficient to contain fibers). Repair of T.S.I. allowed if feasible and safe. O&M required for all ACBM. |
| 6 | 2 | Damaged with Potential for Significant Damaged | Evacuate or restrict the area if needed. Remove, enclose, encapsulate, or repair to correct damage. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 5 | 3 | Damaged with Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 4 | 4 | Damaged with Low Potential for Damage | Remove, enclose, encapsulate, or repair to correct damage.  O&M required for all ACBM. |
| 3 | 5 | Good with Potential for Significant Damage | Evacuate or restrict the area if needed. Take steps to reduce potential for disturbance. O&M required for all ACBM. |
| 2 | 6 | Good with Potential For Damage | O&M required for all ACBM.  Take steps to reduce potential for damage. |
| 1 | 7 | Good with Low Potential for Disturbance | O&M required for all ACBM |

# SURFACING ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE

KEY – SURFACING ACM

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. EXTERIOR COATING ON SINKS



## 1ST FLOOR PLAN
NOT TO SCALE

KEY – SURFACING ACM

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. EXTERIOR COATING ON SINKS



## 2ND FLOOR PLAN
NOT TO SCALE

KEY – SURFACING ACM

ASSUMED ASBESTOS CONTAINING
SURFACING MATERIALS:

1. EXTERIOR COATING ON SINKS

Sheet Size 36"x24"

ACM LOCATION PLANS: 2019

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

Guzek Associates
Mechanical, Electrical, Structural,
Environmental and Architectural
Engineering
401 Davis Street
Clarks Summit, PA 18411

DRAWING No.:
A
1

# SURFACING ASBESTOS CONTAINING MATERIALS



## 3RD FLOOR PLAN
NOT TO SCALE



## ROOF PLAN
NOT TO SCALE

| KEY – SURFACING ACM |
| --- |
| ASSUMED ASBESTOS CONTAINING SURFACING MATERIALS:<br><br>1. EXTERIOR COATING ON SINKS |

| KEY – SURFACING ACM |
| --- |
| CONFIRMED OR ASSUMED ASBESTOS CONTAINING SURFACING MATERIAL WERE NOT FOUND ON THIS LEVEL |

Guzek Associates,
Mechanical, Electrical, Structural, Environmental, and Architectural Engineering
401 Cuvis Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-6726
E-Mail: guzek@nouthed.com

DRAWN BY: BMF   CHECKED BY: CN   JOB No.: SSD 19_791   SCALE: AS NOTED   DATE: 09/2019
DWG. TITLE: 2019 ADMINISTRATIVE BUILDING FLOOR PLANS

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:
A
2

Sheet Size 36"x24"

**ACM LOCATION PLANS: 2019**

## THERMAL ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE

### KEY — THERMAL ACM
CEMENTITIOUS FITTINGS
AND PIPE INSULATION



## 1ST FLOOR PLAN
NOT TO SCALE

### KEY — THERMAL ACM
CEMENTITIOUS FITTINGS
AND PIPE INSULATION



## 2ND FLOOR PLAN
NOT TO SCALE

### KEY — THERMAL ACM
CONFIRMED OR ASSUMED ASBESTOS
CONTAINING THERMAL MATERIAL
WERE NOT FOUND ON THIS LEVEL

Guzek Associates
401 Geneva Street
Carlyle Summit, KS 16411

Mechanical, Electrical, Structural,
Environmental and Architectural
Engineering
Phone: (770) 586-9700
FAX: (770) 586-6725   E-Mail: guz@gmail.com

DRAWN BY: BMT   CHECKED BY: CN   JOB No: SSD 19-791
DWG. TITLE: 2019 ADMINISTRATIVE BUILDING FLOOR PLANS
SCALE: AS NOTED   DATE: 09/2019

ISSUED or REVISED   DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No.:
**A3**

Sheet Size 36"x24"

**ACM LOCATION PLANS: 2019**

# THERMAL ASBESTOS CONTAINING MATERIALS



## 3RD FLOOR PLAN
NOT TO SCALE

### KEY — THERMAL ACM

CONFIRMED OR ASSUMED ASBESTOS
CONTAINING THERMAL MATERIAL
WERE NOT FOUND ON THIS LEVEL



## ROOF PLAN
NOT TO SCALE

### KEY — THERMAL ACM

CONFIRMED OR ASSUMED ASBESTOS
CONTAINING THERMAL MATERIAL
WERE NOT FOUND ON THIS LEVEL

Guzek Associates
401 Owens Street
Clarks Summit, PA 18411
Phone: (570) 586-9700
FAX: (570) 586-6726
E-Mail: guzek@comcast.net
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering

DRAWN BY: BMF    CHECKED BY: CN    JOB No: SSD 19_291
DWG. TITLE: 2019 ADMINISTRATIVE BUILDING FLOOR PLANS
SCALE: AS NOTED    DATE: 09/2019

ISSUED or REVISED    DATE

**Scranton School District**
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

**Asbestos Management Plans**

DRAWING No:

A
4

**ACM LOCATION PLANS: 2019**

Sheet Size: 36"x24"

# MISCELLANEOUS ASBESTOS CONTAINING MATERIALS



## BASEMENT PLAN
NOT TO SCALE



KEY — MISCELLANEOUS ACM

⬚ FLOOR TILE

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD/WALLBOARD MASTIC



## 1ST FLOOR PLAN
NOT TO SCALE



KEY — MISCELLANEOUS ACM

⬚ FLOOR TILE   ▨ TRANSITE PANELS

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. EXTERIOR WINDOW GLAZING
2. EXTERIOR DOOR CAULKING
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD/WALLBOARD MASTIC



## 2ND FLOOR PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

⬚ FLOOR TILE

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. EXTERIOR WINDOW GLAZING
2. EXTERIOR DOOR CAULKING
ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD/WALLBOARD MASTIC

**ACM LOCATION PLANS: 2019**

Sheet Size 36"x24"

Guzek Associates
401 Oates Street
Cody Summit, KS 16411

Phone: (770) 586-9700
FAX: (770) 586-6726
E-Mail: guzek@email.com

Mechanical, Electrical, Structural,
Environmental and Architectural
Engineering

DRAWN BY: BMT   CHECKED BY: CN   JOB No: SSD 19_791
DWG. TITLE: 2019 ADMINISTRATIVE BUILDING FLOOR PLANS
SCALE: AS NOTED   DATE: 09/2019

## Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

## Asbestos Management Plans

ISSUED or REVISED

DATE

DRAWING No:

A 5

# MISCELLANEOUS ASBESTOS CONTAINING MATERIALS







## 3RD FLOOR PLAN
NOT TO SCALE



## ROOF PLAN
NOT TO SCALE

KEY — MISCELLANEOUS ACM

FLOOR TILE

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. EXTERIOR WINDOW GLAZING
2. EXTERIOR DOOR CAULKING

ASSUMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. CHALKBOARD/WALLBOARD MASTIC

KEY — MISCELLANEOUS ACM

CONFIRMED OR ASSUMED ASBESTOS
CONTAINING MISCELLANEOUS
MATERIAL ROOFING, FLASHING, ETC.
WAS FOUND ON THIS LEVEL

CONFIRMED ASBESTOS CONTAINING
MISCELLANEOUS MATERIALS:
1. EXTERIOR WINDOW GLAZING
2. EXTERIOR DOOR CAULKING

Sheet Size 36"x24"

Guzek Associates,
Mechanical, Electrical, Structural,
Environmental, and Architectural
Engineering
491 Cross Street
Cleily Summit, KS 64411
Phone: (770) 584-9700
FAX: (770) 584-6728
E-Mail: guzek@....com

DRAWN BY: BMT   CHECKED BY: CN   JOB No:   SSD 19_291
DWG. TITLE:   2019 ADMINISTRATIVE BUILDING FLOOR PLANS
SCALE: AS NOTED   DATE: 09/2019

ISSUED or REVISED   DATE

## Scranton School District
Scranton School District
425 North Washington Avenue
Scranton, PA 18505

## Asbestos Management Plans

DRAWING #

A
6

**ACM LOCATION PLANS: 2019**



# APPENDIX B

# TEST RESULTS FOR SUSPECTED ASBESTOS-CONTAINING MATERIALS:

## 2007 LABORATORY REPORT

## 2007 CHAIN OF CUSTODY

## 2017 LABORATORY REPORT

## 2017 CHAIN OF CUSTODY

**EMSL Analytical, Inc.**    **CHAIN OF CUSTODY**

EMSL Representative: GAry

Your Company Name: Clean Air Group, Inc.    EMSL-Bill to:

Street: 401 Davis St.    Street:

Box #:    Box #:

City/State: Clarks Summit, Pa  Zip: 18411    City/State: _____ Zip: _____

Phone Results to:    Fax Results to:

Name: Chris Notari    Name: Chris Notari

Telephone #: 570 586-9700    Fax #: 570 586-6728

Project    Purchase Order #:

Name/Number: SSD Admin 7806    072507CN

**MATRIX**    **TURNAROUND**

| | | | |
|---|---|---|---|
| Air | ☐ Floor Tile | ☐ Soil | |
| Bulk | ☐ Drinking Water | ☐ Dust | |
| Wipe | ☐ Wastewater | ☐ Micro-Vac | |

| | | | |
|---|---|---|---|
| ☐ 6-10 Days | ☐ 72 Hours | ☐ 24 Hours | ☐ Same Day* |
| ☒ 6 Days | ☐ 48 Hours | ☐ 12 Hours | ☐ 6 Hours |

*S.D.- A.M. Delivery by Fed. Ex.-Results by Mid-Night or Earlier.

**PCM**
NIOSH 7400
OSHA
Other: _____

**TEM AIR**
☐ AHERA
☐ NIOSH 7402
☐ EPA Level II

**TEM WATER**
☐ Wastewater
☐ Drinking Water EPA 100.1
☐ Water - NY Wastewater
☐ Water-NY Drinking Water

**PLM**
EPA 600
EPA Point Count
NY Stratified Point Count
PLM NOB (Gravimetric)
Other: _____

**TEM BULK**
☐ Drop Mount (Qualitative)
☐ Chatfield
☐ Chatfield with SEM QC
☐ Conventional (Quantitative)
☐ EMSL Method
☐ TEM NOB (Gravimetric)
☐ TEM NOB (Gravimetric) with SEM QC

**TEM MICROVAC / WIPE**
☐ ASTM D 5755-95

**XRD**
☐ Asbestos
☐ Silica

**TLC**
Qualitative
Quantitative

**OTHER**
☐

| SAMPLE NUMBER | LOCATION | VOLUME (If Applicable) |
|---|---|---|
| 001 | outside window caulk | |
| LW | Bassment - Boile Room plaster-white | |

Sample # (s)     001          051          Total Samples:   51

Relinquished: Christy Notari  Chris Notari     Date: 7/26/07   Time:

Received:     Date:     Time:

**EMSL**     EMSL Analytical, Inc.     **CHAIN OF CUSTODY**     **Asbestos**

| SAMPLE NUMBER | LOCATION | VOLUME (If Applicable) |
|---|---|---|
| 003 B | Basement - Boyler Rm. plaste - Base | |
| 004 | Basement - mastic of FG | |
| 005 W | - Rt side Ent. plaster - white | |
| 006 B | - Base | |
| 007 | Room B-2   2×2  CT | |
| 008 | Joint compound | |
| 009 | Sheetrock | |
| 010 W | Storage B-4  plaster - white | |
| 011 B | - Base | |
| 012 | Graphic arts - wall board | |
| 013 | East Hall  2×4  CT | |
| 014 T | Graphic arts conference  9×9  FT | |
| 015 M | mastic | |
| 016 | linoleum (steps) | |
| 017 W | Elevator Room  plaster - white | |
| 018 B | - Base | |
| 019 T | 1st Fl  Special Ed Conf.  9×9 Fl | white |
| 020 M | Mastic | |
| 021 | Office  wall  masoit | |
| 022 T | Storage Closet A  9×9 FT | green |
| 023 M | mastic | |
| 024 W | Women Lav  plaste - white | |
| 025 B | - Base | |
| 026 T | Storage 24  9×9 FT | Brown |
| 027 M | mastic | |
| 028 T | TAN | |
| 029 | 2×2 CT | |
| 030 W | Hall  plaste - white | |
| 031 B | Base | |
| 032 W | 2nd Fl. Stair landing  plaster-white | |
| 033 B | - Base | |

 **EMSL** Analytical, Inc.          **CHAIN OF CUSTODY**          **Asbestos**

| SAMPLE NUMBER | LOCATION | VOLUME (If Applicable) |
|---|---|---|
| 034W | 2nd Fl. Computer Closet plaster wall | plaster white |
| 035 B | | Base |
| 036W | Ceiling plaster -white | |
| 037B | | -Base |
| 038 | Storage G 9x9 mastic | |
| 039 | window caulk | |
| 040 | 3rd Fl. Transportation office - floor leveler | |
| 041W | Room C plaster -white | |
| 042 B | plaster -Base | |
| 043 | Mens Room composit floor | |
| 044W | Waiting Area L ceiling plaster -white | |
| 045B | -Base | |
| 046 | t.lg 2x4' | |
| 047 | Hallway O linoleum Brown | |
| 48.W | front office Safe plaster -white | |
| 049B | -Base | |
| 150W | Penthouse ceiling plaster -white | |
| 51 B | -Base | |



**EMSL Analytical, Inc.**

107 Haddon Ave., Westmont, NJ 08108

Phone: (856) 858-4800    Fax: (856) 858-4960    Email: westmontesbleb@EMSL.com

| | |
|---|---|
| Attn:  **Chris Notari**<br>**Guzek Associates Inc.**<br>**401 Davis Street**<br>**Clarks Summit, PA 18411** | Customer ID: CLAG50<br>Customer PO: 072507CN<br>Received: 07/27/07 9:40 AM<br>EMSL Order: 040717874 |
| Fax:  (570) 586-6728    Phone:  (570) 586-9700<br>Project:  **SSD ADMIN 7806** | EMSL Proj:<br>Analysis Date: 8/13/2007<br>Report Date: 8/13/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Location | Appearance | Non-Asbestos | | | Asbestos |
|---|---|---|---|---|---|---|
| | | | % | Fibrous | % Non-Fibrous | % Type |
| 001<br>*040717874-0001* | OUTSIDE WINDOW CAULK | Gray<br>Non-Fibrous<br>Homogeneous | <1% | Cellulose | 100% Non-fibrous (other) | None Detected |
| 002W<br>*040717874-0002* | BASEMENT-<br>BOILER ROOM | White<br>Non-Fibrous<br>Homogeneous | | | 100% Non-fibrous (other) | None Detected |
| 003B<br>*040717874-0003* | BASEMENT-<br>BOILER ROOM | Gray<br>Non-Fibrous<br>Homogeneous | 2% | Cellulose | 98% Non-fibrous (other) | None Detected |
| 004<br>*040717874-0004* | BASEMENT-<br>BOILER ROOM | White<br>Non-Fibrous<br>Homogeneous | 15% | Min. Wool | 85% Non-fibrous (other) | None Detected |
| 005W<br>*040717874-0005* | BASEMENT-RT<br>SIDE ENT | White<br>Non-Fibrous<br>Homogeneous | | | 100% Non-fibrous (other) | None Detected |
| 006B<br>*040717874-0006* | BASEMENT-RT<br>SIDE ENT | Gray<br>Non-Fibrous<br>Homogeneous | <1% | Cellulose | 100% Non-fibrous (other) | None Detected |
| 007<br>*040717874-0007* | BASEMENT-<br>ROOM B-2 | Gray<br>Fibrous<br>Homogeneous | 50%<br>50% | Cellulose<br>Min. Wool | | None Detected |
| 008<br>*040717874-0008* | BASEMENT-<br>ROOM B-2 | White<br>Non-Fibrous<br>Homogeneous | 2% | Cellulose | 98% Non-fibrous (other) | None Detected |

Analyst(s)

*Dave Poitras (6)*

*Kevin Ream (45)*

Stephen Singel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected. Samples reported as <1% or none detected may require additional testing by TCM to confirm asbestos quantities. The limit of detection as stated in the method is 1%. The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc. EMSL's liability is limited to the cost of analysis. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.
Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872



**EMSL Analytical, Inc.**
107 Haddon Ave., Westmont, NJ 08108
Phone: (856) 858-4800    Fax: (856) 858-4950    Email: westmontashlab@EMSL.com

Attn:  **Chris Notari**
       **Guzek Associates Inc.**
       **401 Davis Street**
       **Clarks Summit, PA 18411**
Fax:      (570) 586-6728       Phone:   (570) 586-9700
Project:  SSD ADMIN 7806

| | |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | 072507CN |
| Received: | 07/27/07 9:40 AM |
| EMSL Order: | 040717874 |
| | |
| EMSL Proj: | |
| Analysis Date: | 8/13/2007 |
| Report Date: | 8/13/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Location | Appearance | % | Non-Asbestos Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|---|
| 009<br>040717874-0009 | BASEMENT-<br>ROOM B-2 | Gray<br>Non-Fibrous<br>Homogeneous | 10% | Cellulose | 90% Non-fibrous (other) | None Detected |
| 010W<br>040717874-0010 | BASEMENT<br>STORAGE B-4 | White<br>Non-Fibrous<br>Homogeneous | | | 100% Non-fibrous (other) | None Detected |
| 011B<br>040717874-0011 | BASEMENT<br>STORAGE B-4 | Gray<br>Non-Fibrous<br>Homogeneous | 3% | Cellulose | 97% Non-fibrous (other) | None Detected |
| 012<br>040717874-0012 | BASEMENT<br>GRAPHIC ARTS | Tan<br>Fibrous<br>Homogeneous | 50%<br>50% | Cellulose<br>Min. Wool | | None Detected |
| 013<br>040717874-0013 | BASEMENT-<br>EAST HALL | Gray<br>Fibrous<br>Homogeneous | 50%<br>50% | Cellulose<br>Min. Wool | | None Detected |
| 014T<br>040717874-0014 | BASEMENT<br>GRAPHIC ARTS<br>CONFERENCE | Tan<br>Non-Fibrous<br>Homogeneous | | Sample QCd by senior PLM analyst | 100% Non-fibrous (other) | None Detected |
| 015M<br>040717874-0015 | BASEMENT<br>GRAPHIC ARTS<br>CONFERENCE | Black<br>Non-Fibrous<br>Homogeneous | 2% | Cellulose | 98% Non-fibrous (other) | None Detected |
| 016<br>040717874-0016 | BASEMENT<br>GRAPHIC ARTS<br>CONFERENCE | Brown<br>Non-Fibrous<br>Homogeneous | | | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Dave Poitras (6)*
*Kevin Ream (45)*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected.  Samples reported as <1% or none detected may require additional testing by TEM to confirm asbestos quantities. The limit of detection  as stated in the method is 1%.  The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc.  EMSL's liability is limited to the cost of analysis.  EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.
Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872



**EMSL Analytical, Inc.**

107 Haddon Ave., Westmont, NJ 08108

Phone: (856) 858-4800     Fax: (856) 858-4960     Email: westmontasblab@EMSL.com

| Attn: | **Chris Notari** | | | Customer ID: | CLAG50 |
|---|---|---|---|---|---|
| | **Guzek Associates Inc.** | | | Customer PO: | 072507CN |
| | **401 Davis Street** | | | Received: | 07/27/07 9:40 AM |
| | **Clarks Summit, PA 18411** | | | EMSL Order: | 040717874 |
| Fax: | (570) 586-6728 | Phone: | (570) 586-9700 | EMSL Proj: | |
| Project: | **SSD ADMIN 7806** | | | Analysis Date: | 8/13/2007 |
| | | | | Report Date: | 8/13/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | Non-Asbestos | | | Asbestos |
|---|---|---|---|---|---|---|
| Sample | Location | Appearance | % | Fibrous | % Non-Fibrous | % Type |
| 017W 040717874-0017 | BASEMENT ELEVATOR ROOM | White Non-Fibrous Homogeneous | | | 100% Non-fibrous (other) | None Detected |
| 018B 040717874-0018 | BASEMENT ELEVATOR ROOM | Gray Non-Fibrous Homogeneous | 2% | Cellulose | 98% Non-fibrous (other) | None Detected |
| 019T 040717874-0019 | 1ST FL SPECIAL ED CONF | Gray Non-Fibrous Homogeneous | 2% | Synthetic<br>Sample QCd by senior PLM analyst | 98% Non-fibrous (other) | None Detected |
| 020M 040717874-0020 | 1ST FL SPECIAL ED CONF | Yellow Non-Fibrous Homogeneous | 5% | Synthetic | 95% Non-fibrous (other) | None Detected |
| 021 040717874-0021 | 1ST FL SPECIAL ED OFFICE | Green Non-Fibrous Homogeneous | | | 100% Non-fibrous (other) | None Detected |
| 022T 040717874-0022 | 1ST FL STORAGE CLOSET A | Green Non-Fibrous Homogeneous | | Sample QCd by senior PLM analyst | 100% Non-fibrous (other) | None Detected |
| 023M 040717874-0023 | 1ST FL STORAGE CLOSET A | Yellow Non-Fibrous Homogeneous | 10% | Cellulose | 90% Non-fibrous (other) | None Detected |
| 024W 040717874-0024 | 1ST FL WOMEN LAV | White Non-Fibrous Homogeneous | | | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Dave Poitras (6)*
*Kevin Ream (45)*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected. Samples reported as <1% or none detected may require additional testing by TEM to confirm asbestos quantities. The limit of detection as stated in the method is 1%. The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc. EMSL's liability is limited to the cost of analysis. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.

Analysis performed by EMSL Westmont (NVLAP #101048-0), NY FL AP 10672

PLM-1

3



**EMSL Analytical, Inc.**
107 Haddon Ave., Westmont, NJ 08108
Phone: (856) 858-4800   Fax: (856) 858-4960   Email: westmontasblab@EMSL.com

Attn:  **Chris Notari**
**Guzek Associates Inc.**
**401 Davis Street**
**Clarks Summit, PA 18411**

Fax:    (570) 586-6728        Phone:   (570) 586-9700
Project:  SSD ADMIN 7806

| | |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | 072507CN |
| Received: | 07/27/07 9:40 AM |
| EMSL Order: | 040717874 |
| EMSL Proj: | |
| Analysis Date: | 8/13/2007 |
| Report Date: | 8/13/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Location | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 025B *040717874-0025* | 1ST FL WOMEN LAV | Gray Non-Fibrous Homogeneous | 2% Cellulose | 98% Non-fibrous (other) | None Detected |
| 026T *040717874-0026* | 1ST FL STORAGE 24 | Brown Non-Fibrous Homogeneous *Sample QCd by senior PLM analyst* | | 95% Non-fibrous (other) | 5% Chrysotile |
| 027M *040717874-0027* | 1ST FL STORAGE 24 | Black Non-Fibrous Homogeneous | 10% Synthetic | 90% Non-fibrous (other) | None Detected |
| 028T *040717874-0028* | 1ST FL STORAGE 24 | Gray Non-Fibrous Homogeneous *Sample QCd by senior PLM analyst* | | 90% Non-fibrous (other) | 10% Chrysotile |
| 029 *040717874-0029* | 1ST FL STORAGE 24 | Gray Fibrous Homogeneous | 50% Cellulose 50% Min. Wool | | None Detected |
| 030W *040717874-0030* | 1ST FL HALL | White Non-Fibrous Homogeneous | | 100% Non-fibrous (other) | None Detected |
| 031B *040717874-0031* | 1ST FL HALL | Gray Non-Fibrous Homogeneous | 2% Cellulose | 98% Non-fibrous (other) | None Detected |
| 032W *040717874-0032* | 2ND FL STAIRLANDING | White Non-Fibrous Homogeneous | | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Dave Poilras (6)*
*Kevin Ream (45)*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected.  Samples reported as <1% or none detected may require additional testing by TEM to confirm asbestos quantities.  The limit of detection  as stated in the method is 1%.  The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc.  EMSL's liability is limited to the cost of analysis.  EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  The test results contained within this report meet the requirements of NELAC unless otherwise noted.  Samples received in good condition unless otherwise noted.
Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872



**EMSL Analytical, Inc.**

107 Haddon Ave., Westmont, NJ 08108

Phone: (856) 858-4800    Fax: (856) 858-4960    Email: westmontaslab@EMSL.com

| Attn: | **Chris Notari** | | | Customer ID: | CLAG50 |
|---|---|---|---|---|---|
| | **Guzek Associates Inc.** | | | Customer PO: | 072507CN |
| | **401 Davis Street** | | | Received: | 07/27/07 9:40 AM |
| | **Clarks Summit, PA 18411** | | | EMSL Order: | 040717874 |
| Fax: | (570) 586-6728 | Phone: | (570) 586-9700 | | |
| Project: | SSD ADMIN 7806 | | | EMSL Proj: | |
| | | | | Analysis Date: | 8/13/2007 |
| | | | | Report Date: | 8/13/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| | | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|---|
| Sample | Location | Appearance | % Fibrous | | % Non-Fibrous | % Type |
| 033B<br>*040717874-0033* | 2ND FL<br>STAIRLANDING | Gray<br>Non-Fibrous<br>Homogeneous | <1% | Cellulose | 100% Non-fibrous (other) | None Detected |
| 034W<br>*040717874-0034* | 2ND FL<br>COMPUTER<br>CLOSET WALL | White<br>Non-Fibrous<br>Homogeneous | | | 100% Non-fibrous (other) | None Detected |
| 035B<br>*040717874-0035* | 2ND FL<br>COMPUTER<br>CLOSET WALL | Gray<br>Non-Fibrous<br>Homogeneous | 2% | Cellulose | 98% Non-fibrous (other) | None Detected |
| 036W<br>*040717874-0036* | 2ND FL<br>COMPUTER | White<br>Non-Fibrous<br>Homogeneous | | | 100% Non-fibrous (other) | None Detected |
| 037B<br>*040717874-0037* | 2ND FL<br>COMPUTER | Gray<br>Non-Fibrous<br>Homogeneous | <1% | Cellulose | 100% Non-fibrous (other) | None Detected |
| 038<br>*040717874-0038* | 2ND FL<br>COMPUTER | Black<br>Non-Fibrous<br>Homogeneous | 5% | Cellulose | 95% Non-fibrous (other) | None Detected |
| 039<br>*040717874-0039* | 2ND FL<br>COMPUTER | Gray<br>Non-Fibrous<br>Homogeneous | | | 97% Non-fibrous (other) | 3% Chrysotile |
| 040<br>*040717874-0040* | 3RD FL<br>TRANSPORATIO<br>N OFFICE | White<br>Non-Fibrous<br>Homogeneous | | | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Dave Poitras (6)*
*Kevin Ream (45)*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected. Samples reported as < 1% or none detected may require additional testing by TEM to confirm asbestos quantities. The limit of detection as stated in the method is 1%. The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc. EMSL's liability is limited to the cost of analysis. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.

Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872

PLM-1                                                                                                    5



**EMSL Analytical, Inc.**

107 Haddon Ave., Westmont, NJ 08108

Phone: (856) 858-4800    Fax: (856) 858-4960    Email: westmontasblab@EMSL.com

Attn: **Chris Notari**
**Guzek Associates Inc.**
**401 Davis Street**
**Clarks Summit, PA 18411**

Fax:      (570) 586-6728          Phone:   (570) 586-9700
Project:   **SSD ADMIN 7806**

| | |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | 072507CN |
| Received: | 07/27/07 9:40 AM |
| EMSL Order: | 040717874 |

| | |
|---|---|
| EMSL Proj: | |
| Analysis Date: | 8/13/2007 |
| Report Date: | 8/13/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Location | Appearance | Non-Asbestos | | | | Asbestos |
|---|---|---|---|---|---|---|---|
| | | | % | Fibrous | % | Non-Fibrous | % Type |
| 041W<br>040717874-0041 | 3RD FL ROOM C | White<br>Non-Fibrous<br>Homogeneous | | | | 100% Non-fibrous (other) | None Detected |
| 042B<br>040717874-0042 | 3RD FL ROOM C | Gray<br>Non-Fibrous<br>Homogeneous | 2% | Cellulose | | 98% Non-fibrous (other) | None Detected |
| 043<br>040717874-0043 | 3RD FL MENS<br>ROOM | White<br>Non-Fibrous<br>Homogeneous | <1% | Cellulose | | 100% Non-fibrous (other) | None Detected |
| 044W<br>040717874-0044 | 3RD FL WAITING<br>AREA L | White<br>Non-Fibrous<br>Homogeneous | | | | 100% Non-fibrous (other) | None Detected |
| 045B<br>040717874-0045 | 3RD FL WAITING<br>AREA L | Gray<br>Non-Fibrous<br>Homogeneous | 2% | Cellulose | | 98% Non-fibrous (other) | None Detected |
| 046<br>040717874-0046 | 3RD FL WAITING<br>AREA L | Gray<br>Fibrous<br>Homogeneous | 50%<br>50% | Cellulose<br>Min. Wool | | | None Detected |
| 047<br>040717874-0047 | 3RD FL<br>HALLWAY O | Brown<br>Non-Fibrous<br>Homogeneous | 5% | Cellulose | | 95% Non-fibrous (other) | None Detected |
| 048W<br>040717874-0048 | 3RD FL FRONT<br>OFFICE | White<br>Non-Fibrous<br>Homogeneous | | | | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Dave Poitras (6)*
*Kevin Ream (45)*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected. Samples reported as <1% or none detected may require additional testing by TEM to confirm asbestos quantities. The limit of detection as stated in the method is 1%. The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc. EMSL's liability is limited to the cost of analysis. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.
Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872



**EMSL Analytical, Inc.**
107 Haddon Ave., Westmont, NJ 08108

Phone: (856) 858-4800    Fax: (856) 858-4960    Email: westmontlasblab@EMSL.com

Attn:  **Chris Notari**
       **Guzek Associates Inc.**
       **401 Davis Street**
       **Clarks Summit, PA 18411**

Fax:     (570) 586-6728         Phone:  (570) 586-9700
Project:  SSD ADMIN 7806

| | |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | 072507CN |
| Received: | 07/27/07 9:40 AM |
| EMSL Order: | 040717874 |
| | |
| EMSL Proj: | |
| Analysis Date: | 8/13/2007 |
| Report Date: | 8/13/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Location | Appearance | % | Fibrous | % | Non-Fibrous | % Type |
|---|---|---|---|---|---|---|---|
| | | | | **Non-Asbestos** | | | **Asbestos** |
| 049B<br>040717874-0049 | 3RD FL FRONT OFFICE | Gray<br>Non-Fibrous<br>Homogeneous | <1% | Cellulose | 100% | Non-fibrous (other) | None Detected |
| 050W<br>040717874-0050 | PENTHOUSE | White<br>Non-Fibrous<br>Homogeneous | | | 100% | Non-fibrous (other) | None Detected |
| 051B<br>040717874-0051 | PENTHOUSE | Gray<br>Non-Fibrous<br>Homogeneous | 2% | Cellulose | 98% | Non-fibrous (other) | None Detected |

Revised report- Selected Samples QCd per client request. New results reported.

Analyst(s)

*Dave Poitras (6)*
*Kevin Ream (15)*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected.  Samples reported as <1% or none detected may require additional testing by TEM to confirm asbestos quantities. The limit of detection as stated in the method is 1%.  The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc.  EMSL's liability is limited to the cost of analysis.  EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.
Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872

PLM-1                    THIS IS THE LAST PAGE OF THE REPORT.                    7



**EMSL Analytical, Inc.**
107 Haddon Ave., Westmont, NJ 08108
Phone: (856) 858-4800    Fax: (856) 858-4960    Email: westmontaslab@EMSL.com

Attn:  **Chris Nortari**
 **Guzek Associates Inc.**
 **401 Davis Street**
 **Clarks Summit, PA 18411**

Fax:    (570) 586-6728          Phone:  (570) 586-9700
Project:   ORIGINAL ORDER ID 040717874–SSD ADMIN 7806

| | |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | 072507CN |
| Received: | 08/03/07 8:20 AM |
| EMSL Order: | 040718722 |
| EMSL Proj: | |
| Analysis Date: | 8/7/2007 |
| Report Date: | 8/7/2007 |

## Asbestos Analysis of Non-Friable Organically Bound Materials by TEM via EPA/600/R-93/116 Section 2.5.5.1

| SAMPLE ID | DESCRIPTION | APPEARANCE | % MATRIX MATERIAL | % NON-ASBESTOS FIBERS | ASBESTOS TYPES | % TOTAL ASBESTOS |
|---|---|---|---|---|---|---|
| O26T<br>040718722-0001 | 1ST FL STORAGE 24 | Brown<br>Non-Fibrous<br>Homogeneous | 88.4 | None | 11.6%  Chrysotile | 11.6 |

Analyst(s)

*Steve Siegel (1)*

*Stephen Siegel*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

This laboratory is not responsible for % asbestos in total sample when the residue only is submitted for analysis. The above report relates only to the items tested. This report may not be reproduced, except in full, without written approval by EMSL Analytical, Inc. Samples received in good condition unless otherwise noted.

PLMEPANOB-228-1                    THIS IS THE LAST PAGE OF THE REPORT.                    1

EMSL Analytical, Inc.          CHAIN OF CUSTODY          **Asbestos**

EMSL Representative: _GAA_
Your Company Name: _Clean Air Group Inc_          EMSL-Bill to: _Same_

Street: _901 Davis St_          Street:
Box #:                          Box #:
City/State: _Clarks Summit Pa_ Zip: _18411_  City/State:          Zip:

Phone Results to:               Fax Results to:
Name: _Chris Notari_           Name: _Chris Notari_
Telephone #: _570 586-9700_     Fax #: _570 586-6794_
Project                         Purchase Order #:
Name/Number: _Highland Arlin_              _C80607(A)_

MATRIX                          TURNAROUND

| MATRIX | | |
|---|---|---|
| ☐ Air | ☐ Floor Tile | ☐ Soil |
| ☒ Bulk | ☐ Drinking Water | ☐ Dust |
| ☐ Wipe | ☐ Wastewater | ☐ Micro-Vac |

| TURNAROUND | | | |
|---|---|---|---|
| ☐ 6-10 Days | ☒ 72 Hours | ☐ 24 Hours | ☐ Same Day* |
| ☐ 5 Days | ☐ 48 Hours | ☐ 12 Hours | ☐ 6 Hours |
| *S.D. - A.M. Delivery by Fed. Ex.-Results by Mid-Night or Earlier. | | | |

**PCM**
☐ NIOSH 7400
☐ OSHA
☐ Other: _____

**TEM AIR**
☐ AHERA
☐ NIOSH 7402
☐ EPA Level II

**TEM WATER**
☐ Wastewater
☐ Drinking Water EPA 100.1
☐ Water - NY Wastewater
☐ Water-NY Drinking Water

**PLM**
☒ EPA 600
☐ EPA Point Count
☐ NY Stratified Point Count
☐ PLM NOB (Gravimetric)
☐ Other: _____

**TEM BULK**
☐ Drop Mount (Qualitative)
☐ Chatfield
☐ Chatfield with SEM QC
☐ Conventional (Quantitative)
☐ EMSL Method
☐ TEM NOB (Gravimetric)
☐ TEM NOB (Gravimetric) with SEM QC

**TEM MICROVAC / WIPE**
☐ ASTM D 5755-95

**XRD**
☐ Asbestos
☐ Silica

**SEM**
☐ Qualitative
☐ Quantitative

**OTHER**
☐

| SAMPLE NUMBER | LOCATION | VOLUME (If Applicable) |
|---|---|---|
| 101T | Storage #3  12x12 FT  white/gray mtl | gray |
| 102M | | |

Client Sample # (s): _101T_          _109T_          Total Samples: _9_

Relinquished: _Custom Niko_          Date: _8/6/07_     Time:
Received: _[signature]_              Date:              Time:

EMSL Analytical, Inc.          CHAIN OF CUSTODY          Asbestos

| SAMPLE NUMBER | | LOCATION | | VOLUME (If Applicable) |
|---|---|---|---|---|
| 103 — | | Storage Q    5x5    Flo. | | FT |
| 104 M | | | | wale |
| 105 T | | | Wall | FT |
| 106 M | | | | ample |
| 107 T | | Storage 24    985    Beam | | |
| 108 M | | | | nk Ja |
| 109 T | | | | FW |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



**EMSL Analytical, Inc.**
107 Haddon Ave., Westmont, NJ 08108
Phone: (856) 858-4800    Fax: (856) 858-4960    Email: westmontasblab@EMSL.com

Attn: **Chris Nortari**
**Guzek Associates Inc.**
**401 Davis Street**
**Clarks Summit, PA 18411**

Fax:    (570) 586-6728          Phone:   (570) 586-9700

Project:  HIGHLAND

Customer ID:    CLAG50
Customer PO:    080607CN
Received:       08/08/07 11:15 AM
EMSL Order:     040719114

EMSL Prj:
Analysis Date:  8/10/2007
Report Date:    8/11/2007

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Location | Appearance | Non-Asbestos % | Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|---|
| 101T<br>040719114-0001 | STORAGE<br>12"X12" FT<br>WHITE/GRAY | Gray<br>Non-Fibrous<br>Heterogeneous | | | 100% Non-fibrous (other) | None Detected |
| 102M<br>040719114-0002 | STORAGE<br>12"X12" FT<br>MASTIC<br>WHITE/GRAY | Black/Yellow<br>Non-Fibrous<br>Heterogeneous | 5% | Cellulose | 95% Non-fibrous (other) | None Detected |
| 103T<br>040719114-0003 | STORAGE 9"X9"<br>GREEN FT | Green<br>Fibrous<br>Heterogeneous | | | 88% Non-fibrous (other) | 12% Chrysotile |
| 104M<br>040719114-0004 | STORAGE 9"X9"<br>GREEN FT<br>MASTIC | Black<br>Fibrous<br>Heterogeneous | 30% | Cellulose | 70% Non-fibrous (other) | None Detected |
| 105T<br>040719114-0005 | STORAGE 9"X9"<br>WHITE FT | Gray<br>Fibrous<br>Heterogeneous | | | 90% Non-fibrous (other) | 10% Chrysotile |
| 106M<br>040719114-0006 | STORAGE 9"X9"<br>WHITE FT<br>MASTIC | Black<br>Fibrous<br>Heterogeneous | 30% | Cellulose | 70% Non-fibrous (other) | None Detected |
| 107T<br>040719114-0007 | STORAGE 24<br>9"X9" BROWN | Brown<br>Fibrous<br>Heterogeneous | | | 92% Non-fibrous (other) | 8% Chrysotile |
| 108M<br>040719114-0008 | STORAGE 24<br>9"X9" BROWN<br>MASTIC | Black<br>Non-Fibrous<br>Heterogeneous | <1% | Cellulose | 100% Non-fibrous (other) | None Detected |

Analyst(s)

*Krisly Reeves (9)*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected. Samples reported as <1% or none detected may require additional testing by TEM to confirm asbestos quantities. The limit of detection  as stated in the method is 1%. The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc.  EMSL's liability is limited to the cost of analysis.  EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.
Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872



**EMSL Analytical, Inc.**
107 Haddon Ave., Westmont, NJ 08108
Phone: (856) 858-4800    Fax: (856) 858-4960    Email: westmontasblab@EMSL.com

Attn:  **Chris Nortari**
      **Guzek Associates Inc.**
      **401 Davis Street**
      **Clarks Summit, PA 18411**

Fax:      (570) 586-6728          Phone:  (570) 586-9700
Project:  **HIGHLAND**

| | |
|---|---|
| Customer ID: | CLAG50 |
| Customer PO: | 080607CN |
| Received: | 08/08/07 11:15 AM |
| EMSL Order: | 040719114 |
| **EMSL Proj:** | |
| Analysis Date: | 8/10/2007 |
| Report Date: | 8/11/2007 |

## Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Location | Appearance | | Non-Asbestos | | | Asbestos |
|---|---|---|---|---|---|---|---|
| | | | % | Fibrous | % | Non-Fibrous | % Type |
| 109T | STORAGE 24 | Brown | | | | 92% Non-fibrous (other) | 8% Chrysotile |
| 040719114-0009 | 9"X9" TAN | Non-Fibrous | | | | | |
| | | Heterogeneous | | | | | |

Analyst(s)

Kristy Reeves (9)

*Stephen Siegel*

Stephen Siegel, CIH, Laboratory Manager
or other approved signatory

Due to magnification limitations inherent in PLM, asbestos fibers in dimensions below the resolution capability of PLM may not be detected. Samples reported as <1% or none detected may require additional testing by TEM to confirm asbestos quantities. The limit of detection as stated in the method is 1%. The above test report relates only to the items tested and may not be reproduced in any form without the express written approval of EMSL Analytical, Inc. EMSL's liability is limited to the cost of analysis. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. The test results contained within this report meet the requirements of NELAC unless otherwise noted. Samples received in good condition unless otherwise noted.
Analysis performed by EMSL Westmont (NVLAP #101048-0), NY ELAP 10872

PLM-1

THIS IS THE LAST PAGE OF THE REPORT.

2



# EMSL Analytical, Inc.

**200 Route 130 North Cinnaminson, NJ 08077**

Tel/Fax: (800) 220-3675 / (856) 786-5974

http://www.EMSL.com / cinnasblab@EMSL.com

| | |
|---|---|
| **EMSL Order:** | 041701053 |
| **Customer ID:** | CLAG50 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Chris Notari | **Phone:** | (570) 586-9700 |
| | Guzek Associates, Inc. | **Fax:** | (570) 586-6728 |
| | 401 Davis Street | **Received Date:** | 01/14/2017 10:20 AM |
| | Clarks Summit, PA 18411 | **Analysis Date:** | 01/17/2017 |
| | | **Collected Date:** | 01/11/2017 |
| **Project:** | SSD- 16_751 Admin Building | | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01<br>041701053-0001 | Basement - Boiler Room - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02<br>041701053-0002 | Basement - Boiler Room - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 03<br>041701053-0003 | Basement - Boiler Room - Mastic on Fiberglass Ends | White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 04<br>041701053-0004 | 3rd Floor - Storage Room - Window Glazing | White<br>Non-Fibrous<br>Homogeneous | | 96% Non-fibrous (Other) | 4% Chrysotile |
| 05<br>041701053-0005 | 1st Floor - Side Door - Door Caulking | Gray/White<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 06<br>041701053-0006 | 1st Floor - Front Door - Door Caulking | Gray<br>Non-Fibrous<br>Homogeneous | | 92% Non-fibrous (Other) | 8% Chrysotile |
| 07<br>041701053-0007 | 1st Floor - Front Window - Window Glazing | Gray/White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

*Andrew Castellano (7)*

Benjamin Ellis, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL.   EMSL bears no responsibility for sample collection activities or analytical method limitations.  Interpretation and use of test results are the responsibility of the client.  This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government.   Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis.  Samples received in good condition unless otherwise noted.  Estimated accuracy, precision and uncertainty data available upon request. Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Reporting limit is 1%

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ NVLAP Lab Code 101048-0, AIHA-LAP, LLC-IHLAP Lab 100194, NYS ELAP 10872, NJ DEP 03036, PA ID# 68-00367

Initial report from: 01/17/2017 16:08:06



EMSL ANALYTICAL, INC.
LABORATORY-PRODUCTS-TRAINING

# Asbestos Bulk Building Material
# Chain of Custody
### EMSL Order Number (Lab Use Only):

04170105S3

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077
PHONE: (800) 220-3675
FAX: (856) 786-5974

| | |
|---|---|
| **Company :** Guzek Associates, Inc. | **EMSL-Bill to:** ☐ Same  ☐ Different  <br> If Bill to is Different note instructions in Comments** |
| **Street:** 401 Davis Street | *Third Party Billing requires written authorization from third party* |
| **City:** Clarks Summit  **State/Province:** PA | **Zip/Postal Code:** 18414  **Country:** U.S.A. |
| **Report To (Name):** Chris Notari | **Telephone #:** 570-586-9700 |
| **Email Address:** guzekassoc@aol.com | **Fax #:** 570-586-6728  **Purchase Order:** |
| **Project Name/Number:** SSD 16_751 Admin Building | **Please Provide Results:** ☐ Fax  ☒ Email |
| **U.S. State Samples Taken:** Pennsylvania | **CT Samples:** ☐ Commercial/Taxable  ☐ Residential/Tax Exempt |

**Turnaround Time (TAT) Options* – Please Check**

☐ 3 Hour    ☐ 6 Hour    ☐ 24 Hour    ☐ 48 Hour    ☒ 72 Hour    ☐ 96 Hour    ☐ 1 Week    ☐ 2 Week

*For TEM Air 3 hr through 6 hr, please call ahead to schedule. *There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.

| **PLM - Bulk (reporting limit)** | **TEM – Bulk** |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | **Other** |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☐ **Check For Positive Stop – Clearly Identify Homogenous Group**    **Date Sampled:** 01/11/17

**Samplers Name:** Brent M. Tripp    **Samplers Signature:** *Brett M. Tripp*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Basement - Boiler Room | Mastic on Fiberglass Ends |
| 02 | | Basement - Boiler Room | Mastic on Fiberglass Ends |
| 03 | 2b | Basement - Boiler Room | Mastic on Fiberglass Ends |
| 04 | | 3rd Floor - Storage Room | Window Glazing |
| 05 | | 1st Floor - Side Door | Door Caulking |
| 06 | | 1st Floor - Front Door | Door Caulking |
| 07 | | 1st Floor - Front Window | Window Glazing |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Client Sample # (s):** 01, 02, 03, 04, 05, 06, and 07 | **Total # of Samples:** Seven |
| **Relinquished (Client):** *signature*  **Date:** 01/12/17 | **Time:** 9:00 AM |
| **Received (Lab):** *signature*  **Date:** 1/14/17 | **Time:** 1020 EMSL |
| **Comments/Special Instructions:** | |

Controlled Document – Asbestos COC – R6 – 11/29/2012

Page 1 of ___1___ pages