# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT P. O'DONNELL, REBECCA M. O'BRIEN, and GEORGE GEVARAS, on behalf of themselves and all others similarly situated,<br>Plaintiffs<br>v.<br><br>SCRANTON SCHOOL DISTRICT, KATIE GILMARTIN, TOM SCHUSTER, BARBARA DIXON, GOPAL PATEL, GREG POPIL, TOM BORTHWICK, KEN NORTON, PAIGE GEBHARDT COGNETTI, ROBERT LESH, MARK MCANDREW, ROBERT CASEY, PAUL DUFFY, CY DOUAIHY, JIM TIMLIN and ROBERT SHERIDAN<br>Defendants. | : | Civil Action<br><br>No. 3:20-0225-RDM |

## ORDER

AND NOW, this __27TH__ day of __FEBRUARY__, 2020, upon consideration of Defendant, Scranton School District's Uncontested Motion For Pre-Response Coordination And Extension Of Time, IT IS ORDERED that the Motion is GRANTED and Scranton School District's and all currently served individual defendants' responses to the Complaint are delayed as follows.

1. Scranton School District shall have thirty (30) days from the date of this Order to obtain authority from individual defendants to waive service of the summons on individual defendants and return such waiver of service of summons to Plaintiffs' counsel.

2. Scranton School District and all individual defendants who authorized Scranton School District to waive service on each individual defendant's behalf shall file a unified response sixty (60) days after returning waiver of service of summons to Plaintiffs' counsel.

IT IS FURTHER ORDERED that Plaintiffs' counsel is not required to file a status report regarding service.

BY THE COURT:

_____
Robert D. Mariani, J.