THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT P. O'DONNELL, REBECCA M. O'BRIEN, and GEORGE GEVARAS, on behalf of themselves and all others similarly situated, | : CIVIL ACTION NO. 3:20-CV-225 : (JUDGE MARIANI) |
| Plaintiffs, | |
| v. | |
| SCRANTON SCHOOL DISTRICT, et al., | |
| Defendants. | |

**ORDER**

AND NOW, THIS **15th** DAY OF JULY 2022, upon consideration of Defendants' Motion to Dismiss the Complaint (Doc. 17) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion (Doc. 17) is **GRANTED**;

2. Plaintiffs' Class Action Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiffs may file an amended complaint **within thirty (30) days** of the date of this Order.

_____
Robert D. Mariani
United States District Judge