THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT P. O'DONNELL, REBECCA M. O'BRIEN, and GEORGE GEVARAS, and DYLAN McGOFF on behalf of themselves and all others similarly situated, | : <br> : CIVIL ACTION NO. 3:20-CV-225 <br> : (JUDGE MARIANI) <br> : |
| Plaintiffs, | : |
| v. | : |
| SCRANTON SCHOOL DISTRICT, | : |
| Defendant. | : |

## ORDER

AND NOW, ON THIS _20th_ DAY OF MARCH, 2024, upon consideration of the Motion to Dismiss (Doc. 40) filed by Defendant Scranton School District and all other relevant documents, for the reasons set forth in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED THAT:**

(1) Defendant's Motion to Dismiss (Doc. 40) is **GRANTED.**

(2) Counts I and II of Plaintiffs' Amended Class Action Complaint (Doc. 35) are **DISMISSED WITH PREJUDICE**.

(3) Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines supplemental jurisdiction over Plaintiffs' state law claim for medical monitoring, Count III of the Amended Class Action Complaint.

(4) Count III of Plaintiffs' Amended Class Action Complaint (Doc. 35) is **DISMISSED WITHOUT PREJUDICE** to permit Plaintiffs to refile their state law medical monitoring claim in state court.

(5) The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge